1  WILLIAM J. GOINES (SBN: 61290)
   KAREN ROSENTHAL (SBN: 209419)
2  CINDY HAMILTON (SBN: 217951)
   GREENBERG TRAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California  94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5
   Attorneys for Defendant UNITED
6  WESTERN BANK (*f/k/a/* MATRIX
   CAPITAL BANK), a Colorado Corporation
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  ANITA HUNTER, an individual; JOHNNA         Case No.   C09-02079 JW
    BOZZA, an individual, CELLTEX SITE
12  SERVICES, LTD., a Texas Limited
    Company; GRANDE INVESTMENT, LLC,
13  a Colorado Limited Liability Company;       **[PROPOSED] ORDER EXTENDING THE
    QUIRK INFINITI, INC., a Massachusetts       TIME FOR DEFENDANT TO RESPOND TO
14  corporation; MICHAEL WHITTON, an            PLAINTIFF'S COMPLAINT**
    individual; DOE PLAINTIFF, an individual;
15  and all others similarly situated,

16
                    Plaintiffs;
17
    v.
18
    CITIBANK, N.A, a Nevada Corporation;
19  COUNTRYWIDE BANK, FSB, a Virginia
    Corporation, BANK OF AMERICA
20  CORPORATION, dba BANK OF
    AMERICA, N.A., a North Carolina
21  Corporation; UNITED WESTERN BANK
    (*f/k/a/* MATRIX CAPITAL BANK), a
22  Colorado Corporation, et al.,

23                  Defendants.

24

25      The Court, after considering the Stipulation Extending Time for Defendant to Respond to

26  Plaintiffs' Complaint, hereby **ORDERS** that Defendant UNITED WESTERN BANK (f/k/a/

27  MATRIX  CAPITAL BANK), a Colorado Corporation, shall have until October 2, 2009 to answer,

28  move or otherwise respond to Plaintiffs' Complaint.

SV 346027139v2

1  **IT IS SO ORDERED**
Defendant UNITED WESTERN BANK (f/k/a/MATRIX CAPITAL BANK), shall have until

2  **October 2, 2009** to respond to Plaintiff's complaint.

3  Dated: July 28, 2009                              _____

4                                                    Hon. James Ware
                                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING TIME TO  RESPOND TO
                                                     COMPLAINT
                                                     C09-02079 JW

*SV 346027139v2*