**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ANITA HUNTER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITIBANK, N.A., *et al.*,<br><br>　　　　　Defendants. | Case No.  09-02079-JW<br><br>**[Proposed] Order Extending Time for Defendants To Respond to Plaintiffs' Complaint** |

The Court, after considering the Stipulation Extending Time for Defendants to Respond Plaintiffs' Complaint, hereby **ORDERS** that Defendants Bank of America, N.A. and Countrywide Bank, FSB shall have until October 2, 2009 to answer, move or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED on this __28th__ day of __July__, 2009.

_____
Hon. James Ware
United States District Judge