Timothy J. Halloran – 104498
Jonathan M. Blute – 240751
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant
JORDEN BURT, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual, CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation, BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (f/k/a MATRIX CAPITAL BANK), a Colorado Corporation, et al.,<br><br>Defendants. | Case No.: C09-02079 JW<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

The Court, after considering the Stipulation Extending Time for Defendant to Respond to Plaintiffs' Complaint, hereby **ORDERS** that Defendant JORDEN BURT, LLP, a Connecticut Limited Liability Partnership, shall have until October 2, 2009 to answer, move or otherwise respond to Plaintiffs' Complaint.

1
2        IT IS SO ORDERED on this __28__ day of ___July_____, 2009
3   Defendant Jorden Burt LLP shall have until October 2, 2009 to respond to Plaintiff's complaint.
4
                                        _____
5                                       Hon. James Ware
                                        United States District Judge
6
7   JMB.20039787.doc
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[Proposed] Order Extending The Time For Defendant To Respond To Plaintiff's Complaint**