UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada corporation; COUNTRYWIDE BANK, FSB, a Virginia corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina corporation; UNITED WESTERN BANK (f/k/a MATRIX CAPITAL BANK), a Colorado corporation; BOULDER CAPITAL, LLC, a Massachusetts corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Company; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS X, LLC, a Delaware Limited Liability Company; ROY S. MACDOWELL, JR., an individual; CORDELL FUNDING, LLLP, a Florida Limited Liability Limited Partnership; CORDELL CONSULTANTS INC. MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust; CORDELL CONSULTANTS NEW YORK, LLC, a New York Limited Liability Company; ROBIN RODRIGUEZ, an individual; JORDEN BURT, LLP, a Connecticut Limited Liability Partnership; KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, an individual; FOLEY & LARDNER, LLP, a Wisconsin Limited Liability Partnership; STEPHEN I. BURR, an individual; and SILICON VALLEY LAW GROUP, a California Law Corporation, | CASE NO. 5:09-cv-02079-JW<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN TO RESPOND TO AMENDED COMPLAINT |

Gibson, Dunn & Crutcher LLP

5

5:09-cv-02079-JW
[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN TO RESPOND TO AMENDED COMPLAINT

1
2          Defendants.

3
4    The Court, after considering the Stipulation Extending Time For Defendants Kutak Rock,

5    LLP And Joseph O. Kavan To Respond To Amended Complaint, hereby **ORDERS** that Defendants

6    Kutak Rock, LLP and Joseph O. Kavan shall each have an extension of time to and including

7    October 2, 2009, within which to answer, move against, or otherwise respond to the Amended

8    Complaint.

9    PURSUANT TO STIPULATION, IT IS SO ORDERED on this  31st  day of  July , 2009.

10
11
12                                                   _____
                                                     Hon. James Ware
13                                                   United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6
5:09-cv-02079-JW
[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS KUTAK ROCK, LLP AND
JOSEPH O. KAVAN TO RESPOND TO AMENDED COMPLAINT

Gibson, Dunn & Crutcher LLP