James C. Krieg [SBN 77069] (jkrieg@kksrr.com)
Allison Lane Cooper [SBN 152384] (acooper@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333
Attorneys for Defendants
FOLEY & LARDNER LLP and STEPHEN I. BURR.



IT IS SO ORDERED
Judge James Ware
7/31/2009

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., et al.,<br><br>Defendants. | Case No.: 09-02079 JW<br><br>**STIPULATION REGARDING DEFENDANTS FOLEY & LARNDER LLP AND STEPHEN I. BURR'S RESPONSE TO AMENDED COMPLAINT** |

Plaintiffs and Defendants Foley & Lardner LLP ("Foley & Lardner") and Stephen I. Burr, by and through their respective counsel, stipulate as follows:

WHEREAS:

1. Plaintiffs filed their amended complaint in this matter on May 14, 2009. The amended complaint is lengthy, and purports to state claims against 20 defendants. Plaintiffs seek substantial damages. Foley & Lardner and Burr deny any misconduct on their part, and note that there are significant issues including (1) conflicts of law, (2) duty, (3) standing, (3) the statute of limitations, (4) causation, (5) whether Plaintiffs have assigned any of their claims, and (6) personal jurisdiction over Burr, that may be raised by motion to dismiss.

1

2. Defendant Stephen I. Burr is a partner in the law firm of Foley & Lardner LLP. Plaintiffs served Burr on July 10, 2009, but have not yet served Foley & Lardner.

3. Given the complexity of the complaint, the nature of the allegations, and the number of parties, Foley & Lardner and Burr require more time to respond to the Amended Complaint.

4. The parties stipulate and agree that in exchange for counsel's accepting service of the complaint against Foley & Lardner, both Foley & Lardner and Burr shall have an extension of time, through and including October 2, 2009, in which to respond to the Amended Complaint.

5. Enlarging the time for Foley & Lardner and Burr's responsive pleadings will not affect any deadline already fixed by Court order.

ACCORDINGLY, IT IS HEREBY STIPULATED:

1. Plaintiffs agree that Foley & Lardner and Burr's time in which to file pleadings responsive to the Amended Complaint shall be enlarged pursuant to Local Rule 6-1.

2. Foley & Lardner and Burr's responsive pleadings shall be served and filed on or before October 2, 2009.

3. Counsel for Foley & Lardner will accept, and are hereby deemed to have accepted, service of the complaint on Foley & Lardner.

Dated: July 29, 2009        Hollister & Brace

By: _____
Robert L. Brace
Michael P. Denver
Attorneys for Plaintiff Anita Hunter and the Class

///

///

2

STIPULATION REGARDING DEFENDANTS FOLEY & LARNDER LLP AND STEPHEN I. BURR'S RESPONSE TO AMENDED COMPLAINT
CASE NO.: 09-02079 JW

| | |
|---|---|
| Dated: July 30, 2009 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |

By: _____/S/_____
ALLISON LANE COOPER
Attorneys for Defendants FOLEY &
LARDNER LLP and STEPHEN I. BURR

STIPULATION REGARDING DEFENDANTS FOLEY & LARNDER LLP AND STEPHEN I. BURR'S RESPONSE TO AMENDED COMPLAINT
CASE NO.: 09-02079 JW

95726
ACOOPER
10084-001