Ryan D. Fischbach, Bar No. 204106
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
(310) 820-8800
Email:       rfischbach@bakerlaw.com

Douglas E. Spelfogel, NYS Bar No: 7097
Richard Bernard, NYS Bar No. 6371
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
(212) 589-4200
Email:       dspelfogel@bakerlaw.com
             rbernard@bakerlaw.com

*Attorneys for Defendants
Cordell Funding, LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, Cordell Consultants Money Purchase Plan and Robin Rodriquez*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al., | Case No. 09-02079-JW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT |
| CITIBANK, N.A., et al., | |
| Defendant. | |

The Court, after considering the Stipulation Extending Time for Defendants Cordell Funding, LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, Cordell Consultants Money Purchase Plan and Robin Rodriquez ("Defendants") to Respond to Plaintiffs' Amended Complaint, is it hereby

/ / /

/ / /

/ / /

1    ORDERED that Defendants shall have an extension of time to and including October 2,
2 2009, within which to respond to the Amended Complaint.
3    IT IS SO ORDERED:

5    Dated: August 14, 2009

*[signature: James Ware]*
Hon. James Ware
United States District Judge

502519367.1

- 2 -

[PROPOSED] ORDER ON STIPULATION EXTENDING TIME
FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT
CASE NO. 09-02079-JW

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES