```
1   Timothy J. Halloran – 104498
    Jonathan M. Blute – 240751
2   MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
3   San Francisco, CA  94108-5530
    Tel:   (415) 788-1900
4   Fax:   (415) 393-8087

5   Attorneys for Defendant
    JORDEN BURT, LLP
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual, CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation, BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (f/k/a MATRIX CAPITAL BANK), a Colorado Corporation, et al.,<br><br>Defendants. | Case No.: C09-02079 JW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; VACATING THE COURT'S AUGUST 14, 2009 ORDER |

Lawrence A. Kellogg, whose business address and telephone number are Tew Cardenas, LLP, Four Seasons Tower, 15th Floor, 1441 Brickell Avenue, Miami, FL

- 1 -

[Proposed] Order Granting Application For Admission Of Attorney Pro Hac Vice

33131-3407, (305)536-1112, and who is an active member in good standing of the bar of the State of Florida, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Jorden Burt, LLP,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No.45, *Electronic Case Filing*.

On August 14, 2009 the Court was unaware that payment had been timely made and denied the application without prejudice. The Court finds that payment was made on August 11, 2009 for the Application to Proceed Pro Hac Vice (Docket Item No. 81). The Court finds payment was timely paid, the application is without deficiency and VACATES the Court's August 14, 2009 Order Denying without Prejudice the Application to Appear Pro Hac Vice for Attorney Lawrence A. Kellogg and GRANTS the application.

Dated: August 18, 2009

_____
United States District Judge

JMB.20040745

- 2 -

[Proposed] Order Granting Application For Admission Of Attorney Pro Hac Vice