UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (*f/k/a* MATRIX CAPITAL BANK), a Colorado Corporation, et al.,<br><br>Defendants, | Case No. C09-02079 JW<br><br>**[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1        The Court, after considering the Stipulation Extending time for Defendant to Respond to Plaintiffs' Complaint, hereby ORDERS that Defendant CITIBANK, N.A. shall have until October 2, 2009 to answer, move or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED on this ___14___ day of _____September_____, 2009.

_____
Hon. James Ware
United States District Judge

1
[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
CASE NO. C-09-02079 JW