UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANITA HUNTER, et al.

                Plaintiffs,

vs.

CITIBANK, N.A., et al.

                Defendants.

_____/

CASE NO.  09-cv-02079 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR (*please identify process and provider*)

      The Parties consent to private mediation as will be addressed in the Case Management Order to be filed with the Court.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR  process unless otherwise ordered.)

☑ other request deadline:  to be determined in the Case Management Order to be filed with the Court.

*Signatures of counsel to follow on next page.*

Dated:     9/16/09                              /s/ Robert L. Brace
                                        Robert L. Brace, Counsel for Plaintiffs


Dated:     9/16/09                              /s/ Carol Lynn Thompson
                                        Carol Lynn Thomspon, Counsel for Defendant Citibank, N.A.

Dated:     9/16/09                              /s/ Allen Burton
                                        Allen Burton, Counsel for Defendants
                                        Bank of America, N.A., and Countrywide Bank, FSB

Dated:     9/16/09                              /s/ Stephen Gordon
                                        Stephen Gordon, Counsel for the Defendant  Boulder Entities

Dated:     9/16/09                              /s/ Bradley J. Lingo
                                        Bradley J. Lingo, Counsel for Defendants
                                        Joseph O. Kavan and Kutak Rock

Dated:     9/16/09                              /s/ Allison Cooper
                                        Allison Cooper, Counsel for Defendants Foley & Lardner
                                        and Stephen Burr

Dated:     9/16/09                              /s/ Brett Broge
                                        Brett Broge, Counsel for Defendant Silicon Valley Law Group

Dated:     9/16/09                              /s/ William Goines
                                        William Goines
                                        Counsel for Defendant United Western Bank (f/k/a Matrix Capital Bank)

Dated:     9/16/09                              /s/ Ryan Fischbach, subject to footnote 1
                                        Ryan Fischbach, Counsel for the Defendant Cordell Entities

1 .Solely as to the Cordell Entitles and Robin Rodriguez, the within stipulation is
  signed without waiver and with full reservation of rights under that certain restraining
  order and injunction dated December 1, 2008 entered by the U.S. Bankruptcy
  Court SDNY, Case No.07-B-11448-MG

When filing this document in ECF, please be sure to use the appropriate ADR Docket
Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐    Non-binding Arbitration
☐    Early Neutral Evaluation (ENE)
☐    Mediation
☐    Private ADR
☑    Private mediation as will be addressed in the Case Management Order to be filed with the Court.
Deadline for ADR session
     90 days from the date of this order.
     other   deadline to be determined in the Case Management Order to be filed with the Court

IT IS SO ORDERED.

Dated:     October 2, 2009                      _____
                                                HONORABLE JAMES WARE
                                                UNITED STATES DISTRICT     JUDGE