```
 1  Lawrence A. Kellogg – SBN 328601
    TEW CARDENAS LLP
 2  Four Seasons Tower, 15th Floor
    1441 Brickell Avenue
 3  Miami, FL 33131-3407
    Tel:  (305) 536-1112
 4  Fax:  (305) 536-1116

 5  Timothy J. Halloran - 104498
    Jonathan M. Blute - 240751
 6  MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
 7  San Francisco, CA  94108-5530
    Tel:  (415) 788-1900
 8  Fax:  (415) 393-8087

 9  Attorneys for Defendant
    JORDEN BURT LLP
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK f/k/a MATRIX CAPITAL BANK), a Colorado Corporation; BOULDER CAPITAL, LLC, a Massachusetts Corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Company; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Company; | Case No.: 09-02079**JW (RS)**<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT |

- 1 -

| | |
|---|---|
| 1 | BOULDER HOLDINGS X, LLC, A Delaware Limited Liability Company; ROY |
| 2 | S. McDOWELL, JR., an individual; CORDELL FUNDING LLP, a Florida |
| 3 | Limited Liability Partnership; CORDELL CONSULTANTS INC. MONEY |
| 4 | PURCHASE PLAN, a Qualified Retirement Plan Trust; CORDELL CONSULTANTS |
| 5 | NEW YORK, LLC, a New York Limited Liability Company; ROBIN RODRIGUEZ, |
| 6 | an individual; JORDEN BURT, LLP, a Conneticut Limited Liability Partnership; |
| 7 | KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, |
| 8 | an individual; FOLEY & LARDNER, LLP, a Wisconsin Limited Liability Partnership; |
| 9 | STEPHEN I. BURR, an individual; and SILICON VALLEY LAW GROUP, a |
| 10 | California Law Corporation , |
| 11 | Defendants. |

The Court, after considering the Stipulation Extending Time for Defendant to Respond to Plaintiffs' Complaint, hereby **ORDERS** that Defendant JORDEN BURT, LLP, a Connecticut Limited Liability Partnership, shall have until December 1, 2009 to answer, move or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED on this __2__ day of __October__, 2009

_____
Hon. James Ware
United States District Judge

JMB.20051337

[Proposed] Order Extending Time For Defendant To Respond To Plaintiff's Complaint