Ryan D. Fischbach, Bar No. 204106
BAKER & HOSTETLER LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120
Tel: (310) 820-8800
Email:     rfischbach@bakerlaw.com

Douglas E. Spelfogel, NYS Bar No: DS 7097
Richard Bernard, NYS Bar No. RB 6371
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel: (212) 589-4200
Email:     dspelfogel@bakerlaw.com
             rbernard@bakerlaw.com

Attorneys for Defendants
*Cordell Funding, LLLP, Cordell Consultants, New York, LLC,*
*Cordell Consultants Inc. Money Purchase Plan, Cordell*
*Consultants Money Purchase Plan and Robin Rodriquez*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al., | Case No. 09-02079-JW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |
| CITIBANK, N.A., et l., | |
| Defendant. | |

The Court, after considering the Stipulation Extending Time for Defendants Cordell Funding, LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, Cordell Consultants Money Purchase Plan and Robin Rodriquez ("Defendants") to Respond to Plaintiffs' Amended Complaint, it is hereby

ORDERED that Defendants shall have an extension of time to and including October 23, 2009, within which to respond to the Amended Complaint without

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

502576452.1

PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 09-02079-JW

prejudice to further extension requests and Plaintiffs shall subsequently have until November 24th, 2009 to oppose Defendants' motion to dismiss and Defendants shall then have until December 18, 2009 to reply to Plaintiff's opposition, with the remaining submission dates and discovery continued pending final determination on the motion to dismiss.

IT IS SO ORDERED:

Dated: October 2, 2009

Hon. James Ware
United States District Judge

502576452.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# CERTIFICATE OF SERVICE

### *Anita Hunter, et al. v. Citibank, N.A., et al.,*
### USDC, CAND Case No. 09-020479-JW

I, the undersigned, say:

I am and was at all times herein mentioned a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 12100 Wilshire Boulevard, Los Angeles, California 90025-7120, and I am employed in the offices of BAKER & HOSTETLER LLP, by a member of the Bar of this Court at whose direction the service mentioned hereinbelow was made.

On **September 21, 2009**, I served the within **[PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**, upon counsel named below by placing electronic service via **PACER-ECF** for the United States District Court, Northern District of California to the parties addressed as follows:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 21, 2009**, at Los Angeles, California.

Lisa M. Lovullo

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1

# SERVICE LIST

2  Mark B. Blocker
3  Thomas R. Heisler
   Sidley Austin LLP
   1 South Dearborn
4  Chicago, IL 60603
   312-853-7000
5  312-853-7036 (fax)

6  R. Van Swearingen
   Carol Lynn Thompson
7  Sidley Austin
   555 California Street
8  20th Floor
   San Francisco, CA 94104
9  415-772-7488
   415-772-7400 (fax)

10

11 John K. Van De Weert
   Sidley Austin LLP
   1501 "K" Street, N.W.
12 Washington, DC 20005
   (202) 736-8000

13

14 Robert Louis Brace
   Michael P. Denver
   Hollister & Brace
15 1126 Santa Barbara Street
   POB 630
16 Santa Barbara, CA 93101
   805-963-6711
17 805-965-0329 (fax)

18 Allen W. Burton
   Bradley J. Butwin
19 Gary Svirsky
   O'Melveny & Myers LLP
20 7 Times Square
   New York, NY 10036
21 (212) 326-2000
   Allison Lane Cooper
22 Krieg Keller Sloan Reilley & Roman
   LLP
23 114 Sansome Street
   4th Floor
24 San Francisco, CA 94104
   415-249-8330
25 415-249-8333 (fax)

26

27

28

Robert A. Curtis
Thomas G. Foley, Jr.
Foley Bezek Behle & Curtis LLP
15 West Carrillo Street
Santa Barbara, CA 93101
805-962-9495 x124
805-962-0722 (fax)

Ethan D. Dettmer
Gibson, Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105
415-393-8200
415-986-5309 (fax)

Bradley J. Lingo
F. Joseph Warin
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave NW
Washington, DC 20036
202-955-8500
202-530-9608 (fax)

Anthony Robert Zelle
Thomas W. Evans
Brian P. McDonough
Zelle McDonough & Cohen LLP
101 Federal Street
14th Floor
Boston, MA 02110
617-742-6520
617-973-1562 (fax)

Ryan D. Fischbach
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
310/820-8800

William J. Goines
Greenberg Traurig, LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
650-328--8500
650-328-8508 (fax)

Timothy J. Halloran
Murphy Pearson Bradley & Feeney
88 Kearny Street
10th Floor
San Francisco, CA 94108-5530
415-788-1900
415-393-8087 (fax)

Lawrence A. Kellogg
The Law Firm of Tew Cardenas, LLP
Four Seasons Tower
1441 Brickell Avenue, 15th Floor
Miami, FL 33131-3407
(305) 536-1112

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES