Ryan D. Fischbach, Bar No. 204106
BAKER & HOSTETLER LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120
Tel: (310) 820-8800
Email: rfischbach@bakerlaw.com

Douglas E. Spelfogel, NYS Bar No: DS 7097
Richard Bernard, NYS Bar No. RB 6371
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111-0100
Tel: (212) 589-4200
Email: dspelfogel@bakerlaw.com
rbernard@bakerlaw.com

Attorneys for Defendants
*Cordell Funding, LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, Cordell Consultants Money Purchase Plan and Robin Rodriquez*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al., <br> Plaintiff, <br> v. <br> CITIBANK, N.A., et l., <br> Defendant. | Case No. 09-02079-JW <br><br> **[PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

The Court, after considering the Stipulation Extending Time for Defendants Cordell Funding, LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, Cordell Consultants Money Purchase Plan and Robin Rodriquez ("Defendants") to Respond to Plaintiffs' Amended Complaint, it is hereby

ORDERED that Defendants shall have an extension of time to and including October 23, 2009, within which to respond to the Amended Complaint without

502576452.1

PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 09-02079-JW

prejudice to further extension requests and Plaintiffs shall subsequently have until November 24th, 2009 to oppose Defendants' motion to dismiss and Defendants shall then have until December 18, 2009 to reply to Plaintiff's opposition, with the remaining submission dates and discovery continued pending final determination on the motion to dismiss.

IT IS SO ORDERED:

Dated: October 2, 2009

_____
Hon. James Ware
United States District Judge

# CERTIFICATE OF SERVICE

*Anita Hunter, et al. v. Citibank, N.A., et al.,*
**USDC, CAND Case No. 09-020479-JW**

I, the undersigned, say:

I am and was at all times herein mentioned a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 12100 Wilshire Boulevard, Los Angeles, California 90025-7120, and I am employed in the offices of BAKER & HOSTETLER LLP, by a member of the Bar of this Court at whose direction the service mentioned hereinbelow was made.

On **September 21, 2009**, I served the within **[PROPOSED] ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**, upon counsel named below by placing electronic service via **PACER-ECF** for the United States District Court, Northern District of California to the parties addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 21, 2009**, at Los Angeles, California.

Lisa M. Lovullo

# SERVICE LIST

| | |
|---|---|
| Mark B. Blocker<br>Thomas R. Heisler<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>312-853-7000<br>312-853-7036 (fax) | Robert A. Curtis<br>Thomas G. Foley, Jr.<br>Foley Bezek Behle & Curtis LLP<br>15 West Carrillo Street<br>Santa Barbara, CA 93101<br>805-962-9495 x124<br>805-962-0722 (fax) |
| R. Van Swearingen<br>Carol Lynn Thompson<br>Sidley Austin<br>555 California Street<br>20th Floor<br>San Francisco, CA 94104<br>415-772-7488<br>415-772-7400 (fax) | Ethan D. Dettmer<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>415-393-8200<br>415-986-5309 (fax) |
| John K. Van De Weert<br>Sidley Austin LLP<br>1501 "K" Street, N.W.<br>Washington, DC 20005<br>(202) 736-8000 | Bradley J. Lingo<br>F. Joseph Warin<br>Gibson Dunn & Crutcher LLP<br>1050 Connecticut Ave NW<br>Washington, DC 20036<br>202-955-8500<br>202-530-9608 (fax) |
| Robert Louis Brace<br>Michael P. Denver<br>Hollister & Brace<br>1126 Santa Barbara Street<br>POB 630<br>Santa Barbara, CA 93101<br>805-963-6711<br>805-965-0329 (fax) | Anthony Robert Zelle<br>Thomas W. Evans<br>Brian P. McDonough<br>Zelle McDonough & Cohen LLP<br>101 Federal Street<br>14th Floor<br>Boston, MA 02110<br>617-742-6520<br>617-973-1562 (fax) |
| Allen W. Burton<br>Bradley J. Butwin<br>Gary Svirsky<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000 | Ryan D. Fischbach<br>Baker & Hostetler LLP<br>12100 Wilshire Boulevard, 15th Floor<br>Los Angeles, CA 90025-7120<br>310/820-8800 |
| Allison Lane Cooper<br>Krieg Keller Sloan Reilley & Roman LLP<br>114 Sansome Street<br>4th Floor<br>San Francisco, CA 94104<br>415-249-8330<br>415-249-8333 (fax) | William J. Goines<br>Greenberg Traurig, LLP<br>1900 University Avenue<br>5th Floor<br>East Palo Alto, CA 94303<br>650-328--8500<br>650-328-8508 (fax) |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

502576494.1

1  Timothy J. Halloran
   Murphy Pearson Bradley & Feeney
2  88 Kearny Street
   10th Floor
3  San Francisco, CA 94108-5530
   415-788-1900
4  415-393-8087 (fax)

5  Lawrence A. Kellogg
   The Law Firm of Tew Cardenas, LLP
6  Four Seasons Tower
   1441 Brickell Avenue, 15th Floor
7  Miami, FL 33131-3407
   (305) 536-1112

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES