James C. Krieg [SBN 77069] (jkrieg@kksrr.com)
Allison Lane Cooper [SBN 152384] (acooper@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Defendants
FOLEY & LARDNER LLP and STEPHEN I. BURR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual, CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual; and all others similarly situated,<br><br>                    Plaintiffs;<br>v.<br><br>CITIBANK, N.A, a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation, BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (*f/k/a/* MATRIX CAPITAL BANK), a Colorado Corporation, et al.,<br><br>                    Defendants. | Case No.:  09-02079 JW<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS FOLEY & LARNDER LLP AND STEPHEN I. BURR TO RESPOND TO AMENDED COMPLAINT |

1

1  The Court, after considering the Stipulation Extending Time for Defendants
2  Foley & Lardner LLP and Stephen I. Burr to Respond to Plaintiffs' Amended
3  Complaint, hereby ORDERS that defendants Foley & Lardner LLP and Stephen I. Burr
4  shall have until December 1, 2009 to move, answer, or otherwise respond to Plaintiffs'
5  Amended Complaint.

6  IT IS SO ORDERED.

8  Dated: October 2, 2009   *James Ware*
9  Hon. James Ware
   United States District Court Judge

2

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS FOLEY & LARNDER LLP AND STEPHEN
I. BURR TO RESPOND TO AMENDED COMPLAINT
CASE NO.: 09-02079 JW