# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

ANITA HUNTER, *et al.*,

        Plaintiffs,

    v.

CITIBANK, N.A., *et al.*,

        Defendants.

Case No. 09-02079-JW

**[Proposed] Order Extending Time for Defendants To Respond to Plaintiffs' Amended Complaint**

    The Court, after considering the Stipulation Extending Time for Defendants to Respond Plaintiffs' Amended Complaint, hereby **ORDERS** that Defendants Bank of America, N.A. and Countrywide Bank, FSB shall have until October 21, 2009 to answer, move, or otherwise respond to Plaintiffs' Amended Complaint.

    IT IS SO ORDERED on this   2   day of  October , 2009.

_____
Hon. James Ware
United States District Judge