1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

3

4     ANITA HUNTER, *et al.*,

5                              Plaintiffs,

6          v.

7     CITIBANK, N.A., *et al.*,

8                              Defendants.

Case No.  09-02079-JW

[Proposed] **Order Extending Time**
**for Defendants To Respond to**
**Plaintiffs' Amended Complaint**

9

10          The Court, after considering the Stipulation Extending Time for Defendants to Respond

11    Plaintiffs' Amended Complaint, hereby **ORDERS** that Defendants Bank of America, N.A. and

12    Countrywide Bank, FSB shall have until October 21, 2009 to answer, move, or otherwise respond

13    to Plaintiffs' Amended Complaint.

14

15          IT IS SO ORDERED on this _____2_____ day of ___October___, 2009.

16

17    _____
      Hon. James Ware

18    United States District Judge

19

20

21

22

23

24

25

26

27

28