Michael Drury, SBN 177993
mdrury@rmwllp.com
RIEDL, MCCLOSKEY & WARING LLP
550 West "C" Street, Suite 2050
San Diego, California 92101
Telephone: (619) 237-3095
Facsimile: (619) 237-3789

Stephen F. Gordon (BBO No. 203600) (*Pro Hac Vice Pending*)
sgordon@gordonfirm.com
Todd B. Gordon (BBO No. 652482) (*Pro Hac Vice Pending*)
tgordon@gordonfirm.com
THE GORDON LAW FIRM LLP
101 Federal Street, 17th Floor
Boston, Massachusetts 02110
Telephone: (617) 261-0100
Facsimile: (617) 261-0789

Attorneys for Defendants
BOULDER ENTITIES AND ROY S. MACDOWELL, JR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; et al.<br><br>                         Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation, et al.,<br>                         Defendants. | Case No. C 09-02079 JW<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT |

1

The Court, after considering the Stipulation Extending Time for Defendants to Respond to Plaintiffs' Amended Complaint, hereby **ORDERS** that Defendants BOULDER CAPITAL, LLC, BOULDER COLUMBUS, LLC, BOULDER WEST OAKS, LLC, BOULDER HOLDINGS VI, LLC, BOULDER HOLDINGS X, LLC, and ROY S. MACDOWELL, JR. shall have until November 2, 2009 to answer, move or otherwise respond to Plaintiffs' Amended Complaint.

IT IS SO ORDERED on this __2__ day of __October__, 2009

_____
Hon. James Ware
United States District Judge