# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada corporation; COUNTRYWIDE BANK, FSB, a Virginia corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina corporation; UNITED WESTERN BANK (f/k/a MATRIX CAPITAL BANK), a Colorado corporation; BOULDER CAPITAL, LLC, a Massachusetts corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Company; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS X, LLC, a Delaware Limited Liability Company; ROY S. MACDOWELL, JR., an individual; CORDELL FUNDING, LLLP, a Florida Limited Liability Limited Partnership; CORDELL CONSULTANTS INC. MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust; CORDELL CONSULTANTS NEW YORK, LLC, a New York Limited Liability Company; ROBIN RODRIGUEZ, an individual; JORDEN BURT, LLP, a Connecticut Limited Liability Partnership; KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, an individual; FOLEY & LARDNER, LLP, a Wisconsin Limited Liability Partnership; STEPHEN I. BURR, an individual; and SILICON VALLEY LAW GROUP, a California Law Corporation, | CASE NO. 5:09-cv-02079-JW<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN TO RESPOND TO THE AMENDED COMPLAINT |

Gibson, Dunn & Crutcher LLP

5:09-cv-02079-JW
[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN TO RESPOND TO THE AMENDED COMPLAINT

| | |
|---|---|
| Defendants. | |

The Court, after considering the Stipulation Extending Time For Defendants Kutak Rock, LLP And Joseph O. Kavan To Respond To The Amended Complaint, hereby **ORDERS** that Defendants Kutak Rock, LLP and Joseph O. Kavan shall each have an extension of time to and including December 1, 2009, within which to answer, move against, or otherwise respond to the Amended Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED on this __2__ day of __October__, 2009.

*/s/ James Ware*
Hon. James Ware
United States District Judge

Gibson, Dunn & Crutcher LLP