United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: Edward H. Okun Internal Revenue Service Tax Deferred Exchange Litigation _____/ | NO. M 09-02028 JW<br>Member Cases No.:<br>C 07-02795 JW<br>C 09-01688 JW |
| Anita Hunter v. Edward Okun et al _____/ | C 09-02079 JW |
| Anita Hunter et al v. Citibank, N.A. et al _____/ | **FINAL ORDER DIRECTING THE PARTIES TO SET UP TELEPHONIC APPEARANCES FOR HEARING** |
| Quirk Infiniti, Inc. v. Wachovia Bank, N.A. | |
| Related Action(s). | |

On September 24, 2009 the Court issued an Order requesting the parties to confer and generate a list of all appearances by telephone for the above scheduled matter on October 7, 2009 at 8:00 AM. The parties were instructed to contact Judge Ware's Courtroom Deputy, Ms. Elizabeth Garcia, to provide a comprehensive list of all appearances as well as a dial in number by October 1, 2009. Since the passing of the deadline, the Court has been informed of further notices for telephonic appearance for the October 7, 2009 hearing.

Any other party intending to appear by telephone for the scheduled hearing are to contact Tele-Court for a dial in number and PIN for the hearing. This registration to appear by telephone with Tele-Court is EXTENDED to **October 6, 2009 at Noon Pacific / 3:00 pm Eastern**. The Court further allows class members to participate by listening (only) to the proceedings. Class members wishing to listen in on the proceedings shall contact Tele-Court for a dial in number and PIN.

Tele-Court provides the following instructions on how to set up a telephonic appearance:

*"To appear by telephone, attorneys need to open an account with Tele-Court at www.tele-court.com or (800) 924-5680 to obtain a dial in number and personal PIN.  The PIN numbers on the Tele-Court system are unique to each attorney and cannot be shared.  Tele-Court is providing its service for this hearing at no charge to demonstrate its system to attorneys and the court.'*

Dated:  October 5, 2009

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Andrew B. Downs andy.downs@bullivant.com
Becki F. Kieffer courtir@troutmansanders.com
3  Carleton R. Burch crb@amclaw.com
Christine Marie Morgan cmorgan@reedsmith.com
4  Craig Stuart Granet Cgranet@fmam.com
Daniel Sean Velarde svelarde@bfw-law.com
5  Jack R. Nelson jnelson@reedsmith.com
James F. Parver jparver@winlaw.com
6  Jennifer Michelle Osgood josgood@bfw-law.com
John Lauchlan Kortum jkortum@archernorris.com
7  Jose Ruben Hinojosa jhinojosa@obht.com
Kathleen Card kathy@parrlawgroup.com
8  Mark Joseph Krone mk@amclaw.com
Michael Jeffrey Norton mnorton@bfw-law.com
9  Michael P. Denver mpdenver@hbsb.com
Naki Margolis Irvin nakim@winlaw.com
10  Natalia Litchev natasol@comcast.net
Peter Wells McGaw pmcgaw@archernorris.com
11  Robert Louis Brace rlbrace@hbsb.com
Shawn Robert Parr shawn@parrlawgroup.com
12  Steven Scott Kimball ssk@sojllp.com
Sujata Trivedi Reuter sujata@parrlawgroup.com
13  Thomas G. Foley tfoley@foleybezek.com
Anthony Robert Zelle tzelle@zelmcd.com
14  Brian P. McDonough bmcdonough@zelmcd.com
Ryan M. Tosi ryan.tosi@klgates.com
15  Thomas W. Evans tevans@zelmcd.com
Allen W. Burton aburton@omm.com
16  Allison Lane Cooper acooper@kksrr.com
Bradley J. Lingo blingo@gibsondunn.com
17  Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
18  Carol Lynn Thompson cthompson@sidley.com
Cindy Hamilton hamiltonc@gtlaw.com
19  Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
20  James Carnegie Krieg jkrieg@kksrr.com
Madeline Anne Zamoyski mzamoyski&#064;omm.com
21  Mark Bruce Blocker mblocker@sidley.com
Michael P. Denver mpdenver@hbsb.com
22  R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
23  Ryan D. Fischbach rfischbach@bakerlaw.com
Thomas W. Evans tevans@zelmcd.com
24  Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
25  William J. Goines goinesw@gtlaw.com

26  **Dated:  October 5, 2009**                     **Richard W. Wieking, Clerk**
                                                    **By:     /s/ JW Chambers                **
27                                                  **Elizabeth Garcia, Courtroom Deputy**

28
                                        3