IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE, _____/ <br><br> In Re: Edward H. Okun Internal Revenue Service Tax Deferred Exchange Litigation _____/ <br><br> Anita Hunter v. Edward Okun et al _____/ <br><br> Anita Hunter et al v. Citibank, N.A. et al _____/ <br><br> Quirk Infiniti, Inc. v. Wachovia Bank, N.A. <br><br> Related Action(s). | NO. M 09-02028 JW <br> Member Cases No.: <br> C 07-02795 JW <br> C 09-01688 JW <br> C 09-02079 JW <br><br> **ORDER SETTING TELEPHONIC CONFERENCE FOR OCTOBER 8, 2009 AT NOON (PST)** |

On October 7, 2009 the Court heard oral argument on the parties Wave I settlement. The parties were directed to email proposed versions of Final Approval Order and Judgment for Court's approval. The Court has reviewed the proposed materials and has noticed significant changes to the ones that were filed prior to the hearing. Accordingly, the Court sets a further Telephonic Conference to confer with counsel.

The Court sets a telephonic conference for **October 8, 2009 at 12 NOON (PST).** The parties shall coordinate a conference line with a number for the Court to use for dialing in. The parties are to contact the Courtroom Deputy, Ms. Elizabeth Garcia, with the dial in number by 11 a.m. Class counsel, related defendants, and counsel for the Trustee are required to participate in the Court's telephonic conference.

Dated: October 7, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew B. Downs andy.downs@bullivant.com
Becki F. Kieffer courtir@troutmansanders.com
Carleton R. Burch crb@amclaw.com
Christine Marie Morgan cmorgan@reedsmith.com
Craig Stuart Granet Cgranet@fmam.com
Daniel Sean Velarde svelarde@bfw-law.com
Jack R. Nelson jnelson@reedsmith.com
James F. Parver jparver@winlaw.com
Jennifer Michelle Osgood josgood@bfw-law.com
John Lauchlan Kortum jkortum@archernorris.com
Jose Ruben Hinojosa jhinojosa@obht.com
Kathleen Card kathy@parrlawgroup.com
Mark Joseph Krone mk@amclaw.com
Michael Jeffrey Norton mnorton@bfw-law.com
Michael P. Denver mpdenver@hbsb.com
Naki Margolis Irvin nakim@winlaw.com
Natalia Litchev natasol@comcast.net
Peter Wells McGaw pmcgaw@archernorris.com
Robert Louis Brace rlbrace@hbsb.com
Shawn Robert Parr shawn@parrlawgroup.com
Steven Scott Kimball ssk@sojllp.com
Sujata Trivedi Reuter sujata@parrlawgroup.com
Thomas G. Foley tfoley@foleybezek.com
Anthony Robert Zelle tzelle@zelmcd.com
Brian P. McDonough bmcdonough@zelmcd.com
Ryan M. Tosi ryan.tosi@klgates.com
Thomas W. Evans tevans@zelmcd.com
Allen W. Burton aburton@omm.com
Allison Lane Cooper acooper@kksrr.com
Bradley J. Lingo blingo@gibsondunn.com
Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
Carol Lynn Thompson cthompson@sidley.com
Cindy Hamilton hamiltonc@gtlaw.com
Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
James Carnegie Krieg jkrieg@kksrr.com
Madeline Anne Zamoyski mzamoyski@omm.com
Mark Bruce Blocker mblocker@sidley.com
Michael P. Denver mpdenver@hbsb.com
R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
Ryan D. Fischbach rfischbach@bakerlaw.com
Thomas W. Evans tevans@zelmcd.com
Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
William J. Goines goinesw@gtlaw.com

Dated: October 7, 2009                    **Richard W. Wieking, Clerk**
                                          **By:    /s/ JW Chambers**
                                          **Elizabeth Garcia Courtroom Deputy**

**United States District Court**
For the Northern District of California