Robert L. Brace, SBN. 122240
Email: rlbrace@hbsb.com
Michael P. Denver, SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: 805.963.6711
Facsimile: 805.965.0329

Thomas G. Foley, Jr. SBN. 65812
Email:  tfoley@foleybezek.com
**FOLEY, BEZEK, BEHLE
& CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA  93101
Telephone: 805.962.9495
Facsimile:  805.962.0722
Attorneys for Plaintiffs, and all others similarly situated

Anthony R. Zelle, Esq., SBN 548141
Email: tzelle@zelmcd.com
Brian McDonough, Esq., SBN 637999
Email: bmcdonough@zelmcd.com
Thomas Evans, Esq., SBN 552820
Email: tevans@zelmcd.com
**ZELLE MCDONOUGH & COHEN LLP**
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone:
Facsimile:
(Appearing
Attorneys for
the Class

DENIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION<br><br>MDL No. 2028<br><br>Anita Hunter, et al. v. Edward H. Okun, et al. N.D., California, C.A. No. 5:07-2795-JW<br><br>Quirk Infiniti, Inc. v. Wachovia Bank, N.A. D. Massachusetts, C.A. No. 1:08-12060 | Case No. 07-2795 JW<br><br>**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AS TO DEFENDANT SAN FRANCISCO SERIES OF LOCKTON COMPANIES, LLC, EXCEPT FOR MATTERS RELATING TO APPROVAL OF THE LOCKTON SETTLEMENT** |

WHEREAS, at the October 7, 2009 Wave I Final Fairness Hearing, the Court granted Plaintiffs' Motion for final approval of the Wave I Settlements, totaling over $88 million (Docket No. 304);

WHEREAS, at the October 7 hearing, the Court was informed that Wave II Settlements are being negotiated and will be presented to the Court in the near future;

WHEREAS, Plaintiffs have negotiated a Wave II Settlement with Defendant San

Francisco Series of Lockton Companies, LLC ("Lockton"), and that settlement has been executed;

WHEREAS, the Lockton Settlement requires that the Court be requested to stay the litigation against Lockton (except for matters relating to the settlement approval process), pending the Court's decision on whether or not to approve the Lockton Settlement;

NOW THEREFORE, Plaintiffs, on the one hand and Lockton, on the other, hereby AGREE and STIPULATE that (i) with respect to Lockton and only Lockton, and, except for matters relating to the court approval process of the Wave II Lockton Settlement, the above-captioned litigation should be stayed, such that Lockton need not participate in discovery, pre-trial or trial matters, and need not make any further court appearances, other than those related to the Lockton Settlement approval process; and (ii) in the event the Court does not approve the Lockton Settlement, or, upon written notice to the Court that Plaintiffs or Lockton wish the stay to be lifted, the stay should be lifted.

DATED: October 14, 2009         By: /s/ Michael P. Denver
                                Robert L. Brace, SBN. 122240
                                Email: rlbrace@hbsb.com
                                Michael P. Denver, SBN 199279
                                Email: mpdenver@hbsb.com
                                **HOLLISTER & BRACE**
                                P.O. Box 630
                                Santa Barbara, CA  93102
                                Telephone: (805)963.6711
                                Facsimile: (805) 965.0329
                                *Attorneys for Hunter Plaintiffs and the Class*

DATED: October 14, 2009         By: /s/ Mike Margolis
                                Mike Margolis, Esq.
                                Naki Irvin, Esq.
                                **MARGOLIS & TISMAN LLP**
                                444 S Flower St  Suite 2300
                                Los Angeles, CA 90071
                                Telephone: (213) 416-8889
                                Facsimile: (213) 683-0303
                                *Attorneys for Defendant San Francisco Series of Lockton Companies, LLC*

**\*\*\* ORDER \*\*\***

The parties' Stipulation for a Stay is improper and therefore DENIED. Rather, the Court simply orders that because Defendant San Francisco Series of Lockton Companies, LLC is one of the participants in the Wave II settlement, Defendant need not Answer or participate in discovery at this time.

Dated: October 15, 2009

_____
JAMES WARE
United States District Judge