BRADLEY J. BUTWIN (*pro hac vice*)
GARY SVIRSKY (*pro hac vice*)
ALLEN W. BURTON (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

MEREDITH N. LANDY (SBN 136489)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

*Attorneys for Defendants*
*Bank of America, N.A. and Countrywide Bank, FSB*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, *et al.*, | Case No. 09-02079-JW |
| Plaintiffs, | **Stipulation and [Proposed] Order Extending Time for Defendants To Respond to Plaintiffs' Amended Complaint** |
| v. | |
| CITIBANK, N.A., *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Bank of America, N.A. and Countrywide Bank, FSB to move, answer, or otherwise respond to Plaintiffs' Amended Complaint will be extended until December 15, 2009. Two prior extensions have been granted. A proposed order is attached.

| | | | |
|---|---|---|---|
| 1 | Dated: October 20, 2009 | By: | __/s/ Allen W. Burton_____ |

O'MELVENY & MYERS LLP
Bradley J. Butwin (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Allen W. Burton (*pro hac vice*)
7 Times Square
New York, NY 10036

Meredith N. Landy (SBN 136489)
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025

*Attorneys for Defendants Bank of America, N.A. and Countrywide Bank, FSB*


By: __/s/ Robert L. Brace_____

HOLLISTER & BRACE
Robert L. Brace (SBN 122240)
Michael P. Denver (SBN 199279)
P.O. Box 630
Santa Barbara, CA 93102

FOLEY, BEZEK, BEHLE & CURTIS, LLP
Thomas G. Foley, Jr. (SBN 65812)
Robert Curtis (SBN 203870)
15 W. Carillo Street
Santa Barbara, CA 93101

*Counsel for Plaintiffs and the Class*

ZELLE MCDONOUGH & COHEN LLP
Anthony R. Zelle (SBN 548141)
Brian McDonough (SBN 637999)
Thomas Evans (SBN 552820)
101 Federal Street, 14th Floor
Boston, MA 02110

*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class*

I, Allen W. Burton, am the ECF User whose ID and password are being used to file this Joint Stipulation Extending Time for Defendants to Respond to Plaintiffs' Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Robert L. Brace has concurred in this filing.

          /s/ Allen W. Burton
          Allen W. Burton

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

ANITA HUNTER, *et al.*,

    Plaintiffs,

v.

CITIBANK, N.A., *et al.*,

    Defendants.

Case No. 09-02079-JW

**[Proposed] Order Extending Time for Defendants To Respond to Plaintiffs' Amended Complaint**

The Court, after considering the Stipulation Extending Time for Defendants to Respond Plaintiffs' Amended Complaint, hereby **ORDERS** that Defendants Bank of America, N.A. and Countrywide Bank, FSB shall have until December 15, 2009 to answer, move, or otherwise respond to Plaintiffs' Amended Complaint.

IT IS SO ORDERED on this __27__ day of __October__ 2009.

_____
Hon. James Ware
United States District Judge