1    BRADLEY J. BUTWIN (*pro hac vice*)
     GARY SVIRSKY  (*pro hac vice*)
2    ALLEN W. BURTON (*pro hac vice*)
     O'MELVENY & MYERS LLP
3    7 Times Square
     New York, NY  10036
4    Telephone:    (212) 326-2000
     Facsimile:    (212) 326-2061
5
     MEREDITH N. LANDY (SBN 136489)
6    O'MELVENY & MYERS LLP
     2765 Sand Hill Road
7    Menlo Park, CA 94025
     Telephone:    (650) 473-2600
8    Facsimile:    (650) 473-2601

9    *Attorneys for Defendants*
     *Bank of America, N.A. and Countrywide Bank, FSB*
10

11

12                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
13                       SAN JOSE DIVISION

14

15   ANITA HUNTER, *et al.*,
                                            Case No.  09-02079-JW
16                    Plaintiffs,
                                            **Stipulation and [Proposed] Order**
17        v.                                **Excusing Defendants Bank of**
                                            **America, N.A. and Countrywide, FSB**
18   CITIBANK, N.A., *et al.*,              **from Responding to Amended**
                                            **Complaint**
19                    Defendants.

20

21        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel,

22   that because the parties have reached a settlement in principle, Defendants Bank of America,

23   N.A. and Countrywide Bank, FSB are not required to respond to Plaintiffs' Amended Complaint

24   or participate in discovery at this time.  A settlement agreement will be presented to the Court for

25   approval upon execution.  A proposed order is attached.

26

27

28

1   Dated:  December 14, 2009          By:      /s/ Allen W. Burton

2                                               O'MELVENY & MYERS LLP
3                                               Bradley J. Butwin (*pro hac vice*)
                                                Gary Svirsky (*pro hac vice*)
4                                               Allen W. Burton (*pro hac vice*)
                                                7 Times Square
5                                               New York, NY 10036

6                                               Meredith N. Landy (SBN 136489)
7                                               O'Melveny & Myers LLP
                                                2765 Sand Hill Road
8                                               Menlo Park, CA 94025
                                                *Attorneys for Defendants Bank of America, N.A.*
9                                               *and Countrywide Bank, FSB*

10

11
                                       By:      /s/ Robert L. Brace
12
                                                HOLLISTER & BRACE
13                                              Robert L. Brace (SBN 122240)
                                                Michael P. Denver (SBN 199279)
14                                              P.O. Box 630
                                                Santa Barbara, CA 93102
15
                                                FOLEY, BEZEK, BEHLE & CURTIS, LLP
16                                              Thomas G. Foley, Jr. (SBN 65812)
                                                Robert Curtis (SBN 203870)
17                                              15 W. Carillo Street
                                                Santa Barbara, CA 93101
18
                                                *Counsel for Plaintiffs and the Class*
19
20                                              ZELLE MCDONOUGH & COHEN LLP
                                                Anthony R. Zelle (SBN 548141)
21                                              Brian McDonough (SBN 637999)
                                                Thomas Evans (SBN 552820)
22                                              101 Federal Street, 14th Floor
                                                Boston, MA 02110
23
24                                              *Attorneys for Plaintiff Quirk Infiniti,*
                                                *Inc. and the Class*
25

26

27

28

STIPULATION EXCUSING
DEFENDANTS FROM RESPONDING TO
PLAINTFFS' AMENDED COMPLAINT 09-CV-02079

1   I, Allen W. Burton, am the ECF User whose ID and password are being used to file this Joint
2   Stipulation Extending Time for Defendants to Respond to Plaintiffs' Amended Complaint.  In
    compliance with General Order 45, X.B., I hereby attest that Robert L. Brace has concurred in
3   this filing.

4

5                                                        /s/ Allen W. Burton
                                                        Allen W. Burton
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          STIPULATION EXCUSING
                                      DEFENDANTS FROM RESPONDING TO
                                  PLAINTFFS' AMENDED COMPLAINT 09-CV-02079

1

2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

3

4    ANITA HUNTER, *et al.*,

5                    Plaintiffs,

6          v.

7    CITIBANK, N.A., *et al.*,

8                    Defendants.

9

Case No.  09-02079-JW

**[Proposed] Order Excusing
Defendants Bank of America, N.A.
and Countrywide, FSB from
Responding to Amended Complaint**

10

11          The Court, after considering the Stipulation Excusing Defendants Bank of America, N.A.

12   and Countrywide, FSB from Responding to Amended Complaint, hereby **ORDERS** that

13   Defendants Bank of America, N.A. and Countrywide Bank, FSB are not required to answer,

14   move, or otherwise respond to Plaintiffs' Amended Complaint, or to participate in discovery,

15   unless otherwise ordered by the Court.

16

17          IT IS SO ORDERED on this __18__ day of __December__, 2009.

18

19                                         _____
                                           Hon. James Ware
20                                         United States District Judge

21

22

23

24

25

26

27

28