Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Van Swearingen (SBN 259809)
vswearingen@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:      (415) 772-1200
Facsimile:      (415) 772-7400

Mark B. Blocker (IL No. 6198950)
Mblocker@sidley.com
Kevin M. Fee (IL No. 6277453)
kfee@sidley.com
Thomas R. Heisler (IL No. 6296712)
theisler@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:      (312) 853-8000
Facsimile:      (312) 853-7036

John K. Van De Weert (DC No. 485251)
jvandeweert@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20002
Telephone:      (202) 736-8000
Facsimile:      (202) 736-8711

Attorneys For Defendant Citibank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual; and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs. | Case No. C 09-02079 JW<br><br>Assigned to: Honorable James Ware<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK TO FILE A REPLY ON ITS MOTION TO DISMISS TO JANUARY 19, 2010** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK
TO FILE A REPLY ON ITS MOTION TO DISMISS TO JANUARY 19, 2010**

|   |   |
|---|---|
| CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (*f/k/a* MATRIX CAPITAL BANK), a Colorado Corporation, et al., | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Defendant Citibank, N.A. ("Citibank") and Plaintiffs, by their respective attorneys of record, hereby stipulate as follows, and request that the Court enter an order granting Citibank, N.A. until January 19, 2010 to file a reply memorandum in further support of its Motion to Dismiss [docket #132]:

WHEREAS, Citibank filed its Motion to Dismiss [docket #132] on October 2, 2009, pursuant to a prior Order of the Court, and noticed the motion for hearing on January 25, 2010;

WHEREAS, by Clerk's Notice [docket #204] entered on December 11, 2009, the hearing on Citibank's Motion to Dismiss was moved to February 8, 2010;

WHEREAS, by agreement of counsel for Citibank and counsel for Plaintiffs, and at the direction of the clerk, the parties agreed that the Motion to Dismiss briefing would be conducted based on the original hearing date of January 25;

WHEREAS, Plaintiffs filed their opposition to Citibank's Motion to Dismiss on January 4, 2010 [docket #211];

WHEREAS, Citibank's reply would be due on January 11, 2010 under the local rules;

WHEREAS, given the passage of time since filing its Motion, and because the hearing on the Motion had been reset to February 8, Citibank requested that Plaintiffs agree to a short extension of time to file its reply memorandum by January 19 – an extension of one week plus one day as a result of the intervening Martin Luther King, Jr. Day holiday;

WHEREAS, Plaintiffs' counsel consented to the brief extension; and

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT CITIBANK TO FILE A REPLY ON ITS MOTION TO DISMISS TO JANUARY 19, 2010**

WHEREAS, even with the requested extension, Citibank's reply memorandum will be due twenty (20) days before the revised hearing date.

THEREFORE, Citibank and Plaintiffs respectfully stipulate and request that the Court enter an Order permitting Citibank to file its reply memorandum in support of its Motion to Dismiss on or before January 19, 2010.

Dated: January 6, 2010               SIDLEY AUSTIN LLP

By:         /s/  John K. Van De Weert
Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Van Swearingen (SBN 259809)
vswearingen@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:        (415) 772-1200
Facsimile:        (415) 772-7400

Mark B. Blocker (IL No. 6198950)
mblocker@sidley.com
Kevin M. Fee (IL No. 6277453)
kfee@sidley.com
Thomas R. Heisler (IL No. 6296712)
theisler@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:        (312) 853-7000
Facsimile:        (312) 853-7036

John K. Van De Weert (DC No. 485251)
jvandeweert@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:        (202) 736-8000
Facsimile:        (202) 736-8711

*Attorneys For Defendant Citibank, N.A.*

HOLLISTER & BRACE

By:   /s/ Michael P. Denver

Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
Michael P. Denver, Esq., SBN 199279
Email: mpdenver@hbsb.com
HOLLISTER & BRACE
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

Thomas G. Foley, Jr., SBN 65812
Email: tfoley@foleybezek.com
Robert A. Curtis, SBN 0203870
Email: rcurtis@foleybezek.com
Justin P. Karczag, SBN 223764
Email: jkarczag@foleybezek.com
FOLEY, BEZEK, BEHLE & CURTIS, LLP
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

*Attorneys for the Hunter Plaintiffs and the Class*

Anthony R. Zelle, Esq., SBN 548141
Email: tzelle@zelmcd.com
Brian P. McDonough, Esq., SBN 637999
Email: bmcdonough@zelmcd.com
ZELLE MCDONOUGH & COHEN LLP
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone: (617) 742-6520 x219
Facsimile: (617) 742-1393

*Attorneys for Plaintiffs Quirk Infiniti, Inc. and the Class*

I, John K. Van De Weert, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that the counsel listed above concurred with this filing.

IT IS SO ORDERED:

DATED: January 11, 2010

_____
Honorable James Ware
United States District Judge