Michael Drury, SBN 177993
mdrury@rmwllp.com
Jeffrey N. Labovitch, SBN 221934
jlabovitch@rmwllp.com
RIEDL, MCCLOSKEY & WARING LLP
550 West "C" Street, Suite 2050
San Diego, California 92101
Telephone: (619) 237-3095
Facsimile: (619) 237-3789

Stephen F. Gordon (BBO No. 203600) (Admitted *Pro Hac Vice*)
sgordon@gordonfirm.com
Todd B. Gordon (BBO No. 652482) (Admitted *Pro Hac Vice*)
tgordon@gordonfirm.com
THE GORDON LAW FIRM LLP
101 Federal Street, 17th Floor
Boston, Massachusetts 02110
Telephone: (617) 261-0100
Facsimile: (617) 261-0789

Attorneys for Defendants
BOULDER ENTITIES AND ROY S. MACDOWELL, JR.

**IT IS SO ORDERED**
Judge James Ware
1/11/2010

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINIT, INC., a Massachusetts corporation; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation, et al.,<br><br>Defendants. | Case No. C 09-02079 JW<br>(Related to Case No. C07-02795 JW)<br><br>Assigned to: Honorable James Ware<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE FOR THE BOULDER DEFENDANTS' MOTION TO DISMISS** |

Whereas Counsel to the Defendants Boulder Capital, LLC, Boulder Columbus, LLC, Boulder West Oaks, LLC, Boulder Holdings VI, LLC, Boulder Holdings X, LLC and Roy S. MacDowell, Jr. ("Boulder Defendants"), Todd B. Gordon ("Mr. Gordon"), who is the only lawyer who has previously appeared in Court for the Boulder Defendants on this matter and is the author of their Motion to Dismiss, is expecting a second child on February 2, 2010 and his wife is scheduled for a Cesarean Section on that same day and Mr. Gordon will need to provide care for his wife and family, all of whom reside with him in Massachusetts, in the week following the birth of his second child and Mr. Gordon will thus be unable to travel to California for the hearing presently scheduled for February 8, 2010 and, accordingly, the Plaintiffs have agreed to support Mr. Gordon's request to the Court that the Boulder Defendants be excused from the February 8, 2010 hearing date in order to accommodate the personal circumstances of the Boulder Defendants' counsel with the hearing on the Boulder Defendants' Motion to Dismiss re-scheduled to another date convenient to the Court and the parties.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the hearing date for Defendants BOULDER CAPITAL, LLC, BOULDER COLUMBUS, LLC, BOULDER WEST OAKS, LLC, BOULDER HOLDINGS, VI, LLC, BOULDER HOLDINGS X, LLC and ROY S. MACDOWELL, JR.'S Motion to Dismiss will be moved from February 8, 2010 to March 22, 2010. A proposed order is attached.

Dated: January 11, 2010

THE GORDON LAW FIRM LLP

By: /s/ Todd B. Gordon
 Stephen F. Gordon (*pro hac vice*)
 Todd B. Gordon (*pro hac vice*)

and --

RIEDL, MCCLOSKEY & WARING LLP
Michael Drury
Jeffrey N. Labovitch

Attorneys for Defendants
BOULDER CAPITAL, LLC, BOULDER COLUMBUS LLC, BOULDER WEST OAKS, LLC, BOULDER HOLDINGS, VI, LLC, BOULDER HOLDINGS X, LLC AND ROY S. MACDOWELL, JR.

Dated: January 11, 2010

HOLLISTER & BRACE

By: /s/ Michael P. Denver
 Robert L. Brace
 Michael P. Denver

FOLEY, BEZEK, BEHLE & CURTIS, LLP
Thomas G. Foley, Jr.
Robert Curtis

Attorneys for Plaintiffs and the Class

ZELLE MCDONOUGH & COHEN LLP
Anthony R. Zelle
Brian McDonough
Thomas Evans

Attorneys for Plaintiff QUIRK INFINITI, INC. and the Class