James C. Krieg [SBN 77069] (jkrieg@kksrr.com)
Allison Lane Cooper [SBN 152384] (acooper@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
FOLEY & LARDNER LLP and STEPHEN I. BURR

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual, CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual; and all others similarly situated, <br><br>　　　　　　　Plaintiffs; <br><br> v. <br><br> CITIBANK, N.A, a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation, BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (*f/k/a/* MATRIX CAPITAL BANK), a Colorado Corporation, et al. <br><br>　　　　　　　Defendants. | Case No.: 09-02079 JW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE FOR DEFENDANTS FOLEY & LARDNER LLP AND STEPHEN I. BURR'S MOTION TO DISMISS** |

　　　　IT IS HEREBY STIPULATED by and between defendants Foley & Lardner LLP and Stephen Burr (collectively, "Foley") and Plaintiffs, by their respective attorneys of record, that the hearing on Foley's motion to dismiss (Docket No. 191) shall be continued from February 8, 2010 to <u>April 5, 2010</u>. The parties further stipulate that Foley's reply brief shall be filed on or

---

accordance with the April 5, 2010 hearing date.

THEREFORE, Foley and Plaintiffs respectfully stipulate and request that the Court enter an Order continuing the hearing to April 5, 2010, and permitting Foley to file its reply memorandum in support of its motion to dismiss in accordance with the new hearing date.

Dated: January 25, 2010  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/ Allison Lane Cooper_____
ALLISON LANE COOPER
Attorneys for Defendants FOLEY & LARDNER LLP and STEPHEN I. BURR

Dated: January 25, 2010  HOLLISTER & BRACE

By: _____/s/ Robert L. Brace_____
ROBERT L. BRACE
Attorneys for the HUNTER PLAINTIFFS and the CLASS

Dated: January 25, 2010  ZELLE, MCDONOUGH & COHEN LLP

By: _____/s/ Anthony R. Zelle_____
ANTHONY R. ZELLE
Attorneys for the HUNTER PLAINTIFFS and the CLASS

/ / /

/ / /

/ / /

---

JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE
FOR DEFENDANTS FOLEY & LARDNER LLP AND BURR'S MOTION TO DISMISS
CASE NO.: 09-02079 JW

I, Allison Lane Cooper, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hreby attest that the counsel listed above concurred with this filing.

/s/ Allison Lane Cooper

IT IS SO ORDERED AS MODIFIED.
The Court continues the hearing as to Defendants Foley & Lardner LLP and Stephen I. Burr to **March 22, 2010 at 9:00 AM.** The parties are to file their reply brief on or before **March 8, 2010.**

Dated: January 25, 2010

*James Ware*
Honorable James Ware
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE
FOR DEFENDANTS FOLEY & LARDNER LLP AND BURR'S MOTION TO DISMISS
CASE NO.: 09-02079 JW