1
2  James C. Krieg [SBN 77069] (jkrieg@kksrr.com)
   Allison Lane Cooper [SBN 152384] (acooper@kksrr.com)
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 249-8330
5  Facsimile:   (415) 249-8333

6  Attorneys for Defendants
   FOLEY & LARDNER LLP and STEPHEN I. BURR
7

8               UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11
   ANITA HUNTER, an individual; JOHNNA           Case No.:  09-02079 JW
12 BOZZA, an individual, CELLTEX SITE
   SERVICES, LTD., a Texas Limited Company;      **JOINT STIPULATION AND**
13 GRANDE INVESTMENT, LLC, a Colorado            **[PROPOSED] ORDER TO MOVE THE**
   Limited Liability Company; QUIRK INFINITI,    **HEARING DATE FOR DEFENDANTS**
14 INC., a Massachusetts corporation; MICHAEL    **FOLEY & LARDNER LLP AND**
   WHITTON, an individual; DOE PLAINTIFF,        **STEPHEN I. BURR'S MOTION TO**
15 an individual; and all others similarly situated,  **DISMISS**
16                        Plaintiffs;
17
   v.
18
   CITIBANK, N.A, a Nevada Corporation;
19 COUNTRYWIDE BANK, FSB, a Virginia
   Corporation, BANK OF AMERICA
20 CORPORATION, dba BANK OF AMERICA,
   N.A., a North Carolina Corporation; UNITED
21 WESTERN BANK (f/k/a/ MATRIX CAPITAL
   BANK), a Colorado Corporation, et al.
22
                          Defendants.
23

24

25          IT IS HEREBY STIPULATED by and between defendants Foley & Lardner LLP and

26 Stephen Burr (collectively, "Foley") and Plaintiffs, by their respective attorneys of record, that

27 the hearing on Foley's motion to dismiss (Docket No. 191) shall be continued from February 8,

28 2010 to April 5, 2010.  The parties further stipulate that Foley's reply brief shall be filed on or

_IT IS SO ORDERED
AS MODIFIED
Judge James Ware_

1  accordance with the April 5, 2010 hearing date.

2  THEREFORE, Foley and Plaintiffs respectfully stipulate and request that the Court

3  enter an Order continuing the hearing to April 5, 2010, and permitting Foley to file its reply

4  memorandum in support of its motion to dismiss in accordance with the new hearing date.

5  Dated:  January 25, 2010                   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

6

7

8  By: _____/s/ Allison Lane Cooper_____
   ALLISON LANE COOPER

9  Attorneys for Defendants FOLEY & LARDNER
   LLP and STEPHEN I. BURR

10

11  Dated:  January 25, 2010                   HOLLISTER & BRACE

12

13  By: _____/s/ Robert L. Brace_____
    ROBERT L. BRACE

14  Attorneys for the HUNTER PLAINTIFFS
    and the CLASS

15

16  Dated:  January 25, 2010                   ZELLE, MCDONOUGH & COHEN LLP

17

18  By: _____/s/ Anthony R. Zelle_____
    ANTHONY R. ZELLE

19  Attorneys for the HUNTER PLAINTIFFS
    and the CLASS

20

21  / / /

22  / / /

23  / / /

24

25

26

27

28

_____
JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE
FOR DEFENDANTS FOLEY & LARDNER LLP AND BURR'S MOTION TO DISMISS
CASE NO.: 09-02079 JW

1       I, Allison Lane Cooper, am the ECF user whose ID and password are being used to file

2  this Stipulation.  In compliance with General Order 45.X.B, I hreby attest that the counsel

3  listed above concurred with this filing.

4

5                          _____ /s/  Allison Lane Cooper_____

6

7

8

9  **IT IS SO ORDERED** AS MODIFIED.

    The Court continues the hearing as to Defendants Foley & Lardner LLP and Stephen I. Burr to **March 22,**

10  **2010 at 9:00 AM.**  The parties are to file their reply brief on or before **March 8, 2010.**

11

12  Dated: January _25_, 2010       _____

                                      Honorable James Ware

13                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE
FOR DEFENDANTS FOLEY & LARDNER LLP AND BURR'S MOTION TO DISMISS
CASE NO.: 09-02079 JW