Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
Peter L. Candy, Esq., SBN 149976
Email: pcandy@hbsb.com
Michael P. Denver, Esq., SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: 805.963.6711
Facsimile: 805.965.0329

Thomas G. Foley, Jr., Esq., SBN 65812
Email: tfoley@foleybezek.com
**FOLEY, BEZEK, BEHLE
& CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: 805.962.9495
Facsimile: 805.962.0722
*Attorneys for the Hunter Plaintiffs and the Class*

Anthony R. Zelle, Esq., Mass. SBN 548141
Email: tzelle@zelmcd.com
Brian McDonough, Esq., Mass. SBN 637999
Email: bmcdonough@zelmcd.com
Thomas Evans, Esq., SBN 552820
Email: tevans@zelmcd.com
**ZELLE MCDONOUGH & COHEN LLP**
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone: 617.742.6520 x219
Facsimile: 617.742.1393
(Appearing *Pro hac vice*)
*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class*

**DENIED**
Judge James Ware
1/27/2010

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITIBANK, N.A., et al.<br><br>Defendants | Case No.: 09-cv-02079 JW<br><br>**Assigned to Hon. James Ware**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE FOR THE CORDELL DEFENDANTS' MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the Defendants Cordell Funding LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, and Robin Rodriguez (collectively, the "Cordell Defendants") and Plaintiffs, by their respective attorneys of record, that the hearing on the Cordell Defendants' Motion to Dismiss (Docket No. 168) shall be continued from February 8, 2010 to March 22, 2010 at 9:00a.m.

---
1

STIPULATION AND PROPOSED ORDER TO CHANGE THE CORDELL
DEFENDANTS' MOTION TO DISMISS HEARING DATE
09-cv-2079 JW

7316.001A

Dated: January 26 2010　　　　　　　　　HOLLISTER & BRACE

By: /s/ Michael P. Denver
ROBERT L. BRACE
MICHAEL P. DENVER
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329
*Attorneys for Plaintiff Anita Hunter and the Class*

Dated: January 26, 2010　　　　　　　　　FOLEY & LARDNER

By: /s/ Douglas Spelfogel
DOUGLAS SPELFOGEL
90 Park Avenue, 36th Floor
New York, NY 10016-1301
Telephone: (212)682-7474
Facsimile: (212) 687-2329
*Attorneys for the Cordell Defendants*

IT IS SO ORDERD: The Hearing remains on calendar as previously set for February 8, 2010 at 9:00 AM.

Dated: January 27, 2010

　　　　　　　　　　　　　　　　Honorable James Ware
　　　　　　　　　　　　　　　　United States District Judge

---

2
STIPULATION AND PROPOSED ORDER TO CHANGE THE CORDELL
DEFENDANTS' MOTION TO DISMISS HEARING DATE
09-cv-2079 JW

7316.001A

| | |
|---|---|
| 1 | I, Michael Denver, am the ECF user whose ID and password are being used to file this |
| 2 | Stipulation. In compliance with General Order 45.X.B, I hereby attest that the counsel listed |
| 3 | above concurred with this filing. |

                                          /s/ Michael P. Denver
                                             Michael P. Denver