| | |
|---|---|
| Robert L. Brace, Esq., SBN 122240<br>Email: rlbrace@hbsb.com<br>Peter L. Candy, Esq., SBN 149976<br>Email: pcandy@hbsb.com<br>Michael P. Denver, Esq., SBN 199279<br>Email: mpdenver@hbsb.com<br>**HOLLISTER & BRACE**<br>P.O. Box 630<br>Santa Barbara, CA 93102<br>Telephone: 805.963.6711<br>Facsimile: 805.965.0329<br><br>Thomas G. Foley, Jr., Esq., SBN 65812<br>Email: tfoley@foleybezek.com<br>**FOLEY, BEZEK, BEHLE<br>& CURTIS, LLP**<br>15 W. Carrillo Street<br>Santa Barbara, CA 93101<br>Telephone: 805.962.9495<br>Facsimile: 805.962.0722<br>*Attorneys for the Hunter Plaintiffs and the Class* | Anthony R. Zelle, Esq., Mass. SBN 548141<br>Email: tzelle@zelmcd.com<br>Brian McDonough, Esq., Mass. SBN 637999<br>Email: bmcdonough@zelmcd.com<br>Thomas Evans, Esq., SBN 552820<br>Email: tevans@zelmcd.com<br>**ZELLE MCDONOUGH & COHEN LLP**<br>101 Federal Street, 14th Floor<br>Boston, MA 02110<br>Telephone: 617.742.6520 x219<br>Facsimile: 617.742.1393<br>(Appearing *Pro hac vice*)<br>*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class* |

[Stamp: DENIED / Judge James Ware / 1/27/2010]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.,<br><br>            Plaintiffs,<br>vs.<br><br>CITIBANK, N.A., et al.<br><br>            Defendants | Case No.:  09-cv-02079 JW<br><br>**Assigned to Hon. James Ware**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE THE HEARING DATE FOR THE CORDELL DEFENDANTS' MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the Defendants Cordell Funding LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, and Robin Rodriguez (collectively, the "Cordell Defendants") and Plaintiffs, by their respective attorneys of record, that the hearing on the Cordell Defendants' Motion to Dismiss (Docket No. 168) shall be continued from February 8, 2010 to March 22, 2010 at 9:00a.m.

Dated: January 26 2010                HOLLISTER & BRACE

By: /s/ Michael P. Denver
ROBERT L. BRACE
MICHAEL P. DENVER
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329
*Attorneys for Plaintiff Anita Hunter and the Class*

Dated: January 26, 2010               FOLEY & LARDNER

By: /s/ Douglas Spelfogel
DOUGLAS SPELFOGEL
90 Park Avenue, 36th Floor
New York, NY 10016-1301
Telephone: (212)682-7474
Facsimile: (212) 687-2329
*Attorneys for the Cordell Defendants*

IT IS SO ORDERD: The Hearing remains on calendar as previously set for February 8, 2010 at 9:00 AM.

Dated: January 27, 2010

/s/ James Ware
Honorable James Ware
United States District Judge

1  I, Michael Denver, am the ECF user whose ID and password are being used to file this
2  Stipulation.  In compliance with General Order 45.X.B, I hereby attest that the counsel listed
3  above concurred with this filing.

                                        /s/ Michael P. Denver
                                         Michael P. Denver