IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Edward H. Okun Internal Revenue Service Tax Deferred Exchange Litigation _____/ | NO. C 07-02795 JW<br>NO. C 09-02079 JW |
| Anita Hunter, et al.,<br>            Plaintiffs,<br>  v.<br>Citibank, N.A., et al.,<br>            Defendants.<br>_____/ | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF WAVE II SETTLEMENT AGREEMENT** |

This case is scheduled for a Case Management Conference on February 8, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Joint Statement," Docket Item No. 261.) In their Joint Statement, the parties represent that Defendants Lockton, Todd Pajonas, Bank of America, N.A., and Countrywide Bank, FSB, have agreed, in principle, to settle as part of the Wave II Settlement Agreement. (Id. at 5.) In light of this representation, the Court finds that a Case Management Conference is unnecessary at this time.

Accordingly, the Court VACATES the Case Management Conference. On **May 10, 2010 at 9 a.m.**, the Court will conduct a hearing on the parties' anticipated Motion for Preliminary Approval

of the Wave II Settlement. The parties shall notice their motion in accordance with the Civil Local Rules of the Court.

Dated: February 3, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen W. Burton aburton@omm.com
Allison Lane Cooper acooper@kksrr.com
Anthony Robert Zelle tzelle@zelmcd.com
Bradley J. Lingo blingo@gibsondunn.com
Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
Bryan Thomas West btw@tewlaw.com
Carol Lynn Thompson cthompson@sidley.com
Cindy Hamilton hamiltonc@gtlaw.com
Eileen Regina Ridley eridley@foley.com
Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
James Carnegie Krieg jkrieg@kksrr.com
Jeffrey Noah Labovitch jlabovitch@rmwllp.com
John Kenneth Van De Weert jvandeweert@sidley.com
Kevin Michael Fee kfee@sidley.com
Lawrence A Kellogg lak@tewlaw.com
Madeline Anne Zamoyski mzamoyski@omm.com
Mark Bruce Blocker mblocker@sidley.com
Michael Drury mdrury@rmwllp.com
Michael P. Denver mpdenver@hbsb.com
Patrick T. Wong pwong@foley.com
R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
Robert Louis Brace rlbrace@hbsb.com
Ryan D. Fischbach rfischbach@bakerlaw.com
Stephen F. Gordon sgordon@gordonfirm.com
Thomas G. Foley tfoley@foleybezek.com
Thomas Reynolds Heisler theisler@sidley.com
Thomas W. Evans tevans@zelmcd.com
Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
Wayne Allen Schrader wschrader@gibsondunn.com
William J. Goines goinesw@gtlaw.com

**Dated: February 3, 2010**          **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**

3