Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Van Swearingen (SBN 259809)
vswearingen@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (IL No. 6198950)
Mblocker@sidley.com
Kevin M. Fee (IL No. 6277453)
kfee@sidley.com
Thomas R. Heisler (IL No. 6296712)
theisler@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-8000
Facsimile: (312) 853-7036

John K. Van De Weert (DC No. 485251)
jvandeweert@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20002
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

Attorneys for Defendant Citibank, N.A.

IT IS SO ORDERED
Judge James Ware
3/16/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs. | Case No. C 09-02079 JW<br><br>Assigned to: Honorable James Ware<br><br>**STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN
BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT; Case No. C 09-02079 JW

| | |
|---|---|
| 1 | CITIBANK, N.A., a Nevada Corporation; ) |
| 2 | COUNTRYWIDE BANK, FSB, a Virginia ) Corporation; BANK OF AMERICA ) |
| 3 | CORPORATION, dba BANK OF ) AMERICA, N.A., a North Carolina ) |
| 4 | Corporation; UNITED WESTERN BANK ) (*f/k/a* MATRIX CAPITAL BANK), a ) |
| 5 | Colorado Corporation, et al., ) ) |
| 6 | ) Defendants. ) |
| 7 | ) |

Defendants Citibank, N.A. ("Citibank") and United Western Bank ("UWB"), and plaintiffs, by their respective attorneys of record, in order to stipulate that Citibank and UWB shall have until March 24, 2010 to answer, move or otherwise respond to plaintiffs' Second Amended Complaint [docket #267], state as follows:

WHEREAS, plaintiffs filed their Second Amended Complaint on March 3, 2010, pursuant to the Court's February 3, 2010 Order [docket #264];

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(3), Citibank's and UWB's responses to the Second Amended Complaint would be due in 14 days, on March 17, 2010;

WHEREAS, by agreement of counsel for Citibank, counsel for UWB, and counsel for Plaintiffs, the parties have stipulated that Citibank and UWB may have an additional week, for a total of 21 days to answer, move, or otherwise respond to the Second Amended Complaint;

WHEREAS, pursuant to that agreement, the new due date will be March 24, 2010; and

WHEREAS, the one-week extension will not affect any dates set by the Court in this matter.

THEREFORE, Citibank, UWB, and plaintiffs respectfully stipulate that Citibank and UWB be permitted to answer, move or otherwise respond to plaintiffs' Second Amended Complaint by March 24, 2010.

2

**STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT; CASE NO. C 09-02079 JW**

| | | |
|---|---|---|
| 1 | Dated: March 12, 2010 | SIDLEY AUSTIN LLP |

By: /s/ John K. Van De Weert
Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Van Swearingen (SBN 259809)
vswearingen@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Mark B. Blocker (IL No. 6198950)
mblocker@sidley.com
Kevin M. Fee (IL No. 6277453)
kfee@sidley.com
Thomas R. Heisler (IL No. 6296712)
theisler@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

John K. Van De Weert (DC No. 485251)
jvandeweert@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Defendant Citibank, N.A.*

GREENBERG TRAURIG, LLP

By: /s/ Karen Rosenthal (as authorized 3/12/10)
William J. Goines (SBN 061290)
goinesw@gtlaw.com
Karen Rosenthal (SBN 209419)
rosenthalk@gtlaw.com
Cindy Hamilton (SBN 217951)
hamiltonc@gtlaw.com
GREENBERG TRAURIG LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

3

**STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT; CASE NO. C 09-02079 JW**

| | |
|---|---|
| 1 | HOLLISTER & BRACE |
| 2 | |
| 3 | By: /s/ Michael P. Denver (as authorized on 3/12/10) |
| | Robert L. Brace, Esq., SBN 122240 |
| 4 | Email: rlbrace@hbsb.com |
| | Michael P. Denver, Esq., SBN 199279 |
| 5 | Email: mpdenver@hbsb.com |
| | HOLLISTER & BRACE |
| 6 | P.O. Box 630 |
| | Santa Barbara, CA 93102 |
| 7 | Telephone: (805) 963-6711 |
| | Facsimile: (805) 965-0329 |
| 8 | |
| | Thomas G. Foley, Jr., SBN 65812 |
| 9 | Email: tfoley@foleybezek.com |
| | Robert A. Curtis, SBN 0203870 |
| 10 | Email: rcurtis@foleybezek.com |
| | Justin P. Karczag, SBN 223764 |
| 11 | Email: jkarczag@foleybezek.com |
| | FOLEY, BEZEK, BEHLE & CURTIS, LLP |
| 12 | 15 W. Carrillo Street |
| | Santa Barbara, CA 93101 |
| 13 | Telephone: (805) 962-9495 |
| | Facsimile: (805) 962-0722 |
| 14 | |
| | *Attorneys for the Hunter Plaintiffs and the* |
| 15 | *Class* |
| 16 | Anthony R. Zelle, Esq., SBN 548141 |
| | Email: tzelle@zelmcd.com |
| 17 | Brian P. McDonough, Esq., SBN 637999 |
| | Email: bmcdonough@zelmcd.com |
| 18 | ZELLE MCDONOUGH & COHEN LLP |
| | 101 Federal Street, 14th Floor |
| 19 | Boston, MA 02110 |
| | Telephone: (617) 742-6520 x219 |
| 20 | Facsimile: (617) 742-1393 |
| 21 | *Attorneys for Plaintiffs Quirk Infiniti, Inc.* |
| | *and the Class* |
| 22 | |

I, John K. Van De Weert, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that the counsel listed above concurred with this filing.

4

**STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT; CASE NO. C 09-02079 JW**