| | |
|---|---|
| 1 | **Carol Lynn Thompson (SBN 148079)**<br>cthompson@sidley.com |
| 2 | **Van Swearingen (SBN 259809)**<br>vswearingen@sidley.com |
| 3 | **SIDLEY AUSTIN LLP**<br>555 California Street |
| 4 | San Francisco, California  94104<br>Telephone:       (415) 772-1200 |
| 5 | Facsimile:        (415) 772-7400 |
| 6 | **Mark B. Blocker (IL No. 6198950)**<br>Mblocker@sidley.com |
| 7 | **Kevin M. Fee (IL No. 6277453)**<br>kfee@sidley.com |
| 8 | **Thomas R. Heisler (IL No. 6296712)**<br>theisler@sidley.com |
| 9 | **SIDLEY AUSTIN LLP**<br>One South Dearborn Street |
| 10 | Chicago, Illinois 60603<br>Telephone:       (312) 853-8000 |
| 11 | Facsimile:        (312) 853-7036 |
| 12 | **John K. Van De Weert (DC No. 485251)**<br>jvandeweert@sidley.com |
| 13 | **SIDLEY AUSTIN LLP**<br>1501 K Street, N.W. |
| 14 | Washington, D.C. 20002<br>Telephone:       (202) 736-8000 |
| 15 | Facsimile:        (202) 736-8711 |
| 16 | **Attorneys for Defendant Citibank, N.A.** |

*IT IS SO ORDERED*
*Judge James Ware*
3/16/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual; and all others similarly situated,<br><br>Plaintiffs,<br><br>vs. | Case No. C 09-02079 JW<br><br>Assigned to: Honorable James Ware<br><br>**STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN
BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT; CASE NO. C 09-02079 JW

| | |
|---|---|
| CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (*f/k/a* MATRIX CAPITAL BANK), a Colorado Corporation, et al., <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Defendants Citibank, N.A. ("Citibank") and United Western Bank ("UWB"), and plaintiffs, by their respective attorneys of record, in order to stipulate that Citibank and UWB shall have until March 24, 2010 to answer, move or otherwise respond to plaintiffs' Second Amended Complaint [docket #267], state as follows:

WHEREAS, plaintiffs filed their Second Amended Complaint on March 3, 2010, pursuant to the Court's February 3, 2010 Order [docket #264];

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(3), Citibank's and UWB's responses to the Second Amended Complaint would be due in 14 days, on March 17, 2010;

WHEREAS, by agreement of counsel for Citibank, counsel for UWB, and counsel for Plaintiffs, the parties have stipulated that Citibank and UWB may have an additional week, for a total of 21 days to answer, move, or otherwise respond to the Second Amended Complaint;

WHEREAS, pursuant to that agreement, the new due date will be March 24, 2010; and

WHEREAS, the one-week extension will not affect any dates set by the Court in this matter.

THEREFORE, Citibank, UWB, and plaintiffs respectfully stipulate that Citibank and UWB be permitted to answer, move or otherwise respond to plaintiffs' Second Amended Complaint by March 24, 2010.

| | |
|---|---|
| Dated: March 12, 2010 | SIDLEY AUSTIN LLP |

By: /s/ John K. Van De Weert
Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Van Swearingen (SBN 259809)
vswearingen@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone:	(415) 772-1200
Facsimile:	(415) 772-7400

Mark B. Blocker (IL No. 6198950)
mblocker@sidley.com
Kevin M. Fee (IL No. 6277453)
kfee@sidley.com
Thomas R. Heisler (IL No. 6296712)
theisler@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:	(312) 853-7000
Facsimile:	(312) 853-7036

John K. Van De Weert (DC No. 485251)
jvandeweert@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:	(202) 736-8000
Facsimile:	(202) 736-8711

*Attorneys for Defendant Citibank, N.A.*

GREENBERG TRAURIG, LLP

By: /s/ Karen Rosenthal (as authorized 3/12/10)
William J. Goines (SBN 061290)
goinesw@gtlaw.com
Karen Rosenthal (SBN 209419)
rosenthalk@gtlaw.com
Cindy Hamilton (SBN 217951)
hamiltonc@gtlaw.com
GREENBERG TRAURIG LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone:	(650) 328-8500
Facsimile:	(650) 328-8508

3

**STIPULATION TO EXTEND TIME TO MARCH 24, 2010 FOR DEFENDANTS CITIBANK AND UNITED WESTERN
BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT; CASE NO. C 09-02079 JW**

|    |                                                                                       |
|----|---------------------------------------------------------------------------------------|
| 1  | HOLLISTER & BRACE                                                                     |
| 2  |                                                                                       |
| 3  | By: /s/ Michael P. Denver (as authorized on 3/12/10)                                  |

HOLLISTER & BRACE

By: <u>/s/ Michael P. Denver</u> (as authorized on 3/12/10)
    Robert L. Brace, Esq., SBN 122240
    Email: rlbrace@hbsb.com
    Michael P. Denver, Esq., SBN 199279
    Email: mpdenver@hbsb.com
    HOLLISTER & BRACE
    P.O. Box 630
    Santa Barbara, CA 93102
    Telephone:   (805) 963-6711
    Facsimile:   (805) 965-0329

    Thomas G. Foley, Jr., SBN 65812
    Email: tfoley@foleybezek.com
    Robert A. Curtis, SBN 0203870
    Email: rcurtis@foleybezek.com
    Justin P. Karczag, SBN 223764
    Email: jkarczag@foleybezek.com
    FOLEY, BEZEK, BEHLE & CURTIS, LLP
    15 W. Carrillo Street
    Santa Barbara, CA 93101
    Telephone:   (805) 962-9495
    Facsimile:   (805) 962-0722

*Attorneys for the Hunter Plaintiffs and the Class*

    Anthony R. Zelle, Esq., SBN 548141
    Email: tzelle@zelmcd.com
    Brian P. McDonough, Esq., SBN 637999
    Email: bmcdonough@zelmcd.com
    ZELLE MCDONOUGH & COHEN LLP
    101 Federal Street, 14th Floor
    Boston, MA 02110
    Telephone:   (617) 742-6520 x219
    Facsimile:   (617) 742-1393

*Attorneys for Plaintiffs Quirk Infiniti, Inc. and the Class*

I, John K. Van De Weert, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45.X.B., I hereby attest that the counsel listed above concurred with this filing.