Bryan West – FL SBN 83526
TEW CARDENAS LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
Tel:  (305) 536-1112
Fax:  (305) 536-1116

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all other similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK f/k/a MATRIX CAPITAL BANK), a Colorado Corporation; BOULDER CAPITAL, LLC, a Massachusetts Corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Company; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS X, LLC, A Delaware Limited Liability Company; ROY S. McDOWELL, JR., an individual; CORDELL FUNDING, LLP, a Florida Limited Liability Partnership; CORDELL CONSULTANTS INC. MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust; CORDELL CONSULTANTS NEW YORK, LLC, a New York Limited Liability Company; ROBIN RODRIGUEZ, an individual; JORDEN BURT, LLP, a Conneticut Limited Liability Partnership; KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, an individual; FOLEY & LARDNER, LLP, a Wisconsin Limited | Case No.: 09-02079 JW<br><br>[PROPOSED] ORDER GRANTING BRYAN T. WEST'S AND TEW CARDENAS LLP'S MOTION TO WITHDRAW AS COUNSEL FOR JORDEN BURT LLP |

- 1 -

Liability Partnership; STEPHEN I. BURR, an
individual; and SILICON VALLEY LAW GROUP,
a California Law Corporation ,

        Defendants.

        The Court, having considered Bryan T. West's and Tew Cardenas LLP's Motion to Withdraw as Counsel for Jorden Burt LLP, and good cause appearing therefor, hereby GRANTS the Motion. Bryan T. West and Tew Cardenas LLP are deemed withdrawn as counsel for Defendant Jorden Burt LLP in this case.

Dated:  March 16, 2010

By  _____
     Honorable James Ware
     United States District Judge