1  Bryan West – FL SBN 83526
    TEW CARDENAS LLP
2  Four Seasons Tower, 15th Floor
    1441 Brickell Avenue
3  Miami, FL 33131-3407
    Tel:   (305) 536-1112
4  Fax:  (305) 536-1116

5

6                UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  ANITA HUNTER, an individual; JOHNNA
    BOZZO, an individual; CELLTEX SITE
10  SERVICES, LTD., a Texas Limited Company;
    GRANDE INVESTMENT, LLC, a Colorado
11  Limited Liability Company; QUIRK INFINITI,
    INC., a Massachusetts corporation; MICHAEL
12  WHITTON, an individual; SADI SUHWEIL, as
    Trustee of the Suhweil Revocable Trust; and all
13  other similarly situated,

14        Plaintiff,

15  v.

16  CITIBANK, N.A., a Nevada Corporation;
    COUNTRYWIDE BANK, FSB, a Virginia
17  Corporation; BANK OF AMERICA
    CORPORATION dba BANK OF AMERICA,
18  N.A., a North Carolina Corporation; UNITED
    WESTERN BANK f/k/a MATRIX CAPITAL
19  BANK), a Colorado Corporation; BOULDER
    CAPITAL, LLC, a Massachusetts Corporation;
20  BOULDER COLUMBUS LLC, a Massachusetts
    Limited Liability Company; BOULDER WEST
21  OAKS, LLC, a Delaware Limited Liability
    Company; BOULDER HOLDINGS, VI, LLC, a
22  Delaware Limited Liability Company; BOULDER
    HOLDINGS X, LLC, A Delaware Limited Liability
23  Company; ROY S. McDOWELL, JR., an
    individual; CORDELL FUNDING LLP, a Florida
24  Limited Liability Partnership; CORDELL
    CONSULTANTS INC. MONEY PURCHASE
25  PLAN, a Qualified Retirement Plan Trust;
    CORDELL CONSULTANTS NEW YORK, LLC,
26  a New York Limited Liability Company; ROBIN
    RODRIGUEZ, an individual; JORDEN BURT,
27  LLP, a Conneticut Limited Liability Partnership;
    KUTAK ROCK, LLP, a Nebraska Limited Liability
28  Partnership; JOSEPH O. KAVAN, an individual;
    FOLEY & LARDNER, LLP, a Wisconsin Limited

Case No.: 09-02079 JW

[PROPOSED] ORDER GRANTING
BRYAN T. WEST'S AND TEW CARDENAS
LLP'S MOTION TO WITHDRAW AS
COUNSEL FOR JORDEN BURT LLP

- 1 -

1   Liability Partnership; STEPHEN I. BURR, an
individual; and SILICON VALLEY LAW GROUP,
2   a California Law Corporation ,

3        Defendants.

4

5

6        The Court, having considered Bryan T. West's and Tew Cardenas LLP's Motion to Withdraw

7   as Counsel for Jorden Burt LLP, and good cause appearing therefor, hereby GRANTS the Motion.

8   Bryan T. West and Tew Cardenas LLP are deemed withdrawn as counsel for Defendant Jorden Burt

9   LLP in this case.

10

11   Dated:  March 16, 2010

12                              By _____

13                                   Honorable James Ware
                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Bryan T. West's and Tew Cardenas LLP's Motion to Withdraw as Counsel for Jorden Burt LLP
540025.1