**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**



| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINIT, INC., a Massachusetts corporation; et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation, et al.,<br><br>　　　　　　Defendants. | Case No. C 09-02079 JW<br><br>(Related to Case No. C07-02795 JW)<br><br>**[PROPOSED] ORDER DENYING STIPULATION BETWEEN PLAINTIFFS AND BOULDER DEFENDANTS** |

The Court, after considering the Stipulation Between Plaintiffs and the Boulder Defendants, hereby DENIES the parties' stipulation.

IT IS SO ORDERED on this __24__ day of __March__, 2010.

_____
Hon. James Ware
United States District Court Judge

---

[Proposed] Order to Move the Hearing Date for　　　　　　　　　　　　　　　Case No. C 09-02079 JW
The Boulder Defendants' Motion to Dismiss

1