WILLIAM J. GOINES (SBN 061290)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303

Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:  goinesw@gtlaw.com
  rosenthalk@gtlaw.com
  hamiltonc@gtlaw.com

Attorneys for Defendant UNITED WESTERN BANK (f/k/a/ MATRIX CAPITAL BANK), a federal savings bank, duly chartered under the laws of the United States of America (erroneously designated a Colorado corporation)



IT IS SO ORDERED
Judge James Ware
3/24/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; et al.,<br><br>Plaintiffs;<br><br>v.<br><br>CITIBANK, N.A, a Nevada Corporation, et al.,<br><br>Defendants. | Case No. C09-02079 JW<br><br>(Related to Case No. C07-02795 JW)<br><br>**STIPULATION TO EXTEND TIME TO APRIL 9, 2010 FOR DEFENDANT UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

Defendant United Western Bank (f/k/a/ Matrix Capital Bank), a federal savings bank, duly chartered under the laws of the United States of America (erroneously designated a Colorado corporation ("UWB" or "Defendant"), by and through its undersigned counsel, in order to stipulate that UWB shall have until April 9, 2010 to answer, move or otherwise respond to plaintiffs' Second Amended Complaint (Docket #267], state as follows:).

WHEREAS, Plaintiffs filed their Second Amended Complaint on March 3, 2010, pursuant to the Court's February 3, 2010 Order [Docket #264];
1    STIPULATION TO EXTEND TIME TO APRIL 9, 2010
TO RESPOND TO SECOND AMENDED COMPLAINT

*97,159,4531*

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(3), UWB's response to the Second Amended Complaint was due on March 17, 2010;

WHEREAS, the parties previously stipulated to extend the time for UWB to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint to March 24, 2010 [Docket #268];

WHEREAS, by agreement of counsel for UWB and counsel for Plaintiffs, the parties have stipulated that UWB may have an additional extension of time, up to and including April 9, 2010, to answer, move, or otherwise respond to the Second Amended Complaint; and

WHEREAS, the extension will not affect any dates set by the Court in this matter,

THEREFORE, UWB and Plaintiffs respectfully stipulate that UWB be permitted to answer, move or otherwise respond to Plaintiffs'' Second Amended Complaint by April 9, 2010.

Dated: March 19, 2010.          GREENBERG TAURIG, LLP

By: */s/ William J. Goines*
    William J. Goines

*Attorney for Defendant United Western Bank (F/K/A/ Matrix Capital Bank)*

Dated: March 19, 2010.          HOLLISTER & BRACE

By: */s/ Robert L. Brace*
    Robert L. Brace
    Michael P. Denver
    1126 Santa Barbara St.
    P.O. Box 630
    Santa Barbara, CA  93102
    Telephone:  (805) 963-6711
    Facsimile:  (805) 965-0329
    Email:  rlbrace@hbsb.com

    Thomas G. Foley, Jr., Esq.
    **FOLEY, BEZEK, BEHLE & CURTIS, LLP**
    15 W. Carillo St.
    Santa Barbara, CA  93101
    Telephone:  (805) 962-9495
    Facsimile:  (805) 962-0722
    Email:  tfoley@foleybezek.com

    *Attorneys for the Hunter Plaintiffs and the Class*

*97,159,4531*

Anthony R. Zelle, Esq.
Brian McDonough, Esq.
**ZELLE, McDONOUGH & COHEN LLP**
101 Federal Street, 14th Fl.
Boston, MA 02110
Telephone: (617) 742-6520, x 219
Facsimile: (617) 742-1393
Email: tzelle@zelmcd.com

*Attorneys for Plaintiffs Quirk Infiniti, Inc. and the Class*

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO APRIL 9, 2010 FOR DEFENDANT UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Robert L. Brace has concurred in this filing.

Date: March 19, 2010.            GREENBERG TRAURIG LLP


                                 By: /s/ William J. Goines
                                     William J. Goines

3   STIPULATION TO EXTEND TIME TO APRIL 9, 2010
    TO RESPOND TO SECOND AMENDED COMPLAINT

*97,159,4531*