1 WILLIAM J. GOINES (SBN 061290)
2 KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
3 GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
4 East Palo Alto, CA 94303

5 Telephone: (650) 328-8500
Facsimile: (650) 328-8508
6 Email:  goinesw@gtlaw.com
  rosenthalk@gtlaw.com
7   hamiltonc@gtlaw.com

8 Attorneys for Defendant UNITED WESTERN BANK (f/k/a/
MATRIX CAPITAL BANK), a federal savings bank, duly
9 chartered under the laws of the United States of America
(erroneously designated a Colorado corporation)

*IT IS SO ORDERED*
*Judge James Ware*
3/24/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; et al., | Case No. C09-02079 JW |
| Plaintiffs; | (Related to Case No. C07-02795 JW) |
| v. | **STIPULATION TO EXTEND TIME TO APRIL 9, 2010 FOR DEFENDANT UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT** |
| CITIBANK, N.A, a Nevada Corporation, et al., | |
| Defendants. | |

Defendant United Western Bank (f/k/a/ Matrix Capital Bank), a federal savings bank, duly chartered under the laws of the United States of America (erroneously designated a Colorado corporation ("UWB" or "Defendant"), by and through its undersigned counsel, in order to stipulate that UWB shall have until April 9, 2010 to answer, move or otherwise respond to plaintiffs' Second Amended Complaint (Docket #267], state as follows:).

WHEREAS, Plaintiffs filed their Second Amended Complaint on March 3, 2010, pursuant to the Court's February 3, 2010 Order [Docket #264];

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(1)(3), UWB's response to the Second Amended Complaint was due on March 17, 2010;

WHEREAS, the parties previously stipulated to extend the time for UWB to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint to March 24, 2010 [Docket #268];

WHEREAS, by agreement of counsel for UWB and counsel for Plaintiffs, the parties have stipulated that UWB may have an additional extension of time, up to and including April 9, 2010, to answer, move, or otherwise respond to the Second Amended Complaint; and

WHEREAS, the extension will not affect any dates set by the Court in this matter,

THEREFORE, UWB and Plaintiffs respectfully stipulate that UWB be permitted to answer, move or otherwise respond to Plaintiffs'' Second Amended Complaint by April 9, 2010.

Dated: March 19, 2010.            GREENBERG TAURIG, LLP

                                  By: */s/ William J. Goines*
                                      William J. Goines

                                  *Attorney for  Defendant United Western Bank*
                                  *(F/K/A/ Matrix Capital Bank)*

Dated: March 19, 2010.            HOLLISTER & BRACE

                                  By: */s/ Robert L. Brace*
                                      Robert L. Brace
                                      Michael P. Denver
                                      1126 Santa Barbara St.
                                      P.O. Box 630
                                      Santa Barbara, CA  93102
                                      Telephone:  (805) 963-6711
                                      Facsimile:  (805) 965-0329
                                      Email:  rlbrace@hbsb.com

                                      Thomas G. Foley, Jr., Esq.
                                      **FOLEY, BEZEK, BEHLE & CURTIS, LLP**
                                      15 W. Carillo St.
                                      Santa Barbara, CA  93101
                                      Telephone:  (805) 962-9495
                                      Facsimile:  (805) 962-0722
                                      Email:  tfoley@foleybezek.com

                                  *Attorneys for the Hunter Plaintiffs and the Class*

2   STIPULATION TO EXTEND TIME TO APRIL 9, 2010
    TO RESPOND TO SECOND AMENDED COMPLAINT

97,159,4531

Anthony R. Zelle, Esq.
Brian McDonough, Esq.
**ZELLE, McDONOUGH & COHEN LLP**
101 Federal Street, 14th Fl.
Boston, MA  02110
Telephone:  (617) 742-6520, x 219
Facsimile:  (617) 742-1393
Email:  tzelle@zelmcd.com

*Attorneys for Plaintiffs Quirk Infiniti, Inc. and the Class*

### ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO APRIL 9, 2010 FOR DEFENDANT UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Robert L. Brace has concurred in this filing.

Date:  March 19, 2010.                     GREENBERG TRAURIG LLP


                                           By: /s/ William J. Goines
                                               William J. Goines

97,159,4531

3    STIPULATION TO EXTEND TIME TO APRIL 9, 2010
     TO RESPOND TO SECOND AMENDED COMPLAINT