# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Co.; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Co.; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada corporation; COUNTRYWIDE BANK, FSB, a Virginia corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina corporation; UNITED WESTERN BANK (f/k/a MATRIX CAPITAL BANK), a Colorado corporation; BOULDER CAPITAL, LLC, a Massachusetts corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Co.; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Co.; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Co.; BOULDER HOLDINGS X, LLC, a Delaware Limited Liability Co.; ROY S. MACDOWELL, JR., an individual; CORDELL FUNDING, LLP, a Florida Limited Liability Partnership; CORDELL CONSULTANTS INC. MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust; CORDELL CONSULTANTS NEW YORK, LLC, a New York Limited Liability Co.; ROBIN RODRIGUEZ, an individual; JORDEN BURT, LLP, a Connecticut Limited Liability Partnership; KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, an individual; FOLEY & LARDNER, LLP, a Wisconsin Limited Liability Partnership; STEPHEN I. BURR, an individual; and SILICON VALLEY LAW GROUP, a California Law Corporation,<br><br>Defendants. | **CASE NO. 5:09-cv-02079-JW**<br><br>**Assigned to: Honorable James Ware**<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SVLG TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

---

1

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SVLG TO RESPOND TO THE SECOND AMENDED COMPLAINT**

1    The Court, after considering the Stipulation Extending Time For Defendant SVLG To
2    Respond To The Second Amended Complaint, hereby **ORDERS** that Defendant SVLG shall have
3    an extension of time to and including March 31, 2010, within which to answer, move against, or
4    otherwise respond to the Plaintiffs' Second Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** on this 29 **day of** March, 2010.

_____
Hon. James Ware
United States District Judge