**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Co.; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Co.; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br>CITIBANK, N.A., a Nevada corporation; COUNTRYWIDE BANK, FSB, a Virginia corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina corporation; UNITED WESTERN BANK (f/k/a MATRIX CAPITAL BANK), a Colorado corporation; BOULDER CAPITAL, LLC, a Massachusetts corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Co.; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Co.; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Co.; BOULDER HOLDINGS X, LLC, a Delaware Limited Liability Co.; ROY S. MACDOWELL, JR., an individual; CORDELL FUNDING, LLP, a Florida Limited Liability Partnership; CORDELL CONSULTANTS INC. MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust; CORDELL CONSULTANTS NEW YORK, LLC, a New York Limited Liability Co.; ROBIN RODRIGUEZ, an individual; JORDEN BURT, LLP, a Connecticut Limited Liability Partnership; KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, an individual; FOLEY & LARDNER, LLP, a Wisconsin Limited Liability Partnership; STEPHEN I. BURR, an individual; and SILICON VALLEY LAW GROUP, a California Law Corporation,<br><br>　　　　　　Defendants. | CASE NO. 5:09-cv-02079-JW<br><br>**Assigned to: Honorable James Ware**<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SVLG TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

1  The Court, after considering the Stipulation Extending Time For Defendant SVLG To Respond To The Second Amended Complaint, hereby **ORDERS** that Defendant SVLG shall have an extension of time to and including March 31, 2010, within which to answer, move against, or otherwise respond to the Plaintiffs' Second Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED on this** 29 **day of** March **, 2010.**

*/s/ James Ware*
**Hon. James Ware**
**United States District Judge**