1 | Lawrence A. Kellogg – FL SBN 328601
LEVINE KELLOGG LEHMAN
2 | SCHNEIDER & GROSSMAN LLP
201 South Biscayne Boulevard
3 | 34th Floor, Miami Center
Miami, FL 33131
4 | Tel:   305.403.8788
Fax:   305.403.8789

Timothy J. Halloran - 104498
6 | Jonathan M. Blute - 240751
MURPHY, PEARSON, BRADLEY & FEENEY
7 | 88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
8 | Tel:   (415) 788-1900
Fax:  (415) 393-8087

Attorneys for Defendant
10 | JORDEN BURT LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK f/k/a MATRIX CAPITAL BANK), a Colorado Corporation; BOULDER CAPITAL, LLC, a Massachusetts Corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Company; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS X, LLC, A Delaware Limited Liability Company; ROY S. McDOWELL, JR., an | Case No.: 09-02079 JW <br><br> [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT JORDEN BURT TO RESPOND TO SECOND AMENDED COMPLAINT |

- 1 -

[Proposed] Order Extending Time For Defendant Jorden Burt To Respond To Second Amended Complaint

individual; CORDELL FUNDING LLP, a Florida Limited Liability Partnership; CORDELL CONSULTANTS INC. MONEY PURCHASE PLAN, a Qualified Retirement Plan Trust; CORDELL CONSULTANTS NEW YORK, LLC, a New York Limited Liability Company; ROBIN RODRIGUEZ, an individual; JORDEN BURT, LLP, a Conneticut Limited Liability Partnership; KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, an individual; FOLEY & LARDNER, LLP, a Wisconsin Limited Liability Partnership; STEPHEN I. BURR, an individual; and SILICON VALLEY LAW GROUP, a California Law Corporation ,

   Defendants.

The Court, after considering the Stipulation Extending the Time for Defendant Jorden Burt to Respond to Plaintiffs' Second Amended Complaint, hereby **ORDERS** that Defendant JORDEN BURT, LLP, a Connecticut Limited Liability Partnership, shall have until April 16, 2010 to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint.

IT IS SO ORDERED on this _29_ day of _Mach_____, 2009

_____
Hon. James Ware
United States District Judge

JMB.20098550

- 2 -

[Proposed] Order Extending Time For Defendant Jorden Burt To Respond To Second Amended Complaint