UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITIBANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.: C 09-2079 JW (PVT)<br><br>**ORDER V**ACATING **H**EARING AND **D**EEMING **M**OTION **S**UBMITTED ON THE **P**APERS |

　　　Currently scheduled for hearing on April 6, 2010, is a motion for protective order filed by Defendants Foley & Lardner, LLP and Stephen L. Burr. Based on the file herein and the court's scheduling needs,

　　　IT IS HEREBY ORDERED that the hearing on the motion for protective order is VACATED and the motion is deemed submitted on the papers.

Dated: *April 2, 2010*

　　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge