Lawrence A. Kellogg – FL SBN 328601
LEVINE KELLOGG LEHMAN
SCHNEIDER & GROSSMAN LLP
201 South Biscayne Boulevard
34th Floor, Miami Center
Miami, FL 33131
Tel:    305.403.8788
Fax:   305.403.8789

Timothy J. Halloran – SBN 104498
Jonathan M. Blute – SBN 240751
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendant
JORDEN BURT LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZO, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; SADI SUHWEIL, as Trustee of the Suhweil Revocable Trust; and all other similarly situated, | Case No.: 09-02079 JW  **[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT JORDEN BURT, LLP TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION dba BANK OF AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK f/k/a MATRIX CAPITAL BANK), a Colorado Corporation; BOULDER CAPITAL, LLC, a Massachusetts Corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Company; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS X, LLC, A Delaware Limited Liability Company; ROY S. McDOWELL, JR., an | |

- 1 -

individual; CORDELL FUNDING LLP, a Florida
Limited Liability Partnership; CORDELL
CONSULTANTS INC. MONEY PURCHASE
PLAN, a Qualified Retirement Plan Trust;
CORDELL CONSULTANTS NEW YORK, LLC,
a New York Limited Liability Company; ROBIN
RODRIGUEZ, an individual; JORDEN BURT,
LLP, a Conneticut Limited Liability Partnership;
KUTAK ROCK, LLP, a Nebraska Limited Liability
Partnership; JOSEPH O. KAVAN, an individual;
FOLEY & LARDNER, LLP, a Wisconsin Limited
Liability Partnership; STEPHEN I. BURR, an
individual; and SILICON VALLEY LAW GROUP,
a California Law Corporation ,

    Defendants.

The Court, after considering the Stipulation Extending the Time for Defendant Jorden Burt to Respond to Plaintiffs' Second Amended Complaint, hereby **ORDERS** that Defendant JORDEN BURT, LLP, a Connecticut Limited Liability Partnership, shall have until June 10, 2010 to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint.

IT IS SO ORDERED on this 15th day of _____ April _____, 2009

Hon. James Ware
United States District Judge

JMB.20106333

- 2 -

[Proposed] Order Further Extending the Time for Defendant Jorden Burt, LLP
to Respond to Plaintiffs' Second Amended Complaint