Michael Drury, SBN 177993
mdrury@rmwllp.com
RIEDL, MCCLOSKEY & WARING LLP
550 West "C" Street, Suite 2050
San Diego, California 92101
Telephone:    (619) 237-3095
Facsimile:    (619) 237-3789

Stephen F. Gordon (BBO No. 203600) (*Pro Hac Vice*)
sgordon@gordonfirm.com
Todd B. Gordon (BBO No. 652482) (*Pro Hac Vice*)
tgordon@gordonfirm.com
THE GORDON LAW FIRM LLP
101 Federal Street, 17th Floor
Boston, Massachusetts 02110
Telephone:    (617) 261-0100
Facsimile:    (617) 261-0789

Attorneys for Defendants
BOULDER ENTITIES AND ROY S. MACDOWELL, JR.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; et al. ) ) ) ) ) ) ) ) | Case No. C 09-02079 JW |
| Plaintiffs, ) ) | [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT |
| v. ) ) ) | |
| CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation, et al., ) ) ) ) ) ) | |
| Defendants. ) ) | |

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, after considering the Stipulation Extending Time for Defendants to Respond to Plaintiffs' Second Amended Complaint, hereby **ORDERS** that Defendants BOULDER CAPITAL, LLC, BOULDER COLUMBUS, LLC, BOULDER WEST OAKS, LLC, BOULDER HOLDINGS VI, LLC, BOULDER HOLDINGS X, LLC, and ROY S. MACDOWELL, JR. shall have until April 23, 2010 to answer, move or otherwise respond to Plaintiffs' Second Amended Complaint.

IT IS SO ORDERED on this __15th__ day of __April__, 2010

_____
Hon. James Ware
United States District Judge

2