*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*
*4/29/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.<br><br>Plaintiffs,<br>vs.<br><br>CITIBANK, N.A., et al.<br><br>Defendants | Case No.:   09-cv-02079 JW<br><br>**Assigned to Hon. James Ware**<br><br>**REVISED STIPULATION RE: CASE SCHEDULE; [~~PROPOSED~~] ORDER** |

WHEREAS, the parties have exchanged initial case documents, written discovery has commenced, a limited number of depositions have been taken and the parties are working together to create a deposition protocol to allow numerous additional depositions to be taken;

WHEREAS, the Defendants' Motions to Dismiss the Amended Complaint have been ruled upon, the Second Amended Complaint has been filed, and the Defendants have either filed, or are preparing to issue their responsive pleadings, which include at least some additional Motions to Dismiss;

WHEREAS, the Motion for preliminary approval of the Wave II Settlements was filed in early April, the Wave II preliminary approval Hearing is scheduled for May 10, and the Wave II Final Fairness Hearing is anticipated to occur in August;

WHEREAS, the Plaintiffs and certain Defendants are in active settlement discussions, and they desire time to allow those discussions to develop so that a determination can be made as to whether additional Wave II or Wave III Settlements can be reached;

WHEREAS, the parties agreed upon an aggressive discovery schedule so that discovery in this action could be coordinated with the two adversary proceedings ("Adversaries") involving parties that are also defendants in this case (Citibank and Boulder) pending before Judge Martin Glenn of the Bankruptcy Court for the Southern District of New York, as well as with any additional Adversary proceedings which the Trustee may file against Defendants in

1  this action. However, Citibank's Motion to Dismiss the complaint in the Adversary action
2  pending against it has been granted, an amended complaint has been filed, and a new round of
3  briefing is underway, and, the Trustee has not yet filed additional Adversary Proceedings;

4  WHEREAS, the depositions of the incarcerated defendants (Ed Okun, Lara Coleman,
5  David Field and Richard Simring), which could prove important to certain of the claims and
6  potential defenses at issue, cannot, pursuant to Federal Rule of Civil Procedure 30, be taken
7  without leave of Court. Plaintiffs have filed a Motion to allow those depositions to be taken
8  and Plaintiffs have communicated with the four Federal Prisons where the defendants are
9  incarcerated so that Plaintiffs (as well as any other parties who wish to participate in the prison
10 depositions) can begin to make the arrangements necessary for those depositions to be taken at
11 the prisons. It is anticipated that those arrangements will require some effort by all involved;

12 WHEREAS, discovery and depositions have not proceeded as quickly as had been
13 contemplated by the initial scheduling order and the timing of depositions was further delayed
14 when the Plaintiffs were required to file a Second Amended Complaint which will soon be
15 addressed by motions to dismiss. It is now apparent that the deadlines set forth by the initial
16 scheduling order are not realistic.
17

18 WHEREAS, based on the foregoing, the parties hereto agree that the discovery plan
19 forth in Docket No. 128 and the case schedule set forth in Docket No.162 should be modified to
20 allow time for the forthcoming Motions to Dismiss to be resolved, additional document
21 discovery to take place, numerous additional depositions to be taken, the Wave II Settlement
22 approval process to be concluded, and for additional settlement discussions to develop;

23 WHEREAS, the parties intend to continue to comply with the orders of this Court and
24 the Bankruptcy Court directing that discovery in this action and in the Adversaries be
25 coordinated, and the parties to the Adversaries will seek discovery schedules which comport
26 with the below;
27
28

NOW THEREFORE, based on the foregoing, the below identified parties HEREBY AGREE and STIPULATE THAT the case schedule set forth in Docket No.162 should be modified as set forth below:

**CASE SCHEDULE**

| EVENT | DATE |
|---|---|
| Fact Discovery Cut-Off | October 14, 2010 |
| Disclosure of Expert Witnesses (122 days before the Close of All Discovery) | November 19, 2010 |
| Disclosure of Rebuttal Expert Witnesses (108 days before the Close of All Discovery) | December 17, 2010 |
| Preliminary Pretrial Conference Statements (10 days before the Conference) | February **4**, 2011 |
| Preliminary Pretrial Conference at 11:00 a.m. (30 days before the Close of All Discovery) | February 14, 2011 |
| Close of All Discovery | March 15, 2011 |
| Last Date for Hearing on Class Certification Motion | February 28, 2011 |
| Last Date for Hearing Dispositive Motions (60 days after the Close of All Discovery) | May 16, 2011 |

**IT IS SO STIPULATED.**

Dated:  April 23, 2010                         HOLLISTER & BRACE

                                By:  /s/  Michael P. Denver
                                    ROBERT L. BRACE
                                    MICHAEL P. DENVER

---

5

7316.001                    REVISED STIPULATION RE: CASE SCHEDULE
                                       09-cv-2079 JW
CH1 5291539v.1

| | | |
|---|---|---|
| 1 | Dated:   April 23, 2010 | FOLEY BEZEK BEHLE & CURTIS LLP |
| 2 | | |
| 3 | | By:  /s/ Thomas G. Foley, Jr.<br>THOMAS G. FOLEY, JR.<br>*Attorneys for the Hunter Plaintiffs* |
| 4 | | *and the Class* |
| 5 | Dated:   April 23, 2010 | ZELLE MCDONOUGH & COHEN LLP |
| 6 | | |
| 7 | | By:  /s/ Anthony R. Zelle<br>ANTHONY R. ZELLE<br>BRIAN MCDONOUGH |
| 8 | | *Attorneys for Plaintiff Quirk Infiniti*<br>*and the Class* |
| 9 | | |
| 10 | Dated: April 23, 2010 | THE GORDON LAW FIRM LLP |
| 11 | | By:  /s/ Todd B. Gordon |
| 12 | | STEPHEN F. GORDON<br>TODD B.GORDON |
| 13 | | *Attorneys for the Boulder Defendants and*<br>*Defendant Roy S. MacDowell, Jr.* |
| 14 | | |
| 15 | Dated: April 23, 2010 | O'MELVENY & MEYERS |
| 16 | | By:  /s/ Allen Burton |
| 17 | | MEREDITH LANDY<br>ALLEN BURTON<br>BRADLEY J. BUTWIN |
| 18 | | GARY SVIRSKY |
| 19 | | *Attorneys for Defendants Bank of America,*<br>*FSB and Countrywide Bank, N.A.* |
| 20 | | |
| 21 | Dated: April 23, 2010 | SIDLEY AUSTIN LLP |
| 22 | | By:  /s/ Kevin Fee |
| 23 | | KEVIN FEE<br>MARK BLOCKER |
| 24 | | *Attorneys for Defendant Citibank, N.A.* |

1  Dated: April 23, 2010                    FOLEY & LARDNER LLP

2                                           By:  /s/ Olya Petukhova
3                                             OLYA PETUKHOVA
                                              DOUGLAS SPELFOGEL
4                                             *Attorneys for Defendants Cordell*
                                              *Funding LLLP, Cordell Consultants,*
                                              *New York, LLC, Cordell Consultants Inc.,*
5                                             *Money Purchase Plan and Robin*
                                              *Rodriguez*
6

7  Dated: April 23, 2010                    GIBSON, DUNN & CRUTCHER

8                                           By:  /s/ Brad Lingo
                                              ETHAN DETTMER
9                                             F. JOSEPH WARIN
                                              BRAD LINGO
10                                            *Attorneys for Defendants Kutak Rock and*
                                              *Joseph O. Kavan*
11

12 Dated: April 23, 2010                    KRIEG, KELLER, SLOAN,
                                              REILLEY & ROMAN LLP
13

14                                          By:  /s/ Allison Cooper
                                              ALLISON COOPER
                                              JAMES KRIEG
15                                            *Attorneys for Defendants Foley &*
                                              *Lardner LLP and Stephen I. Burr*
16

17 Dated: April 23, 2010                    LERCH STURMER LLP

18
                                            By:  /s/ Brett Broge
19                                            BRETT BROGE
                                              JERRY LERCH
20                                            *Attorneys for Defendant Silicon Valley*
                                              *Law Group*
21

22 Dated: April 23, 2010                    GREENBERG TRAURIG, LLP

23
                                            By:  /s/ William Goines
24                                            WILLIAM GOINES
                                              *Attorney for Defendant United Western*
25                                            *Bank (f/k/a Matrix Capital Bank)*

26

27

28

---

7

7316.001                 REVISED STIPULATION RE: CASE SCHEDULE
CH1 5291539v.1                        09-cv-2079 JW

| | |
|---|---|
| Dated:  April 23, 2010 | LEVINE KELLOGG LEHMAN<br>SCHNEIDER & GROSSMAN LLP<br><br>By:  /s/  Lawrence Kellogg<br>         LAWRENCE KELLOGG<br>         *Attorneys for Defendant Jorden Burt LLP* |

**IT IS SO ORDERED.**

DATED:  April 29, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. JAMES WARE
United States District Judge

I, Kevin M. Fee am the ECF User whose ID and password are being used to file this **STIPULATION RE: CASE SCHEDULE; [PROPOSED] ORDER.**  In compliance with General Order 45, X.B., I hereby attest that the counsel whose e-signatures appear on the foregoing signature pages have concurred in this filing.

　　　　　　　　　　　　　　　　 /s/ Kevin M. Fee
　　　　　　　　　　　　　　　　Kevin M. Fee

| | |
|---|---|
| Robert L. Brace, Esq., SBN 122240<br>Email:  rlbrace@hbsb.com<br>Peter L. Candy, Esq., SBN 149976<br>Email:  pcandy@hbsb.com<br>Michael P. Denver, Esq., SBN 199279<br>Email:  mpdenver@hbsb.com<br>**HOLLISTER & BRACE**<br>P.O. Box 630<br>Santa Barbara, CA  93102<br>Telephone: 805.963.6711<br>Facsimile:  805.965.0329<br><br>    and<br><br>Thomas G. Foley, Jr., Esq., SBN 65812<br>Email:   tfoley@foleybezek.com<br>**FOLEY, BEZEK, BEHLE**<br>  **& CURTIS, LLP**<br>15 W. Carrillo Street<br>Santa Barbara, CA  93101<br>Telephone: 805.962.9495<br>Facsimile:  805.962.0722<br>*Attorneys for the Hunter Plaintiffs and the Class* | Eileen Ridley, Esq., SBN 151735<br>Email: eridley@foley.com.com<br>Patrick T. Wong, Esq., SBN 130033<br>Email:  pwong@foley.com<br>**FOLEY & LARDNER** LLP<br>One Maritime Plaza, Sixth Floor<br>San Francisco, CA 94111-3404<br>Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507<br><br>    and<br><br>Douglas Spelfogel, Esq. N.Y. BN DS7097<br>Email: dspelfogel@foley.com<br>Olya Petukhova, Esq., Fed. BN OP-1377<br>Email: opetukhova@foley.com<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue, 36th Floor<br>New York, NY 10016-1301<br>Telephone: 212.682.7474<br>Facsimile: 212.687.2329<br>*Attorneys for Defendants Cordell Funding LLLP, Cordell Consultants, New York, LLC,  Cordell Consultants Inc. Money Purchase Plan, and Robin Rodriguez* |
| Anthony R. Zelle, Esq., BBO# 548141<br>Email: tzelle@zelmcd.com<br>Brian McDonough, Esq., BBO# 637999<br>Email: bmcdonough@zelmcd.com<br>Thomas Evans, Esq., SBN 552820<br>Email: tevans@zelmcd.com<br>**ZELLE MCDONOUGH  & COHEN LLP**<br>101 Federal Street, 14th Floor<br>Boston, MA 02110<br>Telephone: 617.742.6520 x219<br>Facsimile:  617.742.1393<br>(Appearing *Pro hac vice*)<br>*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class* | James Krieg, Esq., SBN 77069<br>Email: jkrieg@kksrr.com<br>Allison Cooper, Esq., SBN 152384<br>Email:  acooper@kksrr.com<br>**KRIEG, KELLER, SLOAN,**<br>   **REILLEY & ROMAN LLP**<br>555 Montgomery Street, 17th Floor<br>San Francisco, CA    94111<br>Telephone: 415.249.8330<br>Facsimile:  415.249.8333<br>*Attorneys for Defendants Foley & Lardner LLP and Stephen I. Burr* |
| Michael Drury, Esq., SBN 177993<br>Email: mdrury@rmwllp.com<br>Jeffrey N. Labovitch, Esq., SBN 221934<br>Email: jlabovitch@rmwllp.com<br>**RIEDL, MCCLOSKEY & WARING LLP**<br>550 West "C" Street, Suite 2050<br>San Diego, CA 92101<br>Telephone: 619.237.3095<br>Facsimile:  619.237.3789<br><br>   and<br><br>Stephen F. Gordon, Esq., BBO# 203600<br>Email: sgordon@gordonfirm.com<br>Todd B. Gordon, Esq., BBO #652482<br>Email:  tgordon@gordonfirm.com<br>Ashley Whyman, Esq., BBO# 670507<br>Email: awhyman@gordonfirm.com<br>**THE GORDON LAW FIRM LLP**<br>101 Federal Street, 17th Floor<br>Boston, MA 02110<br>Telephone:   617.261.0100 Ext 128<br>Direct Dial:  617.456.1270<br>Facsimile:    617.261.0789<br> (Appearing *Pro hac vice*)<br>*Attorneys for the Boulder Defendants*<br> *and Defendant Roy MacDowell, Jr.* | William J. Goines, Esq., SBN 61290<br>Email: goinesw@gtlaw.com<br>Cindy Hamilton, Esq., SBN 107345<br>Email: Chamilton@gtlaw.com<br>**GREENBERG TRAURIG, LLP**<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303<br>Telephone:  650.289.7860<br>Facsimile:   650.462.7860<br>*Attorneys  for United Western Bank f/k/a Matrix Bank:* |

1

7316.001                                                REVISED STIPULATION RE: CASE SCHEDULE
                                                                            09-cv-2079 JW

CH1 5291539v.1

| | |
|---|---|
| Allen Burton, Esq., N.Y. BN 4119657<br>Email: aburton@omm.com<br>Bradley J. Butwin, Esq., N.Y. BN 2055614<br>Email: bbutwin@omm.com<br>Gary Svirsky, Esq., N.Y. BN 2899417<br>Email: gsvirsky@omm.com<br>**O'MELVENY & MEYERS**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212.326.2282<br>Facsimile: 212.326.2061<br>  and<br>Meredith Landy, Esq., SBN 136489<br>Email: mlandy@omm.com<br>Madaline Anne Zamoyski, Esq., SBN 260787<br>Email: mzamski@omm.com<br>**O'MELVENY & MYERS LLP**<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br>Telephone: 650.473.2600<br>Facsimile: 650.473.2601<br>*Attorneys for Defendants Bank of America, N.A.*<br>* and Countrywide Bank, FSB*<br><br>Jerry Lerch, Esq., SBN 48194<br>Email: jlerch@lerchsturmer.com<br>Brett Broge, Esq., SBN 221224<br>Email: bbroge@lerchsturmer.com<br>**LERCH & STURMER**<br>333 Bush St. Ste. 2020<br>San Francisco, CA 94104<br>Telephone: 415.217.6340<br>Facsimile: 415.217.2782<br>*Attorneys for Defendant Silicon Valley Law Group*<br><br>F. Joseph Warin, Esq., Wash. D.C. BN 235978<br>Email: fwarin@gibsondunn.com<br>Wayne A. Schrader, Esq., SBN 67447<br>Email: WSchrader@gibsondunn.com<br>Bradley Lingo, Esq., Wash. D.C. BN 490131<br>Email: blingo@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br>  and<br>Ethan Dettmer, SBN 190646<br>Email: edettmer@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br>*Attorneys for Defendants Kutak Rock LLP*<br>* and Joseph O. Kavan* | Mark B. Blocker, Esq., IL. BN 6198950_<br>Email: Mblocker@sidley.com<br>Kevin M. Fee, Esq., IL. BN 6277453<br>Email: kfee@sidley.com<br>Thomas R. Heisler, Esq., IL BN 6296712<br>Email: theisler@sidley.com<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn St.<br>Chicago, IL 60603<br>Telephone: 312.853.6097<br>Facsimile: 312.853.7036<br>  and<br>Carol Lynn Thompson SBN 148079<br>Email: Cthomp01@sidley.om<br>R. Van Swearingen, Esq., SBN 259809<br>Email: vswearingen@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: 415-772-1291<br>Facsimile: 415.772.7400<br>  and<br>John Van De Weert, Esq., Wash D.C. BN 485251<br>Email: jvandeweert@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8094<br>Facsimile: (202) 736-8711<br>*Attorneys for Defendant Citibank, N.A.*<br><br>Timothy J. Halloran, Esq., SBN 104498<br>Email: thalloran@mpbf.com<br>Jonathan M. Blute, Esq., SBN 240751<br>Email: JBlute@MPBF.com<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530<br>Telephone: 415.788-1900<br>Facsimile: 415.393-8087<br>  and<br>Lawrence A. Kellogg, Esq., FL BN 328601<br>Email: lak@LKLlaw.com<br>**LEVINE KELLOGG LEHMAN**<br>**SCHNEIDER & GROSSMAN LLP**<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131-3407<br>Telephone: 305.536.1112<br>Facsimile: 305.403.8789<br>*Attorneys for Defendant Jorden Burt* |

2

7316.001     REVISED STIPULATION RE: CASE SCHEDULE<br>
                                                 09-cv-2079 JW<br>
CH1 5291539v.1