Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
Peter L. Candy, Esq., SBN 149976
Email: pcandy@hbsb.com
Michael P. Denver, Esq., SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA  93102
Telephone: 805.963.6711
Facsimile: 805.965.0329

Thomas G. Foley, Jr., Esq., SBN 65812
Email:  tfoley@foleybezek.com
**FOLEY, BEZEK, BEHLE
   & CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA  93101
Telephone: 805.962.9495
Facsimile:  805.962.0722
*Attorneys for the Hunter Plaintiffs and the Class*

Anthony R. Zelle, Esq., Mass. SBN 548141
Email: tzelle@zelmcd.com
Brian McDonough, Esq., Mass. SBN 637999
Email: bmcdonough@zelmcd.com
Thomas Evans, Esq., SBN 552820
Email: tevans@zelmcd.com
**ZELLE MCDONOUGH  & COHEN LLP**
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone: 617.742.6520 x219
Facsimile: 617.742.1393
(Appearing *Pro hac vice*)
*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION | Case No. 07-cv-2795-JW<br>(Hunter I)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSITIONS OF INCARCERATED DEFENDANTS** |
| ANITA HUNTER, et al.<br><br>Plaintiffs<br><br>CITIBANK, N.A., et al.<br><br>Defendants. | Case No.:   09-cv-02079-JW<br>(Hunter II)<br><br>**Assigned to Hon. Mag. Patricia Trumbull** |

WHEREAS, on May 18, 2010, the Court granted Plaintiffs' unopposed motion in Hunter I and Hunter II to depose the incarcerated defendants (Hunter II Docket No. 325 and Hunter I Docket No. 349);

1     WHEREAS, the Court's Order imposed a June 30, 2010 deadline to complete the depositions of the incarcerated defendants;

    WHEREAS, Plaintiffs and certain Defendants have scheduled multiple settlement conferences in June which will require the concerned parties' full attention;

    WHEREAS, on April 29, 2010, Judge Ware extended the cut-off date for fact discovery to October 14, 2010 to allow the parties additional time to complete fact discovery (Hunter II Docket No. 317);

    NOW THEREFORE, the parties hereby STIPULATE and AGREE THAT the depositions of the incarcerated defendants should be completed by the fact discovery cut off deadline of October 14, 2010.

Dated: May 25, 2010

HOLLISTER & BRACE
FOLEY BEZEK BEHLE & CURTIS LLP
ZELLE MCDONOUGH & COHEN

By: /s/ Michael P. Denver
    ROBERT L. BRACE
    MICHAEL P. DENVER

THOMAS G. FOLEY, JR.
*Attorneys for Plaintiff Anita Hunter and the Class*

ANTHONY ZELLE
BRIAN MCDONOUGH
*Attorneys for Plaintiff Quirk Infiniti and the Class*

Dated: May 25, 2010

O'MELVENY & MEYERS

By: /s/ Allen Burton
    MEREDITH LANDY
    ALLEN BURTON
    BRADLEY J. BUTWIN.
    GARY SVIRSKY
*Attorneys for Defendants Bank of America, FSB and Countrywide Bank, N.A.*

| | | |
|---|---|---|
| 1 | Dated: May 25, 2010 | GREENBERG TAURIG, LLP |
| 2 | | |
| 3 | | By: /s/ William Goines |
| | | WILLIAM GOINES |
| 4 | | *Attorney for Defendant United Western Bank (f/k/a Matrix Capital Bank)* |
| 5 | | |
| 6 | Dated: May 25, 2010 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 7 | | |
| 8 | | By: /s/ Lawrence Kellogg |
| | | LAWRENCE KELLOGG |
| 9 | | TIMOTHY J. HALLORAN |
| | | JONATHAN M. BLUTE |
| 10 | | *Attorneys for Defendant Jorden Burt LLP* |
| 11 | Dated: May 25, 2010 | THE GORDON LAW FIRM LLP |
| 12 | | |
| 13 | | By: /s/ Todd B. Gordon |
| | | STEPHEN F. GORDON |
| 14 | | TODD B. GORDON |
| | | *Attorneys for the Boulder Defendants and Defendant Roy S. MacDowell, Jr.* |
| 15 | | |
| 16 | | |
| 17 | Dated: May 25, 2010 | FOLEY & LARDNER LLP |
| 18 | | |
| 19 | | By: /s/ Olya Petukhova |
| | | DOUGLAS SPELFOGEL |
| 20 | | OLYA PETUKHOVA |
| | | *Attorneys for the Cordell Entities and Robin Rodriguez* |
| 21 | | |
| 22 | Dated: May 25, 2010 | GIBSON, DUNN & CRUTCHER |
| 23 | | |
| 24 | | By: /s/ Brad Lingo |
| | | BRAD LINGO |
| 25 | | ETHAN DETTMER |
| | | F. JOSEPH WARIN |
| 26 | | *Attorneys for Defendant Kutak Rock, LLP* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: May 25, 2010 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 2 | | |
| 3 | | By: /s/ Allison Cooper |
| 4 | | ALLISON COOPER<br>JAMES KRIEG |
| 5 | | *Attorneys for Defendants Foley & Lardner LLP and Stephen I. Burr* |
| 6 | Dated: May 25, 2010 | LERCH STURMER LLP |
| 7 | | |
| 8 | | By: /s/ Brett Broge<br>BRETT BROGE<br>JEROME LERCH |
| 9 | | *Attorneys for Defendant Silicon Valley Law Group.* |
| 10 | | |
| 11 | Dated: May 25, 2010 | SIDLEY AUSTIN LLP |
| 12 | | |
| 13 | | By: /s/ Kevin Fee<br>KEVIN FEE<br>CAROL LYNN THOMPSON |
| 14 | | *Attorneys for Defendant Citibank, N.A.* |

IT IS SO ORDERED.

_____
HON. MAG. PATRICIA TRUMBULL
5/26/10