UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITIBANK, N.A., a Nevada corporation; et al.,<br><br>　　　　　　　Defendants. | **CASE NO. 09-CV-02079-JW**<br><br>(Related to CASE NO. 07-CV-02795-JW)<br><br>Assigned to: Honorable James Ware<br><br>[PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM DISCOVERY AND OTHER DEADLINES |

　　　The Court, after considering the Stipulation Excusing Defendants Kutak Rock, LLP And Joseph O. Kavan From Discovery And Other Deadlines, hereby **ORDERS** that Defendants Kutak Rock, LLP and Joseph O. Kavan (1) are not required to comply with any case deadlines, including those set forth in the Revised Stipulation and Order Re: Case Schedule (Docket 317) and (2) are not required to participate in further discovery unless ordered by the Court.

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED on this 11th day of August, 2010.

_____
Honorable James Ware
United States District Judge

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM DISCOVERY AND OTHER DEADLINES (NO. 09-CV-02079-JW)