1  EILEEN R. RIDLEY, BAR NO. 151735
   eridley@foley.com
2  PATRICK T. WONG, BAR NO. 233222
   pwong@foley.com
   **Foley & Lardner LLP**
3  ATTORNEYS AT LAW
   555 CALIFORNIA ST., 17TH FLOOR
   SAN FRANCISCO, CA  94104-1520
4  TELEPHONE:     415.434.4484
   FACSIMILE:      415.434.4507

5  DOUGLAS E. SPELFOGEL [ADMITTED PRO HAC VICE]
   dspelfogel@foley.com
6  **Foley & Lardner LLP**
   ATTORNEYS AT LAW
   90 PARK AVENUE, 36TH FLOOR
7  NEW YORK, NY  10016-1301-
   TELEPHONE:    212-338-3566
   FACSIMILE:     212-687-2329
8
   CO-COUNSEL FOR DEFENDANTS CORDELL
9  FUNDING, LLLP, CORDELL CONSULTANTS,
   INC., CORDELL MONEY PURCHASE PLAN,
   CORDELL CONSULTANTS NEW YORK, LLC
10 AND ROBIN RODRIGUEZ



IT IS SO ORDERED
AS MODIFIED
James Ware
Judge James Ware

8/11/2010

11

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13                  **SAN JOSE DIVISION**

14
   ANITA HUNTER, AN INDIVIDUAL;          )   CASE NO.: 09-CV-02079-JW
15 JOHNNA BOZZA, AN INDIVIDUAL;          )
   CELLTEX SITE SERVICES, LTD., A        )
16 TEXAS LIMITED COMPANY; GRANDE         )   **ORDER EXTENDING TIME FOR**
   INVESTMENT, LLC, A COLORADO           )   **CORDELL DEFENDANTS TO RESPOND**
17 LIMITED LIABILITY COMPANY; QUIRK      )   **TO SECOND AMENDED COMPLAINT**
   INFINITI, INC., A MASSACHUSETTS       )
18 CORPORATION; MICHAEL WHITTON,         )
   AN INDIVIDUAL; DOE PLAINTIFF, AN      )   JUDGE:  HON. JAMES WARE
19 INDIVIDUAL; AND ALL OTHERS            )
   SIMILARLY SITUATED,                   )
20                                        )
              PLAINTIFFS,                 )
21                                        )
              v.                          )
22                                        )
   CITIBANK, N.A., A NEVADA              )
23 CORPORATION; COUNTRYWIDE             )
   BANK, FSB, A VIRGINIA CORPORATION,    )
24 BANK OF AMERICA                       )
   CORPORATION, D/B/A BANK OF            )
25 AMERICA, N.A., A NORTH CAROLINA       )
   CORPORATION; UNITED WESTERN           )
26 BANK (F/K/A MATRIX CAPITAL            )
   BANK), A COLORADO CORPORATION;        )
27 BOULDER CAPITAL, LLC, A               )
   MASSACHUSETTS CORPORATION;            )
28                                             1
   **ORDER EXTENDING TIME FOR CORDELL DEFENDANTS TO RESPOND TO SECOND AMENDED**
                                **COMPLAINT**

DETR_1461982.1

1  BOULDER COLUMBUS LLC, A
   MASSACHUSETTS LIMITED LIABILITY
2  COMPANY; BOULDER WEST OAKS,
   LLC, A DELAWARE LIMITED LIABILITY
3  COMPANY; BOULDER HOLDINGS, VI,
   LLC, A DELAWARE LIMITED LIABILITY
4  COMPANY; ROY S. MACDOWELL, JR.,
   AN INDIVIDUAL; CORDELL FUNDING,
5  LLLP, A FLORIDA LIMITED LIABILITY
   LIMITED PARTNERSHIP; CORDELL
6  CONSULTANTS, INC., A NEW YORK
   CORPORATION; CORDELL MONEY
7  PURCHASE PLAN, A QUALIFIED
   RETIREMENT PLAN TRUST; CORDELL
8  CONSULTANTS, NEW YORK, LLC, A
   NEW YORK LIMITED LIABILITY
9  COMPANY; ROBIN RODRIGUEZ, AN
   INDIVIDUAL; JORDEN BURT, LLP, A
10 CONNECTICUT LIMITED LIABILITY
   PARTNERSHIP; KUTAK ROCK, LLP, A
11 NEBRASKA LIMITED LIABILITY
   PARTNERSHIP; JOSEPH O. KAVAN, AN
12 INDIVIDUAL; FOLEY & LARDNER
   LLP, A WISCONSIN LIMITED LIABILITY
13 PARTNERSHIP; STEPHEN I. BURR, AN
   INDIVIDUAL, AND SILICON VALLEY
14 LAW GROUP, A CALIFORNIA LAW
   CORPORATION,

15

16         DEFENDANTS.

17

18      The Court, after considering the Stipulation Extending Time for the Cordell

19 Defendants to Respond to Second Amended Compliant, hereby ORDERS that the

20 Cordell Defendants shall have until **September 27, 2010**   , to answer or otherwise

21 respond to Plaintiffs' Second Amended Complaint. Additionally, the Plaintiffs and

22 the Cordell Defendants have not waived any claims or defenses in this action.

23      IT IS SO ORDERED on this ___11th___ day of ___August___, 2010

24

25

26 ___James Ware___

27 Hon. James Ware
   United States District Judge

28
                                    2
ORDER EXTENDING TIME FOR CORDELL DEFENDANTS TO RESPOND TO SECOND AMENDED
                              COMPLAINT
                        CASE NO. CV 09 02079 JW