UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.<br><br>Plaintiffs,<br>vs.<br><br>CITIBANK, N.A., et al.<br><br>Defendants | Case No.:   09-cv-02079 JW     8/11/2010<br><br>Assigned to Hon. James Ware<br><br>STIPULATION RE:<br>CASE SCHEDULE;<br>[PROPOSED] ORDER |

*IT IS SO ORDERED AS MODIFIED* /s/ James Ware — Judge James Ware

WHEREAS, the parties have exchanged case documents, engaged in written discovery, and are in the midst of taking depositions;

WHEREAS, the Defendants' Motions to Dismiss the Second Amended Complaint have been ruled upon, a Third Amended Complaint will soon be filed, and the Defendants will thereafter issue their responsive pleadings;

WHEREAS, the Wave I Settlements have been finally approved, the Wave II Settlements have been preliminarily approved, and the Wave II Final Fairness Hearing is calendared for August 30, 2010;

WHEREAS, the Plaintiffs and certain Defendants have agreed to settle in Wave III, Plaintiffs and other Defendants are in active settlement discussions, and they desire time to allow those discussions to develop so that a determination can be made as to whether additional Wave III Settlements can be reached;

WHEREAS, the parties agreed upon an aggressive discovery schedule so that discovery in this action could be coordinated with the two adversary proceedings ("Adversaries") involving parties that are also defendants in this case (Citibank and Boulder) pending before Judge Martin Glenn of the Bankruptcy Court for the Southern District of New York, as well as with any additional adversary proceedings which the bankruptcy trustee may file against Defendants in this action.  However, Citibank, the plaintiffs in this action, and the bankruptcy trustee in the Citibank Adversary, have agreed in principle to settle all claims asserted against

Citibank. Certain other Defendants have reached similar agreements, and the Court approval process with respect to these settlements will take several months;

WHEREAS, discovery and depositions have not proceeded as quickly as had been contemplated by the scheduling Order (Docket No. 317), in large part because of the several mediations and settlement conferences which have taken place, each of which required the concerned parties to invest substantial time and effort to make the settlement talks productive. It is now apparent that efforts to reach further settlements will require like time and effort commitments by the concerned parties;

WHEREAS, based on the foregoing, the parties hereto agree that the discovery plan set forth in Docket No. 317 should be modified to allow time for the forthcoming Third Amended Complaint to be filed, additional depositions to be taken, the Wave II and III Settlement approval process to be concluded, and for additional settlement discussions to develop;

WHEREAS, the parties intend to continue to comply with the orders of this Court and the Bankruptcy Court directing that discovery in this action and in the Adversaries be coordinated, and the parties to the Adversaries will seek discovery schedules which comport with the below;

NOW THEREFORE, based on the foregoing, the below identified parties HEREBY AGREE and STIPULATE THAT the case schedule set forth in Docket No.317 should be modified as set forth below:

## CASE SCHEDULE

| EVENT | DATE |
|---|---|
| File Third Amended Complaint | **September 10, 2010** |
| Fact Discovery Cut-Off | February 14, 2011 |
| Disclosure of Expert Witnesses (122 days before the Close of All Discovery) | March 14, 2011 |

| | |
|---|---|
| Disclosure of Rebuttal Expert Witnesses (108 days before the Close of All Discovery) | March 28, 2011 |
| Preliminary Pretrial Conference Statements (10 days before the Conference) | June 3, 2011 |
| Preliminary Pretrial Conference at 11:00 a.m. (30 days before the Close of All Discovery) | June 13, 2011 |
| Close of All Discovery | July 12, 2011 |
| Last Date for Hearing on Class Certification Motion | June 28, 2011 **at 9:00 AM** |
| Last Date for Hearing Dispositive Motions (60 days after the Close of All Discovery) | **September 19, 2011** |

**IT IS SO STIPULATED.**

Dated: August 3, 2010                              HOLLISTER & BRACE

                                                   By: /s/ Michael P. Denver
                                                   ROBERT L. BRACE
                                                   MICHAEL P. DENVER

                                                   *Attorneys for the Plaintiff's and the Class*

Dated: August 3, 2010                              THE GORDON LAW FIRM LLP

                                                   By: /s/ Todd B. Gordon
                                                   STEPHEN F. GORDON
                                                   TODD B. GORDON
                                                   *Attorneys for the Boulder Defendants and Defendant Roy S. MacDowell, Jr.*

Dated: August 3, 2010                              O'MELVENY & MEYERS

                                                   By: /s/ Allen Burton
                                                   MEREDITH LANDY
                                                   ALLEN BURTON
                                                   BRADLEY J. BUTWIN
                                                   GARY SVIRSKY
                                                   *Attorneys for Defendants Bank of America, FSB and Countrywide Bank, N.A.*

| | | |
|---|---|---|
| 1 | Dated: August 3, 2010 | SIDLEY AUSTIN LLP |
| 2 | | |
| 3 | | By: /s/ Kevin Fee |
| | | KEVIN FEE |
| | | MARK BLOCKER |
| 4 | | *Attorneys for Defendant Citibank, N.A.* |
| 5 | | |
| 6 | Dated: August 3, 2010 | FOLEY & LARDNER LLP |
| 7 | | By: /s/ Douglas Spelfogel |
| | | DOUGLAS SPELFOGEL |
| | | *Attorneys for Defendants Cordell* |
| 8 | | *Funding LLLP, Cordell Consultants,* |
| | | *New York, LLC, Cordell Consultants Inc,. Mo* |
| 9 | | *Money Purchase Plan and Robin* |
| | | *Rodriguez* |
| 10 | | |
| 11 | Dated: August 3, 2010 | GIBSON, DUNN & CRUTCHER |
| 12 | | |
| | | By: /s/ Brad Lingo |
| 13 | | ETHAN DETTMER |
| | | F. JOSEPH WARIN |
| 14 | | BRAD LINGO |
| | | *Attorneys for Defendants Kutak Rock and* |
| 15 | | *Joseph O. Kavan* |
| 16 | Dated: August 3, 2010 | KRIEG, KELLER, SLOAN, |
| | | REILLEY & ROMAN LLP |
| 17 | | |
| 18 | | By: /s/ Allison Cooper |
| | | ALLISON COOPER |
| 19 | | JAMES KRIEG |
| | | *Attorneys for Defendants Foley &* |
| 20 | | *Lardner LLP and Stephen I. Burr* |
| 21 | Dated: August 3, 2010 | LERCH STURMER LLP |
| 22 | | |
| 23 | | By: /s/ Brett Broge |
| | | BRETT BROGE |
| | | JERRY LERCH |
| 24 | | *Attorneys for Defendant Silicon Valley* |
| | | *Law Group* |

| | |
|---|---|
| Dated:  August 3, 2010 | GREENBERG TRAURIG, LLP<br><br>By:  /s/ William Goines<br>WILLIAM GOINES<br>*Attorney for Defendant United Western Bank (f/k/a Matrix Capital Bank)* |
| Dated:  August 3, 2010 | LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP<br><br>By:  /s/ Lawrence Kellogg<br>LAWRENCE KELLOGG<br>*Attorneys for Defendant Jorden Burt LLP* |

**IT IS SO ORDERD:**

In light of this Order, the Court vacates the August 23, 2010 Case Management Conference.

The Court sets an interim Case Management Conference for **October 18, 2010 at 10:00 AM.**

On or before **October 8, 2010**, the parties shall file a joint Case Management Conference statement updating the Court on the status of all settlement and discovery efforts.

Dated: August 11, 2010

_____
United States District Judge

I, Michael P. Denver am the ECF User whose ID and password are being used to file this **STIPULATION RE: CASE SCHEDULE; [PROPOSED] ORDER .** In compliance with General Order 45, X.B., I hereby attest that the counsel whose e-signatures appear on the foregoing signature pages have concurred in this filing.

/s/
Michael P. Denver

| | |
|---|---|
| 1  | Robert L. Brace, Esq., SBN 122240<br>Email: rlbrace@hbsb.com |
| 2  | Peter L. Candy, Esq., SBN 149976<br>Email: pcandy@hbsb.com |
| 3  | Michael P. Denver, Esq., SBN 199279<br>Email: mpdenver@hbsb.com |

Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
Peter L. Candy, Esq., SBN 149976
Email: pcandy@hbsb.com
Michael P. Denver, Esq., SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: 805.963.6711
Facsimile: 805.965.0329

and

Thomas G. Foley, Jr., Esq., SBN 65812
Email: tfoley@foleybezek.com
**FOLEY, BEZEK, BEHLE**
 **& CURTIS, LLP**
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: 805.962.9495
Facsimile: 805.962.0722
*Attorneys for the Hunter Plaintiffs and the Class*

Anthony R. Zelle, Esq., BBO# 548141
Email: tzelle@zelmcd.com
Brian McDonough, Esq., BBO# 637999
Email: bmcdonough@zelmcd.com
Thomas Evans, Esq., SBN 552820
Email: tevans@zelmcd.com
**ZELLE MCDONOUGH & COHEN LLP**
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone: 617.742.6520 x219
Facsimile: 617.742.1393
(Appearing *Pro hac vice*)
*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class*

Michael Drury, Esq., SBN 177993
Email: mdrury@rmwllp.com
Jeffrey N. Labovitch, Esq., SBN 221934
Email: jlabovitch@rmwllp.com
**RIEDL, MCCLOSKEY & WARING LLP**
550 West "C" Street, Suite 2050
San Diego, CA 92101
Telephone: 619.237.3095
Facsimile: 619.237.3789

and

Stephen F. Gordon, Esq., BBO# 203600
Email: sgordon@gordonfirm.com
Todd B. Gordon, Esq., BBO #652482
Email: tgordon@gordonfirm.com
Ashley Whyman, Esq., BBO# 670507
Email: awhyman@gordonfirm.com
**THE GORDON LAW FIRM LLP**
101 Federal Street, 17th Floor
Boston, MA 02110
Telephone: 617.261.0100 Ext 128
Direct Dial: 617.456.1270
Facsimile: 617.261.0789
(Appearing *Pro hac vice*)
*Attorneys for the Boulder Defendants and Defendant Roy MacDowell, Jr.*

Eileen Ridley, Esq., SBN 151735
Email: eridley@foley.com.com
Patrick T. Wong, Esq., SBN 130033
Email: pwong@foley.com
**FOLEY & LARDNER LLP**
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

and

Douglas Spelfogel, Esq. N.Y. BN DS7097
Email: dspelfogel@foley.com
**FOLEY & LARDNER LLP**
90 Park Avenue, 36th Floor
New York, NY 10016-1301
Telephone: 212.682.7474
Facsimile: 212.687.2329
*Attorneys for Defendants Cordell Funding LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, and Robin Rodriguez*

James Krieg, Esq., SBN 77069
Email: jkrieg@kksrr.com
Allison Cooper, Esq., SBN 152384
Email: acooper@kksrr.com
**KRIEG, KELLER, SLOAN,**
 **REILLEY & ROMAN LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: 415.249.8330
Facsimile: 415.249.8333
*Attorneys for Defendants Foley & Lardner LLP and Stephen I. Burr*

William J. Goines, Esq., SBN 61290
Email: goinesw@gtlaw.com
Cindy Hamilton, Esq., SBN 107345
Email: Chamilton@gtlaw.com
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: 650.289.7860
Facsimile: 650.462.7860
*Attorneys for United Western Bank f/k/a Matrix Bank:*

---

1

7316.001    STIPULATION RE: CASE SCHEDULE
            09-cv-2079 JW

| | |
|---|---|
| 1 | Allen Burton, Esq., N.Y. BN 4119657<br>Email: aburton@omm.com |
| 2 | Bradley J. Butwin, Esq., N.Y. BN 2055614<br>Email: bbutwin@omm.com |
| 3 | Gary Svirsky, Esq., N.Y. BN 2899417<br>Email: gsvirsky@omm.com |

Allen Burton, Esq., N.Y. BN 4119657
Email: aburton@omm.com
Bradley J. Butwin, Esq., N.Y. BN 2055614
Email: bbutwin@omm.com
Gary Svirsky, Esq., N.Y. BN 2899417
Email: gsvirsky@omm.com
**O'MELVENY & MEYERS**
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: 212.326.2282
Facsimile: 212.326.2061
  and
Meredith Landy, Esq., SBN 136489
Email: mlandy@omm.com
Madaline Anne Zamoyski, Esq., SBN 260787
Email: mzamski@omm.com
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650.473.2600
Facsimile: 650.473.2601
*Attorneys for Defendants Bank of America, N.A.*
*and Countrywide Bank, FSB*

Jerry Lerch, Esq., SBN 48194
Email: jlerch@lerchsturmer.com
Brett Broge, Esq., SBN 221224
Email: bbroge@lerchsturmer.com
**LERCH & STURMER**
333 Bush St. Ste. 2020
San Francisco, CA 94104
Telephone: 415.217.6340
Facsimile: 415.217.2782
*Attorneys for Defendant Silicon Valley Law Group*

F. Joseph Warin, Esq., Wash. D.C. BN 235978
Email: fwarin@gibsondunn.com
Wayne A. Schrader, Esq., SBN 67447
Email: WSchrader@gibsondunn.com
Bradley Lingo, Esq., Wash. D.C. BN 490131
Email: blingo@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
  and
Ethan Dettmer, SBN 190646
Email: edettmer@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306
*Attorneys for Defendants Kutak Rock LLP*
*and Joseph O. Kavan*

Mark B. Blocker, Esq., IL. BN 6198950
Email: Mblocker@sidley.com
Kevin M. Fee, Esq., IL. BN 6277453
Email: kfee@sidley.com
Thomas R. Heisler, Esq., IL BN 6296712
Email: theisler@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn St.
Chicago, IL 60603
Telephone: 312.853.6097
Facsimile: 312.853.7036
  and
Carol Lynn Thompson SBN 148079
Email: Cthomp01@sidley.om
R. Van Swearingen, Esq., SBN 259809
Email: vswearingen@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1291
Facsimile: 415.772.7400
  and
John Van De Weert, Esq., Wash D.C. BN 485251
Email: jvandeweert@sidley.com
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8094
Facsimile: (202) 736-8711
*Attorneys for Defendant Citibank, N.A.*

Timothy J. Halloran, Esq., SBN 104498
Email: thalloran@mpbf.com
Jonathan M. Blute, Esq., SBN 240751
Email: JBlute@MPBF.com
**MURPHY, PEARSON, BRADLEY & FEENEY**
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: 415.788-1900
Facsimile: 415.393-8087
  and
Lawrence A. Kellogg, Esq., FL BN 328601
Email: lak@LKLlaw.com
**LEVINE KELLOGG LEHMAN**
**SCHNEIDER & GROSSMAN LLP**
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
Telephone: 305.536.1112
Facsimile: 305.403.8789
*Attorneys for Defendant Jorden Burt*