UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANITA HUNTER, et al., | ) | Case No.: C 09-2079 JW (PVT) |
| Plaintiffs, | ) ) ) | **ORDER** RE **STIPULATION RE: DEPOSITION PROTOCOL** |
| v. | ) | |
| CITIBANK, N.A., et al., | ) ) | |
| Defendants. | ) ) | |

Currently pending before the court is the parties' proposed Stipulation re: Deposition Protocol; and Proposed Order. The stipulation has been referred to the assigned Magistrate Judge by virtue of the Court's San Jose Division's Standing Order Regarding Case Management in Civil Cases. Based on the proposed form of stipulation and order,

IT IS HEREBY ORDERED that no later than August 31, 2010, the parties shall submit briefs setting forth there respective positions with regard to a limit of depositions (either in number of depositions or hours of depositions). The court is not inclined to allow the parties to take an unlimited depositions.

IT IS FURTHER ORDERED that, pending entry of a final form of stipulation and order re: deposition protocol, the form of order filed herein at docket no. 311 shall govern this action.

Dated: *8/12/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge