[Complete list of parties represented may be found on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANITA HUNTER, et al. | Case No.: 09-cv-02079 JW |
|---|---|
| Plaintiffs, | Assigned to Mag. Hon. Patricia Trumbull |
| vs. | STIPULATION AND [PROPOSED] ORDER RE: RESPONSE TO HON. MAG. TRUMBULL ORDER (DOCKET NO. 372) |
| CITIBANK, N.A., et al. | |
| Defendants | |
| | Related to Case No.: 5:09-md-02028 JW |

WHEREAS, counsel in the above captioned matter filed a Stipulation Re: Deposition Protocol (Docket No. 311);

WHEREAS the Court issued an Order (Docket No. 372) ordering counsel to file briefs giving their respective positions with regard to limitations of depositions (either in number of depositions or hours of depositions) by August 31, 2010;

WHEREAS, counsel are coordinating the preparation of a joint brief which will include a list of potential deponents and require more time finalize the brief;

NOW THEREFORE, the parties STIPULATE and AGREE that the response date should be extended from the current deadline to September 13, 20

(signatures from counsel appear on the following pages)

7316.001

| | |
|---|---|
| 1  Dated: August 27, 2010 | **HOLLISTER & BRACE** |
| 2 | **FOLEY BEZEK BEHLE & CURTIS LLP** |
|   | **ZELLE MCDONOUGH & COHEN** |
| 3 | By: /s/ Michael P. Denver |
| 4 | ROBERT L. BRACE |
|   | MICHAEL P. DENVER |
|   | **HOLLISTER & BRACE** |
| 5 | P.O. Box 630 |
|   | Santa Barbara, CA 93102 |
| 6 | Telephone: (805) 963-6711 |
| 7 | and |
| 8 | THOMAS G. FOLEY, JR |
| 9 | **FOLEY, BEZEK, BEHLE & CURTIS LLP** |
| 10 | 15 W. Carrillo Street |
|   | Santa Barbara, CA 93101 |
| 11 | Telephone: (805) 962-9495 |
| 12 | *Attorneys for Plaintiff Anita Hunter and the Class* |
| 13 | ANTHONY ZELLE |
|   | BRIAN MCDONOUGH |
| 14 | **ZELLE MCDONOUGH & COHEN LLP** |
| 15 | 101 Federal Street, 14th Floor |
|   | Boston, MA 02110 |
| 16 | Telephone: (617) 742-6520 x219 |
|   | (Appearing *Pro hac vice*) |
| 17 | *Attorneys for Plaintiff Quirk Infiniti and the Class* |
| 18 | |
| 19  Dated: August 27, 2010 | **O'MELVENY & MEYERS** |
| 20 | By: /s/ Allen Burton |
|   | ALLEN BURTON |
| 21 | BRADLEY J. BUTWIN. |
|   | GARY SVIRSKY |
| 22 | Times Square Tower |
|   | 7 Times Square |
| 23 | New York, NY 10036 |
|   | Telephone: (212) 326-2282 |
| 24 | |
| 25 | MEREDITH LANDY, ESQ. |
|   | 2765 Sand Hill Road |
|   | Menlo Park, CA 94025 |
| 26 | Telephone: (650) 473-2600 |
|   | Facsimile: (650) 473-2601 |
| 27 | *Attorneys for Defendants Bank of America, FSB and Countrywide Bank, N.A.* |
| 28 | |

7316.001

| | | |
|---|---|---|
| 1 | Dated: August 27, 2010 | **GREENBERG TAURIG, LLP** |
| 2 | | |
| 3 | | By: /s/ William Goines |
| | | WILLIAM GOINES |
| | | 1900 University Avenue, 5th Floor |
| 4 | | East Palo Alto, CA 94303 |
| | | Telephone: (650) 289-7860 |
| 5 | | |
| | | *Attorney for Defendant United Western* |
| 6 | | *Bank (f/k/a Matrix Capital Bank)* |
| 7 | | |
| 8 | Dated: August 27, 2010 | **LEVINE KELLOGG LEHMAN** |
| | | **SCHNEIDER & GROSSMAN LLP** |
| 9 | | |
| | | By: /s/ Lawrence Kellogg |
| 10 | | LAWRENCE A. KELLOGG |
| | | **LEVINE KELLOGG LEHMAN** |
| 11 | | **SCHNEIDER & GROSSMAN LLP** |
| | | Miami Center - 34th Floor |
| 12 | | 201 South Biscayne Boulevard |
| | | Miami, FL 33131 |
| 13 | | Telephone: (305) 403-8788 |
| 14 | | and |
| 15 | | TIMOTHY J. HALLORAN |
| | | JONATHAN M. BLUTE |
| 16 | | **MURPHY, PEARSON, BRADLEY &** |
| | | **FEENEY** |
| 17 | | 88 Kearny Street, 10th Floor |
| | | San Francisco, CA 94108-5530 |
| 18 | | Telephone: (415)788-1900 |
| 19 | | *Attorneys for Defendant Jorden Burt LLP* |
| 20 | | |
| 21 | Dated: August 27, 2010 | **THE GORDON LAW FIRM LLP** |
| 22 | | By: /s/ Stephen Gordon |
| | | STEPHEN F. GORDON |
| 23 | | TODD B. GORDON |
| | | 101 Federal Street, 17th Floor |
| 24 | | Boston, MA 02110 |
| | | Telephone: (617) 261-0100 Ext 128 |
| 25 | | Direct Dial: (617)456-1270 |
| 26 | | (Appearing *Pro hac vice*) |
| 27 | | and |
| 28 | | |

7316.001

|   |   |
|---|---|
| 1 | Michael Drury, Esq. |
| 2 | Jeffrey N. Labovitch, Esq.<br>**RIEDL, MCCLOSKEY & WARING LLP** |
| 3 | 550 West "C" Street, Suite 2050<br>San Diego, CA 92101 |
| 4 | Telephone: (619) 237-3095 |
| 5 | *Attorneys for the Boulder Defendants and Defendant Roy S. MacDowell, Jr.* |

Dated: August 27, 2010          **FOLEY & LARDNER LLP**

By: /s/ Eileen Ridley
   DOUGLAS SPELFOGEL
   90 Park Avenue, 36th Floor
   New York, NY 10016-1301
   Telephone: (212) 682-7474

   EILEEN RIDLEY, ESQ.
   PATRICK T. WONG, ESQ.
   One Maritime Plaza, Sixth Floor
   San Francisco, CA 94111-3404
   Telephone: (415) 434-4484

   *Attorneys for Defendants Cordell Funding LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, and Robin Rodriguez*

Dated: August 27, 2010          **GIBSON, DUNN & CRUTCHER**

By: /s/ Matthew Hampton
   MATTHEW HAMPTON
   BRAD LINGO
   F. JOSEPH WARIN
   ETHAN DETTMER
   1050 Connecticut Avenue, N.W.
   Washington, DC 20036-5306
   Telephone: (202)955-8500

   ETHAN DETTMER
   555 Mission Street, Suite 3000
   San Francisco, CA 94105-2933
   Telephone: (415) 393-8200

   *Attorneys for Defendant Kutak Rock, LLP*

7316.001

| | |
|---|---|
| Dated: August 27, 2010 | **KRIEG, KELLER, SLOAN,**<br>**REILLEY & ROMAN LLP**<br><br>By: /s/ Allison Cooper<br>   ALLISON COOPER<br>   JAMES KRIEG<br>   114 Sansome Street, Suite 400<br>   San Francisco, CA 94104-3898<br>   Telephone: (415) 249-8330<br><br>   *Attorneys for Defendants Foley &*<br>   *Lardner LLP and Stephen I. Burr* |
| Dated: August 27, 2010 | **SIDLEY AUSTIN LLP**<br><br>By: /s/ Kevin Fee<br>   KEVIN FEE<br>   MARK B. BLOCKER<br>   THOMAS R. HEISLER<br>   One South Dearborn St.<br>   Chicago, IL 60603<br>   Telephone: (312) 853-6097<br><br>   CAROL LYNN THOMPSON<br>   R. VAN SWEARINGTON<br>   555 California Street, Suite 2000<br>   San Francisco, CA 94104<br>   Telephone: (415)772-1291<br><br>   JOHN VAN DE WEERT<br>   1501 K Street, N.W.<br>   Washington, D.C. 20005<br>   Telephone: (202) 736-8094<br><br>   *Attorneys for Defendant Citibank, N.A.* |
| Dated: August 27, 2010 | **LERCH STURMER**<br><br>By: /s/ Debra Sturmer<br>   BRETT BROGE<br>   JEROME LERCH<br>   DEBRA STURMER<br>   333 Bush St. Ste. 2020<br>   San Francisco, CA 94104<br>   Telephone: (415) 217-6340<br>   *Attorneys for Defendant Silicon Valley*<br>   *Law Group* |

7316.001

Dated: August 27, 2010

**STEARNS WEAVER**

By: /s/ David Pollack
DAVID POLLACK
150 West Flagler Street - Suite 2200
Miami, FL  33130
Telephone: (305)789-3435
Email: dpollack@stearnsweaver.com
*Attorneys for Defendant Richard Simring*

**IT IS SO ORDERED.**

*Patricia V. Trumbull*
HON. MAG. PATRICIA TRUMBULL

I, Michael P. Denver am the ECF User whose ID and password are being used to file this **SIPULATION AND [PROPOSED] ORDER RE RESPONSE TO HON. MAG. TRUMBULL ORDER (DOCKET NO. 372)**. In compliance with General Order 45, X.B., I hereby attest that the counsel whose e-signature appears on the foregoing signature pages has concurred in this filing.

/s/
Michael P. Denver

7316.001