**Investment Exchange Group, LLC**
**Exchange Deposits into Matrix Capital Bank**
**August 4, 2006 to December 29, 2006**

* GREEN HIGHLIGHTS ARE CURRENT EXCHANGE VICTIMS

| | | Date / Ref | Description | Account | Name | Exch Acct | Amt | Amount |
|---|---|---|---|---|---|---|---|---|
| No | Deposit | 8/4/2006 Wire | Crumple( Wire from Moulton Land Title | 2100 - Client Exchange Funds Payable | 60 - Ron Stefanik | Exch. Acct. 7071000025 | | $ 118,746.63 |
| No | Deposit | 11/30/2006 Wire | Wade, M Wire from Land Title Guarantee | 2100 - Client Exchange Funds Payable | 60 - Ron Stefanik | Exch. Acct. 7071000025 | | $ 50,931.52 |
| Yes | Deposit | 11/30/2006 Wire | Eddings, Wire from Gilbert, Harrell, Sumerford, Mart | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 347,029.13 |
| No | Deposit | 11/30/2006 Wire | Hannon Wire from First American Title | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 99,925.71 |
| Yes | Deposit | 11/30/2006 Wire | P.J. Rave Wire from Pacific Northwest Title | 2100 - Client Exchange Funds Payable | 65 - Bobby Parks | Exch. Acct. 7071000025 | | $ 182,777.59 |
| No | Deposit | 12/1/2006 393245 | Dudfoth, Check from Security Guaranty Co. | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 108,218.33 |
| No | Deposit | 12/1/2006 Wire | ET 302, ( Wire from Fred V. Peet Esq. Lawyers Trust | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 97,850.73 |
| No | Deposit | 12/1/2006 Wire | Franken Wire from First American Heritage | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 3,192,686.18 |
| No | Deposit | 12/1/2006 Wire | Garner & Wire from LandAmerica Lawyers Title (Over | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 1,000.00 |
| No | Deposit | 12/1/2006 Wire | Peterson Wire from Classic Title Agency Inc | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 166,175.42 |
| Yes | Deposit | 12/1/2006 Wire | Johnke, Wire from The Talon Group, LLC | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 400,000.00 |
| No | Deposit | 12/1/2006 Wire | Lee, Bru Wire from First American Heritage | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 117,350.50 |
| No | Deposit | 12/4/2006 Wire | Schwarti Wire from Land Title Guarantee | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 10,071.44 |
| No | Deposit | 12/4/2006 Wire | Wilson-\ Wire from Colorado Land Title | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 112,879.42 |
| No | Deposit | 12/5/2006 Wire | Thier, G( Wire from SRS Title Services, Inc. | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 138,046.89 |
| No | Deposit | 12/5/2006 Wire | Thomps( Wire from Bayview Title Insurance | 2100 - Client Exchange Funds Payable | 25 - Lissy Perez-Arche | Exch. Acct. 7071000025 | | $ 432,555.84 |
| Yes | Deposit | 12/5/2006 Wire | Eddings, Wire from Gilbert Harrell Sumerford Martin | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 27,000.00 |
| No | Deposit | 12/6/2006 Wire | Naylor, ( Wire from First Hawaii Title Corporation | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 222,233.38 |
| No | Deposit | 12/6/2006 1135 | R & R Gr Check from R&R Greene Enterprises Inc | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | $ 7,875.00 | $ 7,875.00 |
| Yes | Deposit | 12/6/2006 2655 | Coyle, M Check from Your Home Team Real Estate, In | 2100 - Client Exchange Funds Payable | 15 - Ken Garrison | Exch. Acct. 7071000025 | | $ 430.02 |
| No | Deposit | 12/8/2006 Wire | Flanders Wire from Land Title Guarantee Co Esc Cls # | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 372,266.00 |
| No | Deposit | 12/8/2006 Wire | Land, Cy Wire from Guardian Title | 2100 - Client Exchange Funds Payable | 65 - Bobby Parks | Exch. Acct. 7071000025 | | $ 44,700.63 |
| No | Deposit | 12/8/2006 3012 | O'Brien, Check from Law Office of Robert Weinstein, | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | $ 156,743.86 | $ 156,743.86 |
| No | Deposit | 12/8/2006 Wire | Thomas, Wire from Landamerica National Commercia | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 293,300.10 |
| Yes | Deposit | 12/8/2006 1667 | Flabules Check from Cheryl Cohorn | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 82,181.82 |
| Yes | Deposit | 12/8/2006 Wire | J.T.L. Pai Wire from Security Title Guaranty Company | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 486,000.00 |
| Yes | Deposit | 12/8/2006 Wire | Sieverts, Wire from Security title Guaranty | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 78,908.16 |
| No | Deposit | 12/11/2006 wire | Hines, D EM Wire from Pacific Northwest Title | 2100 - Client Exchange Funds Payable | 65 - Bobby Parks | Exch. Acct. 7071000025 | | $ 10,000.00 |
| No | Deposit | 12/12/2006 Wire | Parkwoc Wire from First American Title Co | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 26,191.89 |
| No | Deposit | 12/14/2006 Wire | PMM Tr( Wire from BST Escrow, Inc. | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 525,312.45 |
| No | Deposit | 12/15/2006 Wire | Elliot To( Wire from Coombs Davis Hill | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 132,452.28 |
| Yes | Deposit | 12/15/2006 Wire | Loiero, L Wire from PJ & A LLC TA Lawyers Trst Title | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 154,231.40 |
| No | Deposit | 12/15/2006 Wire | Porche, \ Wire from Louisiana Bar Foundation-Trust | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 71,138.22 |
| Yes | Deposit | 12/18/2006 Wire | Navarro, Wire from Merit Escrow Inc. (Additional Pro | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 15,934.91 |
| No | Deposit | 12/19/2006 Wire | Gary R. A Wire from Fidelity National Title | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 396,833.55 |
| No | Deposit | 12/19/2006 Wire | Hines, D Wire from Pacific Northwest Title | 2100 - Client Exchange Funds Payable | 65 - Bobby Parks | Exch. Acct. 7071000025 | | $ 117,243.92 |
| No | Deposit | 12/20/2006 Wire | Cull, Wil Wire from Comerica Detroit | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 184,113.48 |
| No | Deposit | 12/21/2006 Wire | Malanik, Wire from William Hopp | 2100 - Client Exchange Funds Payable | 25 - Lissy Perez-Arche | Exch. Acct. 7071000025 | | $ 166,907.29 |
| No | Deposit | 12/22/2006 Wire | Engel, M Wire from Logan Court LLC | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 152,130.63 |
| No | Deposit | 12/29/2006 Wire | Gary R. A Wire from Fidelity National Title | 2100 - Client Exchange Funds Payable | 10 - IXG Corporate | Exch. Acct. 7071000025 | | $ 397,904.80 |
| | | | | | | TOTAL | | $ 11,611,896.23 |
| | | | | | | TOTAL CURRENT VICTIM | | $ 24,757,466.43 |

# Exhibit 5

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | BSA/AML Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/1/2006 | 1 | 50,324.02 | ESCROW ACCT | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/1/2006 | 1 | 327,010.89 | HAWAII ESCROW & TITLE INC | HONOLULU, HI 96813 | | INVESTMENT EXCHANGE GROUP,LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/1/2006 | 1 | 220,749.00 | HUGH C GREGG II IOLA ACCOUNT | SUITE 515 | SYRACUSE NY 13202-193 | MATTHEW B JOHNIE | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/1/2006 | 1 | 480,750.00 | JUNCTION CITY ABSTRACT & TITLE CO | JUNCTION CITY, KS 66441 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Certificate of Good Standing in the state of Kansas. See attached documentation. |
| 9/1/2006 | 1 | 28,906.22 | LAND TITLE GUARANTEE | DENVER, CO 80206 US | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Land Title and Investment Exchange sends regular and frequent transfers. Type of business activity is in line with type of businesses. |
| 9/1/2006 | 1 | 28,906.22 | LAND TITLE GUARANTEE | DENVER, CO 80206 US | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Land Title and Investment Exchange sends regular and frequent transfers. Type of business activity is in line with type of businesses. |
| 9/1/2006 | 1 | 400,000.00 | LAND TITLE GUARANTEE CO | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Land Title and Investment Exchange sends regular and frequent transfers. Type of business activity is in line with type of businesses. |
| 9/1/2006 | 1 | 659,143.36 | STEWART TITLE OF DENVER INC | DENVER, CO 60209 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Stewart Title sends regular, frequent transfers. All in line of type of business transactions. |
| 9/1/2006 | 1 | 375,000.00 | TITLE SVCS OF SOUTHWEST FLORIDA INC | 1705 COLONIAL BLVD STE A2 | FORT MYERS, FL 33907-2141 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Additional info requested from wire room. |
| 9/5/2006 | 1 | 1,035,796.64 | ACQUIRE CORPORATION | ATTN BRAD CONGLETON | DESTIN, FL 32541- | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active for profit organization registered in the state of Florida. |

UWB 0441

Thornton-Ward
0316

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRAM Procedures Performed Y/N/NA | Determination/Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/5/2006 | 1 | 62,659.73 | COUNTY ABSTRACT | RIDLEY PARK PA 19078 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active and registered in the state of PA. Documentation attached. |
| 9/5/2006 | 1 | 283,709.54 | FAIRBANKS TITLE AGENCY INC | FAIRBANKS AK 99701 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Registered in Alaska and status is Good Standing. Documentation attached to August's reports. |
| 9/5/2006 | 1 | 102,660.52 | FIRST AMERICAN HERITAGE TITLE COMPA | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/5/2006 | 1 | 79,185.84 | PINNACLE TITLE OF ALABAMA LLC | STE 3A | MOBILE AL 36695-5143 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | First transfer to Investment Exchange. Pinnacle Title is an actively registered business in the state of Alabama. |
| 9/6/2006 | 1 | 155,346.42 | NATIONAL ALLIANCE TITLE COMPANY | | | INVESTMENT EXCHANGE GROUP,LLC | 7071000025 | No | Two transfers sent to same beneficiary on 9-6-06 from National Alliance Title. Amounts or activity do not appear suspicious in nature. |
| 9/6/2006 | 1 | 138,446.42 | NATIONAL ALLIANCE TITLE COMPANY | | | INVESTMENT EXCHANGE GROUP,LLC | 7071000025 | No | Two transfers sent to same beneficiary on 9-6-06 from National Alliance Title. Amounts or activity do not appear suspicious in nature. |
| 9/6/2006 | 1 | 61,183.49 | TITLE AMERICA | | | INVESTMENT EXCHANGE GROUP, LLC AS Q | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/7/2006 | 1 | 209,227.41 | ALLIANCE TITLE AND ESCROW CORP | BOISE, ID 83706 US | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/7/2006 | 1 | 44,820.91 | LIONE AND LEE P C | 3933 STECK AVE STE B110 | AUSTIN, TX 78759-8648 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Funds sent from Compass Bank. Activity in line with type of business. |
| 9/7/2006 | 1 | 54,055.29 | LIONE AND LEE P C | 3933 STECK AVE STE B110 | AUSTIN, TX 78759-8648 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Funds sent from Compass Bank. Activity in line with type of business. |

UWB 0442

Thornton-Ward
0317

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRM Procedures Performed Y/N/NA | Determination/Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/8/2006 | I | 713,166.33 | MONTANA ABSTRACT | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Montana Abstract sent one previous transaction to Investment earlier in the year. Type of business in line with expected account activity. |
| 9/8/2006 | I | 1,090,606.41 | TRUST ACCOUNT | MARTHA, JEAN BUNN | 510 ARAPAHOE ST | INVEST EXCHANGE GROUP LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary even though large amount. |
| 9/12/2006 | I | 536,158.45 | CHICAGO TITLE CO. - SAN JOSE | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/12/2006 | I | 2,232,762.34 | UNITED ESCROW (CO/44184 QC) | LOS ANGELES CA90010 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active and registered in state of CA. Documentation attached. Further info requested from wire room due to large amount. |
| 9/13/2006 | I | 119,463.18 | COUNCIL GROVE FARMERS & DROVER | COUNCIL GROVE, KS 66845-0520 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/13/2006 | I | 110,967.24 | EDISON TITLE SERVICE | SUITE D | CAPE CORAL, FL 33904 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Active registered agent in state of Florida. Documentation attached. |
| 9/13/2006 | I | 250,000.00 | MINERS ST BANK OF IRON RIVER | IRON RIVER, MI 49935-0351 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | First transfer from Miners St Bank. |
| 9/13/2006 | I | 107,022.72 | NETWORK TITLE OF FLORIDA LLC | CAPE CORAL, FL 33904 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | One previous transfer sent earlier this year. Activity expected for this account. |
| 9/13/2006 | I | 18,824.37 | NOBLE TITLE SERVICE | 4745 SUTTON PARK CT STE 303 | JACKSONVILLE, FL 32224-0254 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Anticipated/normal activity for Investment Exchange. |
| 9/14/2006 | I | 98,538.21 | ALLEGIANCE TITLE OF FLORIDA | CAPE CORAL, FL 33904- | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active agent in state of Florida. Documentation attached. |

UWB 0443

Thornton-Ward
0318

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/14/2006 | I | 1,535,755.80 | HAWAII ESCROW & TITLE INC | HONOLULU, HI 96813 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. Inactive Status in the state of Florida. This is the first transfer from the Law Office. Any future transactions will be looked at in detail with regards to HRAM procedures. Documentation attached. |
| 9/14/2006 | I | 74,846.86 | KRAUSE AND BAXTER | 3195 PONCE DE LEON BLVD STE 200 | CORAL GABLES FL 33134 | DONNA LEE FRANKLIN | 7071000025 | No | |
| 9/14/2006 | I | 1,510,123.92 | OLD REPUBLIC TITLE INSURANCE AGENCY | 2001 NORTH MAIN ST SUITE 500 | WALNUT CREEK, CA 94596 US | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Further info. requested from wire room. |
| 9/14/2006 | I | 983,585.05 | OLD REPUBLIC TITLE INSURANCE AGENCY | 2001 NORTH MAIN ST SUITE 500 | WALNUT CREEK, CA 94596 US | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Further info. requested from wire room. |
| 9/14/2006 | I | 389,575.57 | TITLE AMERICA | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/14/2006 | I | 18,420.16 | UNITED ESCROW CO/44184 CC | LOS ANGELES CA90010 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active and registered in state of CA. Documentation attached. |
| 9/15/2006 | I | 242,078.34 | AMERITITLE MEDFORD BRANCH CLIENT TR | ATTN ACCOUNTING DEPT | BEND,OR,877 01 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/15/2006 | I | 575,022.94 | CHICAGO TITLE OF COLORADO, INC | DENVER, CO 80202 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/15/2006 | I | 136,694.39 | EXCHANGE NO. 26S-06100088 | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/15/2006 | I | 110,003.07 | L. MORRIS GLUCKSMAN | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Funds sent from Patriot National Bank in CT. |

UWB 0444

Thornton-Ward 0319

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | IBRAM Procedures Performed Y/N/NA | Determination/Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/18/2006 | 1 | 173,836.25 | TITLE CO OF THE ROCKIES INC | WINTER PARK CO 80482 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/18/2006 | 1 | 124,145.34 | LAND TITLE GUARANTEE CO | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Land Title and Investment Exchange sends regular and frequent transfers. Type of business activity is in line with type of businesses. |
| 9/18/2006 | 1 | 93,230.72 | JM TITLE CORPORATION | 2 | CAPE CORAL FL 33904 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Normal activity. Pattern has been established for JM Title and Investment Exchange Group. |
| 9/18/2006 | 1 | 303,830.45 | FITZPATRICK LENTZ & BUBBA PC | SCHOOLHOUSE LANE PO BOX 219 | CENTER VALLEY PA 18034-0219 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active registered in state of PA. Documentation attached. |
| 9/18/2006 | 1 | 303,830.45 | FITZPATRICK LENTZ & BUBBA PO | 4051 SCHOOLHOUSE LANE PO BOX 219 | CENTER VALLEY PA 18034-0219 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active registered in state of PA. Documentation attached. |
| 9/18/2006 | 1 | 371,147.21 | FIRST AMERICAN TITLE COMPANY | 2401 SHADELANDS, SUITE 130 | WALNUT CREEK CA 94598 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/15/2006 | 1 | 400,000.00 | FIDELITY NATL TITLE CO OF OR LAKE O | CLACKAMAS,OR 97015 | | INVESTMENT EXCHANGE GRP LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/15/2006 | 1 | 817,855.55 | UNITED TITLE COMPANY, INC. | | | IXG HONG MEI LI-MACH | 7071000025 | No | Normal/Anticipated Activity. Pattern has been established. |
| 9/15/2006 | 1 | 24,562.77 | SECURITY TITLE GUARANTY COMPANY | | | IXG INVESTMENT EXCHANGE #IIS-061010 | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/15/2006 | 1 | 718,743.05 | RGB INC | PO BOX 2280 | BRECKENRID GE CO 80424-2280 | INVESTMENT EXCHANGE GROUP | 7071000025 | No | Previous transfers this year. All around same dollar amount. Frequency, amount, and purpose all appear to be legitimate. |

UWB 0445

Thornton-Ward
0320

OI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | IBAM Procedures Performed Y/N/NA | Determination/Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/18/2006 | 1 | 181,562.50 | WIRE CLEARING | 3033 E 1ST AVENUE #310 | DENVER CO 80205 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Funds sent from American National Bank in Denver. |
| 9/19/2006 | 1 | 426,141,174 | EXECUTIVE TITLE INS SERV INC | 4109 DEL PRADO BLVD | CAPE CORAL FL 33904-7164 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Wire sheet requested from Wire Room. |
| 9/19/2006 | 1 | 426,141,174 | EXECUTIVE TITLE INS SERV INC | 4109 DEL PRADO BLVD | CAPE CORAL FL 33904-7164 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Wire sheet requested from Wire Room. |
| 9/19/2006 | 1 | 264,085.71 | FIRST AMERICAN TITLE COMPANY | 2401 SHADELANDS STE 130 | WALNUT CREEK CA 94598 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/19/2006 | 1 | 101,210.98 | SAFE HARBOR TITLE | SUITE B | FT MYERS FL 33919 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Previous transactions between two businesses. Normal/Anticipated activity. |
| 9/19/2006 | 1 | 398,379.98 | TITLE SECURITY AGENCY OF ARIZONA | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/19/2006 | 1 | 100,000.00 | CBR, INC | DENVER CO, 802 35 | DENVER CO, 80235 | INVESTMENT EXCHANGE GROUP, LLC | 7071000108 | No | Registered agent in the state of Colorado. Status is Good Standing. Documentation attached. |
| 9/19/2006 | 1 | 13,333.33 | INVESTMENT PROPERTIES | RICHMOND, VA 23235 | | IXG MONEY MARKET ACCOUNT | 7071001403 | No | Regular transfers. Pattern has been established. |
| 9/20/2006 | 1 | 276,351.41 | FIRST AMERICAN TITLE INC | COLLEYVILLE, TX 76034 | COLLEYVILLE, TX 76034- | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/20/2006 | 1 | 488,657.04 | FIRST AMERICAN TITLE INSURANCE CO. | 5 FIRST AMERICAN WAY | SANTA, ANA CA 92701-591 US | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |

UWB 0446

Thornton-Ward
0321

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/20/2006 | 1 | 488,657.04 | FIRST AMERICAN TITLE INSURANCE CO. | 5 FIRST AMERICAN WAY | SANTA ANA, CA 92701-5911 US | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established |
| 9/20/2006 | 1 | 112,120.71 | GUARDIAN TITLE AGENCY LLC | 8490 E. CRESCENT PKWY STE 150 | ENGLEWOOD, CO 80111 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established |
| 9/20/2006 | 1 | 743,256.03 | MAYO CROWE LLC | 2 ND FL | HARTFORD, CT 06103 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Law Firm, active registered in state of CT. Documentation attached. First transfer to Investment Exchange Group. |
| 9/20/2006 | 1 | 23,212.84 | QUANTUM TITLE LLC | DENVER, CO 80205- | DENVER, CO 80205- | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Normal/Anticipated Activity. Pattern has been established. |
| 9/20/2006 | 1 | 115,461.84 | SECURITY FIRST TITLE PARTNERS | SUITE 200 | LARGO, FL 33777 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | One previous transfer sent earlier this year. Activity expected for this account. |
| 9/21/2006 | 1 | 935,276.46 | STEELE STREET STATE BANK | SUITE 50 | DENVER, CO 80206 US | INVESTMENT EXCHANGE GROUP, LLC | 70-7100140-3 | No | Good Standing state of Colorado. |
| 9/21/2006 | 1 | 875,796.74 | FIRST AMERICAN TITLE INS COMPANY | 330 EAST 400 SOUTH | SALT LAKE CITY UT 84111 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/22/2006 | 1 | 5,489,539.21 | EQUITY TITLE AGENCY LLC - COLORADO | LONE TREE, CO 80124 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Wire sheet requested from Wire Room |
| 9/22/2006 | 1 | 212,726.15 | LAND TITLE GUARANTEE CO | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Land Title and Investment Exchange sends regular and frequent transfers. Type of business activity is in line with type of businesses. |
| 9/22/2006 | 1 | 126,639.00 | TITLE COMPANY OF THE ROCKIES INC | AVON CO 81620-0000 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |

UWB 0447

Thornton-Ward 0322

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRAM Procedures Performed Y/N/NA | Determination/Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2006 | 1 | 402,613.12 | ALL FLORIDA TITLE AND ESCROW CO. | HOLLYWOOD FL 33021 | | INVESTMENT EXCHANGE GROUP | 7071000025 | No | Active agent in state of Florida. Documentation attached. |
| 9/25/2006 | 1 | 214,048.71 | NORTH AMERICAN TITLE CO | DENVER, CO 80203- | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Normal/Anticipated Activity. Pattern has been established. |
| 9/25/2006 | 1 | 104,292.21 | UNIFIED TITLE CO LLC | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. |
| 9/26/2006 | 1 | 115,373.05 | FIRST AMERICAN HERITAGE TITLE COMPA | | | IXG WONG 1050/610122 | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/26/2006 | 1 | 52,033.31 | JM TITLE CORPORATION | 2 | CAPE CORAL, FL 33904 | INVESTMENT EXCHANGE GROUP | 7071000025 | No | Normal activity. Pattern has been established for JM Title and Investment Exchange Group. |
| 9/27/2006 | 1 | 705,652.71 | AMERIPOINT TITLE | HOUSTON, TX 77002 | | INVESTMENT EXCHANGE GROUP | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/28/2006 | 1 | 86,437.32 | LAND TITLE GUARANTEE CO | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Land Title and Investment Exchange sends regular and frequent transfers. Type of business activity is in line with type of businesses. |
| 9/29/2006 | 1 | 29,958.20 | CHICAGO TITLE AND TRUST | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/29/2006 | 1 | 272,285.29 | ESCROW, INC GRAND COUNTY TITLE & | HOT SULPHUR SPRINGS, CO 80451 | | UNITED WESTERN BANK | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| 9/29/2006 | 1 | 324,754.76 | FIDELITY NATIONAL TITLE | ESCONDIDO, CA 92025 | | INVESTMENT EXCHANGE GROUP | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |

UWB 0448

Thornton-Ward 0323

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | BRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/29/2006 | - | 254,000.00 | FINANCIAL TITLE COMPANY | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Financial Title is located in Englewood, CO. This is the first transfer for this company. |
| 9/29/2006 | - | 204,654.40 | G. CARROLL PALMATARY | | BWK, GA 31620 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active registered attorney in state of GA. Documentation attached. |
| 9/29/2006 | - | 131,966.31 | GUARDIAN TITLE AGENCY DEVONSHIRE | 8490 E CRESCENT PKWY STE 150 | ENGLEWOOD, CO 80111 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. Good Standing in state of CO. Documentation attached. |
| 9/29/2006 | - | 66,530.02 | GUARDIAN TITLE AGENCY LLC | 8490 E CRESCENT PKWY STE 150 | ENGLEWOOD, CO 80111 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/29/2006 | - | 73,454.06 | JOHNSON COUNTY TITLE CO | BUFFALO WY 82834 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Johnson County Title is in registered in state of Wyoming with status Good Standing. Documentation attached. Sending bank: Bankers Bank of the West. |
| 9/29/2006 | - | 132,656.92 | L. MORRIS GLICKSMAN | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Funds sent from Patriot National Bank in CT. |
| 9/29/2006 | - | 42,199.61 | LAND TITLE GUARANTEE CO | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Land Title and Investment Exchange sends regular and frequent transfers. Type of business activity is in line with type of businesses. |
| 9/29/2006 | - | 442,210.86 | LIBERTIES ABSTRACT LLC | | LANGHORNE, PA 19047- | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | First transfer from Liberties Abstract. Normal activity for Investment Exchange Group. |
| 9/29/2006 | - | 240,391.78 | PRESTIGE ESCROW & TITLE SERVICES | DENVER CO 80222-4501 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Prestige is registered in state of CO with Good Standing status. One previous transaction was sent to Investment Exchange this year. |
| 9/29/2006 | - | 250,316.76 | SECURITY TITLE GUARANTY COMPANY | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |

UWB 0449

Thornton-Ward
0324

QI Risk Analysis Sheet - Inbound September 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 9/29/2006 | 1 | 26,167.58 | SECURITY TITLE GUARANTY COMPANY | | | IXG AS QUALIFIED INTERMEDIARY | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/29/2006 | 1 | 250,467.58 | SECURITY TITLE GUARANTY COMPANY | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 9/29/2006 | 1 | 111,765.29 | TITLE SECURITY AGENCY OF ARIZONA | TUCSON, ARIZONA 85716 | | INVESTMENT EXCHANGE GROUP | 7071000025 | No | Activity in line with type of business. No further procedures deemed necessary. |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

UWB 0450

Thornton-Ward 0325

QI Risk Analysis Determination- Outbound September 2006

| A | Paid Date | B Wire Direction | C Wire Amount | D Originator Institution | E Originator Identifier | F Beneficiary Institution | G Beneficiary Address 2 | H HRM Procedures Performed Y/N/NA | I Determination / Comments | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/1/2006 | O | $ 746,753.82 | INVESTMENT EXCHANGE GROUP, LLC | 707100002 5 | 1031 TAX GROUP, LLC | | No | Normal activity-Pattern established. | |
| 2 | 9/1/2006 | O | $ 2,613,881.33 | INVESTMENT EXCHANGE GROUP, LLC | 707100002 5 | 1031 TAX GROUP, LLC | | No | Additional info requested from wire room due to large amount. | |
| 3 | 9/5/2006 | O | $ | INVESTMENT EXCHANGE GROUP, LLC | 707100002 5 | 1031 TAX GROUP, LLC | | No | Additional info requested from wire room due to large amount. | |
| 4 | 9/6/2006 | O | $ 175.00 | GROUP, LLC INVESTMENT EXCHANGE | 707100000 9 | DAVE AND VICKI FOSTER | CAPE CORAL, FL 33904 | No | Normal activity-Pattern established. | |
| 5 | 9/6/2006 | O | $ 1,700.00 | GROUP, LLC INVESTMENT EXCHANGE | 707100000 9 | GARRISON REAL ESTATE CONSULTING | PUEBLO, CO | No | Monthly commissions - pattern established. | |
| 6 | 9/6/2006 | O | $ 3,000.00 | GROUP, LLC INVESTMENT EXCHANGE | 707100000 9 | GRAND DIMENSIONS | ATTN: LISSY PEREZ-ARCHE | No | Normal activity-pattern has been established. | |
| 7 | 9/6/2006 | O | $ 525.00 | GROUP, LLC INVESTMENT EXCHANGE | 707100000 9 | RON LUNSFORD | STE. 14G | No | Monthly commissions - pattern established. | |
| 8 | 9/6/2006 | O | $ 1,630,037.27 | GROUP, LLC INVESTMENT EXCHANGE | 707100000 9 | 1031 TAX GROUP, LLC | | No | Additional info requested from wire room due to large amount. | |
| 9 | 9/6/2006 | O | $ 155,246.42 | INVESTMENT EXCHANGE GROUP, LLC | 707100002 5 | NATIONAL ALLIANCE TITLE COMPANY | | No | Normal/expected activity. | |
| 10 | 9/7/2006 | O | $ 212,462.29 | INVESTMENT EXCHANGE GROUP, LLC | 707100002 5 | 1031 TAX GROUP, LLC | | No | Normal activity-Pattern established. | |
| 11 | 9/8/2006 | O | $ 294,797.23 | INVESTMENT EXCHANGE GROUP, LLC | | 1031 TAX GROUP, LLC | | No | Normal activity-Pattern established. | |

UWB 0439

Thornton-Ward
0314

QI Risk Analysis Determination- Outbound September 2005

| | Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Identifier | Beneficiary Institution | Beneficiary Address 2 | BRXM Procedures Performed Y/N/NA | Determination/ Comments | |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J |
| 1 | | | | | | | | | | |
| 12 | 9/30/2005 | O | $ 1,799,802.47 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100002 5 | 1031 TAX GROUP, LLC | | | Additional info requested from wire room due to large amount | |
| 13 | 9/13/2005 | O | $ 3,019,978.23 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100002 5 | 1031 TAX GROUP, LLC | | | Additional info requested from wire room due to large amount | |
| 14 | 9/14/2005 | O | $ 591,416.56 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100002 5 | 1031 TAX GROUP, LLC | | No | Normal activity-Pattern established | |
| 15 | 9/15/2005 | O | $ 3,416,600.17 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100002 5 | 1031 TAX GROUP, LLC | | | Additional info requested from wire room due to large amount | |
| 16 | 9/16/2005 | O | $ 3,200,720.47 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100002 5 | 1031 TAX GROUP, LLC | | | Additional info requested from wire room due to large amount | |
| 17 | 9/21/2005 | O | $ 75,000.00 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100001 7 | FIRST AMERICAN TITLE INSURANCE | 1755 PROSPECTOR AVENUE | | Normal activity | |
| 18 | 9/26/2006 | O | $ 10,000,000.00 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100017 | 1031 TAX GROUP, LLC | | | Additional info requested from wire room due to large amount | |
| 19 | 9/26/2006 | O | $ 2,222,093.19 | INVESTMENT EXCHANGE GROUP, LLC | 70 7100017 7 | 1031 TAX GROUP, LLC | | | Additional info requested from wire room due to large amount | |

UWB 0440

Thornton-Ward
0315

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/2006 | I | 29,209.53 | FIRST AMERICAN HERITAGE TITLE COMPA | H0135634 | | IXG 1050610143 | 707/1000025 | No | Regular transfers. Pattern established. |
| 10/2/2006 | I | 112,944.11 | JENNIFER D HUMBLE | | ORLANDO FL 32803 | INVESTMENT EXCHANGE GROUP LLC | 707/1000025 | No | OFAC check ran on Jennifer Humble. Documentation attached. |
| 10/2/2006 | I | 122,693.15 | TITLE AMERICA | T0062148 | | IXG LLC | 707/1000025 | No | Regular transfers, pattern has been established. |
| 10/2/2006 | I | 13,333.33 | INVESTMENT PROPERTIES | WBVA200002838 3446 | RICHMOND, VA 23235 | IXG MONEY MARKET ACCOUNT | 707/1001403 | No | Regular transfers. Pattern has been established. |
| 10/3/2006 | I | 81,255.16 | JUNCTION CITY ABSTRACT & TITLE CO | 4388223 | JUNCTION CITY, KS 66441 | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Pattern has been established. Regular transfers. |
| 10/4/2006 | I | 40,524.62 | DBA SUNBELT TITLE AGENCY | 37363939536 | | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Pattern has been established. Regular transfers. |
| 10/5/2006 | I | 211,847.07 | ALLIANCE TITLE AND ESCROW CORP | H0109896 | BOISE, ID 83706 US | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Regular transfers. Pattern established. |
| 10/5/2006 | I | 9,717,926.62 | FIRST AMERICAN HERITAGE TITLE COMPA | | | INVESTMENT EXCHANGE GROUP, LLC 10S | 707/1000025 | No | Regular transfers. Pattern established. |
| 10/5/2006 | I | 355,711.21 | PICKFORD ESCROW CO INC | 18919965363 | 23 CORPORATE PLAZA STE 145 | INVESTMENT EXCHANGE GROUP LLC | 707/1000025 | No | Active status in the state of California. Documentation attached. |

UWB 0451

Thornton-Ward 0326

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | BRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/5/2006 | - | 395,397.49 | PICKFORD ESCROW CO INC | 1891996363 | 23 CORPORATE PLAZA STE 145 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Active status in the state of California. Documentation attached. |
| 10/5/2006 | - | 600,000.00 | SMITH & FLOYD | 70203 | ST MARYS GA 31558 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers, pattern has been established. |
| 10/5/2006 | - | 542.5 | STEWART TITLE COMPANY | 74756 | HOUSTON, TX 77041 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers, pattern has been established. |
| 10/5/2006 | - | 51,471.38 | TITLE AMERICA | T0052144 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers, pattern has been established. |
| 10/5/2006 | - | 253,546.38 | GUARDIAN TITLE AGENCY DEVONSHIRE | 1891996854 | 9400 E. CRESCENT PKWY STE 150 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 10/5/2006 | - | 155,461.70 | SECURITY TITLE GUARANTY COMPANY | S0173091 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers, pattern has been established. |
| 10/5/2006 | - | 45,551.76 | SMITH & FLOYD | 70203 | ST. MARYS, GA. 31558 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers, pattern has been established. |
| 10/6/2006 | - | 286,073.68 | UNITED TITLE COMPANY, INC. | U0017376 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers, pattern has been established. |
| 10/10/2006 | - | 309,198.64 | FIRST AMERICAN HERITAGE TITLE COMPA | H0109739 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern established. |

UWB 0452

Thornton-Ward
0327

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | MRAM Procedures Performed Y/N/NA | Determination/Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/10/2006 | - | 358,777.00 | GILLETTE TITLE SERVICES | 385404459 | | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Sent from First Interstate Bank in Billings, MT. |
| 10/10/2006 | - | 129,789.71 | LAND TITLE GUARANTEE | | DENVER, CO 80206 US | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Pattern has been established. Regular transfers. |
| 10/11/2006 | - | 104,364.80 | ESCROW, INC GRAND COUNTY TITLE & | 01 180423 01 | HOT SULPHUR SPRINGS, CO 80451 | UNITED WESTERN BANK | 707/1000025 | No | Previous transfer. Anticipated activity for type of business. |
| 10/11/2006 | - | 708,294.96 | FIRST AMERICAN HERITAGE TITLE COMPA | H0117855 | | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Regular transfers. Pattern established. |
| 10/11/2006 | - | 197,731.08 | MADISON SETTLEMENT SERVICES, LLC | | | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Sent from Manufactures and Traders Trust in NY. |
| 10/11/2006 | - | 130,020.00 | SATILLA COMMUNITY BANK | | | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | |
| 10/11/2006 | - | 29,390.52 | SATILLA COMMUNITY BANK | | | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | |
| 10/11/2006 | - | 32,857.30 | SATILLA COMMUNITY BANK | | | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | |
| 10/12/2006 | - | 211,277.96 | EMPIRE TITLE OF CS LLC | | SUITE 110 | INVESTMENT EXCHANGE GROUP,LLC | 707/1000025 | No | Pattern has been established. Regular transfers. |

UWB 0453

Thornton-Ward 0328

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | BRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2006 | — | 127,225.60 | FIRST AMERICAN TITLE INSURANCE CO. | 2350006160 | 2101 FOURTH AVENUE, SUITE 800 | INV EXCHANGE GRP LLC | 707/1000025 | No | Regular transfers. Pattern established. |
| 10/12/2006 | — | 62,992.80 | FIRST AMERICAN TITLE INSURANCE CO. | 2350006160 | 2101 FOURTH AVENUE SUITE 800 | INVESTMENT EXCHANGE GROUP LLC | 707/1000025 | No | Regular transfers. Pattern established. |
| 10/12/2006 | — | 116,350.72 | NICHOLAS NEWMAN LOGAN AND DERAMO PC | 7241172059 | PO BOX 100 | JOHN V & REBECCA L KRONE | 707/1000025 | No | Investment Exchange Group on behalf of the Krones. PC located in VT. |
| 10/12/2006 | — | 92,638.25 | SMITH & FLOYD | 70203 | ST MARYS GA. 31558 | INVESTMENT EXCHANGE GROUP LLC | 707/1000025 | No | Regular transfers; pattern has been established. |
| 10/13/2006 | — | 680,470.08 | LAND TITLE GUARANTEE | 5801019380 | STE 800 | INVESTMENT EXCHANGE GROUP LLC | 707/1000025 | No | Pattern has been established. Regular transfers. |
| 10/13/2006 | — | 1,180,696.67 | NORTH AMERICAN TITLE CO | 4.8254E+11 | DENVER, CO 80203- | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 | No | Regular transfers; pattern has been established. |
| 10/13/2006 | — | 42,983.27 | SRS TITLE SERVICES INC | 1.0000E+12 | CAPE CORAL FL 33904-9000 | INVESTMENT EXCHANGE GROUP, LLC | 707/1000025 |  | Regular transfers; pattern has been established. |
| 10/16/2006 | — | 275,607.81 | EXECUTIVE TITLE INSURANCE SERVICES | 55301916 | 4100 DEL PRADO BLVD | INVESTMENT EXCHANGE GROUP | 707/1000025 |  | Regular transfers. Pattern established. Sent from Regions Bank in Hoover, AL. |
| 10/16/2006 | — | 72,538.56 | JM TITLE CORPORATION | WBFL2000001554 9208 | 2 | INVESTMENT EXCHANGE GROUP LLC | 707/1000025 |  | Regular transfers; pattern has been established. |

UWB 0454

Thornton-Ward
0329

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | RRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2006 | - | 4,555,968.98 | LANDAMERICA NATIONAL COMMERCIAL SER | | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Due to large amount, sent to Wire Room for additional information. |
| 10/16/2006 | - | 48,628.96 | LEHIGH TITLE LLC | | EDINA, MN 55436- | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Money sent from Colonial Bank. Did not find listing for Lehigh Title in MN. Additional info. requested from Wire Room. |
| 10/16/2006 | - | 535.42 | NORTH AMERICAN TITLE CO | 4.82504E+11 | DENVER, CO 80203- | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers; pattern has been established. |
| 10/16/2006 | - | 155,000.00 | SECURITY TITLE GUARANTY COMPANY | S0168241 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers; pattern has been established. |
| 10/17/2006 | - | 27,500.00 | GRAND CANYON TITLE AGENCY INC | 115909285 | 2720 E CAMELBACK RD STE 100 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 10/18/2006 | - | 76,044.66 | ACCURATE TITLE CLOSING, INC ES | 9680401176 | 2421 UNIVERSITY DRIVE | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Active and registered in the state of Florida. Documentation is attached. |
| 10/18/2006 | - | 113,989.12 | LAND TITLE GUARANTEE CO | 2165021825 | | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Pattern has been established. Regular transfers. |
| 10/19/2006 | - | 55,235.62 | WARD & TAYLOR, LLC | 1010021822 | WILMINGTON DE 19809-0000 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Registered in state of DE. Documentation attached. |
| 10/20/2006 | - | 250,000.00 | BLAIR C STRAIN PC | 100115 | 202 ARNOW DR | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Registered, active in state of GA. |

UWB 0455

Thornton-Ward 0330

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | BRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/2006 | - | 140,884.19 | CENTRAL COLORADO TITLE & ESCROW | XX | SALIDA CO | INVESTMENT EXCHANGE GROUP | 7071000025 | No | Previous transfers. Expected activity. |
| 10/20/2006 | - | 500 | DOLPHIN I LLP | 5509034986 | 155 CRYSTAL BEACH DR STE 100 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Active and registered in state of FL, investment sends and receives frequent transfers. |
| 10/20/2006 | - | 599,291.70 | DOLPHIN I LLP | 5509034986 | 155 CRYSTAL BEACH DR STE 100 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Active and registered in state of FL, investment sends and receives frequent transfers. |
| 10/20/2006 | - | 53,037.66 | MASTERS TITLE GROUP LLC | 1.00003E+12 | 14440 METROPOLIS AVE UNIT 103 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Active and registered in the state of Florida. Documentation is attached. |
| 10/23/2006 | - | 218,691.72 | SECURITY TITLE GUARANTY COMPANY | 501152562 | | IXG | 7071000025 | No | Regular transfers; pattern has been established. |
| 10/23/2006 | - | 2,438,404.40 | SUTTON LAND 1031 CORP. | 39857343 | NY 11581 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | | Active, registered in state of NY. Documentation attached. |
| 10/24/2006 | - | 167,396.76 | CHICAGO TITLE OF COLORADO, INC | 1691966242 | DENVER, CO 80202 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Pattern has been established. Regular transfers. |
| 10/24/2006 | - | 61,135.25 | GRAND CANYON TITLE AGENCY INC | 115909285 | 2720 E CAMELBACK RD STE 100 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 10/24/2006 | - | 1,048,531.24 | ROTHKRUG ROTHKRUG | 9965500619 | NY 110213312 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Active and registered attorneys in state of NY. First transfer; regular type of transfers for Investment Exchange. |

UWB 0456

Thornton-Ward
0331

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | BRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/24/2006 | - | 2,751,460.94 | SOVEREIGN BANK | 1220109783 | 14TH FLOOR | KHR HOLDING CO LLC | 7071000025 | No | Sent to wire room for additional info. |
| 10/25/2006 | - | 26,700.78 | ALLIANCE TITLE | 11438053 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern established. |
| 10/25/2006 | - | 308,329.60 | FNT | | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | One previous transfer from FNT. Sent from Bank of America in NY. |
| 10/25/2006 | - | 100,827.29 | HAWAII ESCROW & TITLE INC | 4000166078 | HONOLULU, HI 96813 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern has been established. |
| 10/26/2006 | - | 83,376.20 | JM TITLE CORPORATION | WBFL200001554 9208 | 2 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Regular transfers; pattern has been established. |
| 10/26/2006 | - | 3,341,621.99 | LAND TITLE GUARANTEE | 5801019380 | STE 800 | INVESTMENT EXCHANGE GROUP LLC | 7071000025 | No | Pattern has been established. Regular transfers. |
| 10/26/2006 | - | 78,635.27 | LAND TITLE GUARANTEE CO | 2165062182S | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Pattern has been established. Regular transfers. |
| 10/26/2006 | - | 1,600,000.00 | LANDAMERICA FINANCIAL GROUP, INC. | | 5575 DTC PARKWAY | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers; pattern has been established. |
| 10/30/2006 | - | 235,613.07 | LANDAMERICA FINANCIAL GROUP, INC. | | 5575 DTC PARKWAY | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers; pattern has been established. |

UWB 0457

Thornton-Ward
0332

QI Risk Analysis Sheet - Inbound October 2006

| Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Address 2 | Originator Address 3 | Beneficiary Institution | Beneficiary Identifier | HRAM Procedures Performed Y/N/NA | Determination/ Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2006 | I | 28,750.00 | FIRST AMERICAN HERITAGE TITLE COMPA | A0002043 | | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers. Pattern established. |
| 10/31/2006 | I | 200,593.51 | TITLE COMPANY OF THE ROCKIES INC | 3370003204 | AVON CO 81620-0000 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Regular transfers, pattern has been established. |
| 10/31/2006 | I | 34,763.01 | VERMONT BAR FOUNDATION IOLTA | 104507921 | MONTPELIER VT 05602-0000 | INVESTMENT EXCHANGE GROUP, LLC | 7071000025 | No | Registered and active in the state of Vermont. First transfer from this company. Documentation attached. |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

UWB 0458

Thornton-Ward
0333

QI Risk Analysis Determination- Outbound October 2006

| | A Paid Date | B Wire Direction | C Wire Amount | D Originator Institution | E Originator Identifier | F Beneficiary Institution | G HRAM Procedures Performed Y/N/NA | H Determination Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | 10/2/2006 | O | 141 | INVESTMENT EXCHANGE GROUP, LLC | 70.7100002 5 | INVESTMENT EXCHANGE GROUP | No | Regular transfers. Pattern established. |
| 3 | 10/3/2006 | O | 1,893.00 | GROUP, LLC INVESTMENT EXCHANGE | 70.7100000 9 | DAVE AND VICKI FOSTER | No | Monthly commissions. Pattern has been established. |
| 4 | 10/3/2006 | O | 2,425.00 | GROUP, LLC INVESTMENT EXCHANGE | 70.7100000 9 | GARRISON REAL ESTATE CONSULTING | No | Regular transfers. Pattern established. |
| 5 | 10/3/2006 | O | 3,317.00 | GROUP, LLC INVESTMENT EXCHANGE | 70.7100000 9 | GRAND DIMENSIONS | No | Pattern has been established. |
| 6 | 10/3/2006 | O | 3,875.00 | GROUP, LLC INVESTMENT EXCHANGE | 70.7100000 9 | RON LUNSFORD | No | Monthly commissions. Pattern has been established. |
| 7 | 10/6/2006 | O | 10,000,000.00 | INVESTMENT EXCHANGE GROUP, LLC | 70.7100001 7 | 1031 TAX GROUP, LLC | No | Weekly Pattern established. HRAM procedures performed in August when activity began. |
| 8 | 10/11/2006 | O | 260 | INVESTMENT EXCHANGE GROUP, LLC | 70.7100001 7 | BOBBY PARKS | No | An OFAC check was run on Bobby Parks. Investment Exchange sends and receives frequent transfers. |
| 9 | 10/13/2006 | O | 9,178,795.35 | INVESTMENT EXCHANGE GROUP, LLC | 70.7100001 7 | 1031 TAX GROUP, LLC | No | Weekly Pattern established. HRAM procedures performed in August when activity began. |

UWB 0459

Thornton-Ward
0334

QI Risk Analysis Determination- Outbound October 2006

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Paid Date | Wire Direction | Wire Amount | Originator Institution | Originator Identifier | Beneficiary Institution | HRAM Procedures Performed Y/N/NA | Determination Comments |
| 10 | 10/23/2006 | O | 8,013,542.35 | INVESTMENT EXCHANGE GROUP, LLC | 707100001 7 | 1031 TAX GROUP, LLC | No | Weekly Pattern established. HRAM procedures performed in August when activity began. |
| 11 | 10/30/2006 | O | 11,473,540.88 | INVESTMENT EXCHANGE GROUP, LLC | 707 7100001 7 | INVESTMENT EXCHANGE GROUP | No | Investment Exchange sends and receives frequent transfers for large dollar amounts. Pattern has been established, not out of line with type of business or expected activity. |

UWB 0460

Thornton-Ward
0335

# Exhibit 6

**PAYMENTS BY CHECK**
**Matrix Capital Bank #7071000025**

| Date | Amount ($) | Memo / Ref (OBI) | Transaction Type / Check Number |
|---|---|---|---|
| 08/21/06 | 69,115.38 | 2818001582818 | CHECK 00007749 |
| 08/22/06 | 1,122.36 | 4006801604006 | CHECK 00007750 |
| 08/23/06 | 10,959.53 | 6071502776071 | CHECK 00007748 |
| 08/23/06 | 39,480.00 | 5799302775799 | CHECK 00007746 |
| 08/23/06 | 41,019.41 | 5799402775799 | CHECK 00007747 |
| 08/24/06 | 88,377.11 | 5324794253247 | CHECK 00007745 |
| 08/24/06 | 15,000.00 | 5789102805789 | CHECK 00007752 |
| 08/24/06 | 35,765.69 | 5869702805869 | CHECK 00007751 |
| 08/25/06 | 1,000.00 | 1227102831227 | CHECK 00007754 |
| 08/25/06 | 46,796.62 | 1339802831339 | CHECK 00007753 |
| 08/25/06 | 99,960.00 | 1283702831283 | CHECK 00007756 |
| 08/28/06 | 1,000.00 | 5949002865949 | CHECK 00007757 |
| 08/31/06 | 9,711.11 | 9967301769967 | CHECK 00007763 |
| 08/31/06 | 64,327.15 | 3016043083016 | CHECK 00007755 |
| 09/01/06 | 2,000.00 | 6766201796766 | CHECK 00007762 |
| 09/01/06 | 7,606.13 | 6662001796662 | CHECK 00007758 |
| 09/06/06 | 1,000.00 | 3739002153739 | CHECK 00007766 |
| 09/06/06 | 86,834.17 | 4053702154053 | CHECK 00007765 |
| 09/07/06 | 5,000.00 | 6519202216519 | CHECK 00007759 |
| 09/07/06 | 5,000.00 | 6519302216519 | CHECK 00007760 |
| 09/11/06 | 50.13 | 6344302306344 | CHECK 00007761 |
| 09/12/06 | 5,850.00 | 7060102347060 | CHECK 00007768 |
| 09/12/06 | 7,785.00 | 7095202347095 | CHECK 00007767 |
| 09/13/06 | 13,307.38 | 7889601087889 | CHECK 00007769 |
| 09/14/06 | 3,220.27 | 8659401118659 | CHECK 00007770 |
| 09/14/06 | 3,500.00 | 8602901118602 | CHECK 00007771 |
| 09/15/06 | 23,900.00 | 5869701145869 | CHECK 00007777 |
| 09/18/06 | 9,310.00 | 1671901181671 | CHECK 00007774 |
| 09/19/06 | 1,190.47 | 5208301195208 | CHECK 00007772 |
| 09/19/06 | 7,465.00 | 5464301195464 | CHECK 00007773 |
| 09/19/06 | 288,945.20 | 5266001195266 | CHECK 00007780 |

| Date | Amount | Number | Check |
|---|---|---|---|
| 09/20/06 | 20,468.17 | 19525025719525 | CHECK 00007779 |
| 09/20/06 | 82,607.78 | 18775025718775 | CHECK 00007787 |
| 09/21/06 | 10.00 | 99428025999428 | CHECK 00007783 |
| 09/21/06 | 33.50 | 97077025997077 | CHECK 00007784 |
| 09/21/06 | 20,000.00 | 99227025999227 | CHECK 00007781 |
| 09/21/06 | 83,732.72 | 99714025999714 | CHECK 00007785 |
| 09/22/06 | 8,744.78 | 62005012762005 | CHECK 00007790 |
| 09/25/06 | 15.00 | 69505013269505 | CHECK 00007782 |
| 09/25/06 | 2,400.00 | 72622013272622 | CHECK 00007775 |
| 09/25/06 | 8,650.00 | 71940013271940 | CHECK 00007792 |
| 09/25/06 | 83,732.72 | 72177013272177 | CHECK 00007786 |
| 09/26/06 | 70,000.00 | 72299026872299 | CHECK 00007764 |
| 09/26/06 | 89,692.72 | 69853026869853 | CHECK 00007791 |
| 09/26/06 | 303,834.22 | 73003026873003 | CHECK 00007798 |
| 09/27/06 | 477.63 | 77336027177336 | CHECK 00007723 |
| 09/27/06 | 5,000.00 | 76505027176505 | CHECK 00007797 |
| 09/27/06 | 5,000.00 | 78863027178863 | CHECK 00007795 |
| 09/28/06 | 2,000.00 | 98532027398532 | CHECK 00007796 |
| 10/03/06 | 6,156.84 | 98090014198090 | CHECK 00007793 |
| 10/03/06 | 8,750.00 | 50432028550432 | CHECK 00007805 |
| 10/03/06 | 77,078.53 | 49212028549212 | CHECK 00007799 |
| 10/04/06 | 430.47 | 47822014647822 | CHECK 00007801 |
| 10/04/06 | 16,724.94 | 49675014649675 | CHECK 00007794 |
| 10/04/06 | 119,270.00 | 50443014650443 | CHECK 00007806 |
| 10/05/06 | 275.23 | 46675015046675 | CHECK 00007800 |
| 10/05/06 | 5,074.77 | 45905015045905 | CHECK 00007789 |
| 10/11/06 | 90,071.52 | 08709021608709 | CHECK 00007808 |
| 10/12/06 | 100,000.00 | 23624016323624 | CHECK 00007810 |
| 10/19/06 | 58,462.40 | 42401024242401 | CHECK 00007813 |
| 10/19/06 | 659,123.36 | 40670024240670 | CHECK 00007816 |
| 10/20/06 | 10,000.00 | 35118017935118 | CHECK 00007815 |
| 10/20/06 | 34,968.33 | 36397017936397 | CHECK 00007812 |
| 10/25/06 | 132,735.37 | 84766018484766 | CHECK 00007820 |
| 10/26/06 | 18,090.25 | 99109027099109 | CHECK 00007819 |
| 10/30/06 | 24,451.89 | 87967026087967 | CHECK 00007814 |
| 10/31/06 | 18.00 | 21001000210 | CHECK 00007811 |
| 10/31/06 | 410.09 | 98292027098292 | CHECK 00007817 |
| 11/01/06 | 94.20 | 68607027468607 | CHECK 00007809 |
| 11/02/06 | 129,941.57 | 44780010444780 | CHECK 00007822 |
| 11/06/06 | 2,000.00 | 60366011060366 | CHECK 00007827 |

| Date | Amount | Check | Reference |
|---|---|---|---|
| 11/07/06 | 170.70 | CHECK 00007821 | 9154104679791541 |
| 11/08/06 | 2,237.77 | CHECK 00007818 | 14502000000145 |
| 11/10/06 | 142,982.61 | CHECK 00007825 | 6567804786567676 |
| 11/10/06 | 13,333.33 | WWW | |
| 11/13/06 | 200.00 | CHECK 00007823 | 37421012437421 |
| 11/16/06 | 3,000.00 | CHECK 00007829 | 55450130055545 |
| 11/16/06 | 183,189.17 | CHECK 00007830 | 521701300052170 |
| 11/22/06 | 434.05 | CHECK 00007831 | 261110424261110 |
| 11/24/06 | 237,625.97 | CHECK 00007832 | 11022042811022 |
| 11/27/06 | 248,501.15 | CHECK 00007838 | 51231023851231 |
| 11/28/06 | 8,000.00 | CHECK 00007835 | 30461014530461 |
| 11/29/06 | 50.00 | CHECK 00007828 | 23793044223793 |
| 11/30/06 | 45,531.76 | CHECK 00007833 | 81610044581610 |
| 11/30/06 | 426,465.88 | CHECK 00007842 | 79897044579897 |
| 12/01/06 | 787.92 | CHECK 00007840 | 45674025145674 |
| 12/01/06 | 8,923.20 | CHECK 00007837 | 44101025144101 |
| 12/01/06 | 9,117.20 | CHECK 00007836 | 44102025144102 |
| 12/05/06 | 685.60 | CHECK 00007848 | 03112015603112 |
| 12/05/06 | 76,024.66 | CHECK 00007844 | 01956015601956 |
| 12/06/06 | 686.15 | CHECK 00007841 | 41839015841839 |
| 12/06/06 | 26,540.65 | CHECK 00007839 | 42778015842778 |
| 12/07/06 | 30,066.88 | CHECK 00007849 | 80086027080086 |
| 12/11/06 | 7,200.00 | CHECK 00007788 | 57225046857225 |
| 12/11/06 | 12,121.81 | CHECK 00007824 | 57158046857158 |
| 12/12/06 | 42,973.27 | CHECK 00007843 | 29254016729254 |
| 12/13/06 | 41,580.52 | CHECK 00007854 | 23614047523614 |
| 12/13/06 | 82,679.00 | CHECK 00007850 | 21777047521777 |
| 12/13/06 | 264,397.00 | CHECK 00007852 | 21776047521776 |
| 12/15/06 | 37,772.98 | CHECK 00007853 | 30468048230468 |
| 12/15/06 | 36,000.00 | CHECK 00007835 | 58741020758741 |
| 12/18/06 | 1,491.35 | CHECK 00007857 | 66899020466899 |
| 12/18/06 | 5,000.00 | CHECK 00007856 | 66477020466477 |
| 12/22/06 | 56,616.71 | CHECK 00007851 | 78994021378994 |
| 12/22/06 | 2,676.19 | CHECK 00007858 | 41638022341638 |
| 12/27/06 | 74,766.00 | CHECK 00007859 | 39053022339053 |
| 12/27/06 | 81,062.00 | CHECK 00007860 | 39054022339054 |
| 12/28/06 | 3,306.20 | CHECK 00007861 | 61210042361210 |

**Total Amount:**    $   5,493,552.63

Total Wires:    . 110

# Exhibit 7

**Guy A. Gibson:  Co-Founder and Chairman of the Board of United Western Bank [Founded 1993]**

## Guy A. Gibson

Co-Founder and Chairman of the Board, United Western Bancorp, Inc.

Age       Total Annual Compensation

**45       $318,000** USD
          As of Fiscal Year 2009

Guy A. Gibson is Co-Founder of United Western Bancorp, Inc. (formerly, Matrix Bancorp Inc.) and serves as its Consultant. Mr. Gibson served as the Chief Executive Officer and President of United Western Bancorp, Inc. from June 1993 to June 2002. Mr. Gibson served as an Account Executive with the investment banking firms of PaineWebber from 1987 to 1989 and Lincoln Financial Group, a Denver-based mortgage serving brokerage firm, from 1989 to 1990. He has been the Chairman of United Western Bancorp, Inc., since December 12, 2005. Mr. Gibson is the founder and has been the Chairman of G2 Holding Corp. since 2002. Mr. Gibson serves as the Chairman of the Board of Legent Corp., and its subsidiary, Legent Clearing, LLC (Alternate Name, Legent Clearing Corp.). Mr. Gibson was also one of the original founders of Matrix Financial Services Corporation (a national mortgage bank) and served as its Chairman from 1990 to June 2002. He serves as a Director of Legent Group, LLC and Kane Reid Securities Group Inc. He has been a Director of United Western Bancorp, Inc., since June 1993. Mr. Gibson holds a B.S. in Finance from Bowling Green State University.

United Western Bancorp, Inc. operates as the holding company for United Western Bank, which provides community-based banking services to individuals, and small and mid-size business customers in Colorado. The company offers various deposit accounts, including processing and trust checking accounts, NOW accounts, money market accounts, and community bank savings accounts and certificates of deposit. It also provides various loans, which consist of commercial real estate, residential and commercial construction and development, commercial and industrial, and consumer loans. As of December 31, 2009, the company had eight full service banking locations in downtown Denver, Boulder, Cherry Creek, Loveland, Fort Collins, Longmont, and South Denver; and a loan production office serving Aspen and the Roaring Fork Valley. It also specializes in the custody and administration of self-directed individual retirement accounts, qualified business retirement plans, and personal custodial accounts, as well as corporate escrow and paying agent services; and engages in originating, acquiring, and servicing residential mortgage loans. The company was formerly known as Matrix Bancorp, Inc. and changed its name to United Western Bancorp, Inc. in September 2006. United Western Bancorp was founded in 1993 and is headquartered in Denver, Colorado.

On August 5, 2010, United Western Bancorp, Inc. received a letter from The NASDAQ Stock Market ("NASDAQ") indicating that for 30 consecutive business days the Company's common stock did not maintain a minimum closing bid price of $1.00 ("Minimum Bid Price Requirement") per share as required by NASDAQ Listing Rule 5450(a)(1). The notification of noncompliance has no immediate effect on the listing or trading of the Company's common stock on the NASDAQ Global Market. Under the NASDAQ Listing Rules, if during the 180 calendar days following the date of the notification (or until February 1, 2011), the closing bid price of the Company's stock is at or above $1.00 for a minimum of 10 consecutive business days, the Company will regain compliance with the Minimum Bid Price Requirement and the

common stock will continue to be eligible for listing on the NASDAQ Global Market. If the Company does not achieve compliance with the Minimum Bid Price Requirement by February 1, 2011, NASDAQ will provide written notification to the Company that the common stock is subject to delisting. The Company may, at that time, appeal NASDAQ's determination to a NASDAQ Hearing Panel. Such an appeal, if granted, would stay delisting until a Panel ruling. Alternatively, if at that time the Company is in compliance with all initial listing standards for the NASDAQ Capital Market other than the Minimum Bid Price Requirement, the Company could apply to transfer the listing of its common stock to the NASDAQ Capital Market and thereby receive an additional grace period to gain compliance with the Minimum Bid Price Requirement. The Company intends to monitor the closing bid price of its common stock and may, if appropriate, consider implementing available options to regain compliance with the Minimum Bid Price Requirement under the NASDAQ Listing Rules.

5 year chart:  HIGH $25.72     CLOSE OF 9.7.10:  $00.04



**From:**        Shirley McCabe
**Sent:**        Monday, November 28, 2005 1:21 PM
**To:**          Chad Greenberg; Dan McCabe; Drew McCabe; Pete McCann
**Subject:**     new client

Guy Gibson (new owner at Matrix) just called and is going to do an exchange on his ranch. May end up being a reverse. Dan just called him—he was on his way to NYC, but will be back later this week to finalize. Just wanted to give you a heads up who he is in case the call comes to you this week. Thanks


Protecting Investments Through 1031 Exchange


Shirley McCabe

Vice President, Marketing


Investment Exchange Group

650 South Cherry Street, Suite 920

Denver, CO 80246

303.331.1031    Tel

303.331.8448    Fax

800.908.1031    Toll Free


www.ixg1031.com <http://www.ixg1031.com/>

RICH-E-1537593



**Investment Exchange Group, LLC**

Corporate Office: 650 South Cherry Street, Suite 920 Denver, CO 80246
Tel 303.331.1031 • Fax 303.331.8448  www.ixg1031.com
Nationwide Toll Free: 800.908.1031

December 8, 2005

Jackie Young
Boulder Escrow
2425 Canyon Blvd
Boulder, CO 80302
303-415-3583
(f) 303-415-3584

Re:    Guy Gibson / Tong Investment, LLC
       Escrow #: 05500802
       5318 Caribou Springs Trail, Longmont, Colorado

Dear Jackie:

We have enclosed the following documents that need to be signed and/or returned at closing:

1)    A "Real Estate Acquisition and Qualified Exchange Accommodation Agreement" between Tong Investment, LLC, as Exchange Accommodation Titleholder (EAT), and Guy Gibson, as Exchanger.  Return original to us.

2)    An "Assignment of Contract to Buy and Sell Real Estate for Replacement Property." Return the original to us.

3)    A "Notification re:  Reverse Exchange Procedures."  Exchanger to complete insurance agent information and sign acknowledging receipt of this notice.

4)    A "Triple Net Lease" between Exchanger and EAT.  Return the original to us.  The lease payment will be completed once we know the amount of the payments due to Washington Mutual Bank.

5)    A copy of the "Deed of Trust" between EAT and Exchanger.  We will insert the date of the Note and complete the dollar amount of the Note.  An executed copy of the document will be sent to the client to be recorded and then returned to us after recording.

Additionally, enclosed for the Exchanger's review, is a draft copy of the "Promissory Note" between EAT and Exchanger.  Please note that we will complete the amount of the Note once the final settlement statement has been approved by all parties.  We will insert the date of closing as the date of the Note.  The amount will be equal to all funds being deposited by the Exchanger, including earnest money.

**Specific instruction related to this exchange:**

RICH-E-2397923

1) This is a reverse exchange. The EAT will purchase the property for the Exchanger. The deed will pass directly from the seller of record to Tong Investment, LLC, a Colorado limited liability company. The EAT will then deed the property to the Exchanger at a later date. Be advised that this is **not** an exchange at this time and therefore, we do not need any exchange language in the documents.

2) If your state allows for Hold-Open policies to be issued, please order a **"Hold Open"** owner's title insurance policy, but **DO NOT** issue the final policy at this time. We will request the actual title insurance policy when the EAT deeds to the Exchanger at a later time. Let us know the length of time available on a Hold-Open policy. However, if your state does not allow for this type of policy, issue your owner's policy of title insurance to the EAT at the time of closing.

3) Please send us a copy of an updated Preliminary Title Report showing Tong Investment, LLC, a Colorado limited liability company, as the proposed insured.

4) Collect the Option Fee of $4,000.00 as part of the closing costs via a separate check payable to Tong Investment, LLC.

5) Collect the security deposit of $200 as part of the closing costs via a separate check payable to Tong Investment, LLC.

6) Provide us with a copy of the insurance binder showing Tong Investment, LLC as an additional insured on the policy.

7) Please fax a copy of the closing statement and the transfer deed to 303.331.8448 for review prior to closing.

8) Chad J. Greenberg will be signing as Assistant Manager for the EAT.

9) **Send all documents directly to Debbie DeMar at our office for review at (fax) 303-331-8448 or send to the address listed above.**

**After closing**, return the following documents to us as soon as possible along with our exchange fee:
- Final Settlement Statement signed by all parties
- Option fee of $4,000.00
- Security deposit of $200
- Signed QEAA (Exchange Agreement)
- Signed Assignment
- Completed and signed Notification
- Signed Lease
- Signed security instrument, which we will return to you for recordation after we complete it.

Please do not hesitate to call if you have any questions.

RICH-E-2397924

Very truly yours,

Stephen C. Chacon
Reverse Exchange Consultant

Enclosures



**Investment Exchange Group, LLC**

Corporate Office: 650 South Cherry Street, Suite 920  Denver, CO 80246
Tel 303.331.1031 • Fax 303.331.8448   www.ixg1031.com
Nationwide Toll Free: 800.908.1031

12/12/2005

Guy Gibson

_____

_____

RICH-E-2397925

Dear Guy:

We would like to take this opportunity to thank you for using Investment Exchange Group (IXG) for your Reverse 1031 Exchange. We have enjoyed assisting you through your transaction to date.

One of our major goals at IXG is to provide accurate, up to the minute information about your exchange. With that in mind, we have assigned a manager over your account. Debbie DeMar will be overseeing the day to day processes of your exchange. To that extent, please feel free to contact Debbie at 800-908-1031 with any questions you may have on your transactions.

Again we would like to thank you for providing us the opportunity to assist you with your Reverse 1031 Exchange and invite you to contact us with any questions you may have on your transaction.

Best regards,

Chad J. Greenberg, CPA/PFS, CES
Vice President

Stephen Chacon
Reverse Exchange Consultant



**Investment Exchange Group, LLC**

Corporate Office: 650 South Cherry Street, Suite 920  Denver, CO 80246
Tel 303.331.1031 • Fax 303.331.8448  www.ixg1031.com
Nationwide Toll Free: 800.908.1031

## REAL ESTATE ACQUISITION
## AND QUALIFIED EXCHANGE
## ACCOMMODATION AGREEMENT
(Reverse Exchange – Replacement Property)
(Safe harbor)

RICH-E-2397926

**THIS REAL ESTATE ACQUISITION AND QUALIFIED EXCHANGE ACCOMMODATION AGREEMENT** ("Agreement") is made and entered into as of December 9, 2005 by and between Guy Gibson, hereinafter referred to as "Exchanger", and **Tong Investment, LLC**, a Colorado limited liability company, hereinafter referred to as "Exchange Accommodation Titleholder" or "EAT".

## RECITALS

This Agreement is entered with reference to the following facts:

**WHEREAS**, Exchanger presently owns that certain real property held for investment or in a trade of business described in Exhibit A hereto and by this reference incorporated herein, hereinafter referred to as the "Relinquished Property," which is currently being offered for sale or is under agreement for sale (the "Relinquished Property Agreement");

**WHEREAS**, Exchanger has entered or will enter into a written agreement (namely the "Parked Property Agreement") to acquire certain real property described in Exhibit B hereto and by this reference incorporated herein, hereinafter referred to as the "Parked Property";

**WHEREAS**, Exchanger hereby expresses its bona fide intent to use the "Parked Property" to complete an exchange. Exchanger agrees to assign its interest in the Parked Property Agreement to EAT and desires EAT to acquire the "Parked Property" so that EAT will have qualified indicia of ownership and be treated as the beneficial owner for all federal income tax purposes. Exchanger intends to execute this transaction in compliance with Revenue Procedure 2000-37;

**WHEREAS**, Exchanger desires to exchange all of Exchanger's interest in the Relinquished Property for an interest in Replacement Property in such a way as to qualify for tax deferred treatment under Section 1031 of the Internal Revenue Code, as amended, and similar statutes;

**WHEREAS**, Exchanger, with a continued intent to complete a tax-deferred exchange pursuant to I.R.C. Section 1031, is willing to allow an assignment of the Relinquished Property Agreement rights, but not obligations, to substitute a Qualified Intermediary ("QI") as the seller of the Relinquished Property and purchaser of the Replacement Property;

**WHEREAS,** Exchanger desires EAT to acquire the Parked Property. EAT agrees to transfer or sell the Parked Property as part of completing a tax deferred exchange according to the terms and conditions set forth herein. Said transfer or sale will be made either by a deed for the Parked Property to the Exchanger or by a sale by the sole owner of EAT of 100% of the membership interest in EAT to the Exchanger; and

**WHEREAS**, if the Exchange fails to take place, EAT may dispose of the Parked Property pursuant to the terms hereof, or, alternatively, may retain ownership of the Parked Property and continue to carry out the terms of the Net Lease Agreement, subject to the terms and conditions provided herein and in said Net Lease Agreement.

RICH-E-2397927

NOW, THEREFORE, in consideration of the mutual covenants, conditions and agreements set forth herein, the parties agree as follows:

## 1. ACQUISITION OF PARKED PROPERTY

**1.1 Acquisition Closing.** The acquisition by EAT of the Parked Property will be referred to hereinafter as the "Acquisition Closing". The date of the property transfer shall be referred to as the "Conveyance Date".

**1.2 Assignment of Parked Property Agreement.** Exchanger will assign Exchanger's interest in any Parked Property Agreement to purchase Parked Property to EAT.

**1.3 Conveyance.** EAT shall acquire the Parked Property pursuant to the Parked Property Agreement terms. The Parked Property shall be conveyed to EAT free and clear of all seller liens and encumbrances other than liens for real estate taxes, easements and rights of way of record or as otherwise stated in the Parked Property Agreement as of the Acquisition Closing.

**1.4 Identification of the Relinquished Property.** Within forty-five (45) days after the Conveyance Date, Exchanger shall by written notice to QI identify Relinquished Property to be sold by Exchanger. Such notice from Exchanger shall clearly identify the Relinquished Property by street address or by legal description.

**1.5 Federal Tax Reporting.** Exchanger and EAT agree to report the acquisition, holding and disposition of the Parked Property as provided in Revenue Procedure 2000-37. EAT will be treated as the beneficial owner of the Parked Property for all federal income tax purposes. Both Exchanger and EAT must report the federal tax attributes of the Parked Property on their federal income tax returns in a manner consistent with this Agreement.

**1.6 The Exchanger's Intent.** The Exchanger states that presently and as of the time legal title to the Parked Property is transferred to the EAT, it is the Exchanger's bona fide intent that such property to be held by the EAT represents replacement property in an exchange that is intended to qualify for non-recognition of gain (in whole or in part) or loss under Section 1031 of the Internal Revenue Code of 1986, as amended. Exchanger agrees to assign Exchanger's interest in the Parked Property Agreement to EAT and EAT agrees to acquire Parked Property so that EAT will have qualified indicia of ownership and be treated as the beneficial owner for all federal income tax purposes.

**1.7 Required Time of the Entering into this Agreement.** This Agreement is being entered into before or simultaneously with the closing of the sale of the Parked Property to the EAT, but in no event later than five business days after the transfer of legal title of the Parked Property from the Seller to the EAT.

**1.8 The EAT to Hold the Parked Property for the Benefit of the Exchanger.** The EAT shall hold the Parked Property for the benefit of the Exchanger in order to facilitate an exchange under Section 1031 of the Internal Revenue Code of 1986, as amended, and Revenue Procedure 2000-37, all as more fully provided herein.

## 2. ACQUISITION FINANCING

RICH-E-2397928

In order to facilitate the acquisition of the Parked Property and subject to the terms and conditions below, EAT agrees to enter into the following (if necessary):

**2.1  Acquisition Loan.**  At the request of Exchanger, EAT shall enter into an acquisition loan as long as the following provisions are met:

**2.1.1**  The loan must be negotiated and arranged for by the Exchanger and be non-recourse to EAT; and

**2.1.2**  The loan should be assumable by the Exchanger at the Replacement Closing, as hereinafter defined, with no prepayment or other acceleration penalty; or

**2.2  Loan from Exchanger.**  At the request of Exchanger, EAT shall enter into a loan from Exchanger to EAT, subject to the following terms and conditions:

**2.2.1**  All sums shall be due and payable upon an agreed-upon date or the Replacement Closing;

**2.2.2**  Said loan shall be evidenced by a non-recourse promissory note and security instrument executed by EAT;

**2.2.3**  Said loan shall bear interest at a rate agreed upon between Exchanger and EAT; and

**2.2.4**  Said loan shall be considered fully satisfied at the Replacement Closing and shown as earnest money from Exchanger on the Replacement Closing settlement statement.

## 3.  MANAGEMENT OF THE PARKED PROPERTY

**3.1  Management/Leasing of the Parked Property.**  Until the tax deferred exchange is concluded, EAT shall manage and maintain its interest in the Parked Property in a reasonably prudent manner.  At the Acquisition Closing of the Parked Property, Exchanger shall enter into a Net Lease Agreement with EAT for said Parked Property.  Exchanger, as Tenant under said Lease, shall bear responsibility for the Parked Property.

**3.2  Insurance on the Parked Property.**  Exchanger, as Tenant under the aforementioned Net Lease Agreement, will obtain and keep in force the insurance required under said Lease which will name EAT as a fully insured party.

## 4.  TERM OF AGREEMENT

**4.1  Term of Agreement.**  This Agreement will begin on the date referenced as the "Conveyance Date" above and terminate 180 days from that date.

**4.2  Properties Retained after the End of the Term.**  If at the end of the term the Relinquished Property has not been conveyed to third party buyer, then EAT shall have the right, at its sole option, to convey its ownership in the Parked Property to Exchanger, subject to all then outstanding liens and encumbrances permitted under this Agreement.  EAT's ownership

RICH-E-2397929

in the Parked Property will be sold to Exchanger for the identical amount owed Exchanger and any third-party lender, as applicable, and any down payment made by the QI. This provision shall be specifically enforceable by EAT.

## 5.  CONVEYANCE OF PARKED PROPERTY TO EXCHANGER

**5.1  Replacement Closing.**  EAT will convey its interest in the Parked Property as Replacement Property to Exchanger for Exchanger's interest in the Relinquished Property prior to the expiration of the term of this Agreement. This closing will be referred to as the "Replacement Closing".

**5.1.1    Qualified Intermediary Assignment.**    QI shall deliver to EAT in exchange for the Replacement Property an amount equal to the lesser of (i) the Exchange Proceeds or (ii) the Purchase Price (as defined in Section 5.2 and Section 6 hereof).  Prior to the delivery of such amount to EAT, Exchanger shall assign to the QI, pursuant to a form of assignment described in Treas. Regs. §1.1031(k)-1(g)(4)(iv) (the "QI Assignment"), its rights under this Agreement to acquire the Replacement Property.  The QI Assignment shall provide for EAT to deliver title to and ownership of the Replacement Property directly to Exchanger without the need for the QI to take title thereto.  EAT is hereby notified and consents to the QI Assignment.

**5.1.2  Conveyance.**  Although Exchanger shall assign all of Exchanger's rights, but not obligations, in the Replacement Property Agreement to QI, the deed or interest in the Replacement Property will be conveyed directly from the EAT to the Exchanger.  The type of deed shall be a limited warranty deed to convey marketable title.  Marketable title as used herein shall mean title which a title insurance company licensed to do business in the state of the Replacement Property will insure at its regular rates, subject only to standard exceptions unless otherwise stated in the Replacement Property Agreement.

**5.2  Actual Determination of Parked Property Value at Conveyance to Exchanger.**

The Parked Property Value shall be determined as follows:

**5.2.1  Conveyance of Parked Property on or before 185 Days from Conveyance Date.**  EAT's ownership in the Parked Property will be sold to Exchanger for the sum of any loan amounts owed by EAT to Exchanger and/or to any third party financial institutions, plus any cash advanced by QI.  EAT is not responsible for calculating this value, nor is liable for any dispute that may arise regarding this value.

**5.3  Coordination of the Replacement Closing.**  The Exchanger is responsible for scheduling the Replacement Closing including coordinating all parties and all documents required.  Exchanger must provide QI and EAT with the name, address, phone and fax numbers of the Replacement Closing agent at least 7 business days in advance of the closing date.  After notification from Exchanger, QI will send preliminary instructions to said closing agent.

## 6.  EXCHANGER'S PURCHASE OPTION

At any time prior to the termination of this Agreement, Exchanger shall have the right, upon delivery of written notice to EAT (the "Option Notice"), to purchase the Parked Property from the EAT.  In the event Exchanger exercises its option hereunder, the Option Notice shall set forth a

RICH-E-2397930

date no later than forty-five (45) business days after the date of such notice for a closing at which EAT shall deliver title to the Parked Property to Exchanger.

     **6.1 Option Price.** Exchanger shall purchase the Parked Property for an amount equal to the Fair Market Value as determined in Section 5.2 hereof as of the date of the Option Notice.

     **6.2 Option Fee.** In consideration of granting this Option, Exchanger shall pay to EAT the sum of $4,000.00, payable upon the execution of the Option.

## 7. ENVIRONMENTAL WARRANTIES AND INDEMNIFICATION

     Exchanger hereby warrants and represents that:

     **7.1 Environmental Matters.** To the best of Exchanger's knowledge, the Parked Property to be acquired is not in violation of or the subject of any existing, (or to the best of Exchanger's knowledge based upon inquiry), pending or threatened, investigation by any governmental authority under any federal, state or local law, statute, ordinance, rule or regulation pertaining to health, safety, industrial hygiene or the environment (collectively referred to as "Environmental Laws"), including without limitation the Comprehensive Environmental Response, Compensation and Liability Act of 1980 ("CERCLA") as amended, 42. U.S.C. Section 9601 et seq. and the Resource Conservation and Recovery Act of 1976 ("RCRA"), 42. U.S.C. Section 6901 et seq.

     **7.2 No Storage or Use of Hazardous Substances.** Exchanger's actual and intended use of the Parked Property will not result in the storage, production, use, disposal or release of any Hazardous Substance on, from, to or about the Parked Property which is in violation of any law. Exchanger shall not, and shall not allow any occupant of the Parked Property or any other person, to use, generate, manufacture, produce, store, release, discharge or dispose of, on, under or about the Parked Property, or transport to or from the Parked Property, any Hazardous Substance.

     **7.3 Definition of "Hazardous Substance."** The term "Hazardous Substance" means any substance, material or waste which is, or becomes, classified, designated or regulated as being "toxic" or "Hazardous" and shall include:

     **7.3.1** Those substances included within the definitions of "hazardous substances," "hazardous materials", "toxic substances," or "solid waste" in CERCLA, RCRA, and the Hazardous Materials Transportation Act, 49 U.S.C. Section 1801, et seq., as the same may have been amended from time to time, and in the regulations promulgated pursuant to said laws;

     **7.3.2** Those substances listed in the United States Department of Transportation Table (49 CF 172.101 and amendments thereto) or by the Environmental Protection Agency as hazardous substances (40 CF Part 302 and amendments thereto);

     **7.3.3** Any material, waste or substance which is (i) petroleum or petroleum products, (ii) asbestos or asbestos-containing materials, (iii) polychlorinated biphenyls, (iv) designated as a "hazardous substance" pursuant to Section 311 of the Clean Water Act, 33 U.S.C. 1251 et seq. (33 U.S.C. 1321) or listed pursuant to Section 307 of the Clean Water Act (U.S.C. 1317), (v) flammable explosives, or (vi) radioactive materials; and

RICH-E-2397931

**7.3.4**  Such other substances, materials and wastes which are or become regulated under applicable local, state or federal law, or which are classified as hazardous or toxic under federal, state or local laws or regulations.

**7.4  Release and Indemnification.**  Exchanger hereby releases EAT and its officers, directors, managers, members, successors, heirs and assigns (the "Indemnified Parties") from any and all claims, causes of action and liabilities of any and every kind and character, whether known or unknown, existing, contingent or hereafter arising, which Exchanger may have now or in the future, in connection with any contamination of the Parked Property by any "Hazardous Substance."  Exchanger shall indemnify and hold harmless each of the Indemnified Parties of, from and against any and all expense, loss or liability suffered by such Indemnified Party in connection with any contamination of the Parked Property, by any "Hazardous Substance," including, but not limited to:  (1) any and all reasonable expenses that the Indemnified Party may incur in complying with any of the "Environmental Statutes," (2) any and all reasonable costs that the Indemnified Party may incur in studying or remedying any contamination, (3) any and all fines or penalties assessed upon the Indemnified Party by reason of such contamination, (4) any and all loss of value of the Parked Property or the improvements thereon by reason of such contamination, and (5) any and all legal fees and costs incurred by the Indemnified Party in connection with any of the foregoing.

**7.5  Survival of Representations and Indemnities.**  The representations and warranties of this Section 7 shall be continuing and shall be true and correct at all times from and including the date hereof.  The indemnities contained herein shall survive all closings and transfers of the Property which are the subject of this Agreement.

**7.6  Exchanger's Covenants.**  Exchanger covenants and warrants that so long as EAT has any interest in the Parked Property and in the event that any of the following is necessary or legally required to protect EAT before its interest in the affected Property terminates as provided herein:

Exchanger will promptly correct any violation of Environmental Law or of any order, judgment, decree, regulation or requirement relating to the environment or Hazardous Substances which is identified or manifested in any soils, environmental or percolation report for the Parked Property, or any reports, plans, specifications, request for proposal or test results accompanying any such report, and Exchanger will take action as may be recommended in any such report and will otherwise promptly comply with all recommendations therein as may reasonably be required by EAT.

## 8.  EXCHANGER ACKNOWLEDGMENTS

Exchanger acknowledges and agrees that:

**8.1  Warranties and Representations.**  EAT shall not be required to make any warranties or representations regarding the Relinquished or Parked Properties which are not guaranteed by Exchanger.  Further, EAT shall not be required to make any warranties or representations regarding the Parked Property or Replacement Property which would survive as to EAT following conveyance of the Parked Property or Replacement Property.

**8.2  No liability for loans.**  EAT shall not be required to execute any secured loan on the Parked Property or to execute any promissory notes or other evidence of indebtedness in connection with such acquisition which would impose any personal liability on officers and/or directors of EAT for the payment thereof.

RICH-E-2397932

**8.3   Written Instructions.** EAT shall act only in accordance with the written instructions of Exchanger and on the terms of this Agreement in making any acquisition and may refuse to proceed with any acquisition in the event said instructions exceed the scope of this Agreement.

**8.4   Reliance on others for tax advice.** Exchanger acknowledges and agrees that Exchanger has relied solely upon the advice and judgment of Exchanger's own independent tax advisors, tax attorneys, and/or certified public accountants as to the tax consequences and tax implications of the transfer, conveyance and exchange of the respective parcels of real property, contracts, and documentation, and including this Agreement, and further acknowledges that:

**8.4.1**   Exchanger has not relied upon any conversations with, or advice of, the officers, agents or employees of EAT regarding said tax consequences and/or implications.

**8.4.2**   Exchanger has been specifically advised and informed, prior to the signing of this Agreement, that the complete scope and content of this Agreement should be reviewed and approved by Exchanger's independent tax consultants prior to affixing Exchanger's signature hereto.

**8.4.3**   Exchanger hereby acknowledges there may be gain recognized on this transaction if all debt relieved on the sale of the Relinquished Property is not replaced with new debt or new cash at the Replacement Closing of the Replacement Property.

**8.5   Indemnification.**  Exchanger hereby irrevocably and unconditionally forever agrees to indemnify and hold harmless EAT to the fullest extent permitted by law from and against any and all losses, damages, expenses, environmental claims, liabilities, charges, costs, and fees, including without limitation amounts paid in satisfaction of judgments, in compromise or as fines and penalties, attorneys' fees and expenses and costs of litigation, sustained or incurred by EAT as a consequence of entering into this Agreement and the like-kind exchange contemplated herein.  Exchanger shall also indemnify EAT for any costs including attorneys' fees, incurred by EAT in responding to any inquiry by the IRS or in defending any challenge by the IRS to the extent, but only to the extent, such inquiry or challenge relates to the transactions set forth in this Agreement.

**8.6   Notices.**  All notices provided or required to be given under this Agreement shall be deemed to have been duly given, served, and delivered if mailed by United States registered or certified mail addressed to the party entitled to receive the same at the address set forth below (and with a copy to the person and address, if any, specified below); provided, however, that any party may change its mailing address by giving to the other parties written notice of its new mailing address, and any notice so given shall be deemed to have been given, served, and delivered on the date following the date on which said notice was mailed in the manner herein provided:

To EAT:                                                To Exchanger:

Tong Investment, LLC                                          Guy Gibson
c/o Investment Exchange Group
Attn:  Chad Greenberg
650 S. Cherry Street, Suite 920                      303-475-0484
Denver, CO  80246
303-331-1031

RICH-E-2397933

## 9. AUTHORIZATION; REQUISITE ACTION; MISCELLANEOUS

**9.1 Powers.** Exchanger has the legal power, right and authority to enter into this Agreement and the instruments referenced herein, and to consummate the transactions contemplated hereby, and all requisite corporate or partnership action (if any) has been taken in connection with the entering into this Agreement, the instruments referenced herein, and the consummation of the transactions contemplated hereby;

**9.2 Authority.** The individual executing this Agreement and the instruments referenced herein has the legal power, right and actual authority to bind the corporation or partnership (if any) to the terms and conditions hereof and thereof;

**9.3 Assignment.** This Agreement may not be assigned by any party. Neither party shall have the right to assign any of its rights or interests herein.

**9.4 Additional Documents.** All parties agree to execute any and all additional documents and/or instruments necessary to carry out the terms of this Agreement.

**9.5 Amendments/Modifications.** This Agreement may not be amended or modified in any respect whatsoever except by an instrument in writing signed by the parties hereto. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof. If any provisions of this Agreement shall be held invalid, such invalidity shall not affect any other provision hereof.

**9.6 Governing Law; Counterparts.** This Agreement shall be construed in accordance with the laws of the State of Colorado. This Agreement may be executed in duplicate counterparts, each of which so executed shall, irrespective of the date of its execution and delivery, be deemed an original, and said counterparts together shall constitute one and the same agreement.

**9.7 No Agency.** Exchanger acknowledges that EAT is not acting as a principal in any of the transactions contemplated by this Agreement and in no way shall be deemed as an agent of the Exchanger. EAT shall not have any obligations to Exchanger as an agent of Exchanger nor shall Exchanger have any obligations to EAT as a principal of EAT.

**9.8 Time.** Time is of the essence of this Agreement.

**9.9 Terminology.** As the context may require in this Agreement: (i) the singular shall mean the plural and vice versa, and (ii) all pronouns shall mean and include the person, entity, firm, or corporation to which they relate.

**IN WITNESS WHEREOF,** the parties have caused this Agreement to be executed this _____ day of _____, 2005.

**EXCHANGE ACCOMMODATION**                    **EXCHANGER:**
**TITLEHOLDER:**
TONG Investment, LLC

RICH-E-2397934