



# Providing innovative banking solutions nationally to the QI market.

- Optimal Rate of Return
- Split Rates for Clients
- Specialized Customer Service
- Free On-Line Banking

Proud Affiliate Member of the FEA

innovative banking

MCB 0538

*Please visit our booth during the FEA ~~Year End~~ Conference in ~~Las Vegas~~ to find out how you can benefit by taking advantage of our creative banking innovations!*



**MATRIX CAPITAL BANK**
700 17th Street, Suite 100
Denver, CO 80202

*Mid Year*

PLACE
STAMP
HERE

Judy Thornton
720-956-6573
Matrix Capital Bank
Denver, Colorado

*add* → 1-800-594-2079

MEMBER
**FDIC**

**MCB 0539**



MCB 0540

**Header:** Matrix Capital Bank

Can *your* bank meet your QI needs?
----------------------------------------------

*We can:*

$ Earn Additional Income

$ Optimal Rate of Return

$ Member FDIC

$ Sophisticated Cash Management Services

$ 24 Hour On-Line Account Access

$ Bank Sub-Accounting

$ Reverse Exchange Lending

$ Marketing Allowance

$ Dedicated Customer Service Representative





Member FDIC          HMDA Logo          △ to ∄

Equal Housing Lender

JDC  4-12-05

MCB 0542

Message

## Catherine Eden

**From:** Catherine Eden
**Sent:** Tuesday, September 12, 2006 10:06 AM
**To:** Judy Thornton; Gary Petak
**Subject:** RE: Tradeshow Booth

I asked Scot, and he said to take it out as we are not offering this product yet.

Catherine

**From:** Judy Thornton
**Sent:** Tuesday, September 12, 2006 9:16 AM
**To:** Catherine Eden; Gary Petak
**Subject:** FW: Tradeshow Booth

John's response – May I move forward with the production of the booth graphics and pre-mailers? Please?

**From:** John Fiedler
**Sent:** Tuesday, September 12, 2006 9:12 AM
**To:** Judy Thornton
**Subject:** RE: Tradeshow Booth

Judy, do not remove, thank you.

**From:** Judy Thornton
**Sent:** Tuesday, September 12, 2006 9:10 AM
**To:** John Fiedler
**Subject:** FW: Tradeshow Booth
**Importance:** High

John – so you want me to remove the Reverse Exchange Financing under the Lending header??

**From:** Judy Thornton
**Sent:** Monday, September 11, 2006 10:26 AM
**To:** John Fiedler
**Subject:** FW: Tradeshow Booth
**Importance:** High

**From:** Judy Thornton
**Sent:** Tuesday, September 05, 2006 4:20 PM
**To:** Catherine Eden
**Subject:** Tradeshow Booth

Hi Catherine,

I hope you don't mind all the e-mail conversations going on here, but I don't know how to save the jpg artwork. I need to get the graphics made and am hoping you can provide me with Compliance approval so I can move forward.

Thanks –

1/17/2007

**MCB 0544**

# Exhibit 10

11/09/2006 10:27 FAX  9777673295        Security1031Services        @001/005

*11/7/06*   *2006*
*CES STUDY*
*GUIDE*

## C. Secure client funds

I.C.1    Acceptable Investment Vehicles for Client Funds

A.  Investment Policies – Major corporations have cash investment policies that outline the procedures, guidelines and responsibilities for maintaining their cash portfolios. While these investment policies might be useful to review they have different objectives and priorities than QIs do. When given a trade-off between safety, liquidity, yield and diversification a QIs top priority should always be given to safety of principal.

B.  Two Key Criteria – there are two key criteria for determining what are acceptable investment vehicles for client funds held by a QI

a.  Safety of Principal.

b.  Adequate Liquidity.

C.  Safety of Principal

a.  First Priority – Clients and their QIs are entitled to earn interest on trust funds but never to the extent of putting the principal amount at risk. Usually these investments have the following type of characteristics:

i.  Withdrawal at any time.

ii.  Stable predictable returns.

iii.  FDIC insurance.

iv.  Funds in banks.

v.  Funds in the U.S.

b.  Distinction – Whatever preserves principal would be an appropriate investment vehicle and whatever risks principal would not.

D.  Adequate Liquidity

a.  Funds for replacement properties can be requested at any time by escrow and need to be available within a few hours to few days of the request.

b.  It is okay for a QI to "ladder" investments with different maturities, but a certain amount of funds needs to be liquid and available upon demand.

Copyright © 2005, Federation of Exchange Accommodators. All rights reserved

55

RICH-E-0012251

*1*

E. Other Criteria to Ignore – the two other common investment criteria that QIs should ignore include

    a. Earning the highest possible after-tax yield.

    b. Diversified risk into a broad range of investment instruments.

F. Acceptable Investment Vehicles – The following investments are generally considered to not put the principal of your client funds at risk.

    a. Demand deposits in checking accounts.

    b. Bank savings accounts.

    c. Money market accounts.

    d. Domestic certificates of deposit – Instruments which certify a deposit at a domestic commercial bank or thrift institution. Issued as both fixed and floating rate CDs. Generally issued in maturities ranging from 30 days – 5 years.

    e. Sometimes Acceptable Investment Vehicles.

    f. Treasury Bills, Notes, and Bonds – U.S. government guaranteed. Issued in maturities of 3 months through 30 years.

    g. Time Deposits – Dollar-denominated deposits accepted by banks, either domestic or international. Maturities vary from overnight to one year and are non-negotiable and illiquid. (Sometimes these are not appropriate when they are established for Individual Retirement Accounts which client funds are not.)

    h. Eurodollar CDs – Dollar-denominated money market securities which certify a deposit in the London branch of a major international bank. Other characteristics are the same as domestic CDs.

    i. Yankee CDs – Dollar-denominated CDs which certify a deposit at a U.S. branch of a non-U.S. bank. Such CDs clear and settle in the U.S.

G. Non Acceptable Investment Vehicles

    a. Stocks - Investments in the equities of public or private companies.

    b. Mutual Funds – Investments in a collection of stocks and/or bonds.

    c. Corporate Notes – Generally unsecured debt obligations of corporate and financial institutions. Generally issued in maturities of 9 months - 30 years.

56     Copyright © 2006, Federation of Exchange Accommodators. All rights reserved

RICH-E-0012252

d.  Commercial Paper – Short-term, highly liquid unsecured promissory notes issued by banks, corporations, and other institutions. Sold at a discount with maximum maturity of 270 days.

e.  Federal agency securities – Debt obligations of governmental agencies backed by either the full faith and credit of the U.S. government or backed implicitly by agencies sponsored by the federal government. For example, Federal National Mortgage Notes (FNMA/Fannie Mae). Issued in maturities of 3 months through 30 years.

f.  Banker's acceptances – Time drafts, issued by both foreign and domestic banks, upon which banks draw and accept, for payment of merchandise. Both the issuing bank and borrower back the Bankers Acceptance. Traded at a discount, generally in maturities of 30-90 days.

g.  Repurchase agreements – The sale of securities by an institution which simultaneously agrees to repurchase them from the buyer at a specified future date. The type of securities serving as collateral for the repurchase agreement affects the rate due to the collateral's creditworthiness as does the quality of the repo counterparty. Such investments are non-negotiable and illiquid.

h.  Auction market securities – A type of security whose interest or dividend is set periodically in an auction or remarketing. This process of frequent resets is designed to enable Auction market securities to trade at the original issue price or par where the reset rate should reflect the current market and credit conditions.

i.  Municipal notes and bonds – Debt issued by municipal entities that pay interest. Maturities generally range from 7 days to 30 years. (Some people might believe that municipal obligations backed by taxes or revenue bonds are okay investments, but then a QI needs to get involved with ratings and determine which rating agency to use and which ratings standard the QI will adhere to. Again safety of principal should not be compromised.)

H.  Purpose of Trust Accounts. The purpose of a lawyer's trust account is to safeguard client funds from loss and to avoid the appearance of impropriety. QI trust accounts should be maintained for the same purpose.

I.  Final principles to remember. QIs are not functioning as a bank or an investment advisor. So even though bank trust departments might invest

Copyright © 2005, Federation of Exchange Accommodators. All rights reserved.

57

CLASS000284

RICH-E-0012253

3



11/08/2006 19:28 FAX  8777873295          Security1031Services                    004/005

in a diversified portfolio of the non-acceptable investment vehicles, that is not the role of the QI, nor are regulations and rules in effect that govern the responsibility of a QI in such matters as they do banks. Safety of principal is the first priority.

### 1.C.2   Fidelity Bonding

A.  The Qualified Intermediary Industry is not regulated by any level of Government (with the exception of a Nevada law that dictates the structure of exchanges involving the sale of Nevada Property), yet an essential function performed by the QI is the holding of a taxpayer's sale proceeds. Obviously, any time someone holds another party's money, there is the potential for abuses and loss, whether because of simple carelessness, neglect, stupidity or outright theft.  Regrettably, there are cases where taxpayers have incurred losses of their sales proceeds before being able to re-invest them.

B.  Because there are no mandated protections for taxpayers doing exchanges, some Qualified Intermediaries address this issue by carrying insurance protection for the taxpayers they represent in their exchanges.  The most typical type of insurance that is carried is insurance that protects the taxpayer from the risk of theft or misappropriation by the QI.  This is called a Fidelity Bond and will have a policy limit for a loss due to those acts by the Qualified Intermediary.

C.  The Qualified Intermediary may also carry insurance that covers their negligence in discharging their responsibility.  This is called Errors and Omissions Insurance and this will likewise have a policy limit.

D.  Fidelity Bonds and Errors and Omissions Insurance can be obtained by the Qualified Intermediary in varying policy limits.

### 1.C.3   Methods of Securing Client Funds

A.  The qualified intermediary is required to hold and invest a taxpayer's sale proceeds to avoid the possibility of constructive receipt by that taxpayer. Often these funds are placed in an account of which the taxpayer is the beneficiary.  Inherent with our role as Qualified Intermediary are fiduciary obligations since we are administering investments for the benefit of others.

B.  A Qualified Intermediary's experience, coupled with the manner in which

Copyright © 2006, Federation of Exchange Accommodators  All rights reserved

53

RICH-E-0012254

*4*

it holds and protects a taxpayer's funds, will provide the taxpayer with the information needed to determine the security of its funds. There are many considerations to assess the appropriate level of security when holding and investing a taxpayer's sale proceeds:

  a. Utilize secure accounts with financial institutions, which are required to be members of the SIPC and/or FDIC.

  b. Invest in sound and proven financial products and instruments that will ensure the safety and liquidity required in a like-kind exchange.

  c. Invest in a manner that will protect the taxpayer's principal, or minimize the potential loss of principal.

  d. Provide monthly account statements from the financial institution where the taxpayer's funds are held.

  e. Provide a Fidelity Bond to cover potential employee liability and fraud.

  f. Provide an Errors and Omissions Policy per occurrence.

### D.  Document transactions

#### I.D.1  Minimum Documentation Required by Law

  A. The rationale of an exchange is the transfer of property for property, not like that of a sale, wherein the seller transfers property for cash. The purpose of exchange documentation displays the taxpayer's intent in accomplishing a legal IRC §1031 exchange.

  B. The minimum documentation required is as follows:

  a. Exchange Agreement - Agreement between the taxpayer and Qualified Intermediary or two or more taxpayers exchanging for each other's properties.

  b. Taxpayer's Intent - should be disclosed in the Contract of Sale (Purchase and Sale Agreement) by adding simple language stating the intention to complete an exchange transaction. If not in the original Contract of Sale, this can be accomplished through the

Copyright © 2005, Federation of Exchange Accommodators. All rights reserved

59

RICH-E-0012255

5

# Exhibit 11

3:50 PM
10/04/06
Accrual Basis

# Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **101, LLC** | | | | | | |
| Deposit | 11/13/2002 | 10-0210172 | 101, LLC | Wire from Taos Title Inc. | 127,203.06 | 127,203.06 |
| Check | 01/10/2003 | 1158 | 101, LLC | Check to IXG | -500.00 | 126,703.06 |
| General Journal | 05/13/2003 | | 101, LLC | Wire fee-2 | -20.00 | 126,683.06 |
| Check | 05/13/2003 | Wire | 101, LLC | Wire to Client | -126,683.06 | 0.00 |
| General Journal | 07/09/2003 | | 101, LLC | Interest Earned | 220.19 | 220.19 |
| General Journal | 07/09/2003 | | 101, LLC | | -220.19 | 0.00 |
| Check | 07/09/2003 | 1614 | 101, LLC | Check to Client | -220.19 | 0.00 |
| **Total 101, LLC** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **103 8th Avenue, LLC** | | | | | | |
| **10-0514292** | | | | | | |
| Deposit | 07/12/2005 | 10-0514292 | 103 8th Avenue, LLC 10-0514292 | Wire from Bergwall & Associates | 305,746.45 | 305,746.45 |
| General Journal | 07/12/2005 | | 103 8th Avenue, LLC 10-0514292 | Wire Fee -I | -20.00 | 305,726.45 |
| Deposit | 07/15/2005 | 10-0514292 | 103 8th Avenue, LLC 10-0514292 | Check from Carluccio, Leone, Dimon, Doyle: Price | 1,000.00 | 306,726.45 |
| Check | 09/13/2005 | Wire | 103 8th Avenue, LLC 10-0514292 | Wire to Bird & Stanley, LLC: Lots in Bedford County | -306,726.45 | 0.00 |
| General Journal | 12/02/2005 | | 103 8th Avenue, LLC 10-0514292 | Interest Earned | 179.38 | 179.38 |
| Check | 12/02/2005 | 8078 | 103 8th Avenue, LLC 10-0514292 | 10-0514292, Interest Paid | -179.38 | 0.00 |
| Deposit | 12/27/2005 | 10-0514292 | 103 8th Avenue, LLC 10-0514292 | Wire from Bergwall & Associates | 175.00 | 175.00 |
| General Journal | 12/27/2005 | | 103 8th Avenue, LLC 10-0514292 | VOID: Wire Fee - I (void, per Mariyda) | 0.00 | 175.00 |
| Check | 12/27/2005 | 7462 | 103 8th Avenue, LLC 10-0514292 | Additional proceeds check to client | -175.00 | 0.00 |
| **Total 10-0514292** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **10-0514660** | | | | | | |
| Deposit | 09/02/2005 | 10-0514660 | 103 8th Avenue, LLC 10-0514660 | Wire from Angelo Dattolo | 306,748.41 | 306,748.41 |
| General Journal | 09/02/2005 | | 103 8th Avenue, LLC 10-0514660 | Wire Fee - I | -20.00 | 306,728.41 |
| Check | 09/07/2005 | Transfer | 103 8th Avenue, LLC 10-0514660 | Transfer to IXG - Exchange Fee | -750.00 | 305,978.41 |
| Deposit | 09/12/2005 | 10-0514660 | 103 8th Avenue, LLC 10-0514660 | Wire from Real Estate Consultants | 1,000.00 | 306,978.41 |
| General Journal | 09/12/2005 | | 103 8th Avenue, LLC 10-0514660 | Wire Fee - I | -20.00 | 306,958.41 |
| Check | 09/13/2005 | Wire | 103 8th Avenue, LLC 10-0514660 | Wire to Bird & Stanley, LLC: Lots in Bedford County | -306,938.41 | 20.00 |
| General Journal | 09/13/2005 | | 103 8th Avenue, LLC 10-0514660 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 12/02/2005 | | 103 8th Avenue, LLC 10-0514660 | Interest Earned | 26.43 | 26.43 |
| Check | 12/02/2005 | 8077 | 103 8th Avenue, LLC 10-0514660 | 10-0514660, Interest Paid | -26.43 | 0.00 |
| **Total 10-0514660** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total 103 8th Avenue, LLC** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **10811 Richmond, LLP** | | | | | | |
| **10-0515950** | | | | | | |
| Deposit | 06/29/2006 | Wire | 10811 Richmond, LLP 10-0515950 | Wire from Ameripoint title | 211,953.02 | 211,953.02 |

UWB006524

UWB006525

3:50 PM
10/04/06
Accrual Basis

# Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **10811 Richmond, LLP** | | | | | | |
| General Journal | 06/29/2006 | | 10811 Richmond, LLP-10-0615950 | Wire Fee - I | -20.00 | 211,933.02 |
| | | | | | 211,933.02 | 211,933.02 |
| **Total 10-0615950** | | | | | | |
| | | | | | 211,933.02 | 211,933.02 |
| **Total 10811 Richmond, LLP** | | | | | | |
| **1095 Tantra Park Circle, LLC** | | | | | | |
| **10-0514282** | | | | | | |
| Deposit | 07/18/2005 | 10-0514282 | 1095 Tantra Park Circle, LLC-10-0514282 | Wire from Escrow LLC | 237,575.13 | 237,575.13 |
| General Journal | 07/18/2005 | | 1095 Tantra Park Circle, LLC-10-0514282 | Wire fee - I | -20.00 | 237,555.13 |
| Check | 09/01/2005 | 7242 | 1095 Tantra Park Circle, LLC-10-0514282 | EM Check to Chicago Title - 930 College Canyon | 0.00 | 237,555.13 |
| Check | 01/11/2006 | 7489 | 1095 Tantra Park Circle, LLC-10-0514282 | Proceeds Check to Client | -237,555.13 | 0.00 |
| General Journal | 02/23/2006 | | 1095 Tantra Park Circle, LLC-10-0514282 | Interest Earned | 398.64 | 398.64 |
| Check | 02/23/2006 | 8603 | 1095 Tantra Park Circle, LLC-10-0514282 | 10-0514282, Interest Paid | -398.64 | 0.00 |
| **Total 10-0514282** | | | | | 0.00 | 0.00 |
| **Total 1095 Tantra Park Circle, LLC** | | | | | 0.00 | 0.00 |
| **110 S. 42nd St. LLC** | | | | | | |
| **10-0615911** | | | | | | |
| Deposit | 06/09/2006 | Wire | 110 S. 42nd St. LLC-10-0615911 | Wire From Land Title Guarantee | 159,140.14 | 159,140.14 |
| General Journal | 06/09/2006 | | 110 S. 42nd St. LLC-10-0615911 | Wire Fee - I | -20.00 | 159,120.14 |
| Check | 08/08/2006 | Wire | 110 S. 42nd St. LLC-10-0615911 | Wire to Land Title - 5075 Leetsdale Dr | 20.00 | 20.00 |
| General Journal | 08/08/2006 | | 110 S. 42nd St. LLC-10-0615911 | Wire fee - O | -159,100.14 | 0.00 |
| General Journal | 08/31/2006 | | 110 S. 42nd St. LLC-10-0615911 | Interest Earned | 379.27 | 379.27 |
| Check | 08/31/2006 | 9299 | 110 S. 42nd St. LLC-10-0615911 | Interest Paid, 10-0615911 | -379.27 | 0.00 |
| **Total 10-0615911** | | | | | 0.00 | 0.00 |
| **Total 110 S. 42nd St. LLC** | | | | | 0.00 | 0.00 |
| **1109 Lincoln, LLC** | | | | | | |
| Deposit | 10/16/2003 | 10-0310528 | 1109 Lincoln, LLC | Wire from North American Title Co. | 1,534,014.15 | 1,534,014.15 |
| General Journal | 10/16/2003 | | 1109 Lincoln, LLC | Wire Fee - I | -20.00 | 1,533,994.15 |
| General Journal | 12/02/2003 | | 1109 Lincoln, LLC | TaXadvantage | -15.00 | 1,533,979.15 |
| Check | 04/19/2004 | Wire | 1109 Lincoln, LLC | Proceeds Wire to Client | -1,533,959.15 | 20.00 |
| General Journal | 04/19/2004 | | 1109 Lincoln, LLC | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 04/19/2004 | | 1109 Lincoln, LLC | Refund of TaXadvantage Jrnl. Entry | 15.00 | 15.00 |
| Check | 04/19/2004 | 2548 | 1109 Lincoln, LLC | Check to Client - refund of TaXadvantage | -15.00 | 0.00 |
| General Journal | 04/19/2004 | | 1109 Lincoln, LLC | Interest Earned | 2,647.70 | 2,647.70 |
| Check | 04/19/2004 | 2549 | 1109 Lincoln, LLC | Interest Check to Client | -2,647.70 | 0.00 |



3:59 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|-------:|--------:|
| **Total 1109 Lincoln, LLC** | | | | | 0.00 | 0.00 |
| **1341667 Ontario Inc.** | | | | | | |
| **25-0615782** | | | | | | |
| Deposit | 05/04/2006 | Wire | 1341667 Ontario Inc.:25-0615782 | Wire from First Fidelity Title Inc. | 1,271,074.18 | 1,271,074.18 |
| General Journal | 05/04/2006 | | 1341667 Ontario Inc.:25-0615782 | Wire Fee -I | -20.00 | 1,271,054.18 |
| Deposit | 06/27/2006 | Wire | 1341667 Ontario Inc.:25-0615782 | Wire from First Fidelity Title Inc. | 152,500.00 | 1,423,534.18 |
| General Journal | 06/27/2006 | | 1341667 Ontario Inc.:25-0615782 | Wire Fee -O | -20.00 | 1,423,534.18 |
| Check | 07/28/2006 | Wire | 1341667 Ontario Inc.:25-0615782 | Wire to Island Title – 27390 Oak Knoll Dr | -1,423,514.18 | 20.00 |
| General Journal | 07/28/2006 | | 1341667 Ontario Inc.:25-0615782 | Wire Fee –O | -20.00 | 0.00 |
| General Journal | 08/24/2006 | | 1341667 Ontario Inc.:25-0615782 | Interest Earned | 2,996.49 | 2,996.49 |
| Check | 08/24/2006 | 9256 | 1341667 Ontario Inc.:25-0615782 | Interest Paid, 25-0615782 | -2,996.49 | 0.00 |
| **Total 25-0615782** | | | | | 0.00 | 0.00 |
| **Total 1341667 Ontario Inc.** | | | | | 0.00 | 0.00 |
| **1501 North 1041 West Orem Trust** | | | | | | |
| **10-0514675** | | | | | | |
| Deposit | 09/15/2005 | 10-0514675 | 1501 North 1041 West Orem Trust:10-0514675 | Wire from Central Utah Title | 169,348.00 | 169,348.00 |
| General Journal | 09/15/2005 | | 1501 North 1041 West Orem Trust:10-0514675 | Wire Fee - I | -20.00 | 169,328.00 |
| Check | 09/21/2005 | Transfer | 1501 North 1041 West Orem Trust:10-0514675 | Transfer to IXG – Exchange Fee | -650.00 | 168,678.00 |
| Deposit | 09/21/2005 | 9489 | 1501 North 1041 West Orem Trust:10-0514675 | Check from Central Utah Title | 39.33 | 168,717.33 |
| Check | 09/26/2005 | Wire | 1501 North 1041 West Orem Trust:10-0514675 | Wire to Chicago Title Insurance: 1204 26th Ave, SV | -167,977.22 | 740.11 |
| General Journal | 09/26/2005 | | 1501 North 1041 West Orem Trust:10-0514675 | Wire Fee –O | -20.00 | 720.11 |
| Check | 10/17/2005 | 7341 | 1501 North 1041 West Orem Trust:10-0514675 | Proceeds Check to Client | -720.11 | 0.00 |
| General Journal | 01/11/2006 | | 1501 North 1041 West Orem Trust:10-0514675 | Interest Earned | 14.72 | 14.72 |
| Check | 01/11/2006 | 8213 | 1501 North 1041 West Orem Trust:10-0514675 | 10-0514675, Interest Paid | -14.72 | 0.00 |
| **Total 10-0514675** | | | | | 0.00 | 0.00 |
| **Total 1501 North 1041 West Orem Trust** | | | | | 0.00 | 0.00 |
| **16-18 Palisade Street** | | | | | | |
| Deposit | 12/24/2002 | 8261 | 16-18 Palisade Street | Check from Arthur Suxrow | 15,106.25 | 15,106.25 |
| Deposit | 12/24/2002 | 0942201519 | 16-18 Palisade Street | Check from 16-18 Palisade | 100,000.00 | 115,106.25 |
| Deposit | 12/24/2002 | 0107492712 | 16-18 Palisade Street | Check from 16-18 Palisade | 170,000.00 | 285,106.25 |
| Deposit | 12/24/2002 | 0853302477O | 16-18 Palisade Street | Check from 16-18 Palisade | 4,250.00 | 289,356.25 |
| Deposit | 12/24/2002 | 0853302477O | 16-18 Palisade Street | Check from 16-18 Palisade | 23,550.00 | 312,906.25 |
| Deposit | 12/24/2002 | 1789310322 | 16-18 Palisade Street | Check from 16-18 Palisade | 273,104.43 | 586,010.68 |
| Deposit | 12/24/2002 | 0092724517 | 16-18 Palisade Street | Check from 16-18 Palisade | 100,000.00 | 686,010.68 |
| Check | 02/07/2003 | 1224 | 16-18 Palisade Street | Check to Barry Botticello | -23,000.00 | 663,010.68 |

UWB006526

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
**As of September 30, 2006**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 02/07/2003 | 1225 | 16-18 Palisades Street | Check to Barry W. Botticello | -23,000.00 | 640,010.68 |
| General Journal | 02/07/2003 | | 16-18 Palisades Street | Fed Ex Fee | -20.00 | 639,990.68 |
| Check | 03/10/2003 | 1336 | 16-18 Palisades Street | Check to Barry W. Botticello, Trustee | -23,000.00 | 616,990.68 |
| Check | 03/10/2003 | 1337 | 16-18 Palisades Street | Check to Barry W. Botticello Trustee | -23,000.00 | 593,990.68 |
| General Journal | 03/10/2003 | | 16-18 Palisades Street | Fedex Fee | -20.00 | 593,970.68 |
| Check | 03/10/2003 | 1338 | 16-18 Palisades Street | IXG | -1,000.00 | 592,970.68 |
| General Journal | 04/03/2003 | | 16-18 Palisades Street | Outgoing Wire Fee | -20.00 | 592,950.68 |
| Check | 04/03/2003 | Wire | 16-18 Palisades Street | Wire to Cynthia N. Miller, Attorney at Law Trustee | -592,950.68 | 0.00 |
| General Journal | 08/13/2003 | | 16-18 Palisades Street | Interest Earned | 622.72 | 622.72 |
| Check | 08/13/2003 | 1647 | 16-18 Palisades Street | Check to Client | -622.72 | 0.00 |
| **Total 16-18 Palisades Street** | | | | | **0.00** | **0.00** |
| | | | | | | |
| **1617, LLC** | | | | | | |
| **10-0615552** | | | | | | |
| Deposit | 03/16/2006 | Wire | 1617, LLC-10-0615552 | Wire from Pitkin County Title Inc. | 1,000,000.00 | 1,000,000.00 |
| General Journal | 03/16/2006 | | 1617, LLC-10-0615552 | Wire Fee -I | -20.00 | 999,980.00 |
| Check | 05/02/2006 | Wire | 1617, LLC-10-0615552 | Proceeds wired to client | -999,960.00 | 20.00 |
| General Journal | 05/02/2006 | | 1617, LLC-10-0615552 | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 05/19/2006 | | 1617, LLC-10-0615552 | Interest Earned | 1,205.46 | 1,205.46 |
| Check | 05/19/2006 | 8983 | 1617, LLC-10-0615552 | Interest Paid, 10-0615552 | -1,205.46 | 0.00 |
| **Total 10-0615552** | | | | | **0.00** | **0.00** |
| **Total 1617, LLC** | | | | | **0.00** | **0.00** |
| | | | | | | |
| **1678 Paris, LLC** | | | | | | |
| Deposit | 09/30/2002 | 10-042 10111 | 1678 Paris, LLC | Wire from Stewart Title | 492,865.28 | 492,865.28 |
| Check | 09/30/2002 | 1017 | 1678 Paris, LLC | Stewart Title | -25,000.00 | 467,865.28 |
| Check | 09/30/2002 | 1018 | 1678 Paris, LLC | Stewart Title | -25,000.00 | 442,865.28 |
| Check | 10/04/2002 | 1021 | 1678 Paris, LLC | Excellent Venture Properties | -3,000.00 | 439,865.28 |
| General Journal | 10/15/2002 | | 1678 Paris, LLC | Wire fee | -20.00 | 439,845.28 |
| Check | 10/15/2002 | Wire | 1678 Paris, LLC | Wire to Stewart Title | -439,845.28 | 0.00 |
| General Journal | 11/01/2002 | | 1678 Paris, LLC | Interest Earned | 117.72 | 117.72 |
| Check | 11/01/2002 | 1048 | 1678 Paris, LLC | Interest Earned | -117.72 | 0.00 |
| **Total 1678 Paris, LLC** | | | | | **0.00** | **0.00** |
| | | | | | | |
| **1990 S. Quebec, LLC** | | | | | | |
| Deposit | 07/15/2003 | 10-0310743 | 1990 S. Quebec, LLC | Wire from Land Title | 359,656.37 | 359,656.37 |
| General Journal | 07/15/2003 | | 1990 S. Quebec, LLC | Wire Fee -I | -20.00 | 359,636.37 |
| Check | 01/12/2004 | Wire | 1990 S. Quebec, LLC | Proceeds Wire to Client | -359,616.37 | 20.00 |
| General Journal | 01/12/2004 | | 1990 S. Quebec, LLC | Wire Fee -O | -20.00 | 0.00 |

UWB006527

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
**As of September 30, 2006**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| General Journal | 01/21/2004 | | 1990 S. Quebec, LLC | Interest Earned | 624.19 | 624.19 |
| Check | 01/21/2004 | 2227 | 1990 S. Quebec, LLC | Interest Check to Client | -624.19 | 0.00 |
| **Total 1990 S. Quebec, LLC** | | | | | 0.00 | 0.00 |
| **1995 Income Program** | | | | | | |
| Deposit | 08/22/2002 | | 1995 Income Program | Wire from Maxim Drilling & Exploration, Inc. | 189,695.00 | 189,695.00 |
| Check | 09/16/2002 | 1004 | 1995 Income Program | 10-0210072 – Exchange Fee | -650.00 | 189,045.00 |
| General Journal | 10/07/2002 | | 1995 Income Program | Wire fee | -20.00 | 189,025.00 |
| Check | 10/07/2002 | Wire | 1995 Income Program | Wire to 1995 Income Program | -189,025.00 | 0.00 |
| General Journal | 11/01/2002 | | 1995 Income Program | Interest Earned | 155.15 | 155.15 |
| Check | 11/01/2002 | 1042 | 1995 Income Program | Interest Paid | -155.15 | 0.00 |
| **Total 1995 Income Program** | | | | | 0.00 | 0.00 |
| **2282 S. Humbolt Street, LLC** | | | | | | |
| **10-051525SR** | | | | | | |
| Deposit | 04/28/2006 | Wire | 2282 S. Humbolt Street, LLC:10-051525SR | Wire from Land Title Guarantee | 188,052.61 | 188,052.61 |
| General Journal | 04/28/2006 | | 2282 S. Humbolt Street, LLC:10-051525SR | Wire Fee – I | -20.00 | 188,032.61 |
| Check | 07/10/2006 | Transfer | 2282 S. Humbolt Street, LLC:10-051525SR | Tax Payments to Scovell Investment, LLC | -597.44 | 187,435.17 |
| **Total 10-051525SR** | | | | | 187,435.17 | 187,435.17 |
| **Total 2282 S. Humbolt Street, LLC** | | | | | 187,435.17 | 187,435.17 |
| **2301 Partnership** | | | | | | |
| Deposit | 09/17/2003 | 4985229 | 2301 Partnership | Check from Land Title Guarantee Company | 452,143.89 | 452,143.89 |
| Deposit | 09/24/2003 | 10-0310958 | 2301 Partnership | Wire from Land Title Guarantee Co. | 180,026.25 | 632,170.14 |
| General Journal | 09/24/2003 | | 2301 Partnership | Wire Fee – I | -20.00 | 632,150.14 |
| Deposit | 09/24/2003 | 10-0310958 | 2301 Partnership | Wire from Land Title | 30,005.82 | 662,155.96 |
| General Journal | 09/24/2003 | | 2301 Partnership | Wire Fee – I | -20.00 | 662,135.96 |
| Check | 11/14/2003 | Wire | 2301 Partnership | Wire to Security Title Guaranty Co. | -165,513.99 | 496,621.97 |
| General Journal | 11/14/2003 | | 2301 Partnership | Wire Fee – O | -20.00 | 496,601.97 |
| Check | 11/18/2003 | Wire | 2301 Partnership | Wire to First American Heritage Title Co. | -165,513.99 | 331,087.98 |
| General Journal | 11/18/2003 | | 2301 Partnership | Wire Fee – O | -20.00 | 331,067.98 |
| Check | 12/01/2003 | Wire | 2301 Partnership | Wire to First American Title Insurance Company | -331,047.98 | 20.00 |
| General Journal | 12/01/2003 | | 2301 Partnership | Wire Fee – O | -20.00 | 0.00 |
| General Journal | 01/05/2004 | | 2301 Partnership | Interest Earned | 414.48 | 414.48 |
| Check | 01/05/2004 | 2107 | 2301 Partnership | Interest Check to Client | -414.48 | 0.00 |
| **Total 2301 Partnership** | | | | | 0.00 | 0.00 |
| **2401 First Street RLLP** | | | | | | |

UWB006528

Page 5 of 1429

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **25-0514271** | | | | | | |
| Deposit | 07/13/2005 | 25-0514271 | 2401 First Street RLLP 25-0514271 | Wire from Robert M. Lipshutz P.A. | 1,459,748.81 | 1,459,748.81 |
| General Journal | 07/13/2005 | | 2401 First Street RLLP 25-0514271 | Wire Fee -I | -20.00 | 1,459,728.81 |
| Check | 07/14/2005 | Wire | 2401 First Street RLLP 25-0514271 | Wire to Woitsky, Woitsky... 117 Baldwin | -452,352.07 | 1,007,376.74 |
| General Journal | 07/14/2005 | | 2401 First Street RLLP 25-0514271 | Wire Fee -O | -20.00 | 1,007,356.74 |
| Check | 07/25/2005 | Wire | 2401 First Street RLLP 25-0514271 | Wire to Executive Title: 2707 SE 18th Court | -495,001.35 | 512,355.39 |
| General Journal | 07/25/2005 | | 2401 First Street RLLP 25-0514271 | Wire Fee -O | -20.00 | 512,335.39 |
| Check | 11/16/2005 | Wire | 2401 First Street RLLP 25-0514271 | Wire to M. Daniel Sasso - 15027 San Domingo Blv | -512,315.39 | 20.00 |
| General Journal | 11/16/2005 | | 2401 First Street RLLP 25-0514271 | Wire fee -O | -20.00 | 0.00 |
| General Journal | 01/30/2006 | | 2401 First Street RLLP 25-0514271 | Interest Earned | 666.32 | 666.32 |
| Check | 01/30/2006 | 8354 | 2401 First Street RLLP 25-0514271 | 25-0514271 Interest Paid | -666.32 | 0.00 |
| | | | | | | |
| **Total 25-0514271** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total 2401 First Street RLLP** | | | | | | |
| | | | | | | |
| **2482 S Steele Street, LLC** | | | | | | |
| **10-0514546** | | | | | | |
| Deposit | 08/19/2005 | 10-0514546 | 2482 S Steele Street, LLC 10-0514546 | Wire from Chicago Title | 146,608.62 | 146,608.62 |
| General Journal | 08/19/2005 | | 2482 S Steele Street, LLC 10-0514546 | Wire Fee -I | -20.00 | 146,588.62 |
| Check | 09/20/2005 | Wire | 2482 S Steele Street, LLC 10-0514546 | EM Wire to Commonwealth Land - 2950 Olds Ct | -2,500.00 | 144,088.62 |
| General Journal | 09/20/2005 | | 2482 S Steele Street, LLC 10-0514546 | Wire Fee -O | -20.00 | 144,068.62 |
| Check | 10/05/2005 | 7319 | 2482 S Steele Street, LLC 10-0514546 | EM Check to RE/MAX 100, Inc - 464 S Parfet | -2,000.00 | 142,068.62 |
| General Journal | 10/05/2005 | | 2482 S Steele Street, LLC 10-0514546 | Overnight Fee | -20.00 | 142,048.62 |
| Deposit | 10/28/2005 | 10-0514546 | 2482 S Steele Street, LLC 10-0514546 | Loan from IXG Operating Account | 2,000.00 | 144,048.62 |
| Check | 10/28/2005 | Wire | 2482 S Steele Street, LLC 10-0514546 | Wire to Commonwealth Land Title - 2950 & 2952 O | -144,028.62 | 20.00 |
| General Journal | 10/28/2005 | | 2482 S Steele Street, LLC 10-0514546 | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 12/20/2005 | | 2482 S Steele Street, LLC 10-0514546 | Interest Earned | 94.56 | 94.56 |
| Check | 12/20/2005 | 8137 | 2482 S Steele Street, LLC 10-0514546 | 10-0514546, Interest Paid | -94.56 | 0.00 |
| | | | | | | |
| **Total 10-0514546** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total 2482 S Steele Street, LLC** | | | | | | |
| | | | | | | |
| **271 Grant, LLC** | | | | | | |
| **10-0616048** | | | | | | |
| Deposit | 07/17/2006 | Wire | 271 Grant, LLC 10-0616048 | Wire from Title America | 650,313.09 | 650,313.09 |
| General Journal | 07/17/2006 | | 271 Grant, LLC 10-0616048 | Wire fee -I | -20.00 | 650,293.09 |
| | | | | | | |
| **Total 10-0616048** | | | | | 650,293.09 | 650,293.09 |
| | | | | | | |
| **Total 271 Grant, LLC** | | | | | 650,293.09 | 650,293.09 |

UWB006529

# Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **2902 LLC** | | | | | | |
| **10-0615907** | | | | | | |
| Deposit | 06/12/2006 | Wire | 2902 LLC:10-0615907 | Wire from Security Title Guaranty | 404,668.04 | 404,668.04 |
| General Journal | 06/12/2006 | | 2902 LLC:10-0615907 | Wire Fee -1 | -20.00 | 404,648.04 |
| | | | | | 404,648.04 | 404,648.04 |
| **Total 10-0615907** | | | | | | |
| | | | | | | |
| **Total 2902 LLC** | | | | | 404,648.04 | 404,648.04 |
| | | | | | | |
| **3-B Associates, Inc.** | | | | | | |
| **25s-0610107** | | | | | | |
| Deposit | 09/21/2006 | Wire | 3-B Associates, Inc.:25s-0610107 | Wire from First American Title | 875,796.74 | 875,796.74 |
| General Journal | 09/21/2006 | | 3-B Associates, Inc.:25s-0610107 | Wire fee -1 | -20.00 | 875,776.74 |
| Check | 09/21/2006 | Wire | 3-B Associates, Inc.:25s-0610107 | Wire to First American Title - Return of Overage | -75,000.00 | 800,776.74 |
| | | | | | 800,776.74 | 800,776.74 |
| **Total 25s-0610107** | | | | | | |
| | | | | | | |
| **Total 3-B Associates, Inc.** | | | | | 800,776.74 | 800,776.74 |
| | | | | | | |
| **3535 S. Kipling Pkwy., LLC** | | | | | | |
| **10-0514561** | | | | | | |
| Deposit | 08/18/2005 | 10-0514561 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Wire from Land Title | 1,113,280.47 | 1,113,280.47 |
| General Journal | 08/18/2005 | | 3535 S. Kipling Pkwy., LLC:10-0514561 | Wire Fee -1 | -20.00 | 1,113,260.47 |
| Deposit | 09/06/2005 | 6514804 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Check from Land Title Guarantee (Additional Proce | 867.08 | 1,114,127.55 |
| Check | 09/30/2005 | Wire | 3535 S. Kipling Pkwy., LLC:10-0514561 | Wire to Title Guaranty Escrow; 59-380 Olomana Rc | -198,753.97 | 915,373.58 |
| Check | 09/30/2005 | Wire | 3535 S. Kipling Pkwy., LLC:10-0514561 | Wire to Title Guaranty Escrow; 59-380 Olomana Rc | -260,719.14 | 654,654.44 |
| General Journal | 09/30/2005 | | 3535 S. Kipling Pkwy., LLC:10-0514561 | Wire Fee -0 | -20.00 | 654,634.44 |
| Deposit | 10/07/2005 | 216782 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Check from Title Guaranty Escrow (Refund of Over | 861.30 | 655,495.74 |
| Deposit | 10/07/2005 | 5529414 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Check from Land Title (Refund of Water/Sewer) | 623.46 | 656,119.20 |
| Check | 10/07/2005 | 7325 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Return of Proceeds to David J. Conyers | -540,028.99 | 116,090.21 |
| Check | 10/11/2005 | 7331 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Boot Check paid to Xcel Energy for Client | -3,875.96 | 112,214.25 |
| Check | 10/12/2005 | 7335 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Boot Check to Client via Tuxn Development | -19,923.48 | 92,290.77 |
| Check | 10/19/2005 | 7346 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Proceeds from Exchange 10-0514561 | -80,515.88 | 11,774.89 |
| Check | 10/19/2005 | 7430 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Proceeds Check to Client | -6,774.89 | 5,000.00 |
| Check | 12/06/2005 | 7431 | 3535 S. Kipling Pkwy., LLC:10-0514561 | Proceeds Check to Dave Conyers, per client | -5,000.00 | 0.00 |
| General Journal | 01/31/2006 | | 3535 S. Kipling Pkwy., LLC:10-0514561 | Interest Earned | 498.93 | 498.93 |
| Check | 01/31/2006 | 8435 | 3535 S. Kipling Pkwy., LLC:10-0514561 | 10-0514561 Interest Paid | -498.93 | 0.00 |
| | | | | | 0.00 | 0.00 |
| **Total 10-0514561** | | | | | | |
| | | | | | | |
| **Total 3535 S. Kipling Pkwy., LLC** | | | | | 0.00 | 0.00 |

UWB006530

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
**As of September 30, 2006**

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| **3R Company, LP** | | | | | | |
| **25-0514227** | | | | | | |
| Deposit | 07/05/2005 | 25-0514227 | 3R Company, LP-25-0514227 | Wire from Brody Abstract Inc. | 325,000.00 | 325,000.00 |
| General Journal | 07/05/2005 | | 3R Company, LP-25-0514227 | Wire Fee - I | -20.00 | 324,980.00 |
| Check | 07/26/2005 | Wire | 3R Company, LP-25-0514227 | Wire to Allegiance Title - 309 NE 7th Terrace | -80,308.00 | 244,672.00 |
| General Journal | 07/26/2005 | | 3R Company, LP-25-0514227 | Wire Fee - O | -20.00 | 244,652.00 |
| Check | 07/26/2005 | Wire | 3R Company, LP-25-0514227 | Wire to Allegian Title - 1232 NW 24th Pl | -80,289.53 | 164,362.47 |
| General Journal | 07/26/2005 | | 3R Company, LP-25-0514227 | Wire Fee -O | -20.00 | 164,342.47 |
| Check | 07/26/2005 | Wire | 3R Company, LP-25-0514227 | Wire to Allegiance Title - 1734 NW 19th St | -85,363.51 | 78,978.96 |
| General Journal | 07/26/2005 | | 3R Company, LP-25-0514227 | Wire Fee -O | -20.00 | 78,958.96 |
| Check | 07/26/2005 | Wire | 3R Company, LP-25-0514227 | Wire to Allegiance - 2742 NW 6th St (plus $95 wire ft | -75,352.58 | 3,606.38 |
| General Journal | 07/26/2005 | | 3R Company, LP-25-0514227 | Wire Fee -O | -20.00 | 3,586.38 |
| Check | 12/29/2005 | 7470 | 3R Company, LP-25-0514227 | Proceeds Check to Client | -3,566.38 | 20.00 |
| General Journal | 12/29/2005 | | 3R Company, LP-25-0514227 | Overnight Fee | -20.00 | 0.00 |
| General Journal | 01/31/2006 | | 3R Company, LP-25-0514227 | Interest Earned | 64.64 | 64.64 |
| Check | 01/31/2006 | 8447 | 3R Company, LP-25-0514227 | 25-0514227 Interest Paid | -64.64 | 0.00 |
| **Total 25-0514227** | | | | | | 0.00 |
| | | | | | | |
| **Total 3R Company, LP** | | | | | | 0.00 |
| | | | | | | |
| **4-Clas Stroh Ranch, LLC** | | | | | | |
| Deposit | 08/23/2004 | 10-04121564 | 4-Clas Stroh Ranch, LLC | Wire from Chicago Title of Colorado | 111,897.48 | 111,897.48 |
| General Journal | 08/23/2004 | | 4-Clas Stroh Ranch, LLC | Wire Fee - I | -20.00 | 111,877.48 |
| Deposit | 08/23/2004 | 10-04121564 | 4-Clas Stroh Ranch, LLC | Wire from Chicago Title of Colorado | 111,897.49 | 223,774.97 |
| General Journal | 08/23/2004 | | 4-Clas Stroh Ranch, LLC | Wire Fee - I | -20.00 | 223,754.97 |
| Check | 10/01/2004 | Wire | 4-Clas Stroh Ranch, LLC | Proceeds Wire to Client (Steven Cloward) | -111,857.48 | 111,897.49 |
| General Journal | 10/01/2004 | | 4-Clas Stroh Ranch, LLC | Wire Fee -O | -20.00 | 111,877.49 |
| Check | 10/01/2004 | 3092 | 4-Clas Stroh Ranch, LLC | Proceeds Check to Client (Michael Leone) | 0.00 | 111,877.49 |
| General Journal | 10/01/2004 | | 4-Clas Stroh Ranch, LLC | Overnight Fee | -20.00 | 111,857.49 |
| Check | 10/01/2004 | 3093 | 4-Clas Stroh Ranch, LLC | Proceeds Check to Client (Michael Leone) | -111,857.49 | 0.00 |
| General Journal | 11/05/2004 | | 4-Clas Stroh Ranch, LLC | Interest Earned | 79.39 | 79.39 |
| Check | 11/12/2004 | 3217 | 4-Clas Stroh Ranch, LLC | 10-04121156 Interest Paid | -79.39 | 0.00 |
| **Total 4-Clas Stroh Ranch, LLC** | | | | | | 0.00 |
| | | | | | | |
| **4-Clas, LLC** | | | | | | |
| Deposit | 01/05/2005 | 10-0412951 | 4-Clas, LLC | Wire from First American Heritage Title Co | 134,838.31 | 134,838.31 |
| General Journal | 01/05/2005 | | 4-Clas, LLC | Wire Fee - I | -20.00 | 134,818.31 |
| Check | 03/17/2005 | Wire | 4-Clas, LLC | Wire to Title America - 4801 S Ammons | -46,889.67 | 87,928.64 |
| General Journal | 03/17/2005 | | 4-Clas, LLC | Wire Fee -O | -20.00 | 87,908.64 |

UWB006531

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
**As of September 30, 2006**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 06/30/2005 | Wire | 4-Clas, LLC | Wire to Arizona Escrow & Financial - 10817 Indian | -87,888.64 | 20.00 |
| General Journal | 06/30/2005 | | 4-Clas, LLC | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 09/16/2005 | | 4-Clas, LLC | Interest Earned | 177.71 | 177.71 |
| Check | 09/16/2005 | 7594 | 4-Clas, LLC | 10-0412951 Interest Paid | -177.71 | 0.00 |
| **Total 4-Clas, LLC** | | | | | | 0.00 |
| | | | | | | |
| **405 S. Holland, LLC** | | | | | | |
| Deposit | 10/04/2004 | 10-0412494 | 405 S. Holland, LLC | Wire from First American Title KS Agency | 415,932.88 | 415,932.88 |
| General Journal | 10/04/2004 | | 405 S. Holland, LLC | Wire Fee - O | -20.00 | 415,912.88 |
| Check | 11/19/2004 | 3313 | 405 S. Holland, LLC | E/S Check to Park Hill Properties | -2,000.00 | 413,912.88 |
| Check | 11/19/2004 | 3314 | 405 S. Holland, LLC | E/S Check to Park Hill Properties | -2,000.00 | 411,912.88 |
| Check | 12/16/2004 | Wire | 405 S. Holland, LLC | Wire to LandAmerica Commonwealth Title | -411,892.88 | 20.00 |
| General Journal | 12/16/2004 | | 405 S. Holland, LLC | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 01/13/2005 | | 405 S. Holland, LLC | Interest Earned | 282.13 | 282.13 |
| Check | 01/14/2005 | 3560 | 405 S. Holland, LLC | 10-0412494 Interest Paid | -282.13 | 0.00 |
| **Total 405 S. Holland, LLC** | | | | | | 0.00 |
| | | | | | | |
| **407 Greens Road, LLP** | | | | | | |
| **10-0615785** | | | | | | |
| Deposit | 05/08/2006 | Wire | 407 Greens Road, LLP 10-0615785 | Wire from Ameriprint Title | 399,465.99 | 399,465.99 |
| General Journal | 05/08/2006 | | 407 Greens Road, LLP 10-0615785 | Wire Fee - I | -20.00 | 399,445.99 |
| **Total 10-0615785** | | | | | 399,445.99 | 399,445.99 |
| **Total 407 Greens Road, LLP** | | | | | 399,445.99 | 399,445.99 |
| | | | | | | |
| **4301 Federal Baseline Partners, LLC** | | | | | | |
| **10-0615945** | | | | | | |
| Deposit | 06/15/2006 | Wire | 4301 Federal Baseline Partners, LLC 10-0615945 | Wire from Stewart Title of Denver | 700,200.64 | 700,200.64 |
| General Journal | 06/15/2006 | | 4301 Federal Baseline Partners, LLC 10-0615945 | Wire Fee - I | -20.00 | 700,180.64 |
| Check | 08/21/2006 | Wire | 4301 Federal Baseline Partners, LLC 10-0615945 | Wire to Baseline Meadow Mart - North Second St | -660,380.40 | 39,800.24 |
| General Journal | 08/21/2006 | | 4301 Federal Baseline Partners, LLC 10-0615945 | Wire fee - O | -20.00 | 39,780.24 |
| **Total 10-0615945** | | | | | 39,780.24 | 39,780.24 |
| **Total 4301 Federal Baseline Partners, LLC** | | | | | 39,780.24 | 39,780.24 |
| | | | | | | |
| **431 Colfax, LLC** | | | | | | |
| Deposit | 09/03/2003 | 90034988 | 431 Colfax, LLC | Check from Stewart Title of Denver | 24,260.81 | 24,260.81 |
| Deposit | 10/08/2003 | 2764 | 431 Colfax, LLC | October payment/Check from Creekside Financial | 2,500.00 | 26,760.81 |
| Deposit | 10/28/2003 | 90035681 | 431 Colfax, LLC | Check from Stewart Title of Denver | 434,447.63 | 461,208.44 |

UWB006532

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
**As of September 30, 2006**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **10-0411507** | | | | | | |
| Check | 12/09/2003 | Wire | 431 Colfax, LLC | Wire to Dan Dudden | -120,000.00 | 341,208.44 |
| General Journal | 12/09/2003 | | 431 Colfax, LLC | Wire Fee - O | -20.00 | 341,188.44 |
| Check | 02/10/2004 | 2370 | 431 Colfax, LLC | Proceeds Check to Client | 0.00 | 341,188.44 |
| General Journal | 02/10/2004 | | 431 Colfax, LLC | Overnight Fee | -20.00 | 341,168.44 |
| General Journal | 02/10/2004 | | 431 Colfax, LLC | Interest Earned | 405.14 | 341,573.58 |
| Check | 02/10/2004 | 2371 | 431 Colfax, LLC | Interest Check to Client | 0.00 | 341,573.58 |
| General Journal | 03/01/2004 | | 431 Colfax, LLC | Stop Payment Fee | -30.00 | 341,543.58 |
| General Journal | 03/01/2004 | | 431 Colfax, LLC | Stop Payment Fee | -30.00 | 341,513.58 |
| Check | 03/01/2004 | 2422 | 431 Colfax, LLC | Re-cut Proceeds Check to Client | -341,088.44 | 425.14 |
| Check | 03/01/2004 | 2423 | 431 Colfax, LLC | Re-cut Interest Check to Client | -405.14 | 20.00 |
| General Journal | 03/01/2004 | | 431 Colfax, LLC | Overnight Fee | -20.00 | 0.00 |
| **Total 431 Colfax, LLC** | | | | | 0.00 | 0.00 |
| **44th Avenue Investors, LLC** | | | | | | |
| **10-0411507** | | | | | | |
| Deposit | 03/19/2004 | 10-0411507 | 44th Avenue Investors, LLC-10-0411507 | Check from Land Title Guarantee Company | 342,818.71 | 342,818.71 |
| Check | 04/09/2004 | 2533 | 44th Avenue Investors, LLC-10-0411507 | E/S Check to Land Title | -10,000.00 | 332,818.71 |
| Check | 04/28/2004 | Wire | 44th Avenue Investors, LLC-10-0411507 | Wire to Land Title Guarantee Co. | -332,798.71 | 20.00 |
| General Journal | 04/28/2004 | | 44th Avenue Investors, LLC-10-0411507 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 06/29/2004 | | 44th Avenue Investors, LLC-10-0411507 | Interest Earned | 129.67 | 129.67 |
| Check | 06/29/2004 | 2737 | 44th Avenue Investors, LLC-10-0411507 | 10-0411507 Interest Paid | -129.67 | 0.00 |
| **Total 10-0411507** | | | | | 0.00 | 0.00 |
| **10-0615571** | | | | | | |
| Deposit | 03/16/2006 | Wire | 44th Avenue Investors, LLC-10-0615571 | Wire from Equity Title Agency, LLC | 308,794.36 | 308,794.36 |
| General Journal | 03/16/2006 | | 44th Avenue Investors, LLC-10-0615571 | Wire Fee -1 | -20.00 | 308,774.36 |
| Check | 05/25/2006 | 7654 | 44th Avenue Investors, LLC-10-0615571 | Check to Xcel Energy not paid at P1 closing | -4,440.14 | 304,334.22 |
| Check | 09/22/2006 | 7798 | 44th Avenue Investors, LLC-10-0615571 | ROP check to client | -303,834.22 | 500.00 |
| Check | 09/25/2006 | Transfer | 44th Avenue Investors, LLC-10-0615571 | Exchange fee to IXG | -500.00 | 0.00 |
| General Journal | 09/27/2006 | | 44th Avenue Investors, LLC-10-0615571 | Interest Earned | 1,575.80 | 1,575.80 |
| Check | 09/27/2006 | 9392 | 44th Avenue Investors, LLC-10-0615571 | Interest Paid, 10-0615571 | -1,575.80 | 0.00 |
| **Total 10-0615571** | | | | | 0.00 | 0.00 |
| **Total 44th Avenue Investors, LLC** | | | | | 0.00 | 0.00 |
| **48th & Ward B2 (10-0412765)** | | | | | | |
| Deposit | 12/10/2004 | 10-0412765 | 48th & Ward B2 (10-0412765) | Wire from Land Title | 100,000.00 | 100,000.00 |
| General Journal | 12/10/2004 | | 48th & Ward B2 (10-0412765) | VOID: Wire Fee - I (will be pd by chk) | 0.00 | 100,000.00 |
| Check | 05/26/2005 | Wire | 48th & Ward B2 (10-0412765) | Wire to North American Title - Coors Tech Center | -100,000.00 | 0.00 |
| General Journal | 08/10/2005 | | 48th & Ward B2 (10-0412765) | Interest Earned | 158.22 | 158.22 |

UWB006533

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| Check | 08/10/2005 | 7378 | 48th & Ward B2 (10-0412765) | 10-0412765 Interest Paid | -156.22 | 0.00 |
| **Total 48th & Ward B2 (10-0412765)** | | | | | 0.00 | 0.00 |
| **48th & Ward B2, LLLP** | | | | | | |
| **10-0513359** | | | | | | |
| Deposit | 03/15/2005 | 10-0513359 | 48th & Ward B2, LLLP 10-0513359 | Wire from Land Title | 100,000.00 | 100,000.00 |
| General Journal | 03/15/2005 | | 48th & Ward B2, LLLP 10-0513359 | VOID: Wire Fee - I (will be pd by chk) | 0.00 | 100,000.00 |
| Check | 05/26/2005 | Wire | 48th & Ward B2, LLLP 10-0513359 | Wire to North American Title - Coors Tech Center | -100,000.00 | 0.00 |
| General Journal | 08/10/2005 | | 48th & Ward B2, LLLP 10-0513359 | Interest Earned | 67.12 | 67.12 |
| Check | 08/10/2005 | 7379 | 48th & Ward B2, LLLP 10-0513359 | 10-0513359 Interest Paid | -67.12 | 0.00 |
| **Total 10-0513359** | | | | | 0.00 | 0.00 |
| **10-0513931** | | | | | | |
| Deposit | 05/24/2005 | 10-0513931 | 48th & Ward B2, LLLP 10-0513931 | Wire from Land Title | 42,330.21 | 42,330.21 |
| General Journal | 05/24/2005 | | 48th & Ward B2, LLLP 10-0513931 | VOID: Wire Fee - I (void, per Steve - client will send) | 0.00 | 42,330.21 |
| Check | 06/16/2005 | Transfer | 48th & Ward B2, LLLP 10-0513931 | Transfer to Awassi Investment - purchase parked p | -42,330.21 | 0.00 |
| General Journal | 06/16/2005 | | 48th & Ward B2, LLLP 10-0513931 | VOID: Wire Fee - I (void, per Steve - client will send | 0.00 | 0.00 |
| **Total 10-0513931** | | | | | 0.00 | 0.00 |
| **10-0513932** | | | | | | |
| Deposit | 06/07/2005 | 10-0513932 | 48th & Ward B2, LLLP 10-0513932 | Wire from Land Title | 109,765.93 | 109,765.93 |
| General Journal | 06/07/2005 | | 48th & Ward B2, LLLP 10-0513932 | VOID: Wire Fee - I (void, per Steve - client will send | 0.00 | 109,765.93 |
| Check | 06/16/2005 | Transfer | 48th & Ward B2, LLLP 10-0513932 | Transfer to Awassi Investment - purchase parked p | -109,765.93 | 0.00 |
| General Journal | 06/16/2005 | | 48th & Ward B2, LLLP 10-0513932 | VOID: Wire Fee - O (void, per Steve - client will ser | 0.00 | 0.00 |
| **Total 10-0513932** | | | | | 0.00 | 0.00 |
| **Total 48th & Ward B2, LLLP** | | | | | | |
| **48th & Ward B3 (10-0411614)** | | | | | | |
| Deposit | 04/07/2004 | 1055810 | 48th & Ward B3 (10-0411614) | Check from Security Title Guaranty Co. (10-0411614) | 785,566.11 | 785,566.11 |
| Check | 09/28/2004 | Wire | 48th & Ward B3 (10-0411614) | Wire to North American Title | -427,848.00 | 357,718.11 |
| Check | 09/29/2004 | Transfer | 48th & Ward B3 (10-0411614) | Construction Draw to Webster Investment | -357,718.11 | 0.00 |
| General Journal | 02/03/2005 | | 48th & Ward B3 (10-0411614) | Interest Earned | 1,314.14 | 1,314.14 |
| Check | 02/04/2005 | 3639 | 48th & Ward B3 (10-0411614) | 10-0411614 Interest Paid | -1,314.14 | 0.00 |
| **Total 48th & Ward B3 (10-0411614)** | | | | | 0.00 | 0.00 |
| **48th & Ward B4 (10-0411736)** | | | | | | |
| Deposit | 04/30/2004 | 10-0411736 | 48th & Ward B4 (10-0411736) | Wire from Chicago Title of Colorado | 689,932.76 | 689,932.76 |
| General Journal | 04/30/2004 | | 48th & Ward B4 (10-0411736) | Wire Fee - I | -20.00 | 689,912.76 |

UWB006534

2:50 PM
10/04/06
Accrual Basis

# Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **48th & Ward B4 (10-0411736)** | | | | | | |
| Check | 09/28/2004 | | 48th & Ward B4 (10-0411736) | Wire to North American Title | -343,634.00 | 346,278.76 |
| Check | 09/29/2004 | Transfer | 48th & Ward B4 (10-0411736) | Construction Draw to Webster Investment | -346,278.76 | 0.00 |
| General Journal | 02/03/2005 | | 48th & Ward B4 (10-0411736) | Interest Earned | 1,002.28 | 1,002.28 |
| Check | 02/04/2005 | 3638 | 48th & Ward B4 (10-0411736) | 10-0411736 Interest Paid | -1,002.28 | 0.00 |
| **Total 48th & Ward B4 (10-0411736)** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **55 Acres Riverfront, LLC** | | | | | | |
| Deposit | 02/04/2005 | 25-051314 | 55 Acres Riverfront, LLC | Wire from Team Title Insurance | 695,234.06 | 695,234.06 |
| General Journal | 02/04/2005 | | 55 Acres Riverfront, LLC | Wire Fee - 1 | -20.00 | 695,214.06 |
| Check | 03/23/2005 | 3846 | 55 Acres Riverfront, LLC | E/6 Check to Cohen & Grigsby - Unit 1-5, Bldg 1&2 | -25,000.00 | 670,214.06 |
| General Journal | 03/23/2005 | | 55 Acres Riverfront, LLC | Overnight Fee | -20.00 | 670,194.06 |
| Check | 04/04/2005 | 7006 | 55 Acres Riverfront, LLC | E/6 Check to Cohen & Grigsby - Unit 1-5, Bldg 1&2 | -76,712.00 | 593,482.06 |
| General Journal | 04/04/2005 | | 55 Acres Riverfront, LLC | Overnight Fee | -20.00 | 593,462.06 |
| Check | 06/01/2005 | 7081 | 55 Acres Riverfront, LLC | E/6 Check to Cohen & Grigsby - Unit 1-5, Bldg 1&2 | -152,568.00 | 440,894.06 |
| General Journal | 06/01/2005 | | 55 Acres Riverfront, LLC | Overnight Fee | -20.00 | 440,874.06 |
| Check | 07/25/2005 | Wire | 55 Acres Riverfront, LLC | Wire to Cohen & Grigsby - Unit 1-5 Estero Park Co | -440,854.06 | 20.00 |
| General Journal | 07/25/2005 | | 55 Acres Riverfront, LLC | Wire fee - O | -20.00 | 0.00 |
| General Journal | 09/23/2005 | | 55 Acres Riverfront, LLC | Interest Earned | 937.64 | 937.64 |
| Check | 09/23/2005 | 7651 | 55 Acres Riverfront, LLC | 25-051314 Interest Paid | -937.64 | 0.00 |
| **Total 55 Acres Riverfront, LLC** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **6287 Arapahoe** | | | | | | |
| Deposit | 04/02/2003 | 10-0310513 | 6287 Arapahoe | Wire from Land Title | 1,326,029.83 | 1,326,029.83 |
| General Journal | 04/02/2003 | | 6287 Arapahoe | Incoming Wire Fee | -20.00 | 1,326,009.83 |
| Deposit | 04/18/2003 | 54667 | 6287 Arapahoe | May 2003 Payment Check from Naropa University | 4,355.34 | 1,330,365.17 |
| General Journal | 05/13/2003 | | 6287 Arapahoe | Wire fee-o | -20.00 | 1,330,345.17 |
| Deposit | 05/13/2003 | Wire | 6287 Arapahoe | Wire to Title Guaranty Escrow Services | -100,000.00 | 1,230,345.17 |
| Deposit | 05/21/2003 | 55039 | 6287 Arapahoe | June 2003 Payment | 4,355.54 | 1,234,700.71 |
| Deposit | 06/27/2003 | 56147 | 6287 Arapahoe | July 2003 Payment | 4,355.54 | 1,239,056.25 |
| Check | 07/18/2003 | Wire | 6287 Arapahoe | Wire to Title Guaranty Escrow Services | -1,239,036.25 | 20.00 |
| General Journal | 07/18/2003 | | 6287 Arapahoe | Wire Fee - O | -20.00 | 0.00 |
| Deposit | 07/23/2003 | 56736 | 6287 Arapahoe | August 2003 Payment | 4,355.54 | 4,355.54 |
| Deposit | 08/20/2003 | 57070 | 6287 Arapahoe | September 2003 Payment from Naropa University | 4,355.53 | 8,711.07 |
| Deposit | 09/22/2003 | 58314 | 6287 Arapahoe | October 2003 Payment from Naropa University | 4,355.54 | 13,066.61 |
| Check | 10/15/2003 | 1769 | 6287 Arapahoe | Proceeds Check to Client | -13,046.61 | 20.00 |
| General Journal | 10/15/2003 | | 6287 Arapahoe | Overnight Fee | -20.00 | 0.00 |
| Deposit | 08/11/2004 | | 6287 Arapahoe | Interest Earned | 1,285.70 | 1,285.70 |
| Check | 08/11/2004 | 2929 | 6287 Arapahoe | 10-0310513 Interest Paid | -1,285.70 | 0.00 |
| **Total 6287 Arapahoe** | | | | | 0.00 | 0.00 |

UWB006535

UWB006536

3:50 PM
10/04/06
Accrual Basis

## Investment Exchange Group
## IXG - Client Exchange Funds Report
As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **6895 Raspberry Run** | | | | | | |
| Deposit | 05/02/2003 | 10-0310585 | 6895 Raspberry Run | Check from Security Title | 10,918.95 | 10,918.95 |
| General Journal | 06/12/2003 | | 6895 Raspberry Run | Tax Advantage | -15.00 | 10,903.95 |
| Check | 10/21/2003 | Wire | 6895 Raspberry Run | Wire to Land Title Guarantee Co. | -10,883.95 | 20.00 |
| General Journal | 10/21/2003 | | 6895 Raspberry Run | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 12/19/2003 | | 6895 Raspberry Run | Interest Earned | 17.99 | 17.99 |
| Check | 12/19/2003 | 1997 | 6895 Raspberry Run | Interest Check to Client | -17.99 | 0.00 |
| **Total 6895 Raspberry Run** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **844 S. Grant Street Trust** | | | | | | |
| Deposit | 05/07/2003 | 55039930 | 844 S. Grant Street Trust | Check from Stewart Title | 163,443.36 | 163,443.36 |
| General Journal | 06/23/2003 | | 844 S. Grant Street Trust | Wire Fee - O | -20.00 | 163,423.36 |
| Check | 06/23/2003 | Wire | 844 S. Grant Street Trust | Check to 1stBank of Colorado - Return of Exchange | -163,423.36 | 0.00 |
| General Journal | 08/20/2003 | | 844 S. Grant Street Trust | Interest Earned | 73.66 | 73.66 |
| Check | 08/20/2003 | 1660 | 844 S. Grant Street Trust | Check to Client | -73.66 | 0.00 |
| **Total 844 S. Grant Street Trust** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **A & S Partnership** | | | | | | |
| **10-0515009** | | | | | | |
| Deposit | 12/15/2005 | 10-0515009 | A & S Partnership:10-0515009 | Wire from Dominique Rihs Es | 28,099.66 | 28,099.66 |
| General Journal | 12/15/2005 | | A & S Partnership:10-0515009 | Wire Fee - I | -20.00 | 28,079.66 |
| Deposit | 12/29/2005 | 10-0515009 | A & S Partnership:10-0515009 | Wire from B Brandt + A Brandt | 116,250.00 | 144,329.66 |
| General Journal | 12/29/2005 | | A & S Partnership:10-0515009 | Wire Fee - I | -20.00 | 144,309.66 |
| General Journal | 12/29/2005 | | A & S Partnership:10-0515009 | TaxAdvantage | -15.00 | 144,294.66 |
| Deposit | 01/18/2006 | 0193 | A & S Partnership:10-0515009 | Note Payment From Debenedetto, John | 901.29 | 145,195.95 |
| Deposit | 02/15/2006 | 0218 | A & S Partnership:10-0515009 | Note Payback from Debenedetto, John | 901.29 | 146,097.24 |
| Check | 03/02/2006 | Wire | A & S Partnership:10-0515009 | Wire to Marc F. Oates - 5465 Jaeger Rd | -146,077.24 | 20.00 |
| General Journal | 03/02/2006 | | A & S Partnership:10-0515009 | Wire fee - O | -20.00 | 0.00 |
| Deposit | 03/15/2006 | 0251 | A & S Partnership:10-0515009 | Note Payment from John Debenedetto | 901.29 | 901.29 |
| Check | 07/13/2006 | 7726 | A & S Partnership:10-0515009 | Proceeds check to client | -901.29 | 0.00 |
| General Journal | 07/20/2006 | | A & S Partnership:10-0515009 | Interest Earned | 89.65 | 89.65 |
| Check | 07/20/2006 | 9186 | A & S Partnership:10-0515009 | 10-0515009 Interest Paid | -89.65 | 0.00 |
| **Total 10-0515009** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total A & S Partnership** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **AAG Homes, LLC** | | | | | | |
| **10-0514291** | | | | | | |
| Deposit | 08/30/2005 | 10-0514291 | AAG Homes, LLC:10-0514291 | Wire from Arizona Title | 151,442.45 | 151,442.45 |

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| General Journal | 08/30/2005 | | AAQ Homes, LLC 10-0514291 | Wire Fee - I | -20.00 | 151,422.45 |
| Check | 10/27/2005 | Wire | AAQ Homes, LLC 10-0514291 | Wire to Stewart Title - 7939 Meadow Way Ct | -107,276.53 | 44,145.92 |
| General Journal | 10/27/2005 | | AAQ Homes, LLC 10-0514291 | Wire Fee - O | -20.00 | 44,125.92 |
| Deposit | 11/14/2005 | 6013895 | AAQ Homes, LLC 10-0514291 | Check from Stewart Title (Refund of overwire) | 903.00 | 45,028.92 |
| Check | 02/21/2006 | Wire | AAQ Homes, LLC 10-0514291 | Proceeds wire to client | -45,008.92 | 20.00 |
| General Journal | 02/21/2006 | | AAQ Homes, LLC 10-0514291 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 03/10/2006 | | AAQ Homes, LLC 10-0514291 | Interest Earned | 131.65 | 131.65 |
| Check | 03/10/2006 | 8668 | AAQ Homes, LLC 10-0514291 | 10-0514291, Interest Paid | -131.65 | 0.00 |
| **Total 10-0514291** | | | | | **0.00** | **0.00** |
| **Total AAQ Homes, LLC** | | | | | **0.00** | **0.00** |
| **Aaron Company** | | | | | | |
| Deposit | 08/25/2003 | 10-0310867 | Aaron Company | Wire from Title One Inc. | 109,105.26 | 109,105.26 |
| General Journal | 08/25/2003 | | Aaron Company | Wire Fee - I | -20.00 | 109,085.26 |
| Check | 09/18/2003 | Wire | Aaron Company | Wire to Land Title | -109,065.26 | 20.00 |
| General Journal | 09/18/2003 | | Aaron Company | Wire Fee - O | -20.00 | 0.00 |
| Check | 12/09/2003 | 1912 | Aaron Company | Interest Check to Client | -25.10 | -25.10 |
| General Journal | 12/09/2003 | | Aaron Company | Interest Earned | 25.10 | 0.00 |
| **Total Aaron Company** | | | | | **0.00** | **0.00** |
| **Abass, Abdool** | | | | | | |
| **25-0514210** | | | | | | |
| Deposit | 07/01/2005 | 25-0514210 | Abass, Abdool 25-0514210 | Wire from JM Title | 83,532.00 | 83,532.00 |
| General Journal | 07/01/2005 | | Abass, Abdool 25-0514210 | Wire Fee - I | -20.00 | 83,512.00 |
| Check | 07/05/2005 | Wire | Abass, Abdool 25-0514210 | Wire to Patriot Title - Lot 25 & 26 (4146 NE 21st Av | -83,492.00 | 20.00 |
| General Journal | 07/05/2005 | | Abass, Abdool 25-0514210 | Wire fee - O | -20.00 | 0.00 |
| **Total 25-0514210** | | | | | **0.00** | **0.00** |
| **Total Abass, Abdool** | | | | | **0.00** | **0.00** |
| **Abbs, Robert** | | | | | | |
| **10-0514596** | | | | | | |
| Deposit | 08/31/2005 | 10-0514596 | Abbs, Robert 10-0514596 | Wire from Farr Farr Emerich | 360,336.42 | 360,336.42 |
| General Journal | 08/31/2005 | | Abbs, Robert 10-0514596 | Wire Fee - I | -20.00 | 360,316.42 |
| Check | 09/15/2005 | Wire | Abbs, Robert 10-0514596 | Wire to Robert J Norton - 761 Brenda | -360,296.42 | 20.00 |
| General Journal | 09/15/2005 | | Abbs, Robert 10-0514596 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 11/14/2005 | | Abbs, Robert 10-0514596 | Interest Earned | 44.92 | 44.92 |
| Check | 11/14/2005 | 8001 | Abbs, Robert 10-0514596 | 10-0514596, Interest Paid | -44.92 | 0.00 |

Page 14 of 1429

UWB006537

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | | **Total 10-0514596** | 0.00 | 0.00 |
| | | | | | | |
| | | | | **Total Abbs, Robert** | 0.00 | 0.00 |
| | | | | | | |
| | | | | **Abdel-Malek, Refaat** | | |
| | | | | **50-0411850** | | |
| Deposit | 06/01/2004 | 50-0411850 | Abdel-Malek, Refaat 50-0411850 | Wire from Hawaii Escrow & Title, Inc. | 78,665.63 | 78,665.63 |
| General Journal | 06/01/2004 | | Abdel-Malek, Refaat 50-0411850 | Wire Fee -I | -20.00 | 78,645.63 |
| Deposit | 06/23/2004 | 7-4898 | Abdel-Malek, Refaat 50-0411850 | Check from Hawaii Escrow & Title | 10.66 | 78,656.29 |
| Check | 07/02/2004 | Wire | Abdel-Malek, Refaat 50-0411850 | EIS Wire to Stewart Title of Lubbock | -26,250.00 | 52,406.29 |
| General Journal | 07/02/2004 | | Abdel-Malek, Refaat 50-0411850 | Wire Fee -O | -20.00 | 52,386.29 |
| Check | 08/24/2004 | Wire | Abdel-Malek, Refaat 50-0411850 | Wire to Stewart Title of Lubbock | -27,172.89 | 25,213.40 |
| General Journal | 08/24/2004 | | Abdel-Malek, Refaat 50-0411850 | Wire Fee -O | -20.00 | 25,193.40 |
| Check | 08/24/2004 | Wire | Abdel-Malek, Refaat 50-0411850 | Wire to Stewart Title of Lubbock | -25,193.40 | 0.00 |
| General Journal | 11/01/2004 | | Abdel-Malek, Refaat 50-0411850 | Interest Earned | 48.49 | 48.49 |
| Check | 11/04/2004 | 3186 | Abdel-Malek, Refaat 50-0411850 | 50-0411850 Interest Paid | -48.49 | 0.00 |
| | | | | | | |
| | | | | **Total 50-0411850** | 0.00 | 0.00 |
| | | | | | | |
| | | | | **50-0411851** | | |
| Deposit | 07/01/2004 | 50-0411851 | Abdel-Malek, Refaat 50-0411851 | Wire from Hawaii Escrow & Title | 85,645.16 | 85,645.16 |
| General Journal | 07/01/2004 | | Abdel-Malek, Refaat 50-0411851 | Wire Fee -I | -20.00 | 85,625.16 |
| Check | 08/11/2004 | 2933 | Abdel-Malek, Refaat 50-0411851 | EIS Check to Omar Zayyad Brokers | -4,000.00 | 81,625.16 |
| General Journal | 08/11/2004 | | Abdel-Malek, Refaat 50-0411851 | Overnight Fee | -20.00 | 81,605.16 |
| Check | 08/24/2004 | Wire | Abdel-Malek, Refaat 50-0411851 | Wire to Stewart Title of Lubbock | -2,299.65 | 79,305.51 |
| General Journal | 08/24/2004 | | Abdel-Malek, Refaat 50-0411851 | Wire Fee -O | -20.00 | 79,285.51 |
| Check | 08/24/2004 | Wire | Abdel-Malek, Refaat 50-0411851 | Wire to Stewart Title of Lubbock | -27,509.27 | 51,776.24 |
| Check | 09/24/2004 | Wire | Abdel-Malek, Refaat 50-0411851 | Wire to Chicago Title & Trust | -51,756.24 | 20.00 |
| General Journal | 09/24/2004 | | Abdel-Malek, Refaat 50-0411851 | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 11/01/2004 | | Abdel-Malek, Refaat 50-0411851 | Interest Earned | 57.58 | 57.58 |
| Check | 11/04/2004 | 3185 | Abdel-Malek, Refaat 50-0411851 | 50-0411851 Interest Paid | -57.58 | 0.00 |
| | | | | | | |
| | | | | **Total 50-0411851** | 0.00 | 0.00 |
| | | | | | | |
| | | | | **50-0412769** | | |
| Deposit | 12/06/2004 | 50-0412769 | Abdel-Malek, Refaat 50-0412769 | Wire from Hawaii Escrow & Title | 100,280.69 | 100,280.69 |
| General Journal | 12/06/2004 | | Abdel-Malek, Refaat 50-0412769 | Wire Fee -I | -20.00 | 100,260.69 |
| Check | 12/09/2004 | Transfer | Abdel-Malek, Refaat 50-0412769 | Transfer to IXG - Exchange Fee | -500.00 | 99,760.69 |
| Check | 01/20/2005 | 3608 | Abdel-Malek, Refaat 50-0412769 | EIS Check to IMB Realty | -25,000.00 | 74,760.69 |
| Check | 01/20/2005 | 3609 | Abdel-Malek, Refaat 50-0412769 | EIS Check to IMB Realty | -25,000.00 | 49,760.69 |
| Check | 01/20/2005 | 3610 | Abdel-Malek, Refaat 50-0412769 | EIS Check to IMB Realty | -25,000.00 | 24,760.69 |
| General Journal | 01/20/2005 | | Abdel-Malek, Refaat 50-0412769 | Overnight Fee | -20.00 | 24,740.69 |

Page 15 of 1429

UWB006538

UWB006539

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
**As of September 30, 2006**

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 05/27/2005 | Transfer | Abdel-Malek, Refaat 50-0412769 | Transfer to IXG for Ihab Riad P1 - 802 Evanston | -17,757.00 | 6,983.69 |
| Check | 05/27/2005 | Wire | Abdel-Malek, Refaat 50-0412769 | Wire to Stewer Title - Lot 265 | -3,481.85 | 3,501.84 |
| Check | 05/27/2005 |  | Abdel-Malek, Refaat 50-0412769 | Wire to Stewart Title - Lot 264 | -3,481.84 | 20.00 |
| Check | 05/27/2005 | Wire | Abdel-Malek, Refaat 50-0412769 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 05/27/2005 |  | Abdel-Malek, Refaat 50-0412769 | Interest Earned | 71.27 | 71.27 |
| General Journal | 08/10/2005 |  | Abdel-Malek, Refaat 50-0412769 | Interest Earned | 71.27 | 0.00 |
| Check | 08/10/2005 | 7369 | Abdel-Malek, Refaat 50-0412769 | 50-0412769 Interest Paid | -71.27 | 0.00 |
| **Total 50-0412769** |  |  |  |  | **0.00** | **0.00** |
|  |  |  |  |  |  |  |
| **Total Abdel-Malek, Refaat** |  |  |  |  | **0.00** | **0.00** |
|  |  |  |  |  |  |  |
| **Abousaeedi, Saeed** |  |  |  |  |  |  |
| **10-0310829** |  |  |  |  |  |  |
| Deposit | 07/31/2003 | 10-0310829 | Abousaeedi, Saeed 10-0310829 | Wire from Title America | 107,710.64 | 107,710.64 |
| General Journal | 07/31/2003 |  | Abousaeedi, Saeed 10-0310829 | Wire Fee - I | -20.00 | 107,690.64 |
| Check | 08/05/2003 | 1622 | Abousaeedi, Saeed 10-0310829 | Check to IXG | -500.00 | 107,190.64 |
| Check | 10/29/2003 | Wire | Abousaeedi, Saeed 10-0310829 | Wire to Vista Title Company | -107,170.64 | 20.00 |
| General Journal | 10/29/2003 |  | Abousaeedi, Saeed 10-0310829 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 12/30/2003 |  | Abousaeedi, Saeed 10-0310829 | Interest Earned | 92.53 | 92.53 |
| Check | 12/30/2003 | 2076 | Abousaeedi, Saeed 10-0310829 | Interest Check to Client | -92.53 | 0.00 |
| **Total 10-0310829** |  |  |  |  | **0.00** | **0.00** |
|  |  |  |  |  |  |  |
| **10-0515212** |  |  |  |  |  |  |
| Deposit | 12/06/2005 | 10-0515212 | Abousaeedi, Saeed 10-0515212 | Wire from Security Title | 177,202.21 | 177,202.21 |
| General Journal | 12/06/2005 |  | Abousaeedi, Saeed 10-0515212 | Wire Fee-I | -20.00 | 177,182.21 |
| Check | 02/07/2006 | Wire | Abousaeedi, Saeed 10-0515212 | Wire to Security Title - 12007 Newport Dr | -177,112.08 | 70.13 |
| General Journal | 02/08/2006 |  | Abousaeedi, Saeed 10-0515212 | Wire fee - O | -20.00 | 50.13 |
| Check | 08/25/2006 | 7781 | Abousaeedi, Saeed 10-0515212 | ROP check mailed to client | -50.13 | 0.00 |
| General Journal | 08/31/2006 |  | Abousaeedi, Saeed 10-0515212 | Interest Earned | 103.74 | 103.74 |
| Check | 08/31/2006 | 9291 | Abousaeedi, Saeed 10-0515212 | Interest Paid, 10-0515212 | -103.74 | 0.00 |
| **Total 10-0515212** |  |  |  |  | **0.00** | **0.00** |
|  |  |  |  |  |  |  |
| **Total Abousaeedi, Saeed** |  |  |  |  | **0.00** | **0.00** |
|  |  |  |  |  |  |  |
| **Abrams, Luis** |  |  |  |  |  |  |
| **25-0513736** |  |  |  |  |  |  |
| Deposit | 04/29/2005 | 25-0513736 | Abrams, Luis 25-0513736 | Wire from Avalon Title | 59,126.08 | 59,126.08 |
| General Journal | 04/29/2005 |  | Abrams, Luis 25-0513736 | Wire Fee - I | -20.00 | 59,106.08 |
| Check | 05/06/2005 | Wire | Abrams, Luis 25-0513736 | ES Wire to Equity Land Title; 600 E. Canfield St. | -4,300.00 | 54,806.08 |
| General Journal | 05/06/2005 |  | Abrams, Luis 25-0513736 | Wire Fee - O | -20.00 | 54,786.08 |

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

UWB006540

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Abrante, Luis 25-0513736** | | | | | | |
| Check | 05/26/2005 | Wire | Abrante, Luis 25-0513736 | Wire to Equity Land Title - 600 E Canfield | -50,741.33 | 4,044.75 |
| General Journal | 05/26/2005 | | Abrante, Luis 25-0513736 | Wire Fee -O | -20.00 | 4,024.75 |
| Check | 06/21/2005 | Wire | Abrante, Luis 25-0513736 | Proceeds Wire to Client | -4,004.75 | 20.00 |
| General Journal | 06/21/2005 | | Abrante, Luis 25-0513736 | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 09/09/2005 | | Abrante, Luis 25-0513736 | Interest Earned | 14.34 | 14.34 |
| Check | 09/09/2005 | 7568 | Abrante, Luis 25-0513736 | 25-0513736 Interest Paid | -14.34 | 0.00 |
| **Total 25-0513736** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total Abrante, Luis** | | | | | 0.00 | |
| | | | | | | |
| **Adams, Charles** | | | | | | |
| **10-0513782** | | | | | | |
| Deposit | 05/06/2005 | 10-0513782 | Adams, Charles 10-0513782 | Wire from Title Guaranty Escrow Services | 69,461.16 | 69,461.16 |
| General Journal | 05/06/2005 | | Adams, Charles 10-0513782 | Wire Fee -I | -20.00 | 69,441.16 |
| Check | 05/27/2005 | Transfer | Adams, Charles 10-0513782 | Transfer to IXG - Exchange Fee | -500.00 | 68,941.16 |
| Check | 07/07/2005 | Wire | Adams, Charles 10-0513782 | Wire to Alliance Title - NOA Kingston ID | -68,921.16 | 20.00 |
| General Journal | 07/07/2005 | | Adams, Charles 10-0513782 | Wire fee -O | -20.00 | 0.00 |
| General Journal | 09/26/2005 | | Adams, Charles 10-0513782 | Interest Earned | -39.75 | -39.75 |
| Check | 09/26/2005 | 7653 | Adams, Charles 10-0513782 | 10-0513782 Interest Paid | 39.75 | 0.00 |
| General Journal | 09/27/2005 | | Adams, Charles 10-0513782 | Interest Earned | 0.00 | 0.00 |
| **Total 10-0513782** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **10-0514248** | | | | | | |
| Deposit | 08/05/2005 | 10-0514248 | Adams, Charles 10-0514248 | Wire from Title Guaranty | 113,545.40 | 113,545.40 |
| General Journal | 08/05/2005 | | Adams, Charles 10-0514248 | Wire Fee -I | -20.00 | 113,525.40 |
| Check | 10/27/2005 | Wire | Adams, Charles 10-0514248 | Proceeds Wire to Texas Energy Holdings | -50,500.00 | 63,025.40 |
| General Journal | 10/27/2005 | | Adams, Charles 10-0514248 | Wire Fee -O | -20.00 | 63,005.40 |
| Check | 10/27/2005 | Wire | Adams, Charles 10-0514248 | Proceeds Wire to Client | -62,985.40 | 20.00 |
| General Journal | 10/27/2005 | | Adams, Charles 10-0514248 | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 01/24/2006 | | Adams, Charles 10-0514248 | Interest Earned | 88.18 | 88.18 |
| Check | 01/24/2006 | 8320 | Adams, Charles 10-0514248 | 10-0514248, Interest Paid | -88.18 | 0.00 |
| **Total 10-0514248** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **50-0310790** | | | | | | |
| Deposit | 08/22/2003 | 50-0310790 | Adams, Charles 50-0310790 | Wire to Title Guaranty Escrow Service | 136,134.93 | 136,134.93 |
| General Journal | 08/22/2003 | | Adams, Charles 50-0310790 | Wire Fee -I | -20.00 | 136,114.93 |
| Check | 01/09/2004 | Wire | Adams, Charles 50-0310790 | Wire to Title Guaranty Escrow Services | -136,094.93 | 20.00 |
| General Journal | 01/09/2004 | | Adams, Charles 50-0310790 | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 02/11/2004 | | Adams, Charles 50-0310790 | Interest Earned | 182.73 | 182.73 |
| Check | 02/11/2004 | 2380 | Adams, Charles 50-0310790 | Interest Check to Client | -182.73 | 0.00 |

3:50 PM
10/04/06
Accrual Basis

# Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| | Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Total 50-0310790 | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| Total Adams, Charles | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| **Adams, Christina** | | | | | | | |
| | Deposit | 02/02/2005 | 25-0513106 | Adams, Christina | Wire from DBA Sunbelt Title Agency | 51,537.68 | 51,537.68 |
| | General Journal | 02/02/2005 | | Adams, Christina | Wire Fee -I | -20.00 | 51,517.68 |
| | Check | 02/18/2005 | Wire | Adams, Christina | Wire to Cape Coral Title | -51,497.68 | 20.00 |
| | General Journal | 02/18/2005 | | Adams, Christina | Wire Fee -O | -20.00 | 0.00 |
| | | | | | | | 0.00 |
| Total Adams, Christina | | | | | | 0.00 | |
| | | | | | | | |
| **Adams, Fred** | | | | | | | |
| | Deposit | 07/16/2003 | 10-0310749 | Adams, Fred | Wire from The Lee Law Firm, PC | 135,344.31 | 135,344.31 |
| | General Journal | 07/16/2003 | | Adams, Fred | Wire Fee -I | -20.00 | 135,324.31 |
| | Check | 08/22/2003 | Wire | Adams, Fred | Wire to Keyes Company | -135,304.31 | 20.00 |
| | General Journal | 08/22/2003 | | Adams, Fred | Wire Fee - O | -20.00 | 0.00 |
| | General Journal | 01/16/2004 | | Adams, Fred | Interest Earned | 48.01 | 48.01 |
| | Check | 01/16/2004 | 2203 | Adams, Fred | Interest Check to Client | -48.01 | 0.00 |
| Total Adams, Fred | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| **Adams, George** | | | | | | | |
| **15-0310834** | | | | | | | |
| | Deposit | 08/06/2003 | 303554 | Adams, George 15-0310834 | Check from Security Title Guaranty Company | 142,893.23 | 142,893.23 |
| | Check | 08/27/2003 | Wire | Adams, George 15-0310834 | Wire to Land Title Guarantee Co. | -142,873.23 | 20.00 |
| | General Journal | 08/27/2003 | | Adams, George 15-0310834 | Wire Fee -O | -20.00 | 0.00 |
| | General Journal | 10/20/2003 | | Adams, George 15-0310834 | Interest Earned | 28.77 | 28.77 |
| | Check | 10/20/2003 | 1780 | Adams, George 15-0310834 | Interest Check to Client | -28.77 | 0.00 |
| Total 15-0310834 | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| **15-0310835** | | | | | | | |
| | Deposit | 08/19/2003 | 10-0310835 | Adams, George 15-0310835 | Wire from Security Title Guaranty Company | 81,644.62 | 81,644.62 |
| | General Journal | 08/19/2003 | | Adams, George 15-0310835 | Wire Fee -I | -20.00 | 81,624.62 |
| | Check | 08/27/2003 | Wire | Adams, George 15-0310835 | Wire to Land Title Guarantee Co. | -81,624.62 | 0.00 |
| | General Journal | 10/20/2003 | | Adams, George 15-0310835 | Interest Earned | 6.26 | 6.26 |
| | Check | 10/20/2003 | 1781 | Adams, George 15-0310835 | Interest Check to Client | -6.26 | 0.00 |
| Total 15-0310835 | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| Total Adams, George | | | | | | 0.00 | 0.00 |

Page 18 of 1429

UWB006541

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
**As of September 30, 2006**

UWB006542

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Adams, Jack** | | | | | | |
| **25-0514821** | | | | | | |
| Deposit | 10/14/2005 | 25-0514821 | Adams_Jack:25-0514821 | Wire from 1405 Cape Coral | 394,060.79 | 394,060.79 |
| General Journal | 10/14/2005 | | Adams_Jack:25-0514821 | Wire Fee-I | -20.00 | 394,040.79 |
| Check | 11/18/2005 | Wire | Adams_Jack:25-0514821 | Wire to Brooks & Trenud - Lot 8 River Rd N | -98,808.45 | 295,232.34 |
| Check | 11/18/2005 | Wire | Adams_Jack:25-0514821 | Wire to Brooks & Trenud - 1008 S High St | -90,904.00 | 204,328.34 |
| Check | 11/18/2005 | Wire | Adams_Jack:25-0514821 | Wire to Brooks & Trenud - 203 S High St | -114,647.00 | 89,681.34 |
| General Journal | 11/18/2005 | | Adams_Jack:25-0514821 | Wire fee -O | -20.00 | 89,661.34 |
| Check | 12/12/2005 | Wire | Adams_Jack:25-0514821 | Wire to Brooks & Trenud - Lot 9 Sullivan Miss River | -89,641.34 | 20.00 |
| General Journal | 12/12/2005 | | Adams_Jack:25-0514821 | Wire fee - O | -20.00 | 0.00 |
| General Journal | 01/30/2006 | | Adams_Jack:25-0514821 | Interest Earned | 145.32 | 145.32 |
| Check | 01/30/2006 | 8415 | Adams_Jack:25-0514821 | 25-0514821, Interest Paid | -145.32 | 0.00 |
| **Total 25-0514821** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total Adams, Jack** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Adams, Jerry** | | | | | | |
| **25-0515051** | | | | | | |
| Deposit | 11/04/2005 | 25-0515051 | Adams_Jerry:25-0515051 | Wire from Rels Title | 334,992.07 | 334,992.07 |
| General Journal | 11/04/2005 | | Adams_Jerry:25-0515051 | Wire Fee-I | -20.00 | 334,972.07 |
| Check | 11/14/2005 | 7391 | Adams_Jerry:25-0515051 | EM Check to Rels Title - 1900 Virginia #701-C | -20,000.00 | 314,972.07 |
| General Journal | 11/14/2005 | | Adams_Jerry:25-0515051 | Overnight Fee | -20.00 | 314,952.07 |
| Check | 12/06/2005 | Wire | Adams_Jerry:25-0515051 | Wire to Rels Title - 1900 Virginia Ave #701 | -314,932.07 | 20.00 |
| General Journal | 12/06/2005 | | Adams_Jerry:25-0515051 | Wire fee - O | -20.00 | 0.00 |
| General Journal | 05/24/2006 | | Adams_Jerry:25-0515051 | Interest Earned | 92.14 | 92.14 |
| Check | 05/24/2006 | 9007 | Adams_Jerry:25-0515051 | Interest Paid, 25-0515051 | -92.14 | 0.00 |
| **Total 25-0515051** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total Adams, Jerry** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Adams, John** | | | | | | |
| **10-0311261** | | | | | | |
| Deposit | 01/07/2004 | 10-0311261 | Adams_John:10-0311261 | Wire from Alliance Title Company-Main Office | 95,954.59 | 95,954.59 |
| General Journal | 01/07/2004 | | Adams_John:10-0311261 | Wire Fee-I | -20.00 | 95,934.59 |
| Check | 04/05/2004 | Wire | Adams_John:10-0311261 | Wire to Security Title Agency | -95,914.59 | 20.00 |
| General Journal | 04/05/2004 | | Adams_John:10-0311261 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 05/14/2004 | | Adams_John:10-0311261 | Interest Earned | 82.79 | 82.79 |
| Check | 05/14/2004 | 2602 | Adams_John:10-0311261 | Interest Check to Client | -82.79 | 0.00 |

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

| | Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Total 10-0311261** | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| **25-0411552** | | | | | | | |
| | Deposit | 04/07/2004 | 3545 | Adams, John 25-0411552 | Check from Paradise Title Services Inc. | 26,528.01 | 26,528.01 |
| | Check | 04/14/2004 | 2540 | Adams, John 25-0411552 | Return of Partial Proceeds: Check to Client | -11,028.01 | 15,500.00 |
| | Check | 04/16/2004 | 2547 | Adams, John 25-0411552 | Check to IXG | -500.00 | 15,000.00 |
| | Check | 08/15/2004 | Wire | Adams, John 25-0411552 | Wire to Moss & Popov | -14,980.00 | 20.00 |
| | General Journal | 09/15/2004 | | Adams, John 25-0411552 | Wire Fee -O | -20.00 | 0.00 |
| | General Journal | 10/29/2004 | | Adams, John 25-0411552 | Interest Earned | 23.43 | 23.43 |
| | General Journal | 11/04/2004 | 3184 | Adams, John 25-0411552 | VOID 25-0411552 Interest Paid | 0.00 | 23.43 |
| | Check | 11/10/2004 | 3240 | Adams, John 25-0411552 | 25-0411552 Interest Paid | -23.43 | 0.00 |
| | | | | | | | |
| **Total 25-0411552** | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| **Adams, Karin** | | | | | | | |
| **10-0615744** | | | | | | | |
| | Deposit | 05/12/2006 | Wire | Adams, Karin 10-0615744 | Wire from Central CO Title Escrow | 633,427.60 | 633,427.60 |
| | General Journal | 05/12/2006 | | Adams, Karin 10-0615744 | Wire Fee -I | -20.00 | 633,407.60 |
| | | | | | | | |
| **Total 10-0615744** | | | | | | 633,407.60 | 633,407.60 |
| | | | | | | | |
| **Total Adams, Karin** | | | | | | 633,407.60 | 633,407.60 |
| | | | | | | | |
| **Adams, Richard & Cassandra** | | | | | | | |
| **10-0513798** | | | | | | | |
| | Deposit | 05/11/2005 | 10-0513798 | Adams, Richard & Cassandra 10-0513798 | Wire from Francis P. Scola | 96,641.14 | 96,641.14 |
| | General Journal | 05/11/2005 | | Adams, Richard & Cassandra 10-0513798 | Wire Fee -I | -20.00 | 96,621.14 |
| | Check | 05/31/2005 | Wire | Adams, Richard & Cassandra 10-0513798 | Wire to Action Title - 3327 Middleton (lot 8 block 51 | -96,621.14 | 0.00 |
| | General Journal | 09/09/2005 | | Adams, Richard & Cassandra 10-0513798 | Interest Earned | 16.68 | 16.68 |
| | Check | 09/09/2005 | 7572 | Adams, Richard & Cassandra 10-0513798 | 10-0513798 Interest Paid | -16.68 | 0.00 |
| | | | | | | | |
| **Total 10-0513798** | | | | | | 0.00 | 0.00 |
| | | | | | | | |
| **10-0513814** | | | | | | | |
| | Deposit | 05/11/2005 | 10-0513814 | Adams, Richard & Cassandra 10-0513814 | Wire from Francis P. Scola | 33,324.38 | 33,324.38 |
| | General Journal | 05/11/2005 | | Adams, Richard & Cassandra 10-0513814 | Wire Fee -I | -20.00 | 33,304.38 |
| | Check | 05/31/2005 | Wire | Adams, Richard & Cassandra 10-0513814 | Wire to Action Title - 3327 Middleton (lot 8 block 51 | -33,284.38 | 20.00 |
| | General Journal | 05/31/2005 | | Adams, Richard & Cassandra 10-0513814 | Wire fee -O | -20.00 | 0.00 |
| | | | | | | | |
| **Total 10-0513814** | | | | | | 0.00 | 0.00 |

UWB006543

3:59 PM
10/04/06
Accrual Basis

## Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **Total Adams, Richard & Cassandra** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Adamson, Benita** | | | | | | |
| Deposit | 01/14/2005 | 25-0412895 | Adamson, Benita | Wire from ATI Title Company | 248,436.50 | 248,436.50 |
| General Journal | 01/14/2005 | | Adamson, Benita | Wire Fee -I | -20.00 | 248,416.50 |
| Check | 02/22/2005 | Wire | Adamson, Benita | Proceeds Wire to Client | -248,396.50 | 20.00 |
| General Journal | 02/22/2005 | | Adamson, Benita | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 03/18/2005 | | Adamson, Benita | Interest Earned | 88.14 | 88.14 |
| Check | 03/18/2005 | 3820 | Adamson, Benita | 25-0412895 Interest Paid | -88.14 | 0.00 |
| **Total Adamson, Benita** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Adelman, Jonathan** | | | | | | |
| Deposit | 06/25/2004 | 10-0412032 | Adelman, Jonathan | Wire from Guardian Title Agency | 82,541.58 | 82,541.58 |
| General Journal | 06/25/2004 | | Adelman, Jonathan | Wire Fee -O | -20.00 | 82,521.58 |
| Deposit | 06/28/2004 | 10-0412032 | Adelman, Jonathan | Wire from Guardian Title Agency | 6,000.00 | 88,521.58 |
| Check | 08/19/2004 | Wire | Adelman, Jonathan | Wire to Buechman Ahern Persons & Bankston | -88,501.58 | 20.00 |
| General Journal | 08/19/2004 | | Adelman, Jonathan | Wire Fee -O | -20.00 | 0.00 |
| Deposit | 08/20/2004 | 10-0412032 | Adelman, Jonathan | Wire from Buechman, Ahern & Persona | 44,250.79 | 44,250.79 |
| General Journal | 08/20/2004 | | Adelman, Jonathan | VOID: Wire Fee - I (void, IXG error) | 0.00 | 44,250.79 |
| Check | 09/30/2004 | Wire | Adelman, Jonathan | Wire to Sun City Title | -44,230.79 | 20.00 |
| General Journal | 09/30/2004 | | Adelman, Jonathan | Wire Fee -O | -20.00 | 0.00 |
| General Journal | 12/22/2004 | | Adelman, Jonathan | Interest Earned | 61.36 | 61.36 |
| Check | 12/22/2004 | 3459 | Adelman, Jonathan | 10-0412032 Interest Paid | -61.36 | 0.00 |
| **Total Adelman, Jonathan** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Adkisson Family Associates, LLC** | | | | | | |
| **10s-0610065** | | | | | | |
| Deposit | 09/14/2006 | Wire | Adkisson Family Associates, LLC-10s-0610065 | Wire from Title America | 389,575.57 | 389,575.57 |
| General Journal | 09/14/2006 | | Adkisson Family Associates, LLC-10s-0610065 | Wire Fee -I | -20.00 | 389,555.57 |
| Check | 09/14/2006 | Wire | Adkisson Family Associates, LLC-10s-0610065 | Wire to S Colorado Title - 601 W Main St | -223,642.26 | 165,913.31 |
| General Journal | 09/14/2006 | | Adkisson Family Associates, LLC-10s-0610065 | Wire Fee -O | -20.00 | 165,893.31 |
| Check | 09/26/2006 | Transfer | Adkisson Family Associates, LLC-10s-0610065 | Option Fee to 15 Trust Investment, LLC | -4,500.00 | 161,393.31 |
| **Total 10s-0610065** | | | | | 161,393.31 | 161,393.31 |
| | | | | | | |
| **Total Adkisson Family Associates, LLC** | | | | | 161,393.31 | 161,393.31 |
| | | | | | | |
| **AFB201, LLC** | | | | | | |
| **10-0615987** | | | | | | |
| Deposit | 07/10/2006 | Wire | AFB201, LLC-10-0615987 | Wire from Chicago Title of Colorado | 456,857.06 | 456,857.06 |

Page 21 of 1429

UWB006544

3:50 PM
10/04/06
Accrual Basis

# Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| **10-0615987** | | | | | | |
| General Journal | 07/10/2006 | | AFB201, LLC:10-0615987 | Wire Fee - I | -20.00 | 456,837.06 |
| **Total 10-0615987** | | | | | 456,837.06 | 456,837.06 |
| | | | | | | |
| **Total AFB201, LLC** | | | | | 456,837.06 | 456,837.06 |
| | | | | | | |
| **Affinito, Laurette** | | | | | | |
| **10-0513729** | | | | | | |
| Deposit | 05/12/2005 | 10-0513729 | Affinito, Laurette:10-0513729 | Wire from Law Offices of Cubit | 250,000.00 | 250,000.00 |
| General Journal | 05/12/2005 | | Affinito, Laurette:10-0513729 | Wire Fee - I | -20.00 | 249,980.00 |
| Check | 06/09/2005 | Wire | Affinito, Laurette:10-0513729 | Wire to Associated Land - Marion County | -186,000.00 | 63,980.00 |
| General Journal | 06/09/2005 | | Affinito, Laurette:10-0513729 | Wire Fee - O | -20.00 | 63,960.00 |
| Check | 06/09/2005 | Wire | Affinito, Laurette:10-0513729 | Wire to Florida Land Title - Jackson County | -63,940.00 | 20.00 |
| General Journal | 06/09/2005 | | Affinito, Laurette:10-0513729 | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 03/10/2006 | | Affinito, Laurette:10-0513729 | Interest Earned | 62.32 | 62.32 |
| Check | 03/10/2006 | 8674 | Affinito, Laurette:10-0513729 | 10-0513729, Interest Paid | -62.32 | 0.00 |
| **Total 10-0513729** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total Affinito, Laurette** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **AGAP Properties** | | | | | | |
| **10-0310669** | | | | | | |
| Deposit | 06/04/2003 | 10-0310669 | AGAP Properties:10-0310669 | Wire from Chicago Title and Trust Co. | 895,773.39 | 895,773.39 |
| General Journal | 06/04/2003 | | AGAP Properties:10-0310669 | Wire Fee - I | -10.00 | 895,763.39 |
| Check | 11/20/2003 | Wire | AGAP Properties:10-0310669 | Wire to Land Title Guarantee Co. | 0.00 | 895,763.39 |
| Check | 11/21/2003 | Wire | AGAP Properties:10-0310669 | Wire to Land Title Guarantee Co. | -895,753.39 | 10.00 |
| General Journal | 11/21/2003 | | AGAP Properties:10-0310669 | Wire Fee - O | -10.00 | 0.00 |
| General Journal | 02/02/2004 | | AGAP Properties:10-0310669 | Interest Earned | 1,460.22 | 1,460.22 |
| Check | 02/02/2004 | 2329 | AGAP Properties:10-0310669 | Interest Check to Client | -1,460.22 | 0.00 |
| **Total 10-0310669** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **10-0310670** | | | | | | |
| Deposit | 06/04/2003 | 10-0310670 | AGAP Properties:10-0310670 | Wire from Chicago Title and Trust Co. | 2,210,236.99 | 2,210,236.99 |
| General Journal | 06/04/2003 | | AGAP Properties:10-0310670 | Wire Fee - I | -10.00 | 2,210,226.99 |
| Check | 11/20/2003 | Wire | AGAP Properties:10-0310670 | Wire to Land Title Guarantee Co. | 0.00 | 2,210,226.99 |
| General Journal | 11/20/2003 | | AGAP Properties:10-0310670 | VOID: Wire Fee - O | 0.00 | 2,210,226.99 |
| Check | 11/21/2003 | Wire | AGAP Properties:10-0310670 | Wire to Land Title Guarantee Co. | -2,210,216.99 | 10.00 |
| General Journal | 11/21/2003 | | AGAP Properties:10-0310670 | Wire Fee - O | -10.00 | 0.00 |
| General Journal | 02/02/2004 | | AGAP Properties:10-0310670 | Interest Earned | 3,602.97 | 3,602.97 |
| Check | 02/02/2004 | 2328 | AGAP Properties:10-0310670 | Interest Check to Client | -3,602.97 | 0.00 |

UWB006545

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2005

UWB006546

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Total 10-0310670 | | | | | 0.00 | 0.00 |
| | | | | | | |
| Total AGAP Properties | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Agles, Kelli** | | | | | | |
| Deposit | 05/12/2003 | 25-0310615 | Agles, Kelli | Wire from Golden Coast Title Services | 38,695.38 | 38,695.38 |
| General Journal | 05/12/2003 | | Agles, Kelli | Wire fee-i | -20.00 | 38,675.38 |
| General Journal | 06/12/2003 | | Agles, Kelli | Wire fee-o | -20.00 | 38,655.38 |
| Check | 06/12/2003 | Wire | Agles, Kelli | Wire to Team Title | -26,058.40 | 12,596.98 |
| Check | 06/12/2003 | Wire | Agles, Kelli | Wire to First Community Title | -9,684.16 | 2,912.82 |
| General Journal | 06/12/2003 | | Agles, Kelli | Wire fee-o | -20.00 | 2,892.82 |
| Check | 05/12/2003 | Wire | Agles, Kelli | Wire to Guardian Title | -2,835.12 | 57.70 |
| General Journal | 06/12/2003 | | Agles, Kelli | Wire fee-o | -20.00 | 37.70 |
| Check | 01/15/2004 | 2177 | Agles, Kelli | Proceeds Check to Client | -37.70 | 0.00 |
| General Journal | 01/15/2004 | | Agles, Kelli | Interest Earned | 11.58 | 11.58 |
| Check | 01/15/2004 | 2178 | Agles, Kelli | Interest Check to Client | -11.58 | 0.00 |
| | | | | | | |
| Total Agles, Kelli | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Aguilar, Alex** | | | | | | |
| **10-0513439** | | | | | | |
| Deposit | 03/21/2005 | 10-0513439 | Aguilar, Alex:10-0513439 | Wire from Re-ex Palm Springs, Inc. | 270,300.49 | 270,300.49 |
| General Journal | 03/21/2005 | | Aguilar, Alex:10-0513439 | Wire Fee -I | -20.00 | 270,280.49 |
| Check | 04/21/2005 | Wire | Aguilar, Alex:10-0513439 | Wire to Chicago Title - 1.499% Exchange Dr | -124,875.00 | 145,405.49 |
| General Journal | 04/21/2005 | | Aguilar, Alex:10-0513439 | Wire Fee - O | -20.00 | 145,385.49 |
| Check | 05/12/2005 | Transfer | Aguilar, Alex:10-0513439 | Transfer to IXG - Exchange Fee | -250.00 | 145,135.49 |
| Check | 05/13/2005 | Wire | Aguilar, Alex:10-0513439 | Wire to Wells Fargo Bank: 11245 West Road | -144,000.00 | 1,135.49 |
| General Journal | 05/13/2005 | | Aguilar, Alex:10-0513439 | Wire Fee - O | -20.00 | 1,115.49 |
| Check | 07/08/2005 | 7156 | Aguilar, Alex:10-0513439 | Proceeds Check to Client | 0.00 | 1,115.49 |
| General Journal | 07/08/2005 | | Aguilar, Alex:10-0513439 | Overnight Fee | -20.00 | 1,095.49 |
| Check | 07/08/2005 | 7157 | Aguilar, Alex:10-0513439 | Proceeds Check to Client | -1,095.49 | 0.00 |
| General Journal | 09/09/2005 | | Aguilar, Alex:10-0513439 | Interest Earned | 106.43 | 106.43 |
| Check | 09/09/2005 | 7556 | Aguilar, Alex:10-0513439 | 10-0513439 Interest Paid | -106.43 | 0.00 |
| | | | | | | |
| Total 10-0513439 | | | | | 0.00 | 0.00 |
| | | | | | | |
| Total Aguilar, Alex | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Agustin, Emerita** | | | | | | |
| Deposit | 08/24/2004 | 25-J412319 | Agustin, Emerita | Wire from Sunshine Title of SW Florida | 68,700.52 | 68,700.52 |
| General Journal | 08/24/2004 | | Agustin, Emerita | Wire Fee -O | -20.00 | 68,680.52 |
| Check | 10/08/2004 | Wire | Agustin, Emerita | Wire to Sunshine Title of SW Florida | -65,838.32 | 2,842.20 |

3:50 PM
10/04/06
Accrual Basis

# Investment Exchange Group
## IXG - Client Exchange Funds Report
### As of September 30, 2006

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | **Agustin, Emerita** | | | |
| General Journal | 10/08/2004 | | Agustin, Emerita | Wire Fee - O | -20.00 | 2,822.20 |
| Check | 10/20/2004 | Wire | Agustin, Emerita | Wire to Select Title Guaranty Agency | -2,802.20 | 20.00 |
| General Journal | 10/20/2004 | | Agustin, Emerita | Wire Fee - O | -20.00 | 0.00 |
| General Journal | 11/17/2004 | | Agustin, Emerita | Interest Earned | 28.64 | 28.64 |
| Check | 11/18/2004 | 3295 | Agustin, Emerita | 25-0412319 Interest Paid | -28.64 | 0.00 |
| | | | | | | |
| **Total Agustin, Emerita** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Aharoni, Eitan** | | | | | | |
| **25-0513169** | | | | | | |
| Deposit | 03/17/2005 | 25-0513169 | Aharoni, Eitan-25-0513169 | Wire from First American Title | 55,122.88 | 55,122.88 |
| General Journal | 03/17/2005 | | Aharoni, Eitan-25-0513169 | Wire Fee - I | -20.00 | 55,102.88 |
| General Journal | 05/02/2005 | | Aharoni, Eitan-25-0513169 | TaxAdvantage Fee | -15.00 | 55,087.88 |
| Check | 06/02/2005 | Wire | Aharoni, Eitan-25-0513169 | Wire to Chicago Title Co - 015-151-08 | -18,800.00 | 36,287.88 |
| General Journal | 06/02/2005 | | Aharoni, Eitan-25-0513169 | Wire fee - O | -20.00 | 36,267.88 |
| Check | 06/02/2005 | Wire | Aharoni, Eitan-25-0513169 | Wire to Chicago Title Co - 008-192-08 & 015-451-0 | -36,247.88 | 20.00 |
| General Journal | 06/02/2005 | | Aharoni, Eitan-25-0513169 | Wire Fee - O | -20.00 | 0.00 |
| Deposit | 07/11/2005 | 25-0513169 | Aharoni, Eitan-25-0513169 | Check from Chicago Title Co. | 14,637.84 | 14,637.84 |
| Check | 09/07/2005 | 7252 | Aharoni, Eitan-25-0513169 | Proceeds Check to Client | -14,637.84 | 0.00 |
| General Journal | 09/29/2005 | | Aharoni, Eitan-25-0513169 | Interest Earned | 47.49 | 47.49 |
| Check | 09/29/2005 | 7712 | Aharoni, Eitan-25-0513169 | 25-0513169 Interest Paid | -47.49 | 0.00 |
| | | | | | | |
| **Total 25-0513169** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **25-0615481** | | | | | | |
| Deposit | 03/01/2006 | 25-0615481 | Aharoni, Eitan-25-0615481 | Wire From First American Title | 117,171.85 | 117,171.85 |
| General Journal | 03/01/2006 | | Aharoni, Eitan-25-0615481 | Wire Fee-I | -20.00 | 117,151.85 |
| Check | 03/17/2006 | Wire | Aharoni, Eitan-25-0615481 | Wire to Alamo Title - 8031 Jalene Oaks | -44,645.49 | 72,506.36 |
| General Journal | 03/17/2006 | | Aharoni, Eitan-25-0615481 | Wire fee - O | -20.00 | 72,486.36 |
| General Journal | 04/10/2006 | | Aharoni, Eitan-25-0615481 | TaxAdvantage Fee | -15.00 | 72,471.36 |
| Check | 08/11/2006 | Wire | Aharoni, Eitan-25-0615481 | Wire to First American - 7050 E Sunrise #02034 | -42,313.59 | 30,157.77 |
| General Journal | 08/11/2006 | | Aharoni, Eitan-25-0615481 | Wire fee - O | -20.00 | 30,137.77 |
| Check | 08/14/2006 | Wire | Aharoni, Eitan-25-0615481 | Wire to First American - 7050 E Sunrise Dr #20204 | -30,137.77 | 0.00 |
| General Journal | 09/09/2006 | | Aharoni, Eitan-25-0615481 | Interest Earned | 339.29 | 339.29 |
| Check | 09/09/2006 | 9317 | Aharoni, Eitan-25-0615481 | Interest Paid, #25-0615481 | -339.29 | 0.00 |
| | | | | | | |
| **Total 25-0615481** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Total Aharoni, Eitan** | | | | | 0.00 | 0.00 |
| | | | | | | |
| **Ahrens, A.J.** | | | | | | |
| **25-0514430** | | | | | | |
| Deposit | 07/28/2005 | 25-0514430 | Ahrens, A.J.-25-0514430 | Wire from Stewart Title | 187,996.41 | 187,996.41 |

Page 24 of 1429

UWB006547

3:50 PM
10/04/06
Accrual Basis

**Investment Exchange Group**
**IXG - Client Exchange Funds Report**
As of September 30, 2006

| | | Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|------|------|-----|------|------|--------|---------|
| | | General Journal | 07/28/2005 | | Ahrens, A.J.-25-0514430 | Wire fee -I | -20.00 | 187,976.41 |
| | | Check | 08/18/2005 | Wire | Ahrens, A.J.-25-0514430 | EM Wire to Executive Title - 16080 & 16088 Salian | -4,000.00 | 183,976.41 |
| | | General Journal | 08/18/2005 | | Ahrens, A.J.-25-0514430 | Wire Fee - O | -20.00 | 183,956.41 |
| | | Check | 09/15/2005 | Wire | Ahrens, A.J.-25-0514430 | Wire to Executive Title - 16080 & 16088 Galiano | -166,350.81 | 17,605.60 |
| | | General Journal | 09/15/2005 | | Ahrens, A.J.-25-0514430 | Wire Fee - O | -20.00 | 17,585.60 |
| | | Check | 09/16/2005 | Wire | Ahrens, A.J.-25-0514430 | Wire to Executive Title - 307 Mendoza | -2,000.00 | 15,585.60 |
| | | General Journal | 09/16/2005 | | Ahrens, A.J.-25-0514430 | Wire Fee - O | -20.00 | 15,565.60 |
| | | Check | 10/14/2005 | Wire | Ahrens, A.J.-25-0514430 | EM Wire to Team Title - 307 Mendoza | -15,545.60 | 20.00 |
| | | General Journal | 10/14/2005 | | Ahrens, A.J.-25-0514430 | Wire Fee - O | -20.00 | 0.00 |
| | | General Journal | 01/24/2006 | | Ahrens, A.J.-25-0514430 | Interest Earned | 87.99 | 87.99 |
| | | Check | 01/24/2006 | 8302 | Ahrens, A.J.-25-0514430 | 25-0514430, Interest Paid | -87.99 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| **Total 25-0514430** | | | | | | | 0.00 | 0.00 |
| | | | | | | | | |
| **Total Ahrens, A.J.** | | | | | | | 0.00 | 0.00 |
| | | | | | | | | |
| **Ainsworth, Leslie & Katherine** | | | | | | | | |
| **10-061564R** | | | | | | | | |
| | | Deposit | 04/03/2006 | Wire | Ainsworth, Leslie & Katherine-10-061564R | Wire from Land Title Guarantee Co. | 448,117.40 | 448,117.40 |
| | | General Journal | 04/03/2006 | | Ainsworth, Leslie & Katherine-10-061564R | Wire Fee - I | -20.00 | 448,097.40 |
| | | Check | 04/05/2006 | Transfer | Ainsworth, Leslie & Katherine-10-061564R | Construction Draw to Healy Investment, LLC | -10,000.00 | 438,097.40 |
| | | | | | | | 438,097.40 | 438,097.40 |
| **Total 10-061564R** | | | | | | | 438,097.40 | 438,097.40 |
| | | | | | | | | |
| **Total Ainsworth, Leslie & Katherine** | | | | | | | 438,097.40 | 438,097.40 |
| | | | | | | | | |
| **Akert, Wayne** | | | | | | | | |
| **15-0615520** | | | | | | | | |
| | | Deposit | 03/06/2006 | Wire | Akert, Wayne-15-0615520 | Wire from Barnsey Escrow Inc. | 86,874.17 | 86,874.17 |
| | | General Journal | 03/06/2006 | | Akert, Wayne-15-0615520 | Wire Fee - I | -20.00 | 86,854.17 |
| | | Check | 08/30/2006 | 7765 | Akert, Wayne-15-0615520 | ROP check to client | -86,834.17 | 0.00 |
| | | General Journal | 08/30/2006 | | Akert, Wayne-15-0615520 | Overnight Fee | -20.00 | 0.00 |
| | | General Journal | 09/08/2006 | | Akert, Wayne-15-0615520 | Interest Earned | 416.42 | 416.42 |
| | | Check | 09/08/2006 | 9315 | Akert, Wayne-15-0615520 | Interest Paid, 15-0615520 | -416.42 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| **Total 15-0615520** | | | | | | | 0.00 | 0.00 |
| | | | | | | | | |
| **Total Akert, Wayne** | | | | | | | 0.00 | 0.00 |
| | | | | | | | | |
| **Akhavan, Mohamad** | | | | | | | | |
| | | Deposit | 03/09/2004 | 25-0411423 | Akhavan, Mohamad | Wire from First Community Title Services Inc. | 30,400.52 | 30,400.52 |
| | | General Journal | 03/09/2004 | | Akhavan, Mohamad | Wire Fee - I | -20.00 | 30,380.52 |

UWB006548

# Exhibit 12

## Matrix Capital Bank
### Standard Procedure

| | |
|---|---|
| **Procedure Name:** | **High Risk Account Monitoring** |
| **Originating Department:** | Compliance |
| **Senior Officer:** | Jack Carter |
| **Origination Date:** | April 6, 2005 |
| **Amended Date:** | |
| **Compliance Review Required:** | ☒Yes ☐ No |
| **Compliance Review Date**: | July 19, 2005 |
| **Attachments to this procedure:** | None |

---

**It is the policy of Matrix Capital Bank that all customer information, specifically information that meets the definition of non-public personal information, be stored in a confidential, safe and secure manner at all times.   Please refer to Customer Information Security Policy for further details**

Any deposit accounts falling in the following categories are classified as "High Risk".

- Sales of cars, boats, airplanes, farm equipment, any type of vessel or mobile home.
- Attorney
- Accountant or accountancy firms
- Doctor
- Auctioneers or auction houses
- Charter travel companies (for ships, buses and aircraft)
- Gaming establishments
- Investment advisory or investment banking services
- Real estate brokerages
- Pawn brokers
- Title Insurance and real estate closing
- Trade union activities
- Qualified Intermediary (QI) DDA, main MMDA and NOW accounts only
    - Sub accounts are not classified high risk
- Any customer on which a SAR has been filed.


## Branch 27 High Risk Account Monitoring

The Compliance Department will review the Deposit Opened Account Journal with the branch manager to determine what account fall into the high risk category. Any account classified as high risk will be subject to continuous monitoring.  A decision on monitoring accounts not classified as high risk will be made by management and the Compliance Department.  Such accounts may include any accounts not opened in person.

1

MCB 0464

## QI High Risk Account Monitoring

The Bank expects a high volume of wire activity in QI accounts. To monitor this activity, the Operations Department will generate and monitor a weekly cumulative report that provides sufficient detail to monitor wire activity for any developing patterns. Wires to or from banks, title companies, escrow firms or real estate attorneys are not considered high risk and will be excluded from the report. Any Q. I. account generating more than ten non-attorney or non-title company related transfers during a thirty day period, should be referred to the Compliance Officer.    Any other patterns or suspicious activity detected should immediately be referred to the Compliance Officer.

The main corporate accounts for QI customers are subject to account monitoring for a period of six months. Sub-accounts are not considered high risk. By monitoring the wire activity through the main corporate accounts, any unusual activity in the sub accounts should be detected.

The Compliance Department will review the results of the monitoring on a monthly basis.

Since the Q.I. sub-accounts are expected to remain open for no more than six (6) months, data older than nine (9) months should be moved to a separate worksheet to prevent the report from becoming to unwieldy. Using nine (9) month criteria should prevent data from being prematurely removed from consideration.

## Submission to Compliance

The High Risk Monitoring Form found at the end of this procedure should be completed and submitted to the Compliance Department by the 10th of the month following opening, for any new branch, wholesale or Q.I. account classified as high risk .

Ongoing monitoring information should be input to the monitoring spreadsheet  no later than the 10th of the month following the activity.

Compliance will review the forms for suspicious activity.  They will advise the account officer if monitoring is no longer required.

Monitoring results will be reported to the Compliance Committee and the Board on a quarterly basis.

MCB 0465

# Exhibit 13

| | |
|---|---|
| **From:** | Shirley McCabe |
| **Sent:** | Monday, October 17, 2005 12:00 PM |
| **To:** | 'Judy Thornton' |
| **Cc:** | Shon Ridenour; Marilyda Stel |
| **Subject:** | RE: Could I impose on you please? |

Other than the DNA testing, eye scan and finger printing, that's pretty much it!


On a more serious note. The process we have in place is; an administrator verifies the funds, verifies the client's settlement sheet and then coordinates with the title company. All corresponding numbers must be correct with our client exchange proceeds account balance before the wires are sent out. These transactions are calendared for the day of closing, given to us by the client and/or title closer. Marilyda, Idania, Shon or a consultant signs the settlement sheet or a person who has the authority to release a wire. This is also in line with our bonding requirements.


Let me know if you have any other questions.



Shirley McCabe

Vice President, Marketing


Investment Exchange Group

650 South Cherry Street, Suite 920

Denver, CO 80246

303.331.1031   Tel

303.331.8448   Fax

800.908.1031   Toll Free


www.ixg1031.com <http://www.ixg1031.com/>


From: Judy Thornton [mailto:JThornton@matrixbancorp.com]
Sent: Monday, October 17, 2005 9:44 AM
To: Shirley McCabe
Subject: RE: Could I impose on you please?


I understand - thank you . I'll call him.

RICH-E-1539911

Can you tell me if you conduct any type of customer verification, specifically on wires?
I'm trying to determine what steps you take to ensure that the money that being moved is
being sent to valid recipients.

---

From: Shirley McCabe [mailto:shirley.mccabe@ixg1031.com]
Sent: Monday, October 17, 2005 9:27 AM
To: Judy Thornton
Subject: RE: Could I impose on you please?

Hi Judy:


Yes indeed, I did have a great weekend—it was so beautiful.


I do have a problem with opening our client files with all the patriot act and privacy
issues nowadays. I really don't think looking at a file will give you much information. I
would suggest giving Chad a call and he can probably give you the overview and answer your
questions more effectively.


Have a great week.




Shirley McCabe

Vice President, Marketing


Investment Exchange Group

650 South Cherry Street, Suite 920

Denver, CO 80246

303.331.1031   Tel

303.331.8448   Fax

800.908.1031  Toll Free


www.ixg1031.com <http://www.ixg1031.com/>

---

From: Judy Thornton [mailto:JThornton@matrixbancorp.com]
Sent: Monday, October 17, 2005 8:10 AM
To: Shirley McCabe
Cc: Chad Greenberg
Subject: Could I impose on you please?

RICH-E-1539912

Good Morning!

Hope you had a great week-end. I was wondering if you could please help me with something. To better understand the entire QI / Exchangor relationship, I was wondering if you would be willing to have Debi or someone go over a couple of your LLC files with me. I want to see what paperwork you receive and the timing of obtaining the documentation. I'm not going to take copies of anything, I just need a better understanding. If you're willing to help me, I'd like to come out some day this week if that's okay. Would you please let me know?

Thanks, I'd really appreciate it.


Judy

*****************************************************************
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify Matrix Bancorp at support@matrixbancorp.com

This footnote also confirms that this email message has been swept by MAILsweeper for the presence of computer viruses.

www.matrixbancorp.com

*****************************************************************
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify Matrix Bancorp at support@matrixbancorp.com

This footnote also confirms that this email message has been swept by MAILsweeper for the presence of computer viruses.

www.matrixbancorp.com

RICH-E-1539913

# Exhibit 14