F. JOSEPH WARIN (Appearing *Pro hac vice*)
WAYNE A. SCHRADER, SBN 67447
BRADLEY J. LINGO (Appearing *Pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
FWarin@gibsondunn.com
WSchrader@gibsondunn.com
BLingo@gibsondunn.com

ETHAN D. DETTMER, SBN 196046
SCOTT A. FINK, SBN 83408
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
EDettmer@gibsondunn.com
SFink@gibsondunn.com

ATTORNEYS FOR DEFENDANTS
KUTAK ROCK, LLP AND JOSEPH O. KAVAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK, N.A., a Nevada corporation; et al., <br><br> Defendants. | **CASE NO. 09-CV-02079-JW** <br><br> (Related to CASE NO. 07-CV-02795-JW) <br><br> Assigned to: Honorable James Ware <br><br> **STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that

1

STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT
(NO. 09-CV-02079-JW)

Gibson, Dunn & Crutcher LLP

1  WHEREAS Plaintiffs and Defendants Kutak Rock, LLP and Joseph O. Kavan ("the parties")
2  have reached a Settlement, have executed a binding term sheet, and are preparing a settlement
3  agreement;

4  WHEREAS the allegations against Defendants Kutak Rock, LLP and Joseph O. Kavan in the
5  Third Amended Complaint were included to facilitate the dismissals and releases relating to the
6  Settlement and to preserve the parties' rights in the event the Settlement is not consummated or
7  becomes null and void;

8  WHEREAS the causes of action against Defendants Kutak Rock, LLP and Joseph O. Kavan
9  in the Third Amended Complaint that were dismissed with prejudice by Order of the Court dated
10 February 3, 2010 (*see* Docket 264), were included in the Third Amended Complaint to preserve
11 Plaintiffs' right to appeal that Order; AND

12 WHEREAS the Court has previously ordered that Defendants Kutak Rock, LLP and Joseph
13 O. Kavan are not required to comply with any case deadlines (*see* Docket 368), and that Order
14 remains in effect,

15 Defendants Kutak Rock, LLP and Joseph O. Kavan are THEREFORE excused from
16 responding to or answering the Third Amended Complaint. A proposed order is attached.

18 DATED: September 14, 2010

19                                                By:  _____*/s/ Bradley J. Lingo*_____

F. JOSEPH WARIN (Appearing *Pro hac vice*)
WAYNE A. SCHRADER, SBN 67447
BRADLEY J. LINGO (Appearing *Pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
FWarin@gibsondunn.com
WSchrader@gibsondunn.com
BLingo@gibsondunn.com

ETHAN D. DETTMER, SBN 196046
SCOTT A. FINK, SBN 83408
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O.
KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT
(NO. 09-CV-02079-JW)

```
                                        San Francisco, California 94105-2933
                                        Telephone: (415) 393-8200
                                        Facsimile: (415) 393-8306
                                        EDettmer@gibsondunn.com
                                        SFink@gibsondunn.com
                                        Attorneys for Defendants Kutak Rock, LLP and
                                        Joseph O. Kavan
```

DATED:  September 14, 2010

By: _____*/s/ Michael P. Denver*_____

```
                                        ROBERT L. BRACE, SBN 122240
                                        MICHAEL P. DENVER, SBN 199279
                                        HOLLISTER & BRACE
                                        P.O. Box 630
                                        Santa Barbara, CA 93102
                                        Telephone: (805) 963-6711

                                        THOMAS G. FOLEY, JR., SBN 65812
                                        ROBERT CURTIS, SBN 203870
                                        FOLEY, BEZEK, BEHLE & CURTIS, LLP
                                        15 W. Carrillo Street
                                        Santa Barbara, CA 93101
                                        Telephone: (805) 962-9495
                                        Facsimile: (805) 962-0722
                                        Attorneys for Plaintiffs and the Class


                                        ANTHONY R. ZELLE, SBN 548141
                                        BRIAN MCDONOUGH, SBN 637999
                                        THOMAS EVANS, SBN 552820
                                        ZELLE MCDONOUGH & COHEN LLP
                                        101 Federal Street, 14th Floor
                                        Boston, MA 02110
                                        Telephone: (617) 742-6520 x219
                                        Facsimile: (617) 742-1393
                                        Attorneys for Plaintiff Quirk Infiniti, Inc.
                                        and the Class
```

3

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O.
KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT
(NO. 09-CV-02079-JW)

## **ATTESTATION CLAUSE**

I, Bradley J. Lingo, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Michael P. Denver has concurred in this filing.

DATED:  September 14, 2010

By: _____*/s/ Bradley J. Lingo*_____

BRADLEY J. LINGO (Appearing *Pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
BLingo@gibsondunn.com

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT
(NO. 09-CV-02079-JW)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK, N.A., a Nevada corporation; et al., <br><br> Defendants. | **CASE NO. 09-CV-02079-JW** <br><br> (Related to CASE NO. 07-CV-02795-JW) <br><br> Assigned to: Honorable James Ware <br><br> **[PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT** |

The Court, after considering the Stipulation Excusing Defendants Kutak Rock, LLP And Joseph O. Kavan From Responding To Or Answering The Third Amended Complaint, hereby **ORDERS** that Defendants Kutak Rock, LLP and Joseph O. Kavan are excused from responding to or answering the Third Amended Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED on this 15th day of September, 2010.

_____
Honorable James Ware
United States District Judge

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER EXCUSING DEFENDANTS KUTAK ROCK, LLP AND JOSEPH O. KAVAN FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT (NO. 09-CV-02079-JW)