WILLIAM J. GOINES (SBN 061290)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303

Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email:    goinesw@gtlaw.com
          rosenthalk@gtlaw.com
          hamiltonc@gtlaw.com

Attorneys for Defendant UNITED WESTERN BANK (f/k/a/ MATRIX CAPITAL BANK), a federal savings bank, duly chartered under the laws of the United States of America (erroneously designated a Colorado corporation)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; et al., | Case No. C09-02079 JW |
| Plaintiffs; | (Related to Case No. C07-02795 JW) |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO OCTOBER 11, 2010 FOR DEFENDANT UNITED WESTERN BANK TO RESPOND TO THE THIRD AMENDED COMPLAINT** |
| CITIBANK, N.A, a Nevada Corporation, et al., | |
| Defendants. | |

Defendant United Western Bank (f/k/a/ Matrix Capital Bank), a federal savings bank, duly chartered under the laws of the United States of America (erroneously designated a Colorado corporation ("UWB" or "Defendant"), by and through its undersigned counsel, in order to stipulate that UWB shall have until October 11, 2010, to answer, move or otherwise respond to plaintiffs' Third Amended Complaint (Docket #267], states as follows:.

WHEREAS, Plaintiffs filed their Third Amended Complaint on September 10, 2010 [Docket #381];

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), UWB's response to the Third Amended Complaint is currently due on September 27, 2010;

WHEREAS, the extension will not affect any dates set by the Court in this matter,

THEREFORE, UWB and Plaintiffs respectfully stipulate that UWB be permitted to answer, move or otherwise respond to Plaintiffs' Third Amended Complaint by October 11, 2010.

Dated: September 20, 2010.            GREENBERG TRAURIG, LLP


                                      By: /s/ Karen Rosenthal
                                          William J. Goines
                                          Karen Rosenthal

                                      *Attorney for Defendant United Western Bank
                                      (F/K/A/ Matrix Capital Bank)*


Dated: September 20, 2010.            HOLLISTER & BRACE


                                      By: /s/ Michael Denver
                                          Robert L. Brace
                                          Michael P. Denver
                                          1126 Santa Barbara St.
                                          P.O. Box 630
                                          Santa Barbara, CA  93102
                                          Telephone:  (805) 963-6711
                                          Facsimile:  (805) 965-0329
                                          Email:  rlbrace@hbsb.com

                                          Thomas G. Foley, Jr., Esq.
                                          **FOLEY, BEZEK, BEHLE & CURTIS, LLP**
                                          15 W. Carillo St.
                                          Santa Barbara, CA  93101
                                          Telephone:  (805) 962-9495
                                          Facsimile:  (805) 962-0722
                                          Email:  tfoley@foleybezek.com

                                      *Attorneys for the Hunter Plaintiffs and the Class*

                                          Anthony R. Zelle, Esq.
                                          Brian McDonough, Esq.
                                          **ZELLE, McDONOUGH & COHEN LLP**
                                          101 Federal Street, 14th Fl.
                                          Boston, MA  02110
                                          Telephone:  (617) 742-6520, x 219
                                          Facsimile:  (617) 742-1393
                                          Email:  tzelle@zelmcd.com

                                      *Attorneys for Plaintiffs Quirk Infiniti, Inc. and the Class*

2
STIPULATION AND PROPOSED ORDER TO EXTEND TIME
TO RESPOND TO THIRD AMENDED COMPLAINT

97,316,2561

## ATTESTATION CLAUSE

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO OCTOBER 11, 2010 FOR DEFENDANT UNITED WESTERN BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Michael P. Denver has concurred in this filing.

Date: September 20, 2010.                    GREENBERG TRAURIG LLP


                                             By: /s/ *Karen Rosenthal*
                                                 Karen Rosenthal


IT IS SO ORDERED.                            _____
Dated: September 21, 2010                    HON. JAMES WARE
                                             UNITED STATES DISTRICT JUDGE