Lawrence A. Kellogg – FL SBN 328601
(*pro hac vice*)
LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor
Miami, FL 33131-3407
Tel:   (305) 403-8788
Fax:   (305) 403-8789

Timothy J. Halloran – SBN 104498
Jonathan M. Blute – SBN 240751
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

*Attorneys for Defendant*
JORDEN BURT LLP

IT IS SO ORDERED AS MODIFIED
Judge James Ware
9/23/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, an individual; et al.,<br><br>    Plaintiffs;<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation, et al.,<br><br>    Defendants. | Case No.: 09-02079 JW<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO OCTOBER 11, 2010 FOR DEFENDANT JORDEN BURT LLP TO RESPOND TO THE THIRD AMENDED COMPLAINT |

Defendant Jorden Burt LLP, by and through its undersigned counsel, in order to stipulate that Jorden Burt, LLP shall have until October 11, 2010, to answer, move or otherwise respond to Plaintiffs' Third Amended Complaint [Docket #381], states as follows:

WHEREAS, Plaintiffs filed their Third Amended Complaint on September 10, 2010 [Docket #381];

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), Jorden Burt LLP's Response to the Third Amended Complaint is currently due on September 27, 2010;

AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND TIME
TO RESPOND TO THIRD AMENDED COMPLAINT

1

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

WHEREAS, the extension will not affect any dates set by the Court in this matter.

THEREFORE, Jorden Burt LLP and Plaintiffs respectfully stipulate that Jorden Burt LLP be permitted to answer, move or otherwise respond to Plaintiffs' Third Amended Complaint by October 12, 2010.

Dated: September 22, 2010.                       Respectfully submitted,

 

**MURPHY, PEARSON, BRADLEY & FEENEY, P.C.**

By  */s/ Timothy J. Halloran*
    Timothy J. Halloran
    Jonathan M. Blute

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Co-Counsel for Defendant Jorden Burt LLP*
201 S. Biscayne Blvd 34th Floor
Miami, Florida   33131
Telephone: 305.403.8788
Facsimile: 305.403.8789

By: */s/ Lawrence A. Kellogg*
    Lawrence A. Kellogg, P.A.
    Florida Bar No. 328601
    Email: lak@lkllaw.com

Dated: September 22, 2010.                       **HOLLISTER & BRACE**

By: */s/ Michael Denver*
    Robert L. Brace
    Michael P. Denver
    1126 Santa Barbara St.
    P.O. Box 630
    Santa Barbara, CA   93102
    Telephone: 805.962.9495
    Facsimile:  805.962.0722
    Email: rlbrace@hbsb.com

AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND TIME
TO RESPOND TO THIRD AMENDED COMPLAINT

2

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

## ATTESTATION CLAUSE

I, Jonathan M. Blute, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND THE TIME TO OCTOBER 11, 2010 FOR DEFENDANT JORDEN BURT LLP TO RESPOND TO THE THIRD AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Michael P. Denver has concurred in this filing.

Date: September 22, 2010.

                              MURPHY, PEARSON, BRADLEY & FEENEY, P.C.

                              By  */s/ Jonathan M. Blute*
                                 Timothy J. Halloran
                                 Jonathan M. Blute

IT IS SO ORDERED.
Dated: September 23, 2010

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT

EH4659

AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND TIME
TO RESPOND TO THIRD AMENDED COMPLAINT

3

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 34th Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789