**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
  email: eridley@foley.com
KEITH C. OWENS, BAR NO. 184841
  email: kowens@foley.com
PATRICK T. WONG, BAR NO. 233222
  email: pwong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
90 PARK AVENUE, 36TH FLOOR
NEW YORK, NY  10016-1301
TELEPHONE:  212.338.3566
FACSIMILE:  212.687.2329

DOUGLAS E. SPELFOGEL [ADMITTED PRO HAC VICE]
  email: dspelfogel@foley.com
KATHERINE R. CATANESE [ADMITTED PRO HAC VICE]
  email: kcatanese@foley.com
   TELEPHONE:  212.338.3415
   FACSIMILE:  212.687.2329

Attorneys for Defendants CORDELL FUNDING, LLLP, CORDELL CONSULTANTS, INC., CORDELL MONEY PURCHASE PLAN, CORDELL CONSULTANTS NEW YORK, LLC and ROBIN RODRIGUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; MICHAEL WHITTON, an individual; DOE PLAINTIFF, an individual; and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation, BANK OF AMERICA CORPORATION, d/b/a BANK OF | Case No:  CV 09 02079 JW<br><br>**[PROPOSED] ORDER SETTING TIME FOR CORDELL FUNDING, LLLP, CORDELL CONSULTANTS, INC., CORDELL MONEY PURCHASE PLAN, CORDELL CONSULTANTS NEW YORK, LLC AND ROBIN RODRIGUEZ TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT AND EXTENDING PAGE LIMITS**<br><br>HONORABLE JAMES WARE |

1
[PROPOSED] ORDER SETTING TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED
COMPLAINT AND EXTENDING PAGE LIMITS
CASE NO. CV 09 02079 JW

LACA_2670755.1

AMERICA, N.A., a North Carolina Corporation; UNITED WESTERN BANK (f/k/a MATRIX CAPITAL BANK), a Colorado Corporation; BOULDER CAPITAL, LLC, a Massachusetts Corporation; BOULDER COLUMBUS LLC, a Massachusetts Limited Liability Company; BOULDER WEST OAKS, LLC, a Delaware Limited Liability Company; BOULDER HOLDINGS, VI, LLC, a Delaware Limited Liability Company; ROY S. MACDOWELL, JR., an individual; CORDELL FUNDING, LLLP, a Florida Limited Liability Limited Partnership; CORDELL CONSULTANTS, INC., a New York Corporation; CORDELL MONEY PURCHASE PLAN, a QUALIFIED RETIREMENT PLAN TRUST; CORDELL CONSULTANTS, NEW YORK, LLC, a New York Limited Liability Company; ROBIN RODRIGUEZ, an individual; JORDEN BURT, LLP, a Connecticut Limited Liability Partnership; KUTAK ROCK, LLP, a Nebraska Limited Liability Partnership; JOSEPH O. KAVAN, an individual; FOLEY & LARDNER LLP, a Wisconsin Limited Liability Partnership; STEPHEN I. BURR, an individual, and SILICON VALLEY LAW GROUP, a California Law Corporation,

    Defendants.

2
[PROPOSED] ORDER SETTING TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT AND EXTENDING PAGE LIMITS
CASE NO. CV 09 02079 JW

LACA_2670755.1

The Court, having considering the Stipulation to Set Time to Answer or Otherwise Respond to Third Amended Complaint and Extend Page Limits, hereby ORDERS that:

1. Cordell Funding, LLLP, Cordell Consultants, Inc., Cordell Money Purchase Plan, Cordell Consultants New York, LLC, and Robin Rodriguez (the "Cordell Defendants") shall have until October 12, 2010 to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint;

2. In the event the Cordell Defendants file a motion and brief in response to the Third Amended Complaint, the page limit for their motion and brief shall be extended from 25 pages to 35 pages.

3. Nothing in this Order shall constitute a waiver of any claims or defenses that Plaintiffs or the Cordell Defendants have or may assert in this action.

IT IS SO ORDERED on this   23rd   day of   September  , 2010.

*[signature: James Ware]*

HON. JAMES WARE
United States District Judge

[End of Order]

\*\*\*

3
[PROPOSED] ORDER SETTING TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT AND EXTENDING PAGE LIMITS
CASE NO. CV 09 02079 JW

LACA_2670755.1