```
 1  Carol Lynn Thompson (SBN 148079)
    cthompson@sidley.com
 2  Van Swearingen (SBN 259809)
    vswearingen@sidley.com
 3  SIDLEY AUSTIN LLP
    555 California Street
 4  San Francisco, California 94104
    Telephone:     (415) 772-1200
 5  Facsimile:     (415) 772-7400

 6  Mark B. Blocker (IL No. 6198950)
    Mblocker@sidley.com
 7  Kevin M. Fee (IL No. 6277453)
    kfee@sidley.com
 8  Thomas R. Heisler (IL No. 6296712)
    theisler@sidley.com
 9  SIDLEY AUSTIN LLP
    One South Dearborn Street
10  Chicago, Illinois 60603
    Telephone:     (312) 853-8000
11  Facsimile:     (312) 853-7036

12  John K. Van De Weert (DC No. 485251)
    jvandeweert@sidley.com
13  SIDLEY AUSTIN LLP
    1501 K Street, N.W.
14  Washington, D.C. 20002
    Telephone:     (202) 736-8000
15  Facsimile:     (202) 736-8711

16  Attorneys For Defendant Citibank, N.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; | Case No. C 09-02079 JW |
| Plaintiffs, | Assigned to: Honorable James Ware |
| vs. | STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT CITIBANK, N.A. FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT |
| CITIBANK, N.A., a Nevada Corporation; et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that

WHEREAS Plaintiffs and Defendant Citibank, N.A. ("Citibank") (collectively the "parties") have reached a settlement, have executed a term sheet, and are finalizing a settlement agreement;

WHEREAS the allegations against Defendant Citibank in the Third Amended Complaint were included to facilitate the dismissals and releases relating to the settlement and to preserve the parties' rights in the event the settlement is not consummated or becomes null and void;

Defendant Citibank is THEREFORE excused from responding to or answering the Third Amended Complaint. A proposed order is attached.

DATED: September 27, 2010

SIDLEY AUSTIN LLP

By: _____/s/ Kevin M. Fee_____

Carol Lynn Thompson (SBN 148079)
cthompson@sidley.com
Van Swearingen (SBN 259809)
vswearingen@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone:    (415) 772-1200
Facsimile:    (415) 772-7400

Mark B. Blocker (IL No. 6198950)
mblocker@sidley.com
Kevin M. Fee (IL No. 6277453)
kfee@sidley.com
Thomas R. Heisler (IL No. 6296712)
theisler@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036

John K. Van De Weert (DC No. 485251)
jvandeweert@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys For Defendant Citibank, N.A.*

DATED: September 27, 2010

HOLLISTER & BRACE

By: /s/ Michael P. Denver
Robert L. Brace (SBN 122240)
Michael P. Denver (SBN 199279)
HOLLISTER & BRACE
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711

Thomas G. Foley, Jr.
Robert Curtis (SBN 65812)
FOLEY, BEZEK, BEHLE & CURTIS, LLP
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

*Attorneys for Plaintiffs and the Class*

Anthony R. Zelle (SBN 548141)
Brian McDonough (SBN 637999)
Thomas Evans (SBN 552820)
ZELLE MCDONOUGH & COHEN, LLP
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone: (617) 742-6520 x219
Facsimile: (617) 742-1393

*Attorneys for Plaintiff Quirk Infiniti, Inc. and the Class*

# ATTESTATION CLAUSE

I, Kevin M. Fee, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT CITIBANK, N.A. FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Michael P. Denver has concurred in this filing.

DATED: September 27, 2010

By: /s/ Kevin M. Fee

Kevin M. Fee (IL No. 6277453)
kfee@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIBANK, N.A., a Nevada Corporation; et al.,<br><br>Defendants. | Case No. C 09-02079 JW<br><br>Assigned to: Honorable James Ware<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT CITIBANK, N.A. FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT |

The Court, after considering the Stipulation Excusing Defendant Citibank, N.A. From Responding To Or Answering The Third Amended Complaint, hereby **ORDERS** that Defendant Citibank, N.A. is excused from responding to or answering the Third Amended Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 28, 2010

*/s/ James Ware*
Honorable James Ware
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT CITIBANK, N.A. FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT
NO. 09-CV-02079-JW