```
 1  Michael Drury, SBN 177993
    mdrury@rmwllp.com
 2  RIEDL, MCCLOSKEY & WARING LLP
    550 West "C" Street, Suite 2050
 3  San Diego, California 92101
    Telephone:    (619) 237-3095
 4  Facsimile:    (619) 237-3789
 5
    Stephen F. Gordon (BBO No. 203600) (Pro Hac Vice)
 6  sgordon@gordonfirm.com
    Todd B. Gordon (BBO No. 652482) (Pro Hac Vice)
 7  tgordon@gordonfirm.com
    THE GORDON LAW FIRM LLP
 8  101 Federal Street, 17th Floor
    Boston, Massachusetts 02110
 9  Telephone:    (617) 261-0100
10  Facsimile:    (617) 261-0789
11  Attorneys for Defendants
12  BOULDER ENTITIES AND ROY S. MACDOWELL, JR.
```

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual; JOHNNA BOZZA, an individual; CELLTEX SITE SERVICES, LTD., a Texas Limited Company; GRANDE INVESTMENT, LLC, a Colorado Limited Liability Company; QUIRK INFINITI, INC., a Massachusetts corporation; et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., a Nevada Corporation; COUNTRYWIDE BANK, FSB, a Virginia Corporation; BANK OF AMERICA CORPORATION, dba BANK OF AMERICA, N.A., a North Carolina Corporation, et al.,<br><br>                    Defendants. | Case No. C 09-02079 JW<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT |

The Court, after considering the Stipulation Extending Time for Defendants to Respond to Plaintiffs' Third Amended Complaint, hereby **ORDERS** that Defendants BOULDER CAPITAL, LLC, BOULDER COLUMBUS, LLC, BOULDER WEST OAKS, LLC, BOULDER HOLDINGS VI, LLC, BOULDER HOLDINGS X, LLC, and ROY S. MACDOWELL, JR. shall have until November 30, 2010 to answer, move or otherwise respond to Plaintiffs' Third Amended Complaint.

IT IS SO ORDERED on this  1st  day of  October , 2010

_____
Hon. James Ware
United States District Court Judge