James C. Krieg [SBN 77069] (jkrieg@kksrr.com)
Allison Lane Cooper [SBN 152384] (acooper@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
FOLEY & LARDNER LLP and STEPHEN I. BURR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual, et al.<br><br>Plaintiffs;<br><br>v.<br><br>CITIBANK, N.A, a Nevada Corporation, et al.<br><br>Defendants. | Case No.: 09-02079 JW<br><br>(Related to Case No. 07-CV-02795-JW)<br><br>Assigned to: Honorable James Ware<br><br>**STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT FOLEY & LARDNER LLP AND STEPHEN I. BURR FROM DISCOVERY AND OTHER DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that because the parties have reached a settlement, have executed a binding term sheet and are preparing a settlement agreement, Defendants Foley & Lardner LLP and Stephen I. Burr are (1) excused from compliance with any case deadlines, including those set forth in the Revised Stipulation and Order Re: Case Schedule (Docket No. 317), and (2) not required to

///

///

///

1

participate in further discovery unless ordered by the Court. A settlement agreement will be presented to the Court for approval upon execution. A proposed order is attached.

Dated: October 11, 2010    By: /s/ Allison Lane Cooper

ALLISON LANE COOPER, SBN 152384
JAMES KRIEG, SBN 77069
**KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 249-8330
*Attorneys for Defendants Foley & Lardner LLP and Stephen I. Burr*

Dated: October 11, 2010    By: /s/ Robert L. Brace

ROBERT L. BRACE, SBN 122240
MICHAEL P. DENVER, SBN 199279
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711

THOMAS G. FOLEY, JR, SBN 65812
**FOLEY, BEZEK, BEHLE & CURTIS LLP**
15 W. Carrillo Street
Santa Barbara, CA 93101
Telephone: (805) 962-9495
*Attorneys for Plaintiffs and the Class*

ANTHONY R. ZELLE, SBN 548141
BRIAN MCDONOUGH, SBN 637999
**ZELLE MCDONOUGH & COHEN LLP**
101 Federal Street, 14th Floor
Boston, MA 02110
Telephone: (617) 742-6520 x219
*Attorneys for Plaintiff Quirk Infiniti and the Class*

///

///

///

2

STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT FOLEY & LARDNER LLP AND
STEPHEN I. BURR FROM DISCOVERY AND OTHER DEADLINES
CASE NO.: 09-02079 JW

## ATTESTATION CLAUSE

I, Allison Lane Cooper, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANT FOLEY & LARDNER LLP AND STEPHEN I. BURR FROM DISCOVERY AND OTHER DEADLINES. In compliance with General Order 45, X.B., I hereby attest that Robert L. Brace has concurred in this filing

Dated: October 11, 2010

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: *[signature]*
ALLISON LANE COOPER
ATTORNEYS FOR DEFENDANTS
FOLEY & LARDNER LLP and
STEPHEN I. BURR

3

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, an individual, et al.<br><br>　　　　　　Plaintiffs;<br><br>v.<br><br>CITIBANK, N.A, a Nevada Corporation, et al.<br><br>　　　　　　Defendants. | Case No.: 09-02079 JW<br><br>(Related to Case No. 07-CV-02795-JW)<br><br>Assigned to: Honorable James Ware<br><br>[~~PROPOSED~~] **ORDER EXCUSING DEFENDANT FOLEY & LARDNER LLP AND STEPHEN I. BURR FROM DISCOVERY AND OTHER DEADLINES** |

　　　　The Court, after considering the Stipulation Excusing Defendants Foley & Lardner LLP and Stephen I. Burr from Discovery and other Deadlines, hereby **ORDERS** that Defendants Foley & Lardner LLP and Stephen I. Burr are excused from responding to or answering the Third Amended Complaint.

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED on this 14th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ James Ware
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable James Ware
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

104853
ACOOPER
10084-001

[PROPOSED] ORDER EXCUSING DEFENDANT FOLEY & LARDNER AND STEPHEN I. BURR FROM RESPONDING TO OR ANSWERING THE THIRD AMENDED COMPLAINT
CASE NO.: 09-02079 JW