[Complete list of parties represented may be found on signature page]



11/12/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.<br><br>　　　　　　　　Plaintiffs,<br>vs.<br>CITIBANK, N.A., et al.<br>　　　　　　　　Defendants | Case No.:   09-cv-02079 JW<br><br>**Assigned to Hon. James Ware**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING ON MOTION FOR SUMMARY JUDGMENT AND FACT DISCOVERY CUTOFF**<br><br>**Related to Case No.:   5:09-md-02028 JW** |

　　　　WHEREAS, the preliminary approval hearing for the Wave III Settlements is set for February 7, 2011, and, if approved, the Wave III funds will add to the over $106 million provided by Waves I and II;

　　　　WHEREAS, after Wave III, Plaintiffs believe only a small number of defendants will remain in this class action;

　　　　WHEREAS, one Defendant that will not be in Wave III is Defendant Silicon Valley law Group ("SVLG");

　　　　WHEREAS, SVLG has filed its Motion for Summary Judgment ("MSJ", Docket No. 402) which is presently calendared to be heard on January 31, 2011;

　　　　WHEREAS, Plaintiffs' opposition to the MSJ is presently due January 10, 2011;

　　　　WHEREAS, Counsel for Plaintiffs and SVLG agree that certain depositions must be taken before briefing on the MSJ can be completed;

　　　　WHEREAS, Counsel for Plaintiffs and SVLG agree that, due to the holidays and other conflicts, the discovery that must be completed to fully brief the MSJ cannot be completed within the existing schedule;

　　　　WHEREAS, in addition, the Bankruptcy Trustee appointed in the Okun Bankruptcy

Proceedings (*In re The 1031 Tax Group, LLC,* U.S. Bankruptcy Court, S.D.N.Y. Case No. 07-bk-11448-MG) has recently filed his case against SVLG in this Court (*McHale v. Silicon Valley Law Group,* Case No. 5:10-cv-04864-HRL);

WHEREAS, this Court has previously directed the parties to this action to coordinate depositions with the Bankruptcy Trustee when practicable;

WHEREAS, in order to provide time for the MSJ discovery to be coordinated with the Trustee and completed, Counsel for Plaintiffs and SVLG agree that the MSJ hearing date should be continued by 60 days, or until April 1, 2011, so long as the other dates herein discussed are also continued;[1]

WHEREAS, Counsel for Plaintiffs and SVLG, as well as counsel for certain other defendants, agree that, while in the near term the focus of depositions will likely be on completing the MSJ discovery, additional depositions are needed to prepare for trial, and the current fact discovery cut-off of February 14, 2011 needs be continued to allow time for that additional fact discovery to be completed, particularly as to damages, after the MSJ is ruled upon;

WHEREAS, Counsel for Plaintiffs and the Defendants[2] agree that the following case deadlines should all be continued: (1) the MSJ hearing date should be continued by roughly 60 days, or until April 1, 2011; (2) the fact discovery cut-off should be continued by roughly 90 days or until May 13, 2011; (3) the Expert Disclosure deadline (presently March 14, 2011) should be continued to May 23, 2011; and, (4) the deadline for Disclosure of Rebuttal Expert Witnesses (presently March 28, 2011) should be continued to May 31, 2011.

NOW THEREFORE, BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED THAT: the hearing date on SVLG's MSJ should be continued until April 1, 2011; the fact discovery cut-off should be continued to May 13, 2011; the Expert

---

[1] SVLG's agreement to continue the MSJ hearing date is contingent upon the other dates herein discussed also being continued.

[2] Defendants Foley & Lardner and Steve Burr, as well as Defendants Kutak Rock and Joe Kavan are not parties to this Stipulation because they are settling in Wave III and have been exempted from discovery pending approval of their respective settlements pursuant to prior stipulations.

7316.001

1  Disclosure deadline should be continued to May 23, 2011; and, the deadline for Disclosure of
2  Rebuttal Expert Witnesses should be continued to May 31, 2011.  All other dates previously
3  ordered by the court in Docket No. 370 will remain the same.

4  Dated: November 11, 2010

   **HOLLISTER & BRACE**
   **FOLEY BEZEK BEHLE & CURTIS LLP**
   **ZELLE MCDONOUGH & COHEN**

   By:  /s/ Michael P. Denver

   ROBERT L. BRACE
   MICHAEL P. DENVER
   **HOLLISTER & BRACE**
   P.O. Box 630
   Santa Barbara, CA  93102
   Telephone: (805) 963-6711

   and

   THOMAS G. FOLEY, JR
   **FOLEY, BEZEK, BEHLE & CURTIS LLP**
   15 W. Carrillo Street
   Santa Barbara, CA  93101
   Telephone: (805) 962-9495

   *Attorneys for Plaintiff Anita Hunter and the Class*

   ANTHONY ZELLE
   BRIAN MCDONOUGH
   **ZELLE MCDONOUGH & COHEN LLP**
   101 Federal Street, 14th Floor
   Boston, MA 02110
   Telephone: (617) 742-6520 x219
   (Appearing *Pro hac vice*)

   *Attorneys for Plaintiff Quirk Infiniti and the Class*

Dated: November 11, 2010

   **GREENBERG TRAURIG, LLP**

   By:  /s/ William Goines
   WILLIAM GOINES
   1900 University Avenue, 5th Floor
   East Palo Alto, CA 94303
   Telephone: (650) 289-7860

   *Attorney for Defendant United Western Bank (f/k/a Matrix Capital Bank)*

7316.001

| | |
|---|---|
| Dated: November 11, 2010 | **LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**<br><br>By: /s/ Lawrence Kellogg<br>    LAWRENCE A. KELLOGG<br>**LEVINE KELLOGG LEHMAN**<br>   **SCHNEIDER & GROSSMAN LLP**<br>Miami Center - 34th Floor<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 403-8788<br><br>and<br><br>TIMOTHY J. HALLORAN<br>JONATHAN M. BLUTE<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530<br>Telephone: (415)788-1900<br><br>*Attorneys for Defendant Jorden Burt LLP* |
| Dated: November 11, 2010 | **THE GORDON LAW FIRM LLP**<br><br>By: /s/ Todd B. Gordon<br>    STEPHEN F. GORDON<br>    TODD B. GORDON<br>101 Federal Street, 17th Floor<br>Boston, MA 02110<br>Telephone: (617) 261-0100 Ext 128<br>Direct Dial: (617)456-1270<br><br>(Appearing *Pro hac vice*)<br><br>and<br><br>Michael Drury, Esq.<br>Jeffrey N. Labovitch, Esq.<br>**RIEDL, MCCLOSKEY & WARING LLP**<br>550 West "C" Street, Suite 2050<br>San Diego, CA 92101<br>Telephone: (619) 237-3095<br><br>*Attorneys for the Boulder Defendants and Defendant Roy S. MacDowell, Jr.* |

7316.001

| | | |
|---|---|---|
| 1 | Dated: November 11, 2010 | **FOLEY & LARDNER LLP** |
| 2 | | By: /s/ Douglas Spelfogel |
| 3 | | DOUGLAS SPELFOGEL<br>90 Park Avenue, 36th Floor |
| 4 | | New York, NY 10016-1301<br>Telephone: (212) 682-7474 |
| 5 | | EILEEN RIDLEY, ESQ. |
| 6 | | PATRICK T. WONG, ESQ.<br>One Maritime Plaza, Sixth Floor |
| 7 | | San Francisco, CA 94111-3404<br>Telephone: (415) 434-4484 |
| 8 | | |
| 9 | | *Attorneys for Defendants Cordell Funding LLLP, Cordell Consultants, New York, LLC, Cordell Consultants Inc. Money Purchase Plan, and Robin Rodriguez* |
| 10 | | |
| 11 | Dated: November 11, 2010 | **SIDLEY AUSTIN LLP** |
| 12 | | |
| 13 | | By: /s/ Kevin Fee |
| 14 | | KEVIN FEE<br>MARK B. BLOCKER<br>THOMAS R. HEISLER |
| 15 | | One South Dearborn St.<br>Chicago, IL 60603 |
| 16 | | Telephone: (312) 853-6097 |
| 17 | | CAROL LYNN THOMPSON<br>R. VAN SWEARINGTON |
| 18 | | 555 California Street, Suite 2000<br>San Francisco, CA 94104 |
| 19 | | Telephone: (415)772-1291 |
| 20 | | JOHN VAN DE WEERT<br>1501 K Street, N.W. |
| 21 | | Washington, D.C. 20005<br>Telephone: (202) 736-8094 |
| 22 | | *Attorneys for Defendant Citibank, N.A.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7316.001

| | |
|---|---|
| Dated: November 11, 2010 | **LERCH STURMER LLP**<br><br>By:  /s/ Debra Sturmer<br>JEROME LERCH<br>DEBRA STURMER<br>BRETT BROGE<br>333 Bush St. Ste. 2020<br>San Francisco, CA 94104<br>Telephone: (415) 217-6340<br>*Attorneys for Defendant Silicon Valley Law Group* |

**IT IS SO ORDERED.** The Court does not find good cause to grant the parties' stipulation.

Dated: November 12, 2010

_____
HON. JAMES WARE

I, Michael P. Denver am the ECF User whose ID and password are being used to file this **STIPULATION AND PROPOSED ORDER RE: HEARING ON MOTION FOR SUMMARY JUDGMENT AND FACT DISCOVERY CUTOFF.** In compliance with General Order 45, X.B., I hereby attest that the counsel whose e-signature appears on the foregoing signature pages has concurred in this filing.

                    /s/
            Michael P. Denver

7316.001