UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
James Ware
Judge James Ware
12/6/2010

Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
Peter L. Candy, Esq., SBN 149976
Email: pcandy@hbsb.com
Michael P. Denver, Esq., SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: 805.963.6711
Facsimile: 805.965.0329

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ANITA HUNTER, et al.

Plaintiffs,

vs.

CITIBANK, N.A., et al.

Defendants

**Case No.: 09-cv-02079 JW**

**Assigned to Hon. James Ware**

**STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS JORDEN BURT AND RICHARD SIMRING FROM DISCOVERY AND OTHER DEADLINES AND VACATING HEARING DATE ON MOTION TO DISMISS**

**Related to Case No.: 5:09-md-02028 JW**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that the parties have reached a settlement for the payment of $3.4 million by Defendants (subject to Court approval) and are preparing a settlement agreement. As such, Defendants Jorden Burt and Richard Simring are: 1) excused from compliance with any case deadlines including those set forth in the Revised Stipulation and Order Re: Case Schedule (Docket No. 317); 2) Plaintiffs are not required to respond to the Motion to Dismiss filed by Jorden Burt (Docket No. 408) and the Motion hearing which was set for January 21, 2010 is now off calendar; and 3) Jorden Burt and Richard Simring are not required to participate in further discovery unless ordered by the Court, with the exception of the deposition of Richard Simring to be held on a future date(s) as agreed to by the parties. A settlement agreement will

be presented to the Court for approval upon execution. A Proposed Order is attached.

Dated: December 1, 2010

**HOLLISTER & BRACE**

By: /s/ Michael P. Denver

ROBERT L. BRACE
MICHAEL P. DENVER
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
*Attorneys for Plaintiff Quirk Infiniti and the Class*

Dated: December 1, 2010

**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**

By: /s/ Lawrence Kellogg

LAWRENCE A. KELLOGG
**LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP**
Miami Center - 34th Floor
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 403-8788

and

TIMOTHY J. HALLORAN
JONATHAN M. BLUTE
**MURPHY, PEARSON, BRADLEY & FEENEY**
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Telephone: (415)788-1900

Dated: December 1, 2010

**STEARNS WEAVER**

By: /s/ David Pollack

DAVID C. POLLACK
Museum Tower
150 West Flagler Street - Suite 2200
Miami, FL 33130
Telephone: (305)789-3435
*Attorneys for Defendant Richard Simring*

I, Michael P. Denver am the ECF User whose ID and password are being used to file this **STIPULATION AND PROPOSED ORDER EXCUSING DEFENDANTS JORDEN BURT AND RICHARD SIMRING FROM DISCOVERY AND OTHER DEADLINES AND VACATING HEARING DATE ON MOTION TO DISMISS.**

In compliance with General Order 45, X.B., I hereby attest that the counsel whose e-signature appears on the foregoing signature pages has concurred in this filing.

/s/
Michael P. Denver

7316.001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge James Ware
12/6/2010

ANITA HUNTER, et al.

Plaintiffs,

vs.

CITIBANK, N.A., et al.

Defendants

**Case No.: 09-cv-02079 JW**

**Assigned to Hon. James Ware**

**[PROPOSED] ORDER EXCUSING DEFENDANTS JORDEN BURT AND RICHARD SIMRING FROM DISCOVERY AND OTHER DEADLINES**

**Related to Case No.: 5:09-md-02028 JW**

The Court, after considering the Stipulation Excusing Defendants Jorden Burt and Richard Simring from discovery and other deadlines, hereby ORDERS that Defendants Jorden Burt and Richard Simring are hereby excused from answering discovery or complying with other deadlines in the above-captioned cases, with the exception of the deposition of Richard Simring to be held on a future date(s) as agreed to by the parties.

IT IS FURTHER ORDERED Jorden Burt's Motion to Dismiss is deemed as withdrawn. The Clerk shall terminate Docket Item No. 408.

**IT IS SO ORDERED.**

Dated: December 6, 2010

HON. JAMES WARE

7316.001