UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> CITIBANK, N.A., et al., <br><br>           Defendants. | Case No.: C 09-02079 JW (PSG) <br><br> **ORDER DENYING DEFENDANT'S APPLICATION TO SHORTEN TIME FOR DEFENDANT'S MOTION FOR A PROTECTIVE ORDER** <br><br> **[Re: Docket No. 426]** |

On December 31, 2010, Defendant Silicon Valley Law Group (SVLG) filed a motion to shorten time, requesting that SVLG's motion for a protective order be heard on January 3, 2011. The court was unavailable December 31, 2010 through January 2, 2011. Thus, the first opportunity for the court to review SVLG's underlying motion was today, the same day as the proposed hearing, and with no responsive briefing by Plaintiffs. Based on the motion filed,

IT IS HEREBY ORDERED that SVLG's motion is DENIED.

Dated: January 3, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*