UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITIBANK, N.A., et al.,<br><br>            Defendants. | Case No.: C 09-02079 JW (PSG)<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO SHORTEN TIME FOR DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**<br><br>[Re: Docket No. 429] |

On January 3, 2011, Defendant Silicon Valley Law Group (SVLG) filed a motion to shorten time for a protective order requesting that SVLG's motion for a protective order be heard on January 7, 2011 at 9 a.m. Plaintiffs filed an opposition brief on January 4, 2010. Based on the moving papers,

IT IS HEREBY ORDERED that SVLG's motion to shorten time is GRANTED. No reply to Plaintiff's opposition brief will be considered. SVLG's motion for a protective order will be heard by telephone conference call on Friday, January 7, 2011 at 9:30 a.m. The parties are directed to coordinate the conference call with Oscar Rivera, courtroom deputy to the undersigned.

Dated: January 5, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER