UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA HUNTER, et al., )<br>　　　　　Plaintiffs, )<br>　v. )<br>CITIBANK, N.A., et al., )<br>　　　　　Defendants. )<br>_____ ) | Case No.: C 09-02079 JW (PSG)<br>**SCHEDULING ORDER**<br>**(Re: Docket No. 451)** |

　　　　On January 18, 2011, counsel for Defendants Cordell Funding, LLP, Cordell Consultants, Inc., Cordell Money Purchase Plan, Cordell Consultants New York, LLC, and Robin Rodriguez ("Cordell Defendants") filed a letter requesting a conference call with the court this week. Cordell Defendants seek the court's guidance on issues that have arisen regarding the depositions of Plaintiffs in this class action ("Class Plaintiffs"). The issues are (1) where the depositions must take place, (2) who must pay for travel expenses, and (3) whether documents and deposition requested from counsel for Class Plaintiffs and from counsel for Plaintiff Gerard McHale ("McHale") in the related case, *McHale v. Silicon Valley Law Group* 10-CV-04864 JW, are protected by work product privilege. Cordell Defendants propose the conference call include Class Plaintiffs, Defendant Silicon Valley Law Group, and Defendant United Western Bank f/k/a Matrix Capital Bank.

　　　　IT IS HEREBY ORDERED that Cordell Defendants submit a three-page brief on these

ORDER, *page 1*

1  issues by 5 p.m. on Friday, January 21, 2011.

2      IT IS FURTHER ORDERED that Cordell Defendants are responsible for serving a copy

3  of this order on counsel for McHale immediately upon receiving this order.

4      IT IS FURTHER ORDERED that any opposition must be stated in a three-page brief,

5  submitted no later than 5 p.m. on Monday, January 24, 2011. No reply will be considered.

6      IT IS FURTHER ORDERED that this dispute will be heard by telephone conference call

7  on this court's civil law and motion calendar, which commences on Tuesday, January 25, 2011 at

8  10 a.m. The parties are directed to coordinate the conference call with Oscar Rivera, courtroom

9  deputy to the undersigned.

11  Dated: January 20, 2011

                        PAUL S. GREWAL
                        United States Magistrate Judge