[Complete list of parties represented may be found on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: EDWARD H. OKUN INTERNAL REVENUE SERVICE § 1031 TAX DEFERRED EXCHANGE LITIGATION | Case No. 5:09-md-02028-JW |
| ANITA HUNTER, et al.<br><br>Plaintiffs,<br>vs.<br><br>CITIBANK, N.A., et al.<br><br>Defendants | Case No.: 09-cv-02079 JW<br><br>Assigned to Hon. James Ware<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE WAVE III PRELIMINARY HEARING FROM FEBRUARY 7, 2011 TO FEBRUARY 28, 2011 |

WHEREAS, the Wave I and Wave II Settlements totaling $106,447,500 in the above captioned actions have been fully approved by the Court;

WHEREAS, the Plaintiffs and the Trustee in the Okun Bankruptcy proceedings pending before Judge Glenn in the Southern District of New York [*In Re: The 1031 Tax Group, LLC, et al.*, Case No. 07-11448 (MG)] have agreed to settle with several additional Defendants in Wave III, and they are: (i) *Hunter II* Defendant Citibank, N.A. ("Citibank"); (ii) *Hunter II* Defendants Kutak Rock LLP and Joseph O. Kavan (the "Kutak Defendants"); (iii) *Hunter II* Defendants Foley & Lardner, LLP and Steven Burr (the "Foley Defendants"); (iv) *Hunter II* Defendants Roy S. MacDowell, Jr. and the Boulder Entity Defendants (collectively the "Boulder Defendants"); and, (v) *Hunter II* Defendant Jorden Burt, LLP and *Hunter I* Defendant Richard Simring ("Jorden Burt" and "Simring").

7316.001

1  WHEREAS, the Wave III Preliminary Approval hearing is presently scheduled for February 7, 2011 and the Court has ordered the Wave III Preliminary Approval motion to be filed by this Friday, January 21, 2011;

WHEREAS, the Plaintiffs and the Trustee, on the one hand, and certain Wave III settling Defendants, on the other hand, are working to finalize and execute their settlement documentation as expeditiously as practicable, but that process may not be completed by February 7, 2011;

WHEREAS, the Wave III settling parties agree that continuing the Wave III Preliminary Approval hearing by three weeks will allow the settlement documentation to be completed;

WHEREAS, Plaintiffs' counsel has been informed by the Court staff that the hearing could occur on February 28, 2011;

NOW THEREFORE, based on the foregoing, the Wave III Settling Parties, and their undersigned Counsel hereby AGREE and STIPULATE that the Wave III Preliminary Approval hearing presently scheduled for February 7, 2011, should be continued to February 28, 2011, and, that the Wave III Preliminary Approval Motion should be filed on February 15, 2011.

**IT IS SO STIPULATED.**

Dated: January 19, 2011

**HOLLISTER & BRACE**
**FOLEY BEZEK BEHLE & CURTIS LLP**
**ZELLE MCDONOUGH & COHEN**

By:  /s/ Michael P. Denver
ROBERT L. BRACE
MICHAEL P. DENVER
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
*Attorneys for Plaintiff Anita Hunter and the Class*

7316.001

| | | |
|---|---|---|
| 1 | Dated: January 19, 2011 | LEVINE KELLOGG LEHMAN<br>SCHNEIDER & GROSSMAN LLP |
| 2 | | |
| 3 | | By: /s/ Lawrence Kellogg<br>     LAWRENCE A. KELLOGG |
| 4 | | **LEVINE KELLOGG LEHMAN<br>SCHNEIDER & GROSSMAN LLP** |
| 5 | | Miami Center - 34th Floor<br>201 South Biscayne Boulevard |
| 6 | | Miami, FL 33131<br>Telephone: (305) 403-8788 |
| 7 | | and |
| 8 | | TIMOTHY J. HALLORAN<br>JONATHAN M. BLUTE |
| 9 | | **MURPHY, PEARSON, BRADLEY &<br>FEENEY** |
| 10 | | 88 Kearny Street, 10th Floor<br>San Francisco, CA 94108-5530 |
| 11 | | Telephone: (415)788-1900 |
| 12 | | *Attorneys for Defendant Jorden Burt LLP* |
| 13 | | |
| 14 | Dated: January 19, 2011 | **THE GORDON LAW FIRM LLP** |
| 15 | | By: /s/ Stephen F. Gordon |
| 16 | | STEPHEN F. GORDON<br>TODD B. GORDON |
| 17 | | 101 Federal Street, 17th Floor<br>Boston, MA 02110<br>Telephone: (617) 261-0100 Ext 128<br>Direct Dial: (617)456-1270 |
| 18 | | |
| 19 | | (Appearing *Pro hac vice*) |
| 20 | | and |
| 21 | | Michael Drury, Esq.<br>Jeffrey N. Labovitch, Esq. |
| 22 | | **RIEDL, MCCLOSKEY & WARING LLP**<br>550 West "C" Street, Suite 2050 |
| 23 | | San Diego, CA 92101<br>Telephone: (619) 237-3095 |
| 24 | | *Attorneys for the Boulder Defendants and<br>Defendant Roy S. MacDowell, Jr.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

7316.001

| | |
|---|---|
| Dated: January 19, 2011 | **GIBSON, DUNN & CRUTCHER**<br><br>By: /s/ Brad Lingo<br>BRAD LINGO<br>F. JOSEPH WARIN<br>ETHAN DETTMER<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: (202)955-8500<br><br>ETHAN DETTMER<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone: (415) 393-8200<br><br>*Attorneys for Defendant Kutak Rock, LLP* |
| Dated: January 19, 2011 | **KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP**<br><br>By: /s/ Allison Cooper<br>ALLISON COOPER<br>JAMES KRIEG<br>114 Sansome Street, Suite 400<br>San Francisco, CA  94104-3898<br>Telephone: (415) 249-8330<br><br>*Attorneys for Defendants Foley & Lardner LLP and Stephen I. Burr* |

7316.001

| | | |
|---|---|---|
| 1 | Dated: January 19, 2011 | SIDLEY AUSTIN LLP |
| 2 | | |
| 3 | | By: /s/ Mark B. Blocker |
| | | KEVIN FEE |
| 4 | | MARK B. BLOCKER |
| | | THOMAS R. HEISLER |
| 5 | | One South Dearborn St. |
| | | Chicago, IL 60603 |
| 6 | | Telephone: (312) 853-6097 |
| 7 | | CAROL LYNN THOMPSON |
| | | R. VAN SWEARINGTON |
| 8 | | 555 California Street, Suite 2000 |
| | | San Francisco, CA 94104 |
| 9 | | Telephone: (415)772-1291 |
| 10 | | JOHN VAN DE WEERT |
| | | 1501 K Street, N.W. |
| 11 | | Washington, D.C. 20005 |
| | | Telephone: (202) 736-8094 |
| 12 | | *Attorneys for Defendant Citibank, N.A.* |

15 IT IS SO ORDERED.

16 Dated: January 20, 2011

HON. JAMES WARE

20 I, Michael P. Denver am the ECF User whose ID and password are being used to file this

21 **STIPULATION AND [PROPOSED] ORDER TO CONTINUE WAVE III**

22 **PRELIMINARY HEARING FROM FEBRUARY 7, 2011 TO FEBRUARY 28, 2011.** In

23 compliance with General Order 45, X.B., I hereby attest that counsel whose e-signatures appear

24 on the foregoing signature pages have concurred in this filing.

/s/
Michael P. Denver

7316.001

Case Nos. 07-2795 and 09-cv-2079 JW