IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Anita Hunter, et al., <br><br>        Plaintiffs, <br>   v. <br><br> Citibank, N.A., et al., <br><br>        Defendants. <br> ──────────────────────/ <br> Gerard A. McHale, Jr., <br><br>        Plaintiff, <br>   v. <br><br> Silicon Valley Law Group, <br><br>        Defendant. <br> ──────────────────────/ | NO. C 09-02079 JW <br> NO. C 10-04864 JW <br><br> **ORDER FOLLOWING PRELIMINARY PRETRIAL CONFERENCE** |

  On June 27, 2011, the Court conducted a Preliminary Pretrial Conference for the above entitled related cases. Counsel for all parties were present. In their Joint Preliminary Pretrial Statements and at the Conference, the parties disputed whether these related cases should be tried separately or consolidated and tried jointly. Further, the parties informed the Court that, although past settlement efforts have been unsuccessful, the parties have not attempted any mediation sessions in some time.

  Accordingly, as stated at the Conference, the Court order as follows:

  (1) The Court sets **September 12, 2011 at 11 a.m.** for a Further Preliminary Pretrial Conference. On or before **September 2, 2011**, the parties shall file a Joint

1  Preliminary Pretrial Conference Statement which shall include, *inter alia*, three
2  timelines consolidated into one graphic, as follows:

    (a) A timeline for Plaintiff Trustee in CV 10-4864 JW, including all events which gave rise to the causes of action against Defendant Silicon Valley Law Group ("SVLG"). All contested facts should be included on the timeline, but should be demarcated in red.

    (b) A timeline for Plaintiff Exchangers in CV 09-2079 JW, including all events which gave rise to the causes of action against Defendant SVLG and Defendant Okun. All contested facts should be included on the timeline, but should be demarcated in red.

    (c) A timeline for Plaintiff Exchangers in CV 09-2079 JW, including all events which gave rise to the causes of action against the Cordell Defendants. All contested facts should be included on the timeline, but should be demarcated in red.

    (d) The consolidated timelines should include a master date timeline across the bottom and should be aligned to temporally correspond with one another.

(2) The Court refers the parties to mediation with George Fisher[1] with costs shared jointly. Prior to the September 12 Conference, all parties in both cases shall attend a mediation session with Mr. Fisher.

---

[1] Mr. Fisher can be reached at 2600 El Camino Real, Suite 410, Palo Alto, CA 94306 or by phone at (650) 799 - 5480.

United States District Court
For the Northern District of California

(3) As stated at the Conference, in light of settlement efforts taking place in September, the Court extends the deadline to file dispositive motions in both CV 09-2079 JW and CV 10-4864 JW from **October 3, 2011** until **October 31, 2011**.

(4) All other dates previously set by the Court are unaffected by this Order.

Dated: June 27, 2011

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen W. Burton aburton@omm.com
Allison Lane Cooper acooper@kksrr.com
Anthony Robert Zelle tzelle@zelmcd.com
Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
Carol Lynn Thompson cthompson@sidley.com
Christopher Ashworth ca@svlg.com
Cindy Hamilton hamiltonc@gtlaw.com
Debra Steel Sturmer Dsturmer@lerchsturmer.com
Eileen Regina Ridley eridley@foley.com
Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
Irwin R Gilbert igilbert@bizlit.net
James Carnegie Krieg jkrieg@kksrr.com
Jeffrey Noah Labovitch jlabovitch@mwwllp.com
Jennifer Robin McGlone jmcglone@kksrr.com
Jerome Nathan Lerch jlerch@lerchsturmer.com
John Kenneth Van De Weert jvandeweert@sidley.com
Jonathan Matthew Blute jblute@mpbf.com
Karen Rosenthal rosenthalk@gtlaw.com
Katherine R. Catanese kcatanese@foley.com
Kevin Michael Fee kfee@sidley.com
Lawrence A Kellogg lak@lkllaw.com
Madeline Anne Zamoyski mzamoyski@omm.com
Mark Bruce Blocker mblocker@sidley.com
Michael Drury mdrury@mwwllp.com
Michael P. Denver mpdenver@hbsb.com
Patrick T. Wong pwong@foley.com
R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
Robert Louis Brace rlbrace@hbsb.com
Scott A. Fink sfink@gibsondunn.com
Stephen F. Gordon sgordon@gordonfirm.com
Thomas G. Foley tfoley@foleybezek.com
Thomas Reynolds Heisler theisler@sidley.com
Thomas W. Evans tevans@zelmcd.com
Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
Wayne Allen Schrader wschrader@gibsondunn.com
William J. Goines goinesw@gtlaw.com

**Dated:  June 27, 2011**                **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
        **Susan Imbriani**
        **Courtroom Deputy**