IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Anita Hunter, et al., | NO. C 09-02079 JW |
|         Plaintiffs, | NO. C 10-04864 JW |
| v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE; ORDERING BRIEFING ON CONSOLIDATION FOR TRIAL PURPOSES** |
| Citibank, N.A., et al., | |
|         Defendants. / | |
| Gerard A. McHale, Jr., | |
|         Plaintiff, | |
| v. | |
| Silicon Valley Law Group, | |
|         Defendant. / | |

These related cases[1] are scheduled for a Preliminary Pretrial Conference on September 12, 2011. Pursuant to the Court's June 28, 2011 Order Following Preliminary Pretrial Conference, the parties were required to file a Joint Preliminary Pretrial Conference Statement that included a timeline setting forth, *inter alia*, all events which gave rise to the causes of action against Defendant Silicon Valley Law Group in each of the above-captioned cases. (See Docket Item No. 34 in McHale; Docket Item No. 546 in Hunter.) On September 2, 2011, the parties each filed separate

---

[1] The related cases are Hunter, et al. v. Citibank, N.A., et al., Case No. 09-2079 ("Hunter") and McHale v. Silicon Valley Law Group, Case No. 10-4864 ("McHale").

Pretrial Conference Statements and separate timelines. (See Docket Item Nos. 47-48 in McHale; Docket Item Nos. 572-573 in Hunter.) Based on their submissions, the Court finds that there are outstanding issues that must be resolved before a trial can be set.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference and orders as follows:

(1) The Court sets **October 17, 2011 at 11 a.m.** for a Further Preliminary Pretrial Conference.[2]

(2) The parties' Pretrial Conference Statements raise the issue of whether the Hunter and McHale actions should be tried jointly. Because Defendant Silicon Valley Law Group ("SVLG") is the sole remaining entity-defendant in the above-captioned cases, the Court finds that a consolidated trial would best serve judicial economy. However, the parties shall be permitted to brief their respective positions on consolidation prior to a final determination. Accordingly, on or before **October 3, 2011**, the parties shall file simultaneous briefs stating their position, if any, with respect to a consolidated trial. Upon completion of the briefing, unless otherwise indicated, the Court will take this matter under submission for consideration.

(3) Upon review, the Court finds that the parties' timelines are inadequate because, *inter alia*, the parties have failed to comply with the Court's order to submit a single graphic containing timelines listing all events that gave rise to the causes of action against the remaining Defendants. Accordingly, the parties are ordered to meet and confer regarding an adequate timeline that is consistent with the Court's June 28 Order. On or before **October 3, 2011**, the parties shall file a Joint Preliminary

---

[2] Defendants Cordell Funding, LLP, Cordell Consultants, Inc. Money Purchase Plan and Cordell Consultants New York, LLC ("Cordell Defendants") were previously excused from attending the September 12, 2011 Conference in light of the parties' settlement. (See Docket Item No. 571 in Hunter.) Accordingly, the Court excuses the Cordell Defendants from attending the October 17, 2011 Conference as well as any filings associated with that Conference.

Pretrial Conference Statement that includes a joint timeline that complies with the Court's June 28, 2011 Order.[3]

(4) In addition, the parties' Joint Statement shall include their proposed trial schedule with two tracks: (1) a proposed schedule assuming the trial is consolidated; and (2) a proposed schedule assuming the trial is not consolidated.

Dated: September 7, 2011

JAMES WARE
United States District Chief Judge

---

[3] To the extent that the parties disagree with respect to particular events, such events shall be included on the timeline with a notation of the parties' disagreement.

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen W. Burton aburton@omm.com
Allison Lane Cooper acooper@kksrr.com
Anthony Robert Zelle tzelle@zelmcd.com
Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
Carol Lynn Thompson cthompson@sidley.com
Christopher Ashworth ca@svlg.com
Cindy Hamilton hamiltonc@gtlaw.com
Debra Steel Sturmer Dsturmer@lerchsturmer.com
Eileen Regina Ridley eridley@foley.com
Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
Irwin R Gilbert igilbert@bizlit.net
James Carnegie Krieg jkrieg@kksrr.com
Jeffrey Noah Labovitch jlabovitch@mwwllp.com
Jennifer Robin McGlone jmcglone@kksrr.com
Jerome Nathan Lerch jlerch@lerchsturmer.com
John Kenneth Van De Weert jvandeweert@sidley.com
Jonathan Matthew Blute jblute@mpbf.com
Karen Rosenthal rosenthalk@gtlaw.com
Katherine R. Catanese kcatanese@foley.com
Kevin Michael Fee kfee@sidley.com
Lawrence A Kellogg lak@lkllaw.com
Madeline Anne Zamoyski mzamoyski@omm.com
Mark Bruce Blocker mblocker@sidley.com
Michael Drury mdrury@mwwllp.com
Michael P. Denver mpdenver@hbsb.com
Patrick T. Wong pwong@foley.com
R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
Robert Louis Brace rlbrace@hbsb.com
Scott A. Fink sfink@gibsondunn.com
Stephen F. Gordon sgordon@gordonfirm.com
Thomas G. Foley tfoley@foleybezek.com
Thomas Reynolds Heisler theisler@sidley.com
Thomas W. Evans tevans@zelmcd.com
Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
Wayne Allen Schrader wschrader@gibsondunn.com
William J. Goines goinesw@gtlaw.com

**Dated: September 7, 2011**          **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California