**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Anita Hunter, et al.,<br><br>   Plaintiffs,<br>   v.<br>Citibank, N.A., et al.,<br><br>   Defendants.<br>                                                  / | NO. C 09-02079 JW<br><br>**ORDER VACATING STATUS CONFERENCE AND SETTING PRELIMINARY APPROVAL OF SETTLEMENT AS TO THE CORDELL DEFENDANTS; CONTINUING PRELIMINARY PRETRIAL CONFERENCE AS TO DEFENDANT SVLG** |

This case is scheduled for a Status Conference and Pretrial Conference on October 31, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item Nos. 575, 583.) Based on their Joint Statements, the Court ORDERS as follows:

(1) With respect to the Cordell Defendants, because the parties represent that they have settled in principle, the Court VACATES the Status Conference as to these parties. On or before **December 2, 2011**, the parties shall file a Joint Motion for Preliminary Approval of Settlement. The Court sets **December 19, 2011 at 9 a.m.** for the hearing on the Motion. If the Motion is not filed by December 2, 2011, the parties shall file a Joint Statement updating the Court on the status of the settlement. To the extent the parties require additional time to reduce their settlement to a writing, the parties shall clearly set forth such time and propose a new hearing date for the anticipated Motion.

(2) With respect to Defendant Silicon Valley Law Group, in light of the pending Motions in a related case–namely, McHale v. Silicon Valley Law Group, No. C 10-4864 JW–the Court CONTINUES the Pretrial Conference to **November 21, 2011 at 11 a.m.** On or before **November 10, 2011**, the parties shall file a Joint Pretrial Statement. The Statement shall set forth the parties' proposed trial schedule and update the Court on the parties' settlement efforts.

Dated: October 25, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen W. Burton aburton@omm.com
Allison Lane Cooper acooper@kksrr.com
Anthony Robert Zelle tzelle@zelmcd.com
Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
Bryan J. Yarnell byarnell@bizlit.net
Carol Lynn Thompson cthompson@sidley.com
Christopher Ashworth ca@svlg.com
Cindy Hamilton hamiltonc@gtlaw.com
Debra Steel Sturmer Dsturmer@lerchsturmer.com
Eileen Regina Ridley eridley@foley.com
Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
Irwin R Gilbert igilbert@bizlit.net
James Carnegie Krieg jkrieg@kksrr.com
Jeffrey Noah Labovitch jlabovitch@mwwllp.com
Jennifer Robin McGlone jmcglone@kksrr.com
Jerome Nathan Lerch jlerch@lerchsturmer.com
John Kenneth Van De Weert jvandeweert@sidley.com
Jonathan Matthew Blute jblute@mpbf.com
Karen Rosenthal rosenthalk@gtlaw.com
Katherine R. Catanese kcatanese@foley.com
Kevin Michael Fee kfee@sidley.com
Lawrence A Kellogg lak@lkllaw.com
Madeline Anne Zamoyski mzamoyski@omm.com
Mark Bruce Blocker mblocker@sidley.com
Michael Drury mdrury@mwwllp.com
Michael P. Denver mpdenver@hbsb.com
Patrick T. Wong pwong@foley.com
R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
Robert Louis Brace rlbrace@hbsb.com
Scott A. Fink sfink@gibsondunn.com
Stephen F. Gordon sgordon@gordonfirm.com
Thomas G. Foley tfoley@foleybezek.com
Thomas Reynolds Heisler theisler@sidley.com
Thomas W. Evans tevans@zelmcd.com
Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
Wayne Allen Schrader wschrader@gibsondunn.com
William J. Goines goinesw@gtlaw.com

**Dated: October 25, 2011**                                    **Richard W. Wieking, Clerk**

                                                               **By:    /s/ JW Chambers**
                                                                      **Susan Imbriani**
                                                                      **Courtroom Deputy**

United States District Court
For the Northern District of California

3