IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Anita Hunter, et al., | NO. C 09-02079 JW |
|     Plaintiffs, | **ORDER REQUIRING MODIFICATION OF PARTIES' PROPOSED ORDER** |
|   v. | |
| Citibank, N.A., et al., | |
|     Defendants. | |

Presently before the Court is the parties' Motion for Preliminary Approval of Wave IV Classwide Settlement. (See Docket No. 587.) Upon review of the parties' Proposed Order,[1] the Court finds that it is insufficient due to the lack of any proposed dates for a final fairness hearing or other deadlines.

Accordingly, on or before **Friday, January 20, 2012 at 3 p.m.**, the parties shall submit a revised Proposed Order with proposed dates for the final fairness hearing, and deadlines for all filings with the Court. The parties shall consult with the Court's calendar to determine available dates for hearing as well as to provide adequate time for class members to opt-out or object to the settlement.

Dated: January 19, 2012

*James Ware*
JAMES WARE
United States District Chief Judge

---

[1] (See Docket No. 589.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen W. Burton aburton@omm.com
Allison Lane Cooper acooper@kksrr.com
Anthony Robert Zelle tzelle@zelmcd.com
Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
Bryan J. Yarnell byarnell@bizlit.net
Carol Lynn Thompson cthompson@sidley.com
Christopher Ashworth ca@svlg.com
Cindy Hamilton hamiltonc@gtlaw.com
Debra Steel Sturmer Dsturmer@lerchsturmer.com
Eileen Regina Ridley eridley@foley.com
Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
Irwin R Gilbert igilbert@bizlit.net
James Carnegie Krieg jkrieg@kksrr.com
Jeffrey Noah Labovitch jlabovitch@mwwllp.com
Jennifer Robin McGlone jmcglone@kksrr.com
Jerome Nathan Lerch jlerch@lerchsturmer.com
John Kenneth Van De Weert jvandeweert@sidley.com
Jonathan Matthew Blute jblute@mpbf.com
Karen Rosenthal rosenthalk@gtlaw.com
Katherine R. Catanese kcatanese@foley.com
Kevin Michael Fee kfee@sidley.com
Lawrence A Kellogg lak@lkllaw.com
Madeline Anne Zamoyski mzamoyski@omm.com
Mark Bruce Blocker mblocker@sidley.com
Michael Drury mdrury@mwwllp.com
Michael P. Denver mpdenver@hbsb.com
Patrick T. Wong pwong@foley.com
R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
Robert Louis Brace rlbrace@hbsb.com
Scott A. Fink sfink@gibsondunn.com
Stephen F. Gordon sgordon@gordonfirm.com
Thomas G. Foley tfoley@foleybezek.com
Thomas Reynolds Heisler theisler@sidley.com
Thomas W. Evans tevans@zelmcd.com
Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
Wayne Allen Schrader wschrader@gibsondunn.com
William J. Goines goinesw@gtlaw.com

**Dated: January 19, 2012**         **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
**Susan Imbriani**
**Courtroom Deputy**