Robert L. Brace, Esq., SBN 122240
Email: rlbrace@hbsb.com
Michael P. Denver, Esq., SBN 199279
Email: mpdenver@hbsb.com
**HOLLISTER & BRACE**
P.O. Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| ANITA HUNTER, et al.<br><br>                    Plaintiffs,<br>vs.<br><br>CITIBANK, N.A., et al.<br><br>                    Defendants | **Case No.:   C 09-02079-JCS**<br><br>**Assigned to Hon. Joseph C. Spero**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT SILICON VALLEY LAW GROUP** |

WHEREAS, the Court instructed the parties to file a Case Management Statement by September 7, 2012 for the September 14, 2012 hearing (Dkt. 611);

WHEREAS, Plaintiffs and Silicon Valley Law Group ("SVLG"), who is the only remaining defendant in the case, have reached an agreement to dismiss the case against SVLG with prejudice;

THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs and SVLG hereby stipulate that all claims the individual Plaintiffs asserted against SVLG in this action are hereby dismissed *with prejudice*. Each party is to bear its own costs and attorneys' fees.

The parties further stipulate that the dismissal with prejudice of the above-captioned action against SVLG does not prejudice the claims being asserted against SVLG in the matters styled as *ASM Capital, L.P. v. Silicon Valley Law Group,* Case No. 3:11-4825-PJH, pending

before the Hon. Phyllis J. Hamilton and *Gerard A. McHale, Jr., P.A. v. Silicon Valley Law Group*, Case No. 5:10-cv-04864-JCS.

Respectfully submitted this 7th day of September, 2012.

| HOLLISTER & BRACE | LERCH STURMER |
|---|---|
| By: __/s/_____<br>Robert L. Brace<br>P.O Box 630<br>Santa Barbara, CA  93102<br>Tel:  (805) 963-6711<br>Attorneys for Anita Hunter and the Class | By: __/s/_____<br>Debra Sturmer<br>425 California Street, Ste. 2400<br>San Francisco, CA 94104<br>Tel: (415) 217-6340<br>Attorneys for Silicon Valley Law Group |

Dated: 9/11/12

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*