# HOLLISTER & BRACE
### A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

RICHARD C. MONK
STEVEN EVANS KIRBY
BRADFORD F. GINDER
PAUL A. ROBERTS
JOHN G. BUSBY
SUSAN H. McCOLLUM
ROBERT L. BRACE
MARCUS S. BIRD
PETER L. CANDY
MICHAEL P. DENVER
KEVIN R. NIMMONS
SARAH J. BERKUS

*Of Counsel*
JOHN S. POUCHER
JOHN B. GALVIN

SANTA BARBARA OFFICE
1126 SANTA BARBARA STREET
P.O. Box 630
SANTA BARBARA, CA 93102

805.963.6711
FAX: 805.965.0329

June 10, 2013

SANTA YNEZ VALLEY OFFICE
2933 SAN MARCOS AVENUE
SUITE 201
P.O. Box 206
LOS OLIVOS, CA 93441

805.688.6711
FAX: 805.688.3587

www.hbsb.com

**Via CM/ECF**
Honorable Joseph C. Spero
U.S.D.C., Northern District of California
450 Golden Gate Avenue
Courtroom G - 15th Floor
San Francisco, CA 94102

    **Re: Hunter, et al. v. Citibank, et al., Case No. C09-02079-JCS**

Dear Judge Spero:

The above case is scheduled for a hearing on Friday, June 14, 2013 on the Motion to Approve the Sale of the Millersville Property for $305,000 (Dkt. No. 616).

The parties are writing to request permission to appear by telephone at the hearing in order to avoid the time and considerable expense for travel to San Francisco, which may include the expense for a hotel. The parties apologize for the delay in this request.

Should the Court generously grant this request, the parties will be available at 9:30a.m Pacific Standard Time on June 14 as follows:

    **Robert L. Brace, for Plaintiffs**    (805) 963-6711
    **Irwin Gilbert, for Cordell**    (561) 818-7201

Respectfully submitted,   Dated: 6/11/13

HOLLISTER & BRACE                                    GILBERT YARNELL

By      /s/                                                  /s/
    ROBERT L. BRACE                         IRWIN GILBERT (Via E-Mail auth.)
Counsel for the Hunter Plaintiffs         Counsel for the Cordell Defendants

*[Stamp: IT IS SO ORDERED / Judge Joseph C. Spero / United States District Court, Northern District of California]*