UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HUNTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., et al.,<br><br>    Defendants. | Case No. 09-cv-02079-JCS<br><br>**ORDER FOR REPLY BRIEF FROM ASM CAPITAL AND SETTING HEARING** |

Claimants Sam Braswell and Sandra Stroud ("Claimants") have filed a brief objecting to payment of settlement funds in this action to A.S.M. Capital, L.P. ("ASM") pursuant to assignments between Claimants and ASM that ASM contends assigned to it Claimants' claims in this action. *See* Docket No. 640. The Court requests that ASM provide a responsive brief, not to exceed ten (10) pages, no later than **March 18, 2016**.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge